**Document Electronically Filed**

Ronald J. Levine, Esq.
rlevine@herrick.com
David R. King, Esq.
dking@herrick.com
HERRICK, FEINSTEIN LLP
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 274-2000
Facsimile: (973) 274-2500
*Attorneys for Defendants,*
*Welch Foods Inc., A Cooperative*
*and The Promotion In Motion Companies, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAUREN HALL, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELCH FOODS, INC., A COOPERATIVE and THE PROMOTION IN MOTION COMPANIES, INC.,<br><br>Defendants. | Civil Action No. _____<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS WELCH FOODS INC., A COOPERATIVE AND THE PROMOTION IN MOTION COMPANIES, INC.** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Welch Foods Inc., A Cooperative ("Welch's") certifies that its parent corporation is National Grape Co-Operative Association, Inc., a New York corporation. Further, there are no publicly held corporations that own 10% or more of Welch's or its parent corporation National Grape Co-Operative Association, Inc.'s stock.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant The Promotion In Motion Companies, Inc. ("PIM") certifies that it does not have any parent corporation. Further, there are no publicly held corporations that own 10% or more of PIM's stock.

2

| | |
|---|---|
| Dated:  June 5, 2017 | HERRICK, FEINSTEIN LLP |
| | By: /s/  *Ronald J. Levine* |
| **Of Counsel:** | Ronald J. Levine |
| | One Gateway Center |
| | Newark, New Jersey 07102 |
| | Tel: (973) 274-2001 |
| VENABLE LLP | Fax: (973) 274-6404 |
| Daniel S. Silverman, Esq. | rlevine@herrick.com |
| dsilverman@venable.com | |
| Matthew W. Gurvitz, Esq. | *Attorneys for Defendants, Welch Foods Inc.,* |
| mgurvitz@venable.com | *A Cooperative and The Promotion In* |
| 2049 Century Park East, Suite 2300 | *Motion Companies, Inc.* |
| Los Angeles, California  90067 | |
| Telephone:     (310) 229-9900 | |
| Facsimile:      (310) 229-9901 | |
| *Pro Hac Vice Applications to be filed* | |