## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

LAUREN HALL, on behalf of herself and other similarly situated,

      Plaintiff,

v.

WELCH FOODS, INC., A COOPERATIVE and THE PROMOTION IN MOTION COMPANIES, INC.

      Defendants.

Civ. A. No.:
3:17-cv-03997

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the law firm of Ansell Grimm & Aaron, P.C. hereby enters its appearance as counsel for Plaintiff Lauren Hall in the above-captioned matter.  An appearance is hereby entered for Michael H. Ansell, Esq., of this firm.  Any and all future correspondence, pleadings or other documents, including any electronic filings, related to this case should be forwarded to the following attorney of record:

Michael H. Ansell, Esq.
Ansell Grimm & Aaron, P.C.
365 Rifle Camp Road
Woodland Park, New Jersey 07102
973-247-9000
mha@ansellgrimm.com

Dated:  Woodland Park, New Jersey
      June 23, 2017

**ANSELL GRIMM & AARON, P.C.**

 /s/ Michael H. Ansell_____
Michael H. Ansell
365 Rifle Camp Road
Woodland Park, New Jersey 07424
(973) 247-9000 (t)
(973) 247-9199 (f)
mha@ansellgrimm.com