Document Electronically Filed

Ronald J. Levine, Esq.
rlevine@herrick.com
David R. King, Esq.
dking@herrick.com
HERRICK, FEINSTEIN LLP
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 274-2000
Facsimile: (973) 274-2500
*Attorneys for Defendants,*
*Welch Foods, Inc. A Cooperative and*
*The Promotion In Motion Companies, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAUREN HALL, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELCH FOODS, INC., A COOPERATIVE and THE PROMOTION IN MOTION COMPANIES, INC.,<br><br>Defendants. | Civil Action No.  18-CV-10500-AET(LHG)<br><br><br>**NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF COUNSEL** |

**PLEASE TAKE NOTICE** that on August 6, 2018, or as soon thereafter as counsel may be heard, defendants Welch Foods, Inc., a cooperative ("Welch's) and the Promotion In Motion Companies, Inc., ("PIM") (collectively, "Defendants"), by and through undersigned counsel, shall move before the Honorable Lois H. Goodman, U.S.M.J., for entry of an Order, pursuant to L.Civ.R. § 101(c) granting admission *pro hac vice* of Daniel S. Silverman, Esq., Matthew M. Gurvitz, Esq., and Elise Gabriel, Esq. on behalf of Defendants.  Defendants will rely upon the accompanying Declarations in support of this motion.  A proposed form of order is annexed hereto.

**PLEASE TAKE FURTHER NOTICE** that pursuant to L.Civ.R. § 101.1, a check in the amount of $150.00, per counsel, payable to the Clerk, U.S.D.C. for the District of New Jersey, will be submitted upon entry of the Order and all other necessary payments will be made.

**PLEASE TAKE FURTHER NOTICE** that Defendants hereby request oral argument on the within Motion if opposition is filed.

                                            Respectfully submitted,

                                            **HERRICK, FEINSTEIN LLP**
                                            *Attorneys for Defendants Welch Foods, Inc.*
                                            *A Cooperative and The Promotion In*
                                            *Motion Companies, Inc.*

                    By:    *s/ David R. King*
                                David R. King
                                dking@herrick.com
                                One Gateway Center, 22nd Floor
                                Newark, New Jersey 07102
                                (973) 274-2000

Dated:  June 29, 2018
          Newark, New Jersey