Document Electronically Filed

Ronald J. Levine, Esq.
rlevine@herrick.com
David R. King, Esq.
dking@herrick.com
HERRICK, FEINSTEIN LLP
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 274-2000
Facsimile: (973) 274-2500
*Attorneys for Defendants,*
*Welch Foods, Inc. A Cooperative and*
*The Promotion In Motion Companies, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAUREN HALL, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELCH FOODS, INC., A COOPERATIVE and THE PROMOTION IN MOTION COMPANIES, INC.,<br><br>Defendants. | Civil Action No.  18-CV-10500-AET(LHG)<br><br>**PROPOSED ORDER FOR**<br>***PRO HAC VICE* ADMISSION OF**<br>**DANIEL S. SILVERMAN, MATTHEW M. GURVITZ AND ELISE GABRIEL** |

**THIS MATTER** having been brought before the Court on the application of David R. King, Esq., of Herrick, Feinstein LLP, attorneys for Welch Foods, Inc., A Cooperative and The Promotion In Motion Companies, Inc. ("Defendants"), to allow Daniel S. Silverman, Matthew M. Gurvitz, and Elise Gabriel to appear and participate *pro hac vice* pursuant to Local Civil Rule 101.1; and the Court having considered the submissions in support of the application which reflect that Daniel S. Silverman, Matthew M. Gurvitz, and Elise Gabriel satisfy the requirements set forth in the Local Civil Rule; and upon any opposition thereto; and for good cause shown;

**IT IS** on this _____ day of August, 2018

HF 12155182v.1

**ORDERED** that Defendants' application be and it hereby is granted; and it is further

**ORDERED** that Daniel S. Silverman and Matthew M. Gurvitz, members in good standing of the Bar of the State California be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c), and Elise Gabriel, a member in good standing of the Bar of the State of New York be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Herrick, Feinstein LLP, attorneys of record for Defendants who are admitted to the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

**ORDERED** that Daniel S. Silverman, Matthew M. Gurvitz, and Elise Gabriel shall each pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Daniel S. Silverman, Matthew M. Gurvitz, and Elise Gabriel shall each make payment of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Daniel S. Silverman, Matthew M. Gurvitz, and Elise Gabriel shall be bound by the Rules of the U.S. District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility*, L. Civ. R. 104.1, *Discipline of Attorneys,* and Appendix R; and it is further

HF 12155182v.1

**ORDERED** that Daniel S. Silverman, Matthew M. Gurvitz, and Elise Gabriel shall notify this Court immediately of any disciplinary charges brought against him/her in the Bar of any other court; and it is further

**ORDERED** that Daniel S. Silverman, Matthew M. Gurvitz, and Elise Gabriel shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

**ORDERED** that Herrick, Feinstein LLP may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

                                                                                  **Lois H. Goodman**
                                                                                   **United States Magistrate Judge**