**Document Electronically Filed**

Ronald J. Levine, Esq.
rlevine@herrick.com
David R. King, Esq.
dking@herrick.com
HERRICK, FEINSTEIN LLP
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 274-2000
Facsimile: (973) 274-2500
*Attorneys for Defendants,*
*Welch Foods, Inc. A Cooperative and*
*The Promotion In Motion Companies, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAUREN HALL, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELCH FOODS, INC., A COOPERATIVE and THE PROMOTION IN MOTION COMPANIES, INC.,<br><br>Defendants. | Civil Action No.   18-CV-10500-AET(LHG)<br><br>**CERTIFICATION OF SERVICE** |

I, **DAVID KING**, of full age, hereby certify and say:

1. I am a partner of the firm of Herrick, Feinstein LLP, attorneys for defendants Welch Foods, Inc., a cooperative and the Promotion In Motion Companies, Inc., in this action.

2. On June 29, 2018, I caused the accompanying papers including:

   a) Notice of Motion for *Pro Hac Vice* Admission of Counsel;

   b) Declaration of Daniel S. Silverman in Support of the Admission of Counsel *Pro Hac Vice*;

   c) Declaration of Matthew M. Gurvitz in Support of the Admission of Counsel *Pro Hac Vice*;

  d)  Declaration of Elise Gabriel in Support of the Admission of Counsel *Pro Hac Vice*;

  e)  Declaration of David R. King in Support of the Admission of Counsel Pro Hac Vice;

  f)  Proposed Order; and

  g)  this Certification of Service

to be efiled and thereby served on all counsel received ECF notice, and also to be served by U.S. Mail and e-mail upon counsel for Plaintiff at the following address:

> Joshua S. Bauchner, Esq.
> Michael H. Ansell, Esq.
> ANSELL GRIMM & AARON, P.C.
> 365 Rifle Camp Road
> Woodland Park, New Jersey 07424
> Phone: (973) 247-9000
> Fax: (973) 247-9199
> jb@ansellgrimm.com
> mha@ansellgrimm.com
>
> Kim E. Richman, Esq.
> Jaimie Mak, Esq.
> RICHMAN LAW GROUP
> 535 Mission Street
> San Francisco, California 94105
> Phone: (415) 259-5688
> Fax: (718) 228-8522
> krichman@richmanlawgroup.com
> jmak@richmanlawgroup.com

  3.  I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                  *s/ David R. King*
                  DAVID R. KING

Dated: June 29, 2018

HF 12146596v.1