Kim E. Richman
krichman@richmanlawgroup.com
81 Prospect St
Brooklyn, NY, 11201
Telephone: (718) 705-4579
Facsimile: (212) 687-8292
*Attorney for Plaintiff,*
*Welch Foods, Inc. A Cooperative and*
*The Promotion In Motion Companies, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LAUREN HALL, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELCH FOODS, INC., A COOPERATIVE and THE PROMOTION IN MOTION COMPANTES, INC.,<br><br>Defendants. | Civil Action No.   18-CV-10500-AET(LHGx)<br><br>**DECLARATION OF KIM E. RICHMAN IN SUPPORT OF THE ADMISSION OF COUNSEL *PRO HAC VICE*** |

Kim E. Richman hereby declares pursuant to 28 U.S.C. § 1746:

1. I am a member of the New York State Bar, and a founding partner, located in Brooklyn, New York. I submit this Declaration in support of my application for admission *pro hac vice.*

2. I am a member in good standing of the New York State Bar and have been a member of that Bar since 2003.

3. As required by Local Civil Rule 101.1(c)(1), attached to this Declaration as Exhibit A is a list of the names and addresses of the official(s) and/or office(s) maintaining the roll(s) of the members of the bar of each state, and of each federal court, in which I am admitted to practice.

4. No disciplinary action has ever previously been imposed on me in any jurisdiction, and I know of no disciplinary action pending against me in any jurisdiction. I am not under suspension or disbarment of any court. I am not eligible for admission to the bar of this Court because I am not licensed to practice in New Jersey.

5. Plaintiff Lauren Hall, on behalf of herself and others similarly situated, ("Plaintiffs") has requested that I represent her in this litigation so that she may have the benefit of any experience, knowledge and expertise false advertising class action litigation.

6. I shall abide by all applicable Rules of Court, including local rules and all disciplinary rules, in the course of my representation of plaintiffs in this action. I recognize that all lawyers admitted *pro hac vice* before this Court are within the disciplinary jurisdiction of this Court.

7. I shall notify the Court immediately of any matter affecting my standing at the Bar of any Court.

8. Pursuant to Local Civil Rule 101.1(c), I designate Joshua S. Bauchner, Esq. of Ansell, Grimm, & Aaron, PC, 1500 Lawrence Ave, Ocean Township, NJ, 07712, as a member of the Bar of this Court maintaining a *bona fide* office within the U.S. District Court for the District of New Jersey, upon whom all notices, orders and pleadings may be served, and

who may be required to attend before this Court, Clerk or other officer of this Court.

9. I understand my obligations under Local Civil Rule 101.1(c). If admitted *pro hac vice,* payment for such admission shall be promptly remitted to the Clerk, United States District Court, pursuant to Local Rule 101.1(c), and to the New Jersey Lawyer's Fund for Client Protection ("NJLFCP") pursuant to New Jersey Court Rule 1:28-2. I shall continue to make the required annual payments to the NJLFCP for any year in which I continue to represent Plaintiffs in this matter.

10. I agree to take no fee in any tort case before this Court in excess of New Jersey Court Rule 1:21-7 governing contingent fees.

11. Based on the foregoing, together with the supporting documents forwarded herewith, I respectfully request that the Court grant my application to appear *pro hac vice* on behalf of Plaintiffs in the above-captioned matter.

I DECLARE under penalty of perjury, that the foregoing is true and correct.

Executed at Brooklyn, New York, this 28th day of August, 2018.

                                                            Richman Law Group

                                                            Kim Richman

# EXHIBIT A

# KIM RICHMAN
## ADMITTED TO PRACTICE BEFORE THE FOLLOWING COURTS

| COURT | DATE OF ADMISSION | GOOD STANDING |
|---|---|---|
| New York State | 10/9/2003 | Yes |
| Eastern District of New York | 1/13/2004 | Yes |
| Southern District of New York | 1/13/2004 | Yes |
| Court of Appeals for the Second District | 6/15/2012 | Yes |
| Court of Appeals for the Third District | 6/13/2012 | Yes |
| Southern District of Texas | 6/24/2014 | Yes |
| Northern District of Illinois | 7/1/2011 | Yes |
| District of Columbia | 7/11/2016 | Yes |