UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

LAUREN HALL,

          Plaintiff(s),

v.

WELCH FOODS, INC., A COOPERATIVE and THE PROMOTION IN MOTION COMPANIES, INC.

          Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No.  18-CV-10500-AET(LGH)

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

          /s/ Michael Mietlicki

          Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Kim E. Richman

Address: 81 Prospect Street

Brooklyn, New York 11201

E-mail: krichman@richmanlawgroup.com
(One email address only)

DNJ-CMECF-002