# EXHIBIT E

Page 1

1                UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF NEW YORK
2              Case No. 17 cv-05828-MKB-VMS
3

    LAUREN HALL, on behalf     )
4   of herself and others      )
    similarly situated,        )
5              Plaintiff,      )
                               )
6          v.                  )
                               )
7   WELCH FOODS, INC., A       )
    COOPERATIVE, and THE       )
8   PROMOTION IN MOTION        )
    COMPANIES, INC.,           )
9          Defendants.         )
    -----------------------    )
10

11

12            VIDEOTAPE DEPOSITION OF:
13                 LAUREN HALL
14              OCEAN, NEW JERSEY
15              MARCH 28, 2018
16

17

18

19

20

21

22

23

24  REPORTED BY:
    SILVIA P. WAGE, CCR, CRR, RPR
25  JOB NO. 139464

Page 2

1        LAUREN HALL
2
3
         March 28, 2018
4        9:07 a.m.
5        Videotaped deposition of LAUREN HALL,
6    held at the offices of ANSELL GRIMM & AARON, 1500
7    Lawrence Avenue, Second Floor, Ocean, New Jersey,
8    pursuant to agreement before SILVIA P. WAGE, a
9    Certified Shorthand Reporter, Certified Realtime
10   Reporter, Registered Professional Reporter, and
11   Notary Public for the States of New Jersey, New
12   York and Pennsylvania.
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1    A P P E A R A N C E S:
2    ANSELL GRIMM & AARON
3    Attorneys for Plaintiffs
4    365 Rifle Camp Road
5    Woodland Park, New Jersey  07424
6    BY:  MICHAEL ANSELL, ESQ.
7
8    VENABLE
9    Attorneys for Defendants
10   2049 Century Park East
11   Los Angles, California  90067
12   BY:  DANIEL SILVERMAN, ESQ.
13
14
15
16
17   A L S O   P R E S E N T:
18   ELLEN HOROWITZ DALE, ESQ.
19   GENERAL COUNSEL
20   THE PROMOTION IN MOTION COMPANIES, INC.
21   JOSHUA BLECHNER, ESQ.
22   ASSOCIATE GENERAL COUNSEL
23   THE PROMOTION IN MOTION COMPANIES, INC.
24   MATTHEW SMITH
25   VIDEOGRAPHER

Page 4

1        LAUREN HALL
2        THE VIDEOGRAPHER:  This begins media
3    labeled No. 1 of the video recorded deposition of
4    Lauren Hall in the matter of Lauren Hall, on
5    behalf of herself and others similarly situated,
6    v. Welch Foods, Incorporated, a cooperative, and
7    The Promotion in Motion Companies, Incorporated,
8    for the United States District Court, Eastern
9    District of New York.
10       This deposition is being held at 1500
11   Lawrence Avenue in Ocean, New Jersey on March 28,
12   2018 at, approximately, 9:08 a.m.
13       My name is Matthew Smith for TSG
14   Reporting, Incorporated.  I'm the legal video
15   specialist.  The court reporter is Silvia Wage in
16   association with TSG Reporting.
17       Will counsel please introduce yourself for
18   the record.
19       MR. ANSELL:  Michael Ansell of Ansell
20   Grimm & Aaron on behalf of the Plaintiff Lauren
21   Hall.
22       MR. SILVERMAN:  Dan Silverman of
23   Venable on behalf of Defendants Welch Foods,
24   Inc., and The Promotion and Motion in Companies,
25   Inc.

Page 5

1        LAUREN HALL
2        (There is a discussion off the record.)
3        MS. HOROWITZ DALE:  Ellen Horowitz
4    Dale, General Counsel Promotion in Motion
5    Companies, Inc.
6        THE VIDEOGRAPHER:  And is there
7    anyone on the phone presently?
8        MS. HOROWITZ:  Not yet.
9        THE VIDEOGRAPHER:  Okay.
10   L A U R E N   H A L L,
11       2424 Homestead Avenue, Spring Lake Heights,
12       New Jersey  07762, called as a witness,
13       having been duly sworn by a Notary Public,
14       was examined and testified as follows:
15   EXAMINATION BY MR. SILVERMAN:
16       Q.  Good morning, Ms. Hall.  As I said,
17   my name is Dan Silverman.  I represent the
18   Defendants in this case.
19       Can you please state and spell your full
20   name for the record.
21       A.  Yeah, Lauren Hall, L-a-u-r-e-n, Hall,
22   H-a-l-l.
23       Q.  Have you ever had your deposition
24   taken before?
25       A.  No.

LAUREN HALL

1
2    Q.  Okay.  Let me go over the ground
3    rules for the deposition.
4         Before I do that, have you met with
5    counsel to prepare for your deposition today?
6    A.  I have spoken with my counsel.
7    Q.  In person or by phone?
8    A.  Both.
9    Q.  When did you first speak with them --
10   well, was the first time in person or by phone to
11   prepare for the deposition?
12   A.  Phone.
13   Q.  When was that?
14   A.  Monday.
15   Q.  And who did you speak with?
16   A.  Michael.
17   Q.  Michael Ansell who is here today?
18   A.  Uh-huh.
19   Q.  And for how long did you speak with
20   Mr. Ansell?
21   A.  Thirty minutes.
22   Q.  And when was the next time you either
23   spoke with or met with Mr. Ansell or anybody else
24   from Plaintiff's counsel's?
25   A.  This morning.

LAUREN HALL

1
2    Q.  And who did you meet with this
3    morning?
4    A.  Michael.
5    Q.  For how long did you meet?
6    A.  I was here at 8:15.
7    Q.  And met until how long?
8    A.  Couple discussions in and out.  He
9    left to let you in, so discussion perhaps maybe
10   ten minutes.
11   Q.  And this morning when you met with
12   Mr. Ansell, did you review any documents?
13   A.  Just the documents I was provided
14   with, some of my answers to the questions that
15   started this case.
16   Q.  What do you mean, "answers to the
17   questions that started this case," what do you
18   mean by that?
19   A.  Like the questions about purchasing
20   the fruit snacks, how long I purchased them,
21   which I purchased --
22   Q.  Questions --
23   A.  -- what time; yes.
24   Q.  Questions that we had -- they're
25   called interrogatories --

LAUREN HALL

1
2    A.  Yeah.
3    Q.  -- you're talking about those?
4    A.  Uh-huh.
5    Q.  Had you reviewed those
6    interrogatories before this morning?
7    A.  No.
8    Q.  Did you provide the information that
9    went into those interrogatories?
10   A.  Yes.
11   Q.  When did you provide that
12   information?
13   A.  Maybe over the summer sometime.
14   Q.  Summer of -- summer of what, summer
15   of '17?
16   A.  '17.  Right?  Wait.
17   Q.  So, since the summer of '17 -- so
18   what -- you provided information in the summer of
19   '17 about what, your purchase history?
20   A.  Yeah.
21   Q.  Anything else?
22   A.  I mean, purchase history, where I
23   bought them, why I bought them, things about my
24   family, who I bought them for.
25   Q.  And since that time, since the summer

LAUREN HALL

1
2    of '17, 2017, have you met or spoken with
3    Plaintiff's counsel about this case?
4    A.  Spoken briefly a few times just
5    updates, nothing really about the case, just...
6    MR. ANSELL:  I'm just going to object
7    to -- he's asking about time, not content of the
8    communications, and any communications are
9    privileged.
10   A.  Okay.  So how long have we spoken; is
11   that what you're asking?
12   Q.  How many times and about when.  You
13   said you spoke a few times.
14   A.  Maybe two or three just with updates.
15   Q.  So nothing substantive?
16   A.  No.
17   MR. ANSELL:  Objection,
18   attorney-client privilege.
19   [INSTRUCTION] You don't have to answer.
20   MR. SILVERMAN:  It was a yes or no
21   question.  I'm not asking the content of the
22   communication.
23   MR. ANSELL:  You're asking what it
24   was about, what the communications were about.
25   Of course, it's about substance.

Page 10

LAUREN HALL

1
2  Q. And about, approximately, when were
3  each of those "two to three" communications?
4     A. I don't recall.
5     Q. When was the last of the "two or
6  three" communications prior to Monday when you
7  said you prepared for your -- you had a call for
8  "30 minutes" to prepare for today?
9     A. Before Monday's call?  Before
10  Monday's call?
11    Q. Yes.
12    A. Maybe early February to see if I was
13  okay to do the deposition.
14        MR. ANSELL:  Object.  Just --
15  objection in regard to attorney-client privilege.
16    You're not to provide answers regarding
17  the content of our communication.
18    Q. Okay.  Other than early February,
19  prior to that when was the other times that you
20  spoke with counsel?
21    A. Maybe a few months prior, November.
22    Q. And about how long was the
23  conversation you had in "early February?"
24    A. Short, a few minutes.
25    Q. Less than five?

Page 11

LAUREN HALL

1
2     A. Yes.
3     Q. Two?
4     A. Sure.
5     Q. How about the conversation you had in
6  about November, how long was that conversation?
7     A. Same, very short, under ten.
8     Q. Under five?
9     A. I don't really recall.
10    Q. And before that, when did you speak
11  with him?
12    A. Maybe back in the summer of 2017.
13        THE VIDEOGRAPHER:  Counsel, can we go
14  off the record for just one moment.
15        MR. SILVERMAN:  Yes.
16        THE VIDEOGRAPHER:  It will be quick.
17  I promise.
18    The time is 9:16 p.m. and we're off the
19  record.
20    (Recess taken 9:16 to 9:17 p.m.)
21        THE VIDEOGRAPHER:  The time is
22  9:17 a.m.  We're on the record.
23    Q. Ms. Hall, you had said that the time
24  before November you said you had spoken with
25  counsel in November for less than ten minutes.

Page 12

LAUREN HALL

1
2  Before that you said it was in the summer of '17.
3    About how long did that conversation last?
4     A. Maybe 20 minutes to 30 minutes.
5     Q. Was that the initial conversation?
6     A. Yes.
7     Q. Who did you speak with?
8     A. Michael.
9     Q. Michael Ansell?
10    A. Uh-huh.
11    Q. And was he the person you spoke with
12  in November as well?
13    A. Yes.
14    Q. Is he the only person you've spoken
15  with --
16    A. Yes.
17    Q. -- at Plaintiff's counsel?
18    A. Yes.
19    Q. Is he the only person you've ever met
20  with from Plaintiff's counsel firm?
21    A. Well, I've spoken with Nick.  I don't
22  recall his last name.
23    Q. Is he a lawyer, to your knowledge?
24    A. Yes.  I really...
25    Q. He works at Plaintiff's counsel's

Page 13

LAUREN HALL

1
2  firm?
3     A. No.  I can't think of his last name,
4  I'm sorry; on Monday.
5     Q. You spoke with somebody named "Nick"
6  on Monday on the phone?
7     A. Yes, with Michael.
8     Q. But he's not a lawyer at Michael's
9  firm?
10    A. No.
11    Q. And he's a lawyer?
12    A. Yes.
13    Q. Do you know what law firm he's at?
14    A. No.
15    Q. How do you know that he's at a
16  different firm?
17    A. Because I know.  It was told to me.
18    Q. Could his name be Kim?
19    A. Yes, that's it.  I'm sorry.  I'm so
20  sorry.
21    Q. Kim Richmond?
22    A. Yes.
23    Q. So, in the prep call --
24    A. Yes.
25    Q. -- you had on Monday for this

Page 14

LAUREN HALL

1
2  deposition, you spoke with Michael Ansell and Kim
3  Richmond?
4      A. Yes.
5      Q. On the conversation -- prior to
6  Monday, is there anybody you spoke with --
7      A. No.
8      Q. -- other than Mr. Ansell?
9      A. No.
10     Q. Had you ever met with Mr. Ansell or
11 any of the Plaintiff's counsel before today?
12     A. No.
13     Q. And the initial conversation you had
14 to discuss your purchasing and where you bought
15 and why and who you bought for, the information
16 you told us earlier, that took place on the 20 to
17 30-minute call you had in the summer of '17?
18     MR. ANSELL: Objection. It calls for
19 attorney-client privilege. [INSTRUCTION]
20     Q. Did you speak with Mr. Ansell or
21 anybody else at his firm or any other lawyer
22 prior to the summer of '17?
23     A. No.
24     Q. Any other conversations that you had
25 other than the conversation you had this morning,

Page 15

LAUREN HALL

1
2  Monday by phone, the calls you had in November
3  and the summer of '17?
4      A. No.
5      Q. I'm sorry. You said February of '18,
6  November of '17 and the summer of '17; any
7  others?
8      A. Not that I recall.
9      Q. So -- okay. So let me go over the
10 ground rules for the deposition. You've never
11 been deposed, so let me kind of tell you what's
12 going to happen here today.
13     I'm going to ask you questions. You're
14 going to answer the questions. The court
15 reporter is writing down everything that we say.
16 There may be times that your counsel objects.
17 He's done so so far a few times. Unless he
18 instructs you not to answer a question, you can
19 answer it, to the extent you understand it.
20     If you don't understand a question, please
21 let me know that and I'll re-ask it or rephrase
22 it cause I will expect that if you answer my
23 question, you understood it and you're giving
24 your best recollection, your best testimony,
25 truthful testimony; understood?

Page 16

LAUREN HALL

1
2      A. Uh-huh, yes.
3      Q. And the other thing is you're going
4  to have to give yeses and nos --
5      A. Yes.
6      Q. -- rather than grunts or nodding
7  because the court reporter can't take down the
8  grunts and the nods.
9      The other ground rule is that if you --
10 there may be times when you anticipate a
11 question. If you could wait until I finish the
12 question before you answer. I'll wait until you
13 finish answering before I ask the next question.
14 It's going to make our court reporter's life much
15 easier --
16     A. Okay.
17     Q. -- fair?
18     A. Yeah.
19     Q. There also may be times where I ask
20 you for dates. I'm entitled to your best
21 recollection. I've already asked you some dates.
22 You gave me some approximate dates, approximate
23 times. I am entitled to your best recollection.
24 I don't want you to give me a complete guess. So
25 if you don't know the exact day something

Page 17

LAUREN HALL

1
2  happened but you know the month or the season or
3  the year, I'm entitled to that.
4      A. Okay.
5      Q. So just give me your best
6  recollection; understood?
7      A. Yes.
8      Q. Is there any reason you can't give
9  your best testimony today?
10     A. No.
11     Q. Did you take any medication or
12 anything that would impair your memory or --
13     A. No.
14     Q. And you understand that you took the
15 oath to testify under penalty of perjury? You
16 understand what that means?
17     A. Yes.
18     Q. What does that mean to you?
19     A. That means if I don't tell the truth,
20 I have consequences.
21     Q. What "consequences" do you
22 understand?
23     A. Legal consequences.
24     Q. Okay. I'm going to show you what's
25 marked as Exhibit 1, the deposition notice for

Page 18

LAUREN HALL

1
2  today's deposition.
3       (Deposition Exhibit Hall 1, Defendants'
4  Amended Notice of Deposition of Plaintiff Lauren
5  Hall, was marked for identification.)
6       Q.  And Exhibit 1 is entitled,
7  "Defendants' Amended Notice of Deposition of
8  Plaintiff Lauren Hall."
9       Have you ever seen this document before?
10      A.  Yes.
11      Q.  When did you first see it?
12      A.  Last week.
13      Q.  Was it mailed to you or...
14      A.  E-mailed.
15      Q.  I had asked you earlier whether you
16 had reviewed any documents to prepare for the
17 deposition.  You said that -- I think, you said
18 it was this morning you reviewed your Answers to
19 Interrogatories; is that correct?
20      A.  Yes.
21      Q.  You seem to have a puzzled look.  I'm
22 not sure...
23      A.  The -- yeah, didn't I sign this?  I'm
24 sorry, they look the same.  But I thought I
25 signed something that looked similar to this.

Page 19

LAUREN HALL

1
2       Q.  You wouldn't have signed my
3  deposition notice.
4       A.  Then I did not see this.
5       Q.  Okay.  So how did you -- if you never
6  saw the deposition notice, was it just the date
7  and location just communicated to you by counsel?
8       MR. ANSELL:  Objection, calls for
9  attorney-client communication.  [INSTRUCTION]
10      MR. SILVERMAN:  Well, I'm entitled to
11 know how she got here today and why she's here
12 today.  If she never saw the notice, how did she
13 know we were supposed to be here today?
14      MR. ANSELL:  Is she here?
15      MR. SILVERMAN:  Yes, just by magic
16 she's here --
17      MR. ANSELL:  By magic?
18      MR. SILVERMAN:  -- for the day we
19 noticed it.
20      Q.  You never saw the deposition notice
21 before?
22      A.  I don't think so, no.
23      Q.  So what did you receive by e-mail
24 last week?
25      MR. ANSELL:  Again, objection, calls

Page 20

LAUREN HALL

1
2  for attorney-client communication.  [INSTRUCTION]
3  She's not going to answer.  It calls for a
4  communication.
5       Q.  You said that it was this morning
6  that you reviewed your Answers to
7  Interrogatories?
8       A.  Yes.
9       Q.  And you had not seen them before,
10 correct?
11      A.  I signed a verification document that
12 I reviewed that had some of my responses to
13 questions on them.  That's what this looks like.
14 But this is not what I had seen.
15      Q.  Well, a verification is a one-page
16 document.  You signed a verification.
17      But earlier you testified you had not seen
18 your interrogatory responses in writing before
19 this morning, correct?
20      A.  I don't recall that I said that I
21 didn't see them before.  But, I mean, I answered
22 the questions, so I had seen the questions.
23      Q.  Well, you said you provided the
24 information for the responses in the summer of
25 2017, but you had not seen the actual responses

Page 21

LAUREN HALL

1
2  until this morning.
3       A.  No, I provided -- I, obviously, saw
4  them, if I provided the answers in the summer of
5  '17.
6       Q.  Well, no, that's not obvious.  You
7  could have provided the answers and then based
8  upon what you provided in the summer of '17
9  responses could have been prepared that you
10 hadn't seen.
11      MR. ANSELL:  Objection,
12 argumentative.
13      Q.  So do you know if you saw the
14 responses prior to today?
15      A.  I saw them when I gave them.
16      Q.  Okay.
17      MR. SILVERMAN:  Should we move?  I
18 don't know what you think is best.
19      THE VIDEOGRAPHER:  Can we go off the
20 record for a moment.
21      MR. ANSELL:  Yeah.
22      THE VIDEOGRAPHER:  The time is
23 9:27 a.m.  We're off the record.
24      (Recess taken 9:27 to 9:35 a.m.)
25      THE VIDEOGRAPHER:  The time is

Page 22

LAUREN HALL

1
2    9:35 a.m. We're on the record.
3        Q. Alright. We are back. We've moved
4    rooms. We've got power. So continuing where we
5    were.
6        I think I was asking you about your
7    interrogatory responses and whether you had seen
8    them before this morning.
9        Have you seen your interrogatory responses
10   before this morning?
11       A. Yes.
12       Q. When did you see them?
13       A. When I gave them in the summer of
14   '17.
15       Q. Anytime after that?
16       A. No.
17       Q. Have you seen the lawsuit that was
18   filed in this case?
19       MR. ANSELL: Object to form.
20       Q. The Complaint, have you seen the
21   complaint that your counsel filed?
22       A. Yes.
23       Q. When did you see that?
24       A. Last week.
25       Q. Had you seen it before last week?

Page 23

LAUREN HALL

1
2        A. No.
3        Q. So before the lawsuit -- the
4    Complaint was filed, which contained a bunch of
5    allegations, you hadn't reviewed it to confirm
6    the accuracy of the allegations?
7        A. Well, I saw it last week.
8        Q. Yeah, but it was filed a year ago.
9        You hadn't seen it before it was filed?
10       A. No.
11       Q. And just to be clear on people you've
12   met with or spoken with, is there anybody else
13   that you've ever spoken with, any other lawyer
14   that you've ever spoken with about this case
15   other than Mr. Ansell, who is sitting here today,
16   who said you spoke with a few times, and
17   Mr. Richmond who joined the call on Monday?
18       A. No.
19       Q. And you didn't meet with any lawyers
20   about this case prior to this morning?
21       A. No.
22       Q. I'm going to show you what we'll mark
23   as Exhibit 2, which is entitled, "Class Action
24   Complaint and Jury Demand."
25       (Deposition Exhibit Hall 2, Class Action

Page 24

LAUREN HALL

1
2    Complaint and Jury Demand, was marked for
3    identification.)
4        Q. Take a look through that and tell me
5    if you've ever seen it before.
6        A. Yes.
7        Q. Was this what you saw last week?
8        A. No.
9        Q. When did you see this?
10       A. This morning.
11       Q. Had you seen it prior to this
12   morning?
13       A. I don't recall.
14       Q. Do you see on the top of this it says
15   -- it's dated that it was filed on April 5th,
16   2017?
17       A. Yes.
18       Q. And then the last page, there is a
19   signature, Page 28. It's dated April 3rd, 2017.
20       A. Yes.
21       Q. So does that refresh your
22   recollection that -- you had testified several
23   times about the first conversation you had was in
24   the summer of 2017 and you said you were provided
25   information for the interrogatories in the summer

Page 25

LAUREN HALL

1
2    of 2017.
3        Was it in the summer or before April?
4        A. I don't recall. It could have been.
5        Q. You don't remember whether it was
6    before or after April?
7        A. I don't.
8        Q. I'm going to show you what we're
9    going to mark as Exhibit 3.
10       (Deposition Exhibit Hall 3, First Amended
11   Class Action Complaint and Jury Demand, was
12   marked for identification.)
13       Q. Exhibit 3 is entitled, "First Amended
14   Class Action Complaint and Jury Demand."
15       Tell me if you've ever seen that before.
16       A. I think so. I mean, it looks just
17   like the other one.
18       Q. Well, do you recall seeing both of
19   them, one of them, neither of them?
20       A. I've seen legal documents. I think I
21   saw this this morning. But I didn't read through
22   28 pages this morning so...
23       Q. So you think you saw either the
24   original Complaint or the Amended Complaint this
25   morning, but you don't remember which one?

Page 26

LAUREN HALL

1
2      A.  I don't.
3      Q.  And this was filed on June 26, 2017,
4   just for the record.
5      So you think you saw a complaint this
6   morning, you don't know which one, whether it was
7   Exhibit 2 or Exhibit 3?
8      A.  I don't know which one.
9      Q.  Could it have been either one?  You
10  saw --
11     A.  Sure.
12     Q.  -- something else?
13     A.  Yes.
14     Q.  And prior to this morning, had you
15  ever seen either the original Complaint or the
16  First Amended Complaint?
17     A.  Yes.
18     Q.  Well, I asked you earlier about
19  Exhibit 2, which was a complaint, and you say you
20  saw it for the first time this morning.
21     A.  I said I saw it this morning.
22     Q.  I think you said -- I can have the
23  reporter read it back.  But I'm pretty sure you
24  saw it for the first time this morning.
25     Are you saying you saw it prior to this

Page 27

LAUREN HALL

1
2   morning?
3      A.  Yeah, last week I thought I said.
4      Q.  So you saw the Complaint, either
5   Exhibit 2 or Exhibit 3, you're not sure which
6   one, but you think you saw it for the first time
7   last week?
8      A.  Uh-huh.
9      Q.  Is that a yes?
10     A.  Hang on.
11     Q.  You're kind of --
12     A.  Yeah.
13     Q.  You kind of made a grunt --
14     A.  You know what --
15     Q.  -- so-to-speak and the court
16  reporter --
17     A.  -- because I did see a complaint, but
18  the one that I saw last week did not have all
19  these depictions.  I did not see these depictions
20  until today.  That's why it's throwing me off.
21     Q.  What do you mean by "depictions?"
22     A.  These pictures, these illustrations
23  on Page 9, Page 10, Page 11.
24     Q.  It could have been your
25  interrogatories, the interrogatories you saw last

Page 28

LAUREN HALL

1
2   week and not the Complaint?
3      A.  Sure, yes, it could be.
4      Q.  Well, what you saw last week, was it
5   a bunch of questions and answers?
6      A.  Yes.
7      Q.  Okay.  So let me try to clear this up
8   and show you --
9      A.  This I did not see until this
10  morning.  Either one of these, I don't know if it
11  was amended or not.
12     Q.  But you think you saw them this
13  morning, one of those two?
14     A.  No, I know I saw one of the two this
15  morning.  I do not know if it was amended or not.
16     Q.  And last week what you think you saw
17  was interrogatories?
18     A.  Yes.
19     Q.  Okay.  Well, let me show you, just to
20  make sure we're clear here.  I'll show you --
21  we'll mark as Exhibit 4s, 5, and 6 various
22  discovery.
23     Exhibit 4 is going to be Defendant
24  Promotion in Motion Company Interrogatory Set One
25  to Plaintiff Lauren Hall.  It's going to be

Page 29

LAUREN HALL

1
2   Exhibit 4.
3      (Deposition Exhibit Hall 4, Defendant the
4   Promotion in Motion Companies, Inc.'s
5   Interrogatories, Set One, to Plaintiff Lauren
6   Hall, was marked for identification.)
7      MR. SILVERMAN:  Exhibit 5 is going to
8   be "Defendant Welch Foods, Inc., a Cooperative's
9   Interrogatories, Set One, to Plaintiff Lauren
10  Hall."
11     (Deposition Exhibit Hall 5, Defendant the
12  Welch Foods Inc., a Cooperative's
13  Interrogatories, Set One, to Plaintiff Lauren
14  Hall, was marked for identification.)
15     MR. SILVERMAN:  And Exhibit 6 is
16  going to be "Defendant Welch Foods, Inc., a
17  Cooperative, and The Promotion in Motion Company
18  Inc., Request for Production of Documents, Set
19  One, to Plaintiff Lauren Hall."
20     (Deposition Exhibit Hall 6, Defendants
21  Welch Foods Inc., a Cooperative and the Promotion
22  in Motion Companies, Inc.'s Request for
23  Production of Documents, Set One, to Plaintiff
24  Lauren Hall, was marked for identification.)
25     Q.  Okay.  Look through Exhibits 4, 5 and

LAUREN HALL

1
2  6 and tell me if you've ever seen these before.
3       A.  Yes.
4       Q.  You saw all of those?
5       A.  Yes.
6       Q.  About when did you see them?
7       A.  Last week and this morning.  I don't
8  recall.  I'm sorry, I don't recall.
9       Q.  Could it have been last week or it
10 could have been this morning, you don't recall
11 which one?
12      A.  I definitely didn't see these this
13 morning.  I'm -- but I have seen these.
14      Q.  You think it was last week?
15      A.  Yes, I think it was last week when I
16 signed the verification.
17      Q.  Well, let me show you the responses.
18 Because what I showed you, 4 through 6, were the
19 questions, the interrogatories and the request
20 for documents.  I'm going to show you now the
21 responses to them.
22      MR. SILVERMAN:  I'll mark as
23 Exhibit 7 "Plaintiff's Answers to Defendant's
24 First Set of interrogatories."  Actually, you
25 know what -- yeah, okay.  It says, "Plaintiff's

LAUREN HALL

1
2  Answers to Defendant's First Set of
3  Interrogatories."  It's, specifically, to the
4  Defendant The Promotion in Motion
5  interrogatories.
6       But two different sets were served, one
7  for Welch's and one for The Promotion in Motion.
8  So this is Promotion in Motion's set.
9       A.  Yes.
10      MR. SILVERMAN:  So we'll mark it as
11 Exhibit 7.
12      (Deposition Exhibit Hall 7, Plaintiff's
13 Answers to Defendant's First Set of
14 Interrogatories, was marked for identification.)
15      Q.  Tell me if you've ever seen Exhibit 7
16 before.
17      A.  Yes.
18      Q.  When did you first see them?
19      A.  "First?"
20      Q.  Yes.
21      A.  Maybe a week or two ago.
22      Q.  Do you see on the last page, they're
23 dated March 7th, 2018?
24      A.  Yes.
25      Q.  Do you recall whether you saw them

LAUREN HALL

1
2  before or after March 7th?
3       A.  I saw them on March 7th.
4       Q.  And did you review these responses
5  before they were served to confirm the accuracy?
6       A.  I reviewed before I signed.
7       Q.  When you signed what?
8       A.  On March 7th.
9       Q.  What did you sign on March 7th?
10      A.  Or when I signed the verification.
11      Q.  Right.  But I'm going to mark as
12 Exhibit 8 the verification because it's signed on
13 March 23rd.
14      A.  So last week when I saw them; sorry.
15      Q.  Okay.
16      MR. SILVERMAN:  We'll mark as
17 Exhibit 8.
18      A.  Before March 7th, I did not see them
19 then.
20      (Deposition Exhibit Hall 8, Verification
21 signed by Lauren Hall 3/23/18, was marked for
22 identification.)
23      Q.  Okay.  Exhibit 18 entitled -- it
24 says, "I Lauren Hall declare I am a Plaintiff in
25 the above captioned action.  I have read the

LAUREN HALL

1
2  foregoing objections and responses to Defendant's
3  First Set of Interrogatories.  I know its
4  content.  I believe that all matters stated in my
5  answers therein are true and on that ground
6  certify and declare under penalty of perjury,
7  under the laws of the United States of America
8  that they are true and correct executed this 23rd
9  day of March, 2018," and there is a signature.
10      Did you sign that?
11      A.  Uh-huh.
12      Q.  Is that your signature?
13      A.  Yes.
14      Q.  And did you sign it on March 23rd?
15      A.  Yes.
16      Q.  Was that the first day you saw the
17 responses?
18      A.  No.
19      Q.  When did you see the responses?
20      A.  That week.
21      Q.  So the 23rd was a Friday; sometime
22 between the 19th and the 23rd?
23      A.  Yes.  Because when I saw them, I
24 signed it on the 23rd.
25      Q.  Okay.  I'm going to show you as

1   LAUREN HALL
2   Exhibit 9 the responses that you gave to the
3   Welch's interrogatories.
4       (Deposition Exhibit Hall 9, Plaintiff's
5   Answers to Defendant's First Set of
6   Interrogatories, was marked for identification.)
7       Q.   Take a look through the Welch's --
8   the responses you gave to the Welch's
9   interrogatories.   Tell me if you've ever seen
10  those responses before.
11      A.   Yes.
12      Q.   And when did you -- did you see those
13  sometime the week of the 19th as well?
14      A.   Yes.
15      Q.   And that was the first time you saw
16  them?
17      A.   Yes.
18      Q.   Okay.   Did you review the responses
19  at that time, the...
20      A.   Yes.
21      Q.   Confirming the accuracy?
22      A.   (No response.)
23      Q.   Okay.
24          THE STENOGRAPHER:  I'm sorry.   You
25  didn't answer the question.

1   LAUREN HALL
2   Did you confirm the accuracy?
3       THE WITNESS:  Yes.
4   (There is a discussion off the record.)
5       Q.   And you see those are dated March 7th
6   as well?
7       A.   Uh-huh, yes.
8       Q.   But you didn't see them until
9   sometime the week of 19th of March, right?
10      A.   Correct.
11      Q.   I'm going to show you Exhibit 10,
12  another verification.
13      (Deposition Exhibit Hall 10, Verification
14  signed by Lauren Hall 3/23/18, was marked for
15  identification.)
16      Q.   Take a look at that.   It's dated
17  March 23rd, 2018.
18      Is that your signature?
19      A.   Yes.
20      Q.   And you signed the verification to
21  the Welch's responses?
22      A.   Yes.
23      Q.   So you reviewed the responses
24  sometime between March 19th and 23rd and you
25  signed it on the 23rd?

1   LAUREN HALL
2       A.   Yes.
3       Q.   Okay.   I'm going to show you what
4   we'll mark as Exhibit 11.
5       (Deposition Exhibit Hall 11, Plaintiff's
6   Supplemental Answers to Defendant's First Set of
7   Interrogatories, was marked for identification.)
8       Q.   Exhibit 11 is entitled, "Plaintiff's
9   Supplemental Answers to Defendant's First Set of
10  Interrogatories."
11      Take a look through that and tell me --
12  and these are, specifically, responsive to the
13  interrogatories served by the The Promotion in
14  Motion Companies.
15      This document, tell me if you've ever seen
16  these responses before.
17      A.   I don't recall.
18      Q.   You don't recall whether you've ever
19  seen them?
20      A.   I don't.
21      Q.   They're dated -- take a look at the
22  last page.   They're dated March 22nd.
23      A.   (The witness complies.)
24      Q.   So six days ago.   You don't recall
25  whether in the last six days you've seen them?

1   LAUREN HALL
2       A.   I don't recall.
3       Q.   We'll mark as Exhibit 12 the
4   verification that bears your signature.
5       (Deposition Exhibit Hall 12, Verification
6   signed by Lauren Hall 3/26/18, was marked for
7   identification.)
8       Q.   This is a verification.
9       Is that your signature?
10      A.   Yeah.
11      Q.   And it's dated March 26, 2018?
12      A.   Yes.
13      Q.   Do you recall signing this
14  verification --
15      A.   Yes.
16      Q.   -- on two days ago?
17      A.   Yes.
18      Q.   Were you provided the discovery
19  responses, the interrogatories that accompanied
20  this verification, that you were verifying the
21  responses?
22      A.   Yes, with this -- this document.
23      Q.   What's "this document?"
24      A.   I don't know.   I have 11 in front of
25  me.

LAUREN HALL

1
2     Q.  What exhibit number is it, so I know
3  what you're talking about?
4     A.  Eleven.
5     Q.  So the supplemental responses?
6     A.  Supplemental responses I did see with
7  the original -- the original questions last week
8  or two weeks ago.  When I received -- when I
9  signed these, I received them altogether.  I was
10 asked to provide this after I received
11 everything.
12    There was no signature page on this
13 originally, correct?
14    Q.  What "signature page" on what?
15    A.  This document.
16    Q.  Which "document," Exhibit 11 --
17    A.  Yes.
18    Q.  -- supplemental responses?
19    I'm not sure what you mean by "no
20 signature page."
21    A.  I didn't have to sign this page,
22 correct?  It was provided to me with the others.
23    Q.  The verification was provided to you
24 "with the others?"
25    A.  No.

LAUREN HALL

1
2     Q.  What do you mean?  I don't understand
3  what you're saying.
4     A.  I have 11 documents in front of me
5  that all look pretty similar.  So, I think, I've
6  seen this.
7     Q.  You think you've seen Exhibit 11 but
8  you're not sure?
9     A.  Yes.  I'm not really sure what your
10 question is.
11    Q.  I'm asking you whether you were
12 provided the supplemental answers to which you
13 were verifying the truth and accuracy.
14    A.  Is Exhibit 11 the supplemental
15 answers?
16    Q.  Yes.
17    A.  Yes, I was.
18    Q.  And when were you provided that?
19    A.  The week of the 19th.
20    Q.  And you verified it on the 26th?
21    A.  Correct.
22    Q.  Do you recall whether it was before
23 or after the 22nd that you first saw them?
24    MR. ANSELL:  Objection, asked and
25 answered.

LAUREN HALL

1
2     Q.  You can answer.
3     A.  Do I recall if it was when?  I'm
4  sorry, can you repeat that.
5     Q.  Before or after the 22nd of March
6  that you reviewed the supplemental responses?
7     A.  After.
8     Q.  I asked you earlier about documents
9  you reviewed to prepare for your deposition.  And
10 I was showing you a whole bunch of documents.  I
11 showed you the original Complaint, the Amended
12 Complaint a bunch of discovery.
13    Does that refresh your recollection as to
14 what documents, if any, you have seen before
15 today?
16    A.  No.
17    Q.  You testified a little bit ago that
18 the Complaint -- you're not sure whether it was
19 original Complaint or the Amended Complaint, but
20 the first time you saw it was this week -- not
21 this week, but this morning, correct?
22    MR. ANSELL:  Objection.
23    Q.  With the "depictions?"
24    MR. ANSELL:  Objection, to the extent
25 that you're mischaracterizing previous testimony.

LAUREN HALL

1
2     MR. SILVERMAN:  Well, I think, she
3  was confusing the Complaint with the
4  interrogatories, which is exactly why I went
5  through them.
6     Q.  Because you said you had never seen
7  this with the "pictures" and "depictions."
8     And I said, well, could this have been
9  interrogatories.
10    And you said, yeah, it might have been.
11    So now that you've seen the Complaint,
12 original and Amended, and the various
13 interrogatories and your responses, does that
14 refresh your recollection as to which -- what you
15 were referring to when you say you saw --
16    A.  The "depictions" has the Complaint --
17 is the Complaint?
18    Q.  Yes.
19    A.  Yes, I saw that this morning.
20    Q.  The first time you saw it was this
21 morning?
22    A.  Yes.
23    Q.  You you've never seen it before?
24    A.  No.
25    Q.  The original or Amended Complaint,

Page 42

LAUREN HALL

1
2 you have not seen before this morning?
3      A. No.
4      Q. Were there any other documents that
5 you saw before this morning, other than possibly
6 the interrogatories or the interrogatory
7 responses?
8      A. No.
9      Q. Do you recall seeing document
10 requests asking you to produce various documents
11 in this case?
12      A. No.
13      Q. I'm going to show you the document
14 request and see if that refreshes your
15 recollection at all.
16      (Deposition Exhibit Hall 13, Plaintiff
17 Lauren Hall's Responses and Objections to
18 Defendants' First Set of Request for Production
19 of Documents, was marked for identification.)
20      Q. Can I make sure I mark the correct
21 exhibit. I may have given you the -- tell me
22 what Exhibit 6 is.
23      (There is a discussion off the record.)
24      Q. Okay. So take a look at Exhibit 6.
25 I've asked you about interrogatories and your

Page 43

LAUREN HALL

1
2 responses to interrogatories and supplemental
3 responses. Exhibit 6 is document requests.
4      A. (The witness complies.)
5      Q. Tell me if you've ever seen that
6 before.
7      A. No.
8      Q. Just for the record, 64 requests for
9 documents and you said you've never seen this
10 before?
11      A. No.
12      Q. Alright. Well, I'm now going to mark
13 as Exhibit 13 -- are we on 13?
14      Thirteen is entitled, "Plaintiff Lauren
15 Hall's Responses and Objections to Defendant's
16 First Set of Requests for Production of
17 Documents."
18      (Deposition Exhibit Hall 13, Plaintiff
19 Lauren Hall's Responses and Objections to
20 Defendant's First Set of Requests for Production
21 of Documents, was marked for identification.)
22      (There is a discussion off the record.)
23      Q. Take a look through Exhibit 13. Tell
24 me if you've ever seen it before.
25      A. No.

Page 44

LAUREN HALL

1
2      Q. So sitting here today you do not know
3 what documents were requested that you produced?
4      A. No.
5      Q. Were you ever asked to produce
6 documents in this case, anybody ever -- to gather
7 documents, any documents you had relevant to this
8 --
9      MR. ANSELL: Objection, calls for
10 attorney-client communication. [INSTRUCTION]
11      Q. Do you know whether you have any
12 documents responsive to these requests, since you
13 were never asked for it?
14      A. I don't recall.
15      MR. ANSELL: Objection,
16 mischaracterization of testimony.
17      MR. SILVERMAN: Oh, no. It's an
18 exact characterization of testimony and we've got
19 a problem.
20      MR. ANSELL: She never said she
21 wasn't asked.
22      Q. You don't know whether you have any
23 documents responsive to these 64 requests, right?
24      A. I don't know.
25      Q. Tell me generally whether -- you said

Page 45

LAUREN HALL

1
2 you saw the Complaint, either the original or the
3 Amended Complaint, for the first time this
4 morning.
5      Tell me generally what are the allegations
6 in the Complaint, since your name is on the
7 caption, you're the one suing Welch's, Welch
8 Foods and The Promotion in Motion. What are your
9 allegations?
10      A. Deceptive advertising.
11      Q. Be more specific, please.
12      A. Let's see, better alternatives of
13 fruit smacks because they have no preservatives,
14 made with real fruit. They have vitamins,
15 hundred percent of vitamins.
16      Q. And how is that "deceptive
17 advertising?"
18      A. Because there are preservatives. It
19 isn't made with real fruit and it's not a hundred
20 percent of vitamin intake for my children.
21      Q. What "hundred percent of vitamin
22 intake" are you talking about?
23      A. It's hundred percent of your daily
24 vitamin intake of Vitamin C and it's deceptive
25 advertising.

LAUREN HALL

1
2      Q.  Okay.  Anything else you recall from
3  your -- what the allegations are?
4      A.  No.
5      Q.  What's that?
6      A.  No.
7      Q.  We'll get into this in more detail.
8      But what is your basis for saying that the
9  product does not have real fruit?
10         MR. ANSELL:  Object to form.
11     You can answer.
12     A.  I refer to my counsel.
13     Q.  Well, these are allegations in your
14  Complaint.  You have alleged as the Plaintiff
15  suing my clients that -- and you just testified
16  that the product does not have real fruit.
17     What is that based on?
18     A.  The No. 1 ingredient is fruit puree
19  and concentrate.  Is that real fruit?
20     Q.  You're saying "fruit puree" is not
21  real fruit?
22     A.  No.  I refer to my counsel and the
23  investigation of my counsel.
24     Q.  Well, it's your testimony sitting
25  here today that the reason you say it's not real

LAUREN HALL

1
2  fruit because fruit puree and fruit juice
3  concentrate are not real fruit?
4      A.  No.
5      Q.  "No," what?
6      A.  It's not, I guess.
7      Q.  You're saying -- your testimony is
8  that fruit puree and fruit juice concentrate are
9  not real fruit?
10         MR. ANSELL:  Object to form.
11     A.  I don't know.
12     Q.  You don't know whether they're real
13  fruit?
14     A.  I don't know whether they're real
15  fruit.
16     Q.  Then how are you alleging that it's
17  "deceptive advertising" when they claim it's real
18  fruit when you don't know whether fruit puree or
19  fruit juice concentrate are real fruit?
20     A.  They claim it's real fruit.
21     Q.  And you don't know whether that claim
22  is true or not?
23     A.  I am relying on my counsel.
24     Q.  But you're the -- how did you first
25  come to meet with your counsel, how did you come

LAUREN HALL

1
2  to learn of them?
3      Did you buy this product -- your Complaint
4  alleges and your interrogatory responses allege
5  that you purchased the product every week for
6  seven years.
7      After seven years -- when did you last buy
8  the product?  Let's start with that.
9      A.  Probably two years ago.
10     Q.  So two years ago you had an epiphany
11  and decided to file a lawsuit?
12     A.  Can I take a break?
13     Q.  No.  There is a question pending.
14  You can't take a break as long as a question is
15  pending.
16     A.  Let's see.  The last time I purchased
17  the fruit snacks was one to two years ago.  I was
18  in touch with counsel through a mutual friend who
19  knows someone who works at the firm and we
20  connected that way.
21     Q.  Who is your "mutual friend?"
22     A.  Melanie Nobel.
23     Q.  "Melanie" who?
24     A.  Melanie Nobel.
25     Q.  How do you spell that name?

LAUREN HALL

1
2      A.  N-o-b-e-l.
3         MR. ANSELL:  The witness wants a
4  break.  There is no question pending so...
5         MR. SILVERMAN:  Okay.
6         THE VIDEOGRAPHER:  The time is
7  10:15 a.m.  We're off the record.
8      (Recess taken 10:15 to 10:23 a.m.)
9         THE VIDEOGRAPHER:  The time is
10  10:23 a.m.  We're on the record.
11     Q.  Okay.  Ms. Hall, you took a break,
12  but you understand you're still testifying under
13  penalty of perjury?
14     A.  Yeah.
15     Q.  Before the break, you said you spoke
16  with counsel "through a mutual friend," Melanie
17  -- Nobel?
18     A.  Nobel.
19     Q.  Nobel.
20     When you say, "a mutual friend," Ms. Nobel
21  was your friend, correct?
22     A.  Yes.
23     Q.  And which lawyer was she a friend
24  with?
25     A.  I'm not sure.

Page 50

LAUREN HALL

Q.  Just some lawyer at the Ansell Grimm law firm?

A.  Yes.

Q.  Was it Mr. Ansell, who is sitting here today?

A.  I don't know.

Q.  And tell me about -- when did you have a conversation with Ms. Nobel?

A.  Prior to speaking to Michael, the conversation wasn't anything about the case.  She made a comment that I had purchased the Welch's and that they were filled with sugar and made a comment to me about it.

Q.  When did you have that discussion with her?

A.  Maybe a year or two ago.

Q.  And where were you, were you at a party, were you at her house, were you at your house?

A.  I don't recall.

Q.  Well, how did the subject of Welch's Fruit Snacks come up with Ms. Nobel?

A.  Maybe she was at my house.  She was at my house.  She knew I purchased them.

Page 51

LAUREN HALL

Q.  Were you eating them in front of her, were your kids eating them in front of her?

A.  I don't recall.

Q.  Well, you, you were just having a conversation and she said, oh, by the way, I know you buy Welch's Fruit Snacks, I know those have a lot of sugar?  I mean, how did the conversation take place?

MR. ANSELL:  Objection, asked and answered.

You can answer.

A.  I don't recall.  It was a year or two ago.  I had a conversation with her.  I don't recall how it started.

Q.  What else did she say other than that the fruit snacks have -- Welch's Fruit Snacks have sugar?

A.  I don't recall.  I don't know.

Q.  That's all she recall telling you?  That's all you recall her telling you?

A.  Yeah, I guess.

Q.  Okay.  So how do you go, by the way, fruit snacks have sugar, to I'm going to sue the The Promotion in Motion and Welch's?  What's the

Page 52

LAUREN HALL

leap to that, what caused you to file a lawsuit?

MR. ANSELL:  Object to form.

You can answer, if you understand.

A.  I don't recall.  I don't recall.

Q.  Well, did she say, hey, I know a lawyer, you might want to talk to him to sue the company?

A.  No, she didn't.  She may have said there is a class action and -- I don't -- I don't know.  I don't recall.

Q.  She may have said there was an existing class action?

A.  I don't know.  She had mentioned something about me purchasing it and said you should speak with Michael and I spoke with Michael about it.

Q.  So the "mutual friend" was Michael Ansell?

A.  I don't know if that was her "mutual friend."  She knows someone in this company.  I don't know if they're friends.  I don't know who it is.

Q.  But you just said that Ms. Nobel told you to speak with Michael Ansell?

Page 53

LAUREN HALL

A.  Or the firm, I'm sorry, the firm.

Q.  So she said that fruit snacks have sugar, you should speak with a lawyer?

MR. ANSELL:  I'm going to object, asked and answered.

But...

A.  She said you should speak with someone here, there is a class action and she put me in touch with Michael.  I don't recall how it happened.  I don't know if it was through him or a "mutual friend" here at the firm.

Q.  But --

A.  But that's how I learned about this and Michael and I spoke about it.

Q.  But what do you mean she said, "there is a class action?"

MR. ANSELL:  Objection.

A.  I don't know if she said that.  I don't recall.

Q.  And when did you have that conversation with Ms. Nobel?  You said one to two years ago, to the best you can recall?

A.  Yes, to the best I can recall.

Q.  Well, using the date of the

LAUREN HALL

1
2    Complaint, the original Complaint of April 5th,
3    2017 as a marker, approximately, how long before
4    that date did you speak with Ms. Nobel about this
5    issue?
6        A. Maybe a few months --
7        Q. And did you have more than --
8        A. -- to the best of my knowledge.
9    Yeah, to the best of my knowledge.
10       Q. Was it in 2016 or 2017?
11       A. I don't recall.
12       Q. So you don't recall what Ms. Nobel
13    told you?
14       MR. ANSELL: Objection,
15    mischaracterization of testimony.
16       Q. Other than that she said it has
17    sugar, you don't remember anything else she told
18    you?
19       MR. ANSELL: Objection, again,
20    mischaracterizes her testimony.
21       Q. You can answer. I'm trying to
22    understand what she told you.
23       MR. ANSELL: Objection, asked and
24    answered.
25       Q. She told you they had sugar. What

LAUREN HALL

1
2    else did she tell you?
3        A. I don't recall.
4        Q. And how many conversations did you
5    have with Ms. Nobel about Welch's Fruit Snacks?
6        A. That was it.
7        Q. Have you spoken with her since the
8    lawsuit was filed?
9        A. I have not.
10       Q. To your knowledge, does she know that
11    you filed this lawsuit?
12       A. She does not.
13       Q. How often do you speak with Ms.
14    Nobel?
15       A. Often.
16       Q. Is she your best friend?
17       A. No.
18       Q. How often do you speak with her?
19       A. Maybe once a week.
20       Q. So, over the last year or so, you've
21    spoken with her about once a week?
22       A. Yes.
23       Q. And on none of those occasions --
24       A. No.
25       Q. -- have you ever mentioned the fact

LAUREN HALL

1
2    that you filed this lawsuit?
3        A. No.
4        Q. Why not?
5        A. Because it's none of her business.
6        Q. "None of her business" yet she's the
7    one that told you you should speak with a lawyer?
8        MR. ANSELL: Objection,
9    argumentative.
10       Q. Right?
11       MR. ANSELL: Objection. Is there a
12    question there?
13       MR. SILVERMAN: Yeah, there was a
14    question there.
15       Repeat -- read back the question.
16       (Whereupon, the question is read back as
17    follows:
18       "Question: 'None of her business' yet
19    she's the one that told you you should speak with
20    a lawyer?")
21       Q. Question mark.
22       A. She never said I should speak with a
23    lawyer.
24       Q. She said what?
25       MR. ANSELL: Objection.

LAUREN HALL

1
2        A. I don't recall. But she never said,
3    you should go to a lawyer.
4        Q. Did she provide you a name of a
5    lawyer at the Ansell Grimm law firm to speak
6    with?
7        A. I don't recall.
8        Q. Well, how did you get the name of the
9    Ansell Grimm law firm?
10       A. I don't recall. I, honestly, do not
11    recall how that connection was made.
12       Q. Do you recall whether you just called
13    the general number and spoke with somebody at the
14    front desk and said, I need a lawyer about a
15    product I bought?
16       MR. ANSELL: Objection.
17       A. No.
18       Q. Did you call and ask for specific
19    person at this law firm?
20       MR. ANSELL: Objection, asked and
21    answered.
22       A. I don't recall.
23       Q. So you didn't just generally call up
24    and ask the receptionist, can you give me a
25    lawyer about a possible lawsuit I have, but you

Page 58

LAUREN HALL

1
2 don't recall asking for a particular lawyer
3 either?
4     A. I, honestly, I don't recall.
5     Q. And you don't know who the "mutual
6 friend" was, who the lawyer was that knew her?
7     A. I do not know who the "mutual friend"
8 was at this firm between her and I have not
9 spoken with her since about this.
10    Q. Is there anybody else you've spoken
11 with about Welch's Fruit Snacks other than your
12 counsel and Ms. Nobel?
13    A. Just my husband.
14    Q. What's your husband's name?
15    A. John Hall.
16    Q. Is he aware of the lawsuit?
17    A. As of last week, yes.
18    Q. That was the first time he learned of
19 the lawsuit?
20    A. Yes.
21    Q. Did he ever purchase Welch's Fruit
22 Snacks?
23    A. No.
24    Q. To your knowledge, or you're certain
25 he never did?

Page 59

LAUREN HALL

1
2     A. I'm certain he never did.
3     Q. How do you know?
4     A. Cause he doesn't food shop.
5     Q. Tell me about the discussion you had
6 with him last week when he learned of the
7 lawsuit.
8         MR. ANSELL:  Objection, to the extent
9 that it involves spousal privilege following
10 litigation.
11        MR. SILVERMAN:  It's not privileged.
12 Judge Scanlon's already ruled on this issue.
13        MR. ANSELL:  I think that was on
14 pre-litigation discussions.
15        MR. SILVERMAN:  No, it wasn't on
16 pre-litigation discussions.  I can -- I don't
17 have the transcript with me.  But I can assure
18 you that this issue came up when you guys tried
19 to block the deposition of Ms. Addox's (phonetic)
20 ex-husband and that deposition was permitted.
21        MR. ANSELL:  [RESERVATION] Well, we
22 will reserve the objection and raise it with the
23 Court.  And we'll allow the witness --
24        MR. SILVERMAN:  If you're going to
25 instruct the witness not to answer, cause I'll

Page 60

LAUREN HALL

1
2 bring her back in then.
3         MR. ANSELL:  I just said, we'll
4 reserve the objection and we can move to strike
5 it later.
6         MR. SILVERMAN:  Okay.
7     Q. Tell me about the conversation you
8 had with your husband.
9     A. Honestly, it was just pretty much
10 that I was coming here to do a deposition next
11 week.
12    Q. Anything else?
13    A. He asked about like what he -- he
14 pretty much said, what is going on?
15    And I told him that I was part of a class
16 action and I was coming to a deposition.
17    Q. Did you tell him you're the Plaintiff
18 in this class action?
19    A. I don't think I did.
20    Q. Did you ever have any discussions
21 with him about Welch's Fruit Snacks, other than
22 last week telling him you were going to have your
23 deposition taken?
24    A. Not that I recall.
25    Q. What is your age?

Page 61

LAUREN HALL

1
2     A. Thirty-five.
3     Q. And your date of birth?
4     A. 7/22/82.
5     Q. And your address?
6     A. 2424 Homestead Avenue, Spring Lake
7 Heights, New Jersey.
8     Q. "Spring" what?
9     A. Spring Lake Heights.
10    Q. And describe your educational
11 background for me please starting with anything
12 post-high school, if any.
13    A. Post-high school Monmouth University.
14    Q. What's that?
15    A. Monmouth University.
16    Q. When did you graduate?
17    A. 2005.
18    Q. Who was your major?
19    A. Finance and accounting.
20    Q. Do you have any advance degrees?
21    A. No.
22    Q. No?
23    A. (No response.)
24    Q. And can you tell me your employment
25 history after college.

Page 62

LAUREN HALL

1
2     A.  Merrill Lynch.
3     Q.  What did you do for Merrill Lynch?
4     A.  What do I do or what --
5     Q.  What did you do.  Is that your work
6  now?
7     A.  That's where I work now.
8     Q.  How long have you worked there?
9     A.  Since 2005.
10     Q.  What did you do when you joined them
11  in 2005?
12     A.  I was an executive assistant.
13     Q.  What did those job duties entail?
14     A.  Scheduling, calendars, meetings,
15  running an office for a market executive.
16     Q.  What do you mean "a market
17  executive?"
18     A.  Like a director, someone -- a
19  manager.
20     Q.  And did your job title change in the
21  last 12, 13 years?
22     A.  Yes.
23     Q.  What was your next job title?
24     A.  Let's see.  I was a business manager
25  assistant for a short period of time.

Page 63

LAUREN HALL

1
2     Q.  How long were you the executive
3  assistant from 2005 to when, approximately?
4     A.  2007.
5     Q.  Okay.  And then you were a business
6  manager after that -- business manager assistant
7  after that?
8     A.  Yep.
9     Q.  Until when?
10     A.  2007, 2009.
11     Q.  And what did those job duties entail?
12     A.  Pretty much the same just in a
13  different management role; expense, budgeting,
14  support for a business manager at Merrill Lynch.
15     Q.  And what was your title after 2009?
16     A.  Then I went to become a compliance
17  manager.
18     Q.  Till when?
19     A.  2009 until 2012.
20     Q.  What were your duties as a compliance
21  manager?
22     A.  Let's see, account reviews, FA
23  supervision, trading, just review of client
24  accounts.
25     Q.  And how about after 2012?

Page 64

LAUREN HALL

1
2     A.  Client associate on a financial
3  advising team.
4     Q.  What does that mean, what did you do
5  as a client associate?
6     A.  I service clients for a team, like
7  our book of clients.  I trade securities.  I move
8  money.
9     Q.  Did you get your Series 7?
10     A.  Yes.
11     Q.  When did you get that?
12     A.  2007.
13     Q.  Did you trade securities prior to
14  2012?
15     A.  No.
16     Q.  Starting in 2012, you traded
17  securities?
18     A.  Sure, yes.
19     Q.  And is that your title today or have
20  you --
21     A.  That's my title today.
22     Q.  And are you married?
23     A.  Yes.
24     Q.  And you said your husband's name was
25  John?

Page 65

LAUREN HALL

1
2     A.  Yes.
3     Q.  What is his date of birth?
4     A.  June 17th, 1977.
5     Q.  And what's his educational
6  background, if you know?
7     A.  He graduated with a degree in, I
8  think, biology from URI.
9     Q.  From where?
10     A.  URI, University of Rhode Island.
11     Q.  Any advance degrees to your
12  knowledge?
13     A.  Yes.  He has a Master's in business.
14     Q.  An MBA?
15     A.  Yes.
16     Q.  Where did he get that from?
17     A.  Rider University.
18     Q.  Where?
19     A.  Rider University.
20     Q.  When did he get his MBA?
21     A.  2011.
22     Q.  What does your husband do for work
23  now?
24     A.  He is a director of clinical
25  operations.

Page 66

LAUREN HALL

1
2    Q. What does that mean?
3    A. He does -- he does data research for
4  small biotechs, drug development.
5    Q. How long has he done that?
6    A. Let's see. Probably since 2010 or
7  '11.
8    Q. Do you know what he did before that?
9    A. He was -- same field. He worked for
10 CRO, which was the actual company that compiles
11 the data.
12   Q. And do you have any kids?
13   A. Yes.
14   Q. How many?
15   A. Four.
16   Q. What are their ages?
17   A. Ten, eight, five and two.
18   Q. Boys, girls?
19   A. Two boys, two girls.
20   Q. What's the...
21   A. Ten, eight boys; five, two girls.
22   Q. Have you ever been a party to a
23 lawsuit before?
24   A. No.
25   Q. Have you ever been arrested?

Page 67

LAUREN HALL

1
2    A. No.
3    Q. Convicted?
4    A. No.
5    Q. Ever filed bankruptcy?
6    A. Nope.
7    Q. When did you first buy Welch's Fruit
8  Snacks?
9    A. Let's see. My oldest is ten;
10 probably eight or nine years ago.
11   Q. So, approximately, 2009 or '10?
12   A. About, yes.
13   Q. Had you -- how had you heard of
14 Welch's Fruit Snacks before you first purchased?
15   A. Just in the aisle.
16   Q. Had you ever tried it before you
17 purchased it?
18   A. No.
19   Q. Did anybody ever tell you about it?
20   A. No.
21   Q. And prior to purchasing the fruit
22 snacks, have you ever heard of The Promotion in
23 Motion Companies before?
24   A. No.
25   Q. When did you first hear of them?

Page 68

LAUREN HALL

1
2    A. I believe just the start of this
3  case. I, actually, never heard of them before
4  this.
5    Q. You know that on the label it says
6  the product is manufactured and distributed by
7  The Promotion in Motion Companies?
8    A. I did not know that.
9    Q. You're not aware of?
10   A. (No response.)
11   Q. You never saw that?
12   A. No.
13   Q. Had you heard of Welch's before
14 buying the product?
15   A. Yes.
16   Q. And in what context had you heard of
17 Welch's?
18   A. Just name recognition through the
19 store.
20   Q. Had you purchased other Welch's
21 products before you purchased the fruit snacks?
22   A. I -- possibly; possibly jellies. I
23 don't recall. I don't buy them regularly.
24   Q. Prior to purchasing Welch's Fruit
25 Snacks, had you ever purchased any other fruit

Page 69

LAUREN HALL

1
2  snack products?
3    A. No.
4    Q. Had you ever purchased any fruit
5  flavored snacks before buying Welch's Fruit
6  Snacks?
7    A. No.
8    Q. And since the time you began
9  purchasing Welch's Fruit Snacks in about 2009 or
10 2010, did you also purchase other fruit snacks
11 products or fruit flavored snack products?
12   A. No.
13   Q. Why not?
14   A. I try to minimize processed foods for
15 my children. It's not perfect, but I don't tend
16 to buy candy and sugary foods for my kids.
17   Q. But why Welch's Fruit Snacks versus
18 any others? You know there's others on the
19 market, right?
20   A. Absolutely.
21   Q. So why Welch's Fruit Snacks versus
22 any other?
23   A. If you're standing in an aisle
24 looking at fruit snacks and there is a big label
25 that says, "made with real fruit," vitamins, "no

Page 70

LAUREN HALL

1  preservatives," it grabs your attention.
2      Q.  I'm going to show you a product.
3  It's by Mott's.
4      Have you ever seen that before?
5      MR. ANSELL:  I'm going to object as
6  this has not been previously produced nor is
7  there any --
8      MR. SILVERMAN:  I'm entitled to ask
9  her about products, even if it's not been
10 previously produced.
11     MR. ANSELL:  Well, it's -- you're
12 showing her something that would be equivalent to
13 a document and you've never previous -- this
14 hasn't been produced to us.
15     MR. SILVERMAN:  You didn't ask me to
16 produce the Mott's fruit snacks before, okay.
17 I'm showing her a document or I'm showing her a
18 box of Mott's that says, "made with real fruit &
19 veggie juice.  No colors from artificial sources.
20 No artificial flavors.  No gelatin or gluten.
21 100 percent DV Vitamin C.  Fruit flavored snacks.
22 Assorted fruit.  Naturally flavored."
23     Any reason why you didn't buy Mott's?
24     MR. ANSELL:  Objection.  Assumes that

Page 71

LAUREN HALL

1  she saw Mott's or that Mott's was located in the
2  Acme in which she shopped.  So it assumes facts
3  not in evidence.
4      Q.  Did you ever see Mott's in the Acme
5  at which you shopped?
6      A.  I have.
7      Q.  Why didn't you buy Mott's?
8      A.  Welch's is a more known brand.  It
9  jumped out a little bit more and it could have
10 been price too.
11     Q.  "It could have been," but you don't
12 know?
13     A.  I don't recall.
14     Q.  You didn't price shop, did you?
15     A.  I don't recall.
16     Q.  You didn't compare prices of Welch's
17 Fruit Snacks versus Mott's or any other fruit
18 snack product, did you?
19     A.  I may have at certain times.
20     Q.  Do you know how much -- whether the
21 Welch's Fruit Snacks cost more or less than --
22     A.  I don't.
23     Q.  -- any other fruit snack product?
24     A.  I don't.

Page 72

LAUREN HALL

1      Q.  Is price important to you?
2      A.  It depends.
3      Q.  I may show that to you again later
4  along with many others.
5      What do you mean by, "it depends," in
6  terms of whether price is important?
7      A.  Just if anything seems out of
8  control, I'm, obviously, not going to buy it.  If
9  things are within a certain range, then I usually
10 look for the quality of the product.
11     Q.  When you were shopping for -- when
12 you were on the -- the first time you were on the
13 aisle where they sell the fruit snacks, you said
14 the Welch's Fruit Snacks "jumped" out to you
15 amongst all the -- there was a whole many shelves
16 of fruit snacks, right?
17     A.  Right.
18     Q.  Many different brands, right?
19     A.  (No response.)
20     Q.  Correct?
21     A.  Correct.
22     Q.  And you were shopping for you, your
23 husband, your son, who were you shopping for?
24     A.  My children.

Page 73

LAUREN HALL

1      Q.  At the time you had one child?
2      A.  Yes.
3      Q.  You said it was eight or nine years
4  ago.
5      You have a ten-year old and eight-year
6  old.  So I'm assuming the first purchase was for
7  your child who at the time was give or take was
8  one year old?
9      A.  Two.
10     Q.  Two?
11     A.  Yeah.
12     Q.  And your other son hadn't been born
13 yet?
14     A.  If so, wasn't eating fruit snacks.
15     Q.  So you were buying them for you, your
16 husband and --
17     A.  My husband and I don't eat fruit
18 snacks.
19     Q.  So the only person you purchased them
20 for was your two-year old?
21     A.  Two-year old.
22     Q.  You and your husband have never eaten
23 them?
24     A.  I tried them, but we don't eat fruit

Page 74

LAUREN HALL

1
2  snacks.
3      Q.  When you say you tried them, you mean
4  the first time you purchased them you tried them
5  or...
6      A.  I don't recall.  I didn't try them
7  prior to making the purchase.  I mean, I've had a
8  fruit snack before.
9      Q.  In your Complaint and in your
10  interrogatory responses, you said you purchased
11  them for your family.
12      Is that not -- as in your husband and
13  yourself and your kids; is that not correct --
14          MR. ANSELL:  Objection.  It makes an
15  assumption regarding the definition of "family."
16      Q.  Did you buy them for your kids only
17  or for you and/or your husband as well?
18          MR. ANSELL:  Objection, asked and
19  answered.
20      You can answer.
21      A.  I bought them for my children.
22      Q.  So not for your husband or yourself,
23  right?
24          MR. ANSELL:  Objection, asked and
25  answered.

Page 75

LAUREN HALL

1
2      A.  No.
3      Q.  Is your husband a member of your
4  family?
5      A.  Yes.
6      Q.  Take a look at your first Amended
7  Complaint, Exhibit 3.
8      A.  (The witness complies.)
9      Q.  You got it?
10      A.  Yes.
11      Q.  Paragraph 14.
12      A.  (The witness complies.)
13      Q.  It says, "Plaintiff Lauren Hall is a
14  citizen of New Jersey.  She resides in Monmouth
15  County, New Jersey and bought Defendant's
16  products in Monmouth County over the course of,
17  approximately, seven years.  During the class
18  period Plaintiff Hall purchased Defendant's fruit
19  snacks for herself and her family."
20      Did you buy them for yourself and your
21  family or just for your kids?
22      A.  I bought them for myself and my
23  family.
24      Q.  So, for yourself, your husband --
25      A.  I mean, if I had --

Page 76

LAUREN HALL

1
2      (There is a discussion off the record.)
3      Q.  So you bought them for yourself, your
4  husband and your kids, not just your kids?
5          MR. ANSELL:  Objection, asked and
6  answered.
7      A.  Everyone in my house has consumed a
8  fruit snack.  Do I buy them for me and my husband
9  specifically, no.  Do I buy them for my family,
10  yes.
11      Q.  Okay.  So --
12      A.  Have we consumed them, yes.  Do we
13  eat them regularly, no; my family, my kids, yes,
14  or did.
15      Q.  And your kids ate them every day or
16  how often?
17      A.  Few times a week, lunches.
18      Q.  You mean school "lunches?"
19      A.  Yes.
20      Q.  Was your son with you, your now
21  ten-year-old, was he with you when you made your
22  first purchase or were you by yourself?
23      A.  My "first purchase?"
24      Q.  Yes.
25      A.  I don't recall.

Page 77

LAUREN HALL

1
2      Q.  Well --
3      A.  Any purchase?
4      Q.  -- your first purchase?
5      A.  Sure, he's been there.
6      Q.  I'm talking about the first time that
7  Welch's Fruit Snacks --
8      A.  I don't --
9      Q.  -- you saw them on the shelf and you
10  decided to purchase them.
11      Were you alone or with your son?
12      A.  I don't recall.
13      Q.  Do you know whether you were with
14  your husband?
15      A.  No, I was not with my husband.
16      Q.  But you don't recall whether it was
17  by yourself or with your son?
18      A.  Well, sometimes I bring my kids food
19  shopping.  I never bring my husband food
20  shopping.
21      Q.  I'm talking about the first time --
22      A.  I don't recall.
23      Q.  -- if you brought your son or not?
24      A.  Correct.
25      Q.  And you saw -- how many shelves were

Page 78

LAUREN HALL

1
2  there of the fruit snacks you recall in the Acme
3  that you purchased product?
4           MR. ANSELL:  Objection.  Are we still
5  talking about the first time or anytime?
6           MR. SILVERMAN:  I'm talking about the
7  first time.  I don't think it's changed.
8       Q.  But if you recall the first time.
9       A.  Estimated five shelves.
10      Q.  And, approximately, how many brands?
11      A.  Approximately, 12.
12      Q.  And some of those brands -- some of
13  the products included like cartoon characters?
14      A.  Correct.
15      Q.  Some of them had like Sponge Bob on
16  them, had Cars, had various cartoons, right?
17      A.  Yes.
18      Q.  Those were -- is it your
19  understanding that those were geared towards
20  children?
21      A.  Yes.
22      Q.  And so why didn't you buy any of
23  those?
24      A.  Usually, when someone uses cartoon
25  characters and things that appeal to children,

Page 79

LAUREN HALL

1
2  usually, it doesn't appeal to me as an adult.  I
3  look for better alternatives, healthier options,
4  nothing on the Scooby-Doo said "real fruit."
5       Q.  So you, actually, looked at the
6  Scooby-Doo and saw whether it had "real fruit" or
7  not?
8       A.  I just scanned the boxes.
9       Q.  Mott's said it had real fruit and
10  vegetables, too right?
11      A.  I don't recall.
12      Q.  Well, let's see if we can refresh
13  your recollection.  "Made with real fruit and
14  veggie juice."
15           MR. ANSELL:  Objection.  It assumes
16  facts in evidence.  Do you know that this exact
17  product and labeling was on the shelf in the Acme
18  at the time she first purchased Welch's?
19      A.  Even if it was, boxes change.  I
20  mean, I don't know if that's what it looked like
21  eight years ago.
22      Q.  Okay.  Why don't you describe the
23  Welch's Fruit Snacks Box eight years ago?  What
24  did it say?
25      A.  "Welch's Fruit Snacks."  Whatever it

Page 80

LAUREN HALL

1
2  said eight years ago grabbed my attention that
3  that was the brand that I primarily bought for
4  years.
5       Q.  Okay.  But I'm asking you what it
6  said eight years ago.
7       A.  No preservatives, vitamins, made with
8  real fruit, could have been the placement of it,
9  capital letters, where it was.  I don't know if
10  Mott'ses was there.  You know, whatever grabbed
11  my attention in terms of verbiage, I purchased
12  them for years.
13      Q.  But you don't know what it was that
14  grabbed your attention the first time?
15      A.  I'm a conscious buyer.  It was most
16  likely something that made the purchase seem to
17  be a better alternative to any other brand on the
18  shelf.
19      Q.  Do you have any proof that you ever
20  purchased the product?
21      A.  Do I have proof that I purchased it?
22      Q.  Yeah, uh-huh.
23      A.  Not offhand.  But it used to be A&P.
24  If you went through my customer number, you would
25  see that I purchased it.

Page 81

LAUREN HALL

1
2       Q.  And do you have any of the boxes from
3  when you purchased it?
4       A.  Boxes?
5       Q.  You said you bought it -- I think in
6  your interrogatories responses you said you
7  bought a 10 and 40 pack at different times.
8       A.  Do I have them now?
9       Q.  Yeah.
10      A.  No.
11      Q.  So you don't have the box when you
12  purchased it initially, right?
13      A.  No.
14      Q.  Nor do you have the box that you
15  purchased the last time, right?
16      A.  No.
17      Q.  Anytime in between neither, right?
18      A.  No.
19      Q.  Had you ever purchased another fruit
20  snack or fruit flavored snack product other than
21  Welch's Fruit Snacks?
22      A.  Possibly, if they didn't have them,
23  sure.  I don't recall exactly when.
24      Q.  Do recall what brand or brands they
25  were?

Page 82

LAUREN HALL

1
2      A.  If I did, it was Annie's Organic.
3  But other than that, I didn't stray much.
4  Usually, if they didn't have them, I didn't
5  purchase them.
6      Q.  And how often did you buy Annie's
7  Organics?
8      A.  Very limited, maybe a dozen or less.
9      Q.  And why did you buy Annie's over
10 anything else?
11     A.  The box said organic.  It's a trusted
12 brand, to my knowledge.  I don't buy a lot of it.
13 But, you know, in terms of better options, I
14 thought maybe they had better options than a
15 General Mills or any other, you know, company
16 that made fruit snacks.
17     Q.  And do you recall the price of the
18 Annie's Organics versus the Welch's Fruit Snacks,
19 how they compare?
20     A.  I don't recall.  I know they're more
21 expensive.
22     Q.  Like more than double, right?
23     A.  I don't recall.
24     Q.  It cost a lot more, Annie's cost a
25 lot more than Welch's, right?

Page 83

LAUREN HALL

1
2      A.  I don't recall.
3      Q.  Do you remember what size box of
4  Annie's you purchased?  They have a 5 and 12
5  pack.  Do you recall what size it was?
6      A.  Probably a five.
7      Q.  Take a look at the Annie's five pack
8  and tell me if that refreshes your recollection
9  that that's what you purchased?
10     A.  Sure.  Maybe not that brand but -- I
11 mean, that flavor but the brand, yes.
12     Q.  And does Annie's product have "real
13 fruit?"
14     A.  I don't know.
15     Q.  Well, what attracted you -- of all
16 the other products other than Welch's Fruit
17 Snacks, what attracted you to Annie's other than
18 it said it's "organic?"
19     MR. ANSELL:  Objection, asked and
20 answered.
21     A.  The name and "no artificial flavors,"
22 "organic."
23     Q.  Why don't you take a look at the
24 nutrition facts, the side panel.  The nutrition
25 facts and the, specifically, the ingredients.

Page 84

LAUREN HALL

1
2  You see the ingredients on there?  Read the
3  ingredients on the Annie's product.
4      A.  "Tapioca syrup, cane sugar, pear
5  juice concentrate, vegetable juices from
6  concentrate, Tapioca syrup solids" -- do you need
7  me to keep going?
8      Q.  No, that's fine.
9      So the first two ingredients are "Tapioca
10 syrup" and "cane sugar?"
11     A.  Uh-huh.
12     Q.  Correct?
13     A.  Yep.
14     Q.  Not fruit juice concentrate, not
15 fruit puree, right?
16     A.  No.
17     Q.  Why didn't you sue Annie's?
18     A.  I, actually, don't purchase Annie's
19 often and I don't think Annie's was out when I
20 began purchasing Welch's.  So Welch's was the
21 brand I stuck with.
22     Q.  But you bought Annie's about a dozen
23 times, right?
24     A.  Sure.
25     Q.  Is their advertising "deceptive," is

Page 85

LAUREN HALL

1
2  the label "deceptive?"
3      MR. ANSELL:  Object to the extent
4  that it calls for a legal conclusion.
5      But you can answer, if you know.
6      A.  I'm sure, yeah.
7      Q.  Is the Mott's label "deceptive?"
8  Take a look at that.
9      MR. ANSELL:  Objection.
10     Q.  Take a look at the ingredients on the
11 Mott's product and tell me if there's anything
12 about that label that's "deceptive."
13     MR. ANSELL:  Calls for a legal
14 conclusion.
15     And, also, as a point of reference, are we
16 marking these?
17     MR. SILVERMAN:  I don't know how we
18 can mark them.  Can we mark them?
19     (There is a discussion off the record.)
20     MR. SILVERMAN:  Okay.  Let's mark
21 them then.  We'll mark Mott's as Exhibit -- what
22 are we on?  14.  And we'll mark Annie's as 15
23     (Deposition Exhibit Hall 14, color scan of
24 Mott's Fruit Flavored Snacks Assorted Fruit box
25 and nutritional label (physical exhibit retained

Page 86

LAUREN HALL

by Silverman), was marked for identification.)

(Deposition Exhibit Hall 15, color scan of Annie's Organic Bernie's Farm Fruit Snacks box and nutritional label(physical exhibit retained by Silverman), was marked for identification.)

Q. Take a look at the Mott's label and the ingredients.

What are the ingredients in the Mott's product?

A. "Corn syrup, sugar, modified corn starch, pear juice."

Q. So is that label "deceptive" to you?

A. But I didn't purchase Mott's.

Q. I'm not asking whether you purchased it.

Is it "deceptive?"

MR. ANSELL: Objection, calls for a legal conclusion.

But you can answer, if you understand.

A. Yes.

Q. And why is that one "deceptive?"

A. Let's see. No -- "made with real fruit and veggie juice," "no colors from artificial sources," flavors.

Page 87

LAUREN HALL

Q. Okay. So the Mott's and the Annie's are "deceptive" and you've purchased the Annie's about a dozen times, right?

A. Yes, or less than.

Q. Why didn't you sue them?

A. When I first started buying fruit snacks, I don't think Annie's was out that -- you know, if they didn't have it, I purchased it a handful of times. I spent seven or eight years purchasing those weekly on the fact that I thought they were a better alternative.

Q. And what is your basis, if any, for saying that it's not a better alternative to other fruit snack or fruit flavored snack products?

A. Well, the first ingredient is listed as "real fruit" on the --

Q. Right. Unlike these that say corn syrup and sugar, they list either fruit juice concentrate when you started purchasing it back in 2009 or so and then subsequently fruit puree as a first ingredient.

A. Well, again, I don't know if these were out when I first started purchasing. So, in

Page 88

LAUREN HALL

2009, I don't know if they were there or what they said.

And the first ingredient on a Welch's is fruit concentrate or puree. These are, at least, not listed as the first ingredient.

Q. Did you ever look at the ingredient list before purchasing Welch's Fruit Snacks?

A. On those? Sure.

Q. You did?

A. Yeah, I look at ingredients. I don't do it on every label and every time I shop but...

Q. Okay. Well, I'm going to show you the -- we'll mark as Exhibit 16, Welch's Fruit Snacks ten pack.

(Deposition Exhibit Hall 16, color scan of Welch's Mixed Fruit Fruit Snacks box and nutritional label (physical exhibit retained by Silverman), was marked for identification.)

Q. That's the current product.

A. Uh-huh.

Q. And it says -- the current product says, "fruit puree" as the first ingredient, right?

A. Uh-huh.

Page 89

LAUREN HALL

Q. Yes?

A. Yes.

Q. There's -- do you have any reason to believe there's not "fruit puree" in that product?

A. I relied on my counsel.

Q. Okay. I'm asking you.

Do you have any basis to say that there is not "fruit puree" in that product?

A. No.

Q. Then what is "deceptive" or misleading about that label that says -- it says it has "fruit puree?"

A. Real fruit, fruit puree is it the same thing? I really -- I relied on my counsel.

Q. But you said you looked at the ingredient list.

Did you look at it --

A. I have --

Q. -- before you made your first purchase?

A. No.

Q. Have you ever looked at it?

A. Yeah.

Page 90

LAUREN HALL

1
2    Q.  When did you first look at it on the
3    Welch's Fruit Snacks product?
4    A.  I don't recall.
5    Q.  Before or after this lawsuit was
6    filed?
7    A.  I don't recall.  I look at labels.  I
8    look at labels for my children.  I don't recall
9    if I looked at this eight years ago or a year
10   ago.
11   Q.  Or seven, six, five, four, ever?  Did
12   you ever look at the ingredient list?
13   A.  Sure.
14   Q.  Okay.
15   A.  I don't recall when the first time I
16   looked at the label was.
17   Q.  Okay.  So you looked -- at some
18   point, you looked at the ingredient list and saw
19   the ingredient list said -- do you recall whether
20   at the time you first looked at it, it said made
21   with fruit juice concentrate or fruit puree
22   because the formula changed over time?
23   A.  I don't recall.
24   Q.  Either way the first time you saw it
25   the first ingredient was either fruit puree or

Page 91

LAUREN HALL

1
2    fruit juice concentrate, right?
3    A.  Sure.
4    Q.  Okay.
5    A.  I don't recall.
6    Q.  So you saw the front that said, "made
7    with real fruit."  You saw the ingredient list
8    that said either "fruit juice concentrate" or
9    "fruit puree."
10   At that time, did you believe that that
11   was -- that there was an inconsistency, that
12   "fruit puree" or "fruit juice concentrate" are
13   not real fruit?
14   A.  I don't recall.
15   Q.  What do you mean you "don't recall?"
16   A.  I mean, I don't remember the first
17   time I read the label of this box.
18   Q.  So what is "deceptive" about the
19   Welch's Fruit Snacks label?  I've now put in it
20   front of you.  Tell me what's "deceptive" about
21   that label.
22   A.  "No preservatives."
23   Q.  Okay.  What's false about that
24   statement or what's misleading about that
25   statement?

Page 92

LAUREN HALL

1
2    A.  "Artificial flavors," "ascorbic
3    acid," "dyes," "Red 40," "Blue 1," I mean...
4    Q.  You're saying all of those are
5    preservatives?
6    A.  They're not natural items.
7    Q.  Doesn't it say mix -- "Welch's family
8    farmer owned mix fruit natural and artificial
9    flavors."  It says that right on the front,
10   doesn't it?
11   A.  Right.
12   Q.  Okay.  So is there anything
13   misleading about that?
14   A.  No.
15   Q.  Okay.  So what -- you just read off a
16   bunch of ingredients.  Which one of those are
17   preservatives, not the red dye, is it?
18   A.  I relied on my counsel.
19   Q.  So you don't know if any of the
20   ingredients are actually preservatives?
21   A.  I relied on my counsel.
22   Q.  I'm asking you.  It's your
23   deposition.  You're the Plaintiff who sued my
24   clients.
25   A.  No.

Page 93

LAUREN HALL

1
2    Q.  You don't know whether any of the
3    ingredients are preservatives?
4    A.  No.
5    Q.  Okay.  And you don't know whether
6    "fruit puree" or "fruit juice concentrate" is
7    real fruit, do you?
8    A.  No.
9    Q.  Have you ever heard somebody named
10   Dr. Ronald Pegg?
11   A.  No.
12   Q.  Are you aware that Dr. Pegg is a food
13   chemist who was an expert witness in this case?
14   Does that name ring a bell to you at all?
15   A.  No.
16   Q.  And you're not aware that Dr. Pegg is
17   a food chemist professor at the University of
18   Georgia in food chemistry has opined that fruit
19   juice and fruit juice concentrate are real fruit,
20   you're not aware of that, are you?
21   MR. ANSELL:  Objection.
22   You can answer.
23   A.  No.
24   Q.  Other than your counsel, have you
25   ever spoken with anybody who has told you that

LAUREN HALL

1  
2  fruit juice concentrate and fruit puree are not
3  real fruit?
4       A. No.
5       Q. Okay. So we've now talked about the
6  real fruit and the preservative issue.
7       What else about Welch's Fruit Snacks label
8  in your opinion is "deceptive?"
9       A. The name.
10      Q. What do you mean?
11      A. Well, Welch's is a well-known name,
12 large and clear. I don't -- I mean, you said The
13 Promotion in Motion is on here. It's a brand
14 name that grabs the attention of a household, a
15 parent, a mother, someone...
16      Q. The product is identical whether it's
17 called Welch's Fruit Snacks or Bob Jones's fruit
18 snacks. It's the exact same product, right?
19      MR. ANSELL: Objection,
20 argumentative.
21      Q. Right?
22      A. Sure. Yes.
23      Q. You said you read the labels and you
24 read the labels including the ingredient list.
25      Did you ever in your seven years of

LAUREN HALL

1  
2  purchasing on a weekly basis see where it says on
3  the -- right under the ingredients where it says,
4  "Manufactured and distributed by The Promotion in
5  Motion Inc.?"
6       A. No.
7       Q. And you bought it seven years,
8  approximately, once a week, right?
9       A. About, yeah.
10      Q. So about 350 times you purchased the
11 product give or take, right?
12      A. Yes.
13      Q. And not once in the 350 purchases
14 that you made did you ever notice that the
15 product right under the ingredients said it was
16 "manufactured and distributed by The Promotion in
17 Motion Inc.?"
18      A. Nope.
19      Q. And you don't recall whether before
20 you made your first of 350 purchases you read the
21 ingredient list?
22      A. Correct.
23      Q. Sometime, though, over the course of
24 seven years you read the ingredient list?
25      A. Yes.

LAUREN HALL

1  
2       Q. And based upon your review of the
3  ingredient list, did you feel there was anything
4  "deceptive" about the label?
5       A. After I read the ingredient list?
6       Q. Yes.
7       A. Yes.
8       Q. What?
9       MR. ANSELL: Objection, asked and
10 answered.
11      A. (No response.)
12      Q. What was "deceptive" after you saw
13 the ingredient list?
14      A. Again, the -- I mean, I thought I
15 answered this; "real fruit" and "no
16 preservatives," hundred percent of vitamins.
17      Q. Hundred percent Vitamin C, 25 percent
18 Vitamins A and E of the daily value, right?
19      A. Right.
20      Q. What's "deceptive" about that?
21      A. Is it coming from real fruit? Is it
22 added? Is it -- I mean, you look at this and you
23 think it's a better alternative for your children
24 and --
25      Q. Do you know whether it's coming from

LAUREN HALL

1  
2  the fruit or it's added or both?
3       A. I don't.
4       Q. So if you don't know where it's
5  coming from, what's deceptive about it?
6       A. Exactly. I'm giving it to my
7  children. I don't know where it's coming from.
8       Q. Okay. But at what point did you look
9  at the label and the ingredients, cause you said
10 you looked at the ingredient list some point over
11 the seven years you purchased it.
12      Was it when you looked at the ingredients
13 and compared it to the label that you found it
14 "deceptive" or what caused you to find it
15 "deceptive" the first time?
16      A. I don't recall. I don't recall.
17      Q. But you continued to purchase it
18 after you saw -- after you --
19      A. I didn't purchase a fruit snack in --
20      (There is a discussion off the record.)
21      Q. You continued to purchase it after
22 you looked at the ingredient list and concluded
23 in your opinion that it was "deceptive?"
24      A. I don't recall.
25      I didn't stop when I looked at the

Page 98

LAUREN HALL

1
2  ingredient list. I mean, I don't recall my last
3  purchase versus, you know, dissecting the
4  ingredient list.
5      Q. Did you look at the ingredient list
6  -- over the seven years of purchase, was it
7  toward the beginning of the seven years that you
8  look at the ingredient list?
9      A. I don't know.
10         MR. ANSELL: Objection, asked and
11  answered.
12      A. I don't recall.
13      Q. Okay. And did you have any opinions
14  or views after you looked at the ingredient list
15  that were different than looking at -- than
16  before you looked at the ingredient list?
17      A. I don't -- yes. I don't recall.
18      Q. What?
19      A. I mean, the other -- I mean, I --
20  over the years too, I have adjusted what we feed
21  our children and what we bring into our home as
22  well. So I don't know if I looked at the list
23  and decided that this was all awful, maybe it was
24  self-education too over years.
25      Q. Okay. So you looked at the

Page 99

LAUREN HALL

1
2  ingredient list and you decided it was "awful?"
3      A. No.
4      Q. Okay.
5      A. But my standards to what foods I
6  would bring in my house were a lot different
7  eight years ago than they are today. I mean,
8  I've educated myself a little bit about food
9  intake. So you're asking me when I put this
10  altogether and I don't recall.
11      Q. But you did continue to purchase the
12  product after you saw the ingredient list, right?
13      A. Sure, yes.
14      Q. Okay. And the first time you bought
15  the product eight or nine years ago, what was the
16  main reason you bought it?
17      A. For my kids.
18      Q. Yeah, I understand it was for your
19  kid.
20         But what was the main reason you purchased
21  it, because you thought they would like the taste
22  or --
23      A. For a snack, for a snack option.
24      Q. As an alternative to candy or what do
25  you mean as "a snack option?"

Page 100

LAUREN HALL

1
2      A. For a snack. I mean, to pack in
3  lunches, for a snack.
4      Q. And when you first gave it to your
5  son eight or nine years ago, did he tell you he
6  liked them?
7      A. I don't recall exactly what he said.
8  But he definitely liked them. My children liked
9  them. That's why I continued to buy them. If he
10  said he didn't like them, I wouldn't buy them.
11      Q. Have you ever had any discussions
12  with any of your four kids about whether they
13  liked the fruit snacks, the Welch's Fruit Snacks?
14      A. Not -- I mean, yeah. They liked the
15  fruit snacks.
16      Q. What do they tell you they like about
17  them?
18      A. They taste good.
19      Q. And you said you tried them as well,
20  right?
21      A. Yes.
22      Q. And do you think they taste good?
23      A. They taste like candy. I'm not much
24  of a sweet tooth. I mean, if you're asking me
25  for my opinion, no, I wouldn't open up a bag of

Page 101

LAUREN HALL

1
2  fruit snacks and eat them as a snack.
3      Q. They taste like candy to you, but
4  knowing they taste like candy, you bought them
5  for your kids?
6      A. Just cause they're sweet doesn't mean
7  that I'm going to not give -- I mean, sure, my
8  kids are going to like them. They're sweet.
9      Q. Is that why you bought them for your
10  kids?
11      A. Not because they're sweet. I bought
12  them as a snack.
13      Q. Well, there are other snacks you
14  could have purchased, right?
15      A. Yes.
16      Q. Cookies, candy, crackers?
17      A. Sure.
18      Q. Gold fish?
19      A. Yep, I could have bought those.
20      Q. Did you buy those, any of those?
21      A. I do buy some things. We don't buy
22  cookies and candy. I give my kids pretzel,
23  fruit.
24      Q. And you know that Welch's Fruit
25  Snacks are not the same as a whole fruit, right,

LAUREN HALL

1
2  you weren't expecting you were giving your kid --
3      A.  Correct.
4      Q.  -- the benefits of whatever they
5  were --
6      A.  Right.
7      Q.  -- for the whole fruit, right?
8      A.  Yes.
9          MR. ANSELL:  Is it an okay time for a
10 break?
11         MR. SILVERMAN:  Okay.
12         MR. ANSELL:  Can we go off the
13 record.
14         THE VIDEOGRAPHER:  Yes, one moment.
15 The time is 11:22 a.m.  We're off the
16 record.
17     (Recess taken 11:22 to 11:30 a.m.)
18         THE VIDEOGRAPHER:  The time is
19 11:30 a.m.  We're on the record.
20     Q.  Okay.  Before the break, I was asking
21 you about the main reason you first purchased
22 Welch's Fruit Snacks.
23     You said you had purchased them for the
24 kids as "a snack option" because "they taste
25 good?"

LAUREN HALL

1
2          MR. ANSELL:  I'm going to object to
3  the mischaracterization of testimony.
4      But you can answer.
5      A.  I bought them as "a snack option"
6  because I thought they would like them.
7      Q.  Any other reasons you bought them for
8  your kids the first time?
9      A.  No.
10     Q.  And your subsequent 350 or so
11 purchases, any other -- what was the main reason
12 you purchased them the other 350 times?
13     A.  Same reason, snack options.
14     Q.  "Snack options" and you thought your
15 kids "would like them?"
16     A.  Yes.
17     Q.  And you thought your kids would like
18 them because of taste or what?
19     A.  Yes, cause of the taste.
20     Q.  And so we've got marked as Exhibit 16
21 a Welch's Fruit Snacks ten pack.
22     Did you buy both 10 and 40 packs of
23 Welch's Fruit Snacks?
24     A.  Yes.
25     Q.  And the one that's marked Exhibit 16

LAUREN HALL

1
2  is the "Mixed Fruit" variety.
3      Did you purchase -- was that one of the
4  ones you purchased?
5      A.  Yes.
6      Q.  Were there others that you purchased?
7      A.  I don't recall.
8      Q.  Well, do you know whether you
9  purchased any others, or you purchased only Mixed
10 Fruit?
11     A.  I think there may have been a berry
12 one, but primarily the Mixed Fruit is what my
13 store carried.
14     Q.  What do you mean "a berry one?"
15     A.  The berry that was like, you know,
16 raspberries, blackberries, strawberries.  It was
17 not the tropical fruit.  I think there was a red
18 box.  It wasn't primarily carried in my store.
19     Q.  Do you know whether it was berries
20 and cherries or --
21     A.  I'm not sure.
22     Q.  Anything else other than -- so,
23 predominantly, you bought the Mixed Fruit, the
24 Exhibit 16?
25     A.  Yes.

LAUREN HALL

1
2      Q.  And did you mostly buy the 10 pack,
3  40 pack or was it about half and half?
4      A.  Mostly, 10 pack, occasionally 40.
5  The store didn't always have 40.
6      Q.  So the majority of the time you
7  purchased the ten pack of the Mixed Fruit Welch's
8  Fruit Snacks?
9      A.  Correct.
10     Q.  And of the 350 or so give or take
11 purchases that you made, how many of them,
12 roughly, were something other than the Mixed
13 Fruit variety?
14     A.  Estimate less than six.
15     Q.  So, virtually, every time you
16 purchased it, it was the Mixed Fruit?
17     A.  Yes.
18     Q.  All but six times or less than six
19 times?
20     A.  About, yeah.
21     Q.  And the other less than six times,
22 you believe it was some kind of a berries
23 product?
24     A.  Yes.
25     Q.  And you have no recollection sitting

Page 106

LAUREN HALL

1
2  here today of any other purchases of Welch's
3  Fruit Snacks you made other than the Mixed Fruit,
4  which you did 98 percent of the time give or
5  take, and a berries that you purchased less than
6  6 times?
7      A.  Correct.
8      Q.  In the Welch's Fruit Snacks, when you
9  looked at the ingredient list, did you look at
10 the sugar content?
11     A.  Yes.
12     Q.  And was that an issue at all for you,
13 any concern at all?
14     A.  Yes.  I mean, sugar is an issue for
15 me when I purchase stuff for my kids.
16     Q.  But the sugars are listed on the
17 ingredient list, right, it told you what the
18 sugar content was, right?
19     A.  Are you asking about the sugar amount
20 or the sugar ingredient?
21     Q.  The sugar amount.  I think it said
22 11 grams of sugar per serving.
23     A.  Yes.
24     Q.  Did you see that when you first
25 purchased it?

Page 107

LAUREN HALL

1
2      A.  Not when I first purchased it.
3  Eventually, when I read the label at some point,
4  yes, I did see it.
5      Q.  And did it concern you at all, that
6  it was 11 grams of sugar, was that considered
7  high or low or --
8      A.  For me, that's considered high.
9      Q.  But you continued to purchase it
10 after seeing that, right?
11     A.  Right.
12     Q.  Were you aware that Welch's Fruit
13 Snacks had a reduced sugar Mixed Fruit variety as
14 well?
15     A.  I did not.
16     Q.  This is the first you're hearing of
17 it that they have a --
18     A.  Yeah.
19     Q.  -- Mixed Fruit?
20     A.  Yes.
21     Q.  Reduced sugar?
22     A.  Yes.
23     Q.  It's about 25 percent less sugar?
24         MR. ANSELL:  Objection, assumes facts
25 not in evidence.

Page 108

LAUREN HALL

1
2      Q.  You're not aware of that?
3      A.  No.
4      Q.  So, if the sugars -- you saw the
5  ingredient list.  You saw the nutrition fact
6  panel, which says 11 grams of sugars.
7          When you saw that, did it cause you any
8  concerns about buying the product anymore?
9      A.  At the time, no.  But I tried to
10 minimize the amounts that my children in take.
11 So it would -- instead of giving it to them all
12 the time, I may cut back or limit their intake to
13 it.
14     Q.  Take a look at the Annie's.  That
15 also says 11 grams of sugar, right?
16     A.  Yep.
17     Q.  So despite seeing that it had -- it
18 says right on the nutrition fact panel, 11 grams
19 of sugar, you continued to buy the product for
20 several years after that, right?
21     A.  Yes.
22     Q.  Was it your belief at the time you
23 looked at the ingredient list and saw either that
24 it said "fruit juice concentrate" as a first
25 ingredient or subsequently "fruit puree," did you

Page 109

LAUREN HALL

1
2  decide at that time, hey, that's not real fruit?
3      A.  No.
4      Q.  So your saw the front of the box that
5  said, "made with real fruit."  You saw the
6  ingredient list that said "fruit juice
7  concentrate" or "fruit puree" as the first
8  ingredient.
9          Did you come to any opinion at that time
10 that there's something "deceptive" or misleading
11 or false about the real fruit statement on the
12 front?
13     A.  Not that I recall.
14     Q.  But the conversation you had with
15 your friend Melanie Nobel was that she said the
16 product has sugar, right?
17     A.  Something along those lines.
18     Q.  Was there anything else she said to
19 you about the product other than that it has
20 sugar, like, hey, that's not real fruit or hey,
21 it has preservatives or anything else?
22         MR. ANSELL:  Objection --
23     A.  No.
24         MR. ANSELL:  Asked and answered.
25     A.  No.

Page 110

LAUREN HALL

1
2    Q.  All she said to you that you recall
3    is that it had sugar?
4        A.  Yes.
5        Q.  And you knew that because you had
6    looked at the ingredient list and the nutrition
7    fact panel for many years before stopping your
8    purchase of the product, right?
9        MR. ANSELL:  Objection --
10       A.  Yes.
11       MR. ANSELL:  -- mischaracterizes
12   testimony.
13       A.  Yes.
14       Q.  And how long after you spoke -- let
15   me back up.  Let me strike that.
16       Did you continue to purchase Welch's
17   Fruit Snacks after you had your conversation with
18   Ms. Nobel?
19       A.  No.
20       Q.  That day you went cold turkey and
21   said, I'm not buying any Welch's Fruit Snacks
22   anymore?
23       A.  I did not buy them.
24       Q.  All because she said the product had
25   sugar, which is something you already knew?

Page 111

LAUREN HALL

1
2        A.  I don't recall if that was the exact
3    reason why.  But, I mean, I try to bring healthy
4    foods into my house and give my kids good
5    alternatives and maybe it was a -- I don't know.
6    I don't recall.
7        Q.  Did you ever buy the fruit in yogurt,
8    Welch's fruit and yogurt snacks?
9        A.  No.
10       Q.  Did you ever buy fruit rolls?
11       A.  No.
12       Q.  Do you recall -- do you know -- did
13   you see any advertisements for Welch's Fruit
14   Snacks, other than the product in the store
15   itself?
16       A.  I don't recall.
17       Q.  Any print ads?
18       A.  I don't recall.  I don't think so.
19       Q.  Did you see any television ads?
20       A.  No.
21       Q.  Radio ads?
22       A.  No.
23       Q.  Ever looked on the Internet about
24   bit?
25       A.  No.

Page 112

LAUREN HALL

1
2        Q.  Newspaper?
3        A.  No.
4        Q.  So sitting here today, to the best of
5    your recollection, the only advertising -- and I
6    use air quotes -- about Welch's Fruit Snacks was
7    the actual product on the store shelf and the
8    label on the product?
9        A.  Yes.
10       Q.  Did that label change at all in the
11   seven years that you purchased the product?
12       A.  I don't recall.
13       Q.  Do you know whether the ingredients
14   ever changed?
15       A.  I don't recall.
16       Q.  Well, you said you had looked at the
17   ingredient list.
18       Did you ever notice whether the
19   ingredients changed?
20       A.  But I told you I didn't look at the
21   ingredient list the first time I bought them.
22       Q.  Right.  But --
23       A.  So I don't recall if it's changed
24   from the time I did buy -- I did look at them.
25       Q.  Well, I will show you some labels.

Page 113

LAUREN HALL

1
2        MR. SILVERMAN:  Mark as Exhibit 17.
3    (Deposition Exhibit Hall 17, color scan of
4    Welch's 2004 label, was marked for
5    identification.)
6        Q.  Take a look at Exhibit 17.  I'm
7    showing you a label for Welch's Fruit Snacks.
8        A.  (The witness complies.)
9        Q.  Tell me if you recognize it.
10       A.  I don't.
11       Q.  Do you recall whether this was a
12   label that you -- on the product when you first
13   purchased it?
14       A.  I don't.
15       Q.  Take a look at the ingredients on the
16   product.  In this label, it says it's copyrighted
17   2004 and I'll represent to you that this was the
18   label used -- I believe, this was the label that
19   existed when you first purchased the product in
20   about 2008 or 9.
21       MR. ANSELL:  Objection, to the extent
22   that it assumes facts not in evidence.
23       MR. SILVERMAN:  Okay.  Well, I'm
24   making a representation and we'll provide that
25   proof at the appropriate time.

LAUREN HALL

1
2     Q.  But for purposes of deposition, I'm
3  representing to you that, I believe, this was a
4  label that was -- the labeling and the packaging
5  and the ingredient list at the time you first
6  purchased it.
7        You don't recall that, right?
8     A.  I don't recall.
9     Q.  Okay.  So what about this label --
10  assuming this was the label that existed the
11  first time you purchased the product, what about
12  this label stood out to you that caused you to
13  purchase Welch's Fruit Snacks versus any other
14  fruit snack or any other product?
15     A.  Probably the same things that caught
16  me eye on the current, "made with real fruit,"
17  "vitamins," "no preservatives," you know,
18  Welch's, it's a good brand.
19     Q.  Anything else?
20     A.  No.
21     Q.  And where did you purchase it the
22  first time?
23     A.  I don't recall.
24     Q.  I believe you said all your purchases
25  were at an Acme store; is that correct?

LAUREN HALL

1
2     A.  It was A&P -- yeah, A&P is -- it's
3  Acme now.  It was A&P and that's where I food
4  shop.
5     Q.  The same location?
6     A.  Yep.
7     Q.  I forget the -- 2017 NJ 35 or
8  something like that?  I'm doing it from memory,
9  the address.  You don't know?
10     A.  Oh, yeah, Highway 35 in Wall Township
11  New Jersey.
12     Q.  So, to the best of your recollection,
13  that's where you purchased Welch's Fruit Snacks
14  every time?
15     A.  Yes.
16     Q.  And what do you recall about the
17  aisle on which the Welch's Fruit Snacks were
18  sold, what other products were sold on that
19  aisle?
20     A.  Granola bars, oatmeal, cereal,
21  coffee.
22     Q.  Anything else?
23     A.  No.
24     Q.  That was your -- that's your
25  recollection of the products that were sold in

LAUREN HALL

1
2  that aisle the entire time you purchased it up
3  through when you stopped purchasing at about a
4  year or two ago?
5     A.  I don't know if that's "the entire
6  time."  I mean, the store changed.  The aisle
7  could have changed.
8     Q.  Okay.
9     A.  Eight years -- eight years ago, it's
10  primarily in the cereal aisle.  But, I mean, I
11  don't know what the aisle looked like eight years
12  ago.
13     Q.  What did the aisle look like when you
14  last purchased the product about a year or two
15  ago?
16     A.  Cereal, oatmeal, coffee, granola
17  bars.
18     Q.  And that was A&P at the time -- I'm
19  sorry.  That was Acme at the time?
20     A.  I'm not sure.  I don't recall when it
21  changed over.  I'm not sure.
22     Q.  Do you recall that the Welch's Fruit
23  Snacks -- what was in closest proximity to the
24  Welch's Fruit Snacks, what other types of
25  products, other than fruit snacks?

LAUREN HALL

1
2     A.  Granola bars.
3     Q.  And what else?
4     A.  Cereal.
5     Q.  What else, Pop Tart?
6     A.  Maybe near granola bars.  I don't
7  recall seeing Pop Tarts.
8     Q.  You don't recall that Pop Tarts were
9  right next to the Welch's Fruit Snacks?
10     A.  I don't know.
11        MR. ANSELL:  Objection, assumes facts
12  not in evidence.
13     Q.  What's that?  You can answer.
14     A.  I don't shop for Pop Tarts, so I
15  don't typically look for them.
16     Q.  Okay.  But if you've got -- I'm
17  showing you a store shelf.  And if the Welch's
18  Fruit Snacks are here or all the fruit snacks are
19  here and right next to it are a whole string of
20  Pop Tarts, you wouldn't have noticed that?
21     A.  I may have noticed it, but I don't --
22  I mean, it doesn't sit in my memory.  I don't
23  shop for Pop Tarts.
24     Q.  Do you also recall in that aisle, a
25  different section in that aisle, there were

Page 118

LAUREN HALL

```
1              LAUREN HALL
2    products like Craisins and raisins and dried
3    dates and dried apricots and things like that?
4         A.  I mean --
5              MR. ANSELL:  Objection, assumes facts
6    not in evidence.
7              If you remember.
8         A.  There may have been.  Currently, in
9    that store, they're not in the same aisle.
10        Q.  What do you mean?  Do you still shop
11   there?
12        A.  Yes.
13        Q.  And "they're not in the same aisle"
14   as what?
15        A.  Fruit snacks.
16        Q.  The Craisins and raisins and dried
17   dates and dried apricots are not in the same
18   aisle as Welch's Fruit Snacks?
19        A.  No.
20        Q.  They were last night because I was at
21   that store.
22        A.  Okay.  I thought they were in the
23   baking aisle.
24        Q.  Okay.
25              MR. ANSELL:  You've cracked it open.
```

Page 119

```
1              LAUREN HALL
2              MR. SILVERMAN:  I'm cracking
3    everything open.  This is rather disturbing but
4    thank you.
5         Q.  Okay.  So assuming I'm correct then,
6    that the Craisins and raisins and dates and
7    apricots and other dried fruits are in the same
8    aisle as the Welch's Fruit Snacks, different part
9    of the aisle, why didn't you choose those
10   products instead for your kids?
11        A.  I don't know.
12        Q.  Can you describe the store to me that
13   you purchased the Welch's Fruit Snacks like where
14   are the -- when you walk in the door, where are
15   the fruits and vegetables, the fresh fruits and
16   vegetables?
17        A.  Straight ahead.
18        Q.  Okay.  And in relation to that, where
19   are the Welch's Fruit Snacks aisle?
20        A.  In relation to produce?
21        Q.  Yeah.
22        A.  Maybe about four or five aisles on
23   your left.
24        Q.  So using the Mott's box as the store.
25   You walk in the store and you're saying on the
```

Page 120

```
1              LAUREN HALL
2    right side is where you find fresh fruits and
3    vegetables?
4         A.  Correct.
5         Q.  And then about four or five aisles to
6    the left of that is where you find the aisle
7    containing the Welch's Fruit Snacks?
8         A.  Yes.
9         Q.  Do you primarily shop the perimeter
10   of the store or do you primarily shop the middle
11   of the store?  When I say, "perimeter," I'm
12   talking about fruits and vegetables, dairy,
13   cheese, meats versus the middle aisles are
14   typically more the sodas, snacks, chips, candy
15   other things like that.
16        A.  I primarily stay in the outside, not
17   all the time.  I shop on the inside.
18        Q.  And where is candy sold at the store,
19   what aisle is that on?
20        A.  That is definitely more towards the
21   left of the store passed the cereal aisle.  But I
22   am typically down that aisle if I need a baking
23   need or something.
24        Q.  And about how much money did you pay
25   for the ten pack of the Welch's Fruit Snacks?
```

Page 121

```
1              LAUREN HALL
2         A.  I think the 10 packs were usually in
3    the $3 range, 3 to $4.
4         Q.  And the 40 pack?
5         A.  The 40 packs, I think, were usually
6    around 7.99 or 8.99.  Sometimes, they could have
7    been a little more depending on sales or
8    promotions but in that range.
9         Q.  Sometimes more and sometimes less?
10        A.  Yeah, in a range depending on store
11   promotions and stuff.  But they're usually closer
12   to $10 for the larger packs.
13        Q.  You just said 7.99 to 8.99 is what
14   they typically were.
15        A.  That's what, I think, is standard,
16   yeah.  I mean, I don't know.  It was more
17   expensive, but I didn't buy it often.  I didn't
18   buy the 40 pack often.  I mostly bought the ten
19   packs.
20        Q.  Well, if I'm doing the math, the 40
21   packs seems to be a more economical one.  If it's
22   8 or $9 for 40 packs, which is 4 times 3 to $4,
23   you'd expect the 40 pack to cost somewhere
24   between 1 and $16.
25        A.  Yes.
```

LAUREN HALL

1
2       Q.  But it's 8 to 9.
3       So, if price is an issue, why didn't you
4   buy the 40 pack?
5       A.  Price isn't always a issue.  But I,
6   typically, don't buy in bulk because of room and
7   I, also, don't buy 40 fruit snacks because my
8   kids will eat 40 fruit snacks.
9       Q.  But you're buying, typically, a ten
10  pack every week, at least, a ten pack every week?
11      A.  I used to -- yeah, I mean, it was a
12  lot less later on when we were buying.  Maybe I
13  bought them every two or three weeks.  But when
14  my kids were really young and we first started
15  buying them, I was buying them every week.
16      Q.  Were you, typically, buying one pack
17  or more than one pack?
18      A.  Typically, buying one pack, if there
19  is any promotions.  Sometimes I'd buy two or
20  three.
21      Q.  So -- and then your kids would go
22  through -- or the time -- your first -- that was
23  one child at the time and then two years later it
24  was another child.
25      But when you first started buying them,

LAUREN HALL

1
2   you bought for one child, you didn't eat them,
3   your husband didn't eat them and your son would
4   go through ten in a week?
5       A.  Probably not.  When all three --
6   well, my youngest isn't in school.  But when all
7   three were getting packed up and lunches were
8   packed up, that's when I was typically buy one a
9   week.
10      Q.  And they were eating them about every
11  day?
12      A.  No, couple days.
13      Q.  What other snacks did you or do you
14  put in your kids -- or I'll say did you since...
15      At the time you were putting Welch's Fruit
16  Snacks in your kid's lunch, what else were you
17  putting in there as a snack, if anything?
18      A.  Pretzels.  My kids eat -- I mean, it
19  changes all the time.  One week they like
20  something, the next they don't.  Sometimes I make
21  cookies and I put a cookie or two in their
22  lunchbox.  They get a fruit with every snack or a
23  lunch, a sandwich and water.
24      Q.  So Welch's Fruit Snacks, pretzels
25  and/or cookies, sometimes a fruit, an actual

LAUREN HALL

1
2   piece of fruit?
3       A.  Every time my child gets a fruit.
4       Q.  They were getting Welch's Fruit Snack
5   and a fruit?
6       A.  Every day my children get a fruit
7   with a lunch and snack.  That is a standard.
8       Q.  So the Welch's Fruit Snacks for your
9   kids lunch wasn't a substitute for an actual
10  piece of fruit, it was actually a snack, correct?
11      A.  Correct.
12      Q.  So they'd get pretzels or cookies?
13      A.  Uh-huh.
14      Q.  Yes?
15      A.  Sometimes, yeah.  I mean, I've made
16  thousands of lunches but, yeah.
17      Q.  Okay.  Always a fruit?
18      A.  Yes.
19      Q.  And several days a week they got
20  Welch's Fruit Snacks as well?
21      A.  Yes.
22      Q.  Along with a sandwich and water?
23      A.  Uh-huh.
24      Q.  By the way, had you ever heard of
25  Winnie Lau?

LAUREN HALL

1
2       A.  Who?
3       Q.  Winnie Lau, L-a-u?
4       A.  No.
5       Q.  Have you ever heard of Elisa -- Eliza
6   Addox (phonetic)?
7       A.  No.
8       Q.  Are you aware that they had -- had
9   you ever heard that they had filed a lawsuit
10  against Welch's Fruit Snacks?
11      A.  No.
12      Q.  I'm sorry, against Welch's and
13  Promotion in Motion about Welch's Fruit Snacks?
14      A.  No.
15      Q.  Not aware of that?
16      A.  No.
17      Q.  So you're not aware that they
18  subsequently dismissed their lawsuit against
19  Welch's Fruit Snacks?
20      A.  No.
21      Q.  Or about Welch's Fruit Snacks?
22      A.  No.
23      Q.  Was taste or flavor of the fruit
24  snacks a reason you purchased Welch's Fruit
25  Snacks?

Page 126

LAUREN HALL

1
2  A. For myself or my kids?
3  Q. For either.
4  A. Sure.
5  Q. For you or your kids or both?
6  A. Not for me; for my kids.
7  Q. And that includes the first time?
8  A. Yes.
9  Q. And all subsequent times?
10  A. Yes.
11  Q. Did you try the Welch's Fruit Snacks
12  before you gave them to your kids or your son?
13  A. No.
14  Q. So the first person in the family
15  that had them was your son?
16  A. Yes.
17  Q. And he was about two.
18  Was he in preschool or was he at home at
19  the time?
20  A. With a sitter, baby-sitter.
21  Q. So did you tell the baby-sitter to
22  give him the Welch's Fruit Snacks several days a
23  week?
24  A. I didn't say give them. I packed his
25  lunch and she gave them what was in his lunch.

Page 127

LAUREN HALL

1
2  Q. So he went to the sitter's house?
3  A. Yes.
4  Q. So you packed his lunch at that time?
5  A. Yes.
6  Q. Now, you see the front label on the
7  Welch's Fruit Snacks, looking at Exhibit 16,
8  right under the, "made with real fruit," it
9  specifically says -- it's not just on the
10  ingredient list. I showed you earlier.
11  Right on the front it says 11 grams of
12  sugar, right?
13  A. On the front?
14  Q. Yeah, right there.
15  MR. ANSELL: Oh.
16  Q. Per serving.
17  A. Yes, I see that.
18  Q. It says, the calorie count 80
19  calorie, 0 grams of saturated fat, 10 milligrams
20  sodium, 11 grams of sugars.
21  So you saw that the first time you
22  purchased the product, didn't you?
23  A. I didn't notice it.
24  MR. ANSELL: Objection.
25  Q. You don't know whether it was there

Page 128

LAUREN HALL

1
2  or not?
3  A. I don't know that was the box I first
4  purchased.
5  Q. Okay. But at some point you did look
6  at the nutrition fact panel and the ingredients
7  while you were purchasing the product and saw
8  that it had 11 grams of sugar per serving, right?
9  A. Not the first time I purchased the
10  product.
11  Q. So sometime during the time you
12  purchased it?
13  A. Yes.
14  Q. And you continued to purchase it
15  after you were aware of that, right?
16  A. Yes. I think I...
17  Q. When you read the ingredient list and
18  you continued to purchase it after you read the
19  ingredient list, you saw on the ingredient list
20  that the Welch's Fruit Snacks contained -- also
21  said it contained corn syrup and sugar, right?
22  A. Yes.
23  Q. So you're aware of the fact that the
24  product contained corn syrup and sugar and you
25  continued to purchase it after that, right?

Page 129

LAUREN HALL

1
2  A. Yes.
3  Q. So I've asked you about the reasons
4  you first purchased the product. You've told me
5  about snack for your kids, taste, you bought it
6  for taste and flavor.
7  Those are two of the reasons you
8  purchased it, right, the first time?
9  A. Yeah.
10  Q. And subsequently?
11  A. Yeah.
12  Q. Was the price or the value of the
13  product a reason that you purchased it?
14  A. No.
15  Q. How about the brand name?
16  A. Yes.
17  Q. How about shelf life was that a
18  reason for your purchase?
19  A. No.
20  Q. The first time or any other time
21  after that?
22  A. No.
23  Q. How about the serving size?
24  A. No.
25  Q. How about the number of pouches per

Page 130

LAUREN HALL

1
2    box, was that a reason?
3         A.  No.
4         Q.  Who about the product availability at
5    your local store, is that a reason?
6         A.  Yes.
7         Q.  That was a reason your first time and
8    subsequent times?
9         A.  Well, yeah, because it was there.
10        Q.  Was the fact that the product does
11   not need refrigeration a reason you bought
12   Welch's Fruit Snacks?
13        A.  No.
14        Q.  Was the calories per serving a
15   reason?
16        A.  No.
17        Q.  Was the fact that the product is
18   gluten-free a reason?
19        A.  No.
20        Q.  How about whether the fact that it
21   was dairy-free?
22        A.  No.
23        Q.  How about the fact that it was
24   caffeine-free?
25        A.  No.

Page 131

LAUREN HALL

1
2         Q.  How about the fact that it's
3    fat-free?
4         A.  No.
5         Q.  Tell me any other reasons that you
6    purchased the product other than what you've told
7    me was that you bought it as a snack for your
8    kids and you bought it for taste and flavor, any
9    other reasons?
10        A.  No.
11        Q.  No other reasons?
12        A.  No.
13        Q.  How do you believe Welch's Fruit
14   Snacks compares with other snacks in terms of
15   whether it's better for you, about the same or
16   not as good for you than other snacks?
17        A.  Currently?
18        Q.  Yeah.
19        A.  I don't buy fruit snacks anymore.  I
20   don't give them to my kids.
21        Q.  You give them cookies, though, right?
22        A.  Sure, cookies that I make.
23        Q.  Chocolate chip, what kind of cookies?
24        A.  Sure, chocolate chip.
25        Q.  Chocolate chip cookies are better for

Page 132

LAUREN HALL

1
2    your kids than Welch's Fruit Snacks?
3         A.  If I make -- I didn't say they're
4    "better."  But I try not to give my kids a lot of
5    processed foods.  So everything in moderation and
6    if I make homemade cookies, I treat my kids to
7    homemade cookies.
8         Q.  So why not Welch's Fruit Snacks in
9    moderation?
10        A.  Towards the end of my purchases, I
11   did and then with the, you know, the --
12   outweighing the sugar and the ingredients in it,
13   I just chose not to give them to my kids because
14   in a cookie I can -- in a cookie I make, I know
15   everything that's goes into it.  I don't know --
16        Q.  Sugar, right?
17        A.  -- what goes into this.
18        Q.  A lot of sugar goes into chocolate
19   chip cookies, right?
20        A.  Sure.
21        Q.  More sugar than Welch's Fruit Snacks,
22   right?
23        A.  It depends.
24        MR. ANSELL:  Objection.
25        Q.  More fat --

Page 133

LAUREN HALL

1
2    (There is a discussion off the record.)
3         Q.  Chocolate chip cookies have more fat,
4    more sugar and more calories than Welch's Fruit
5    Snacks, correct?
6         MR. ANSELL:  Object to form and
7    assumes facts not in evidence.
8         Q.  Correct?
9         A.  Everything in moderation for my
10   children and I try not to give them processed
11   foods.  I try to stay away from processed foods
12   and I do it to the best of my ability.  My kids
13   don't eat cookies every day.  It's a treat for
14   them.
15        Q.  Okay.  But I asked you -- I
16   understand you don't give it to them every day.
17   But it's a true statement that chocolate
18   chip cookies, even though the homemade ones you
19   make, have more fat, more calories and more sugar
20   than Welch's Fruit Snacks?
21        MR. ANSELL:  Objection, that assumes
22   facts not in evidence.  Do you know the content
23   of her cookies and --
24        A.  Or my recipe.
25        MR. ANSELL:  -- have you done a test

Page 134

LAUREN HALL

1
2  of the calorie count and fat makeup?
3       MR. SILVERMAN:  I have never seen a
4  chocolate chip cookie in all my years that has
5  lower fat, lower calories and lower sugar content
6  that Welch's Fruit Snacks.
7       MR. ANSELL:  I have.
8       MR. SILVERMAN:  But if she's got one
9  -- really?
10      MR. ANSELL:  Yeah.
11      MR. SILVERMAN:  Great.  Must taste
12  awesome.
13      MR. ANSELL:  Doesn't necessarily
14  taste awesome.  But, I mean, you're saying you've
15  never seen one.
16      Q.  Welch's Fruit Snacks have zero fat.
17  Do your chocolate chip cookies have zero
18  fat?
19      A.  Fat isn't really -- fat isn't
20  something that I look at for my diet for me and
21  my children as a concern.  And I eat it and give
22  it to my children in moderation.
23      Q.  How often?  What's "moderation?"  How
24  often do you give them chocolate chip cookies?
25      A.  I don't know; once every two weeks

Page 135

LAUREN HALL

1
2  maybe.
3       Q.  And how many do you pack in their
4  lunch when you give them cookies?
5       A.  One or two.
6       Q.  Is it, typically, chocolate chip or
7  is it other types too?
8       A.  No, typically, chocolate chip.
9       Q.  And they're all homemade by you?
10      A.  Most of the time.  I don't buy
11  packaged cookies.
12      Q.  And your homemade chocolate chip
13  cookies have no processed ingredients in them?
14      A.  No.
15      Q.  What are the ingredients?
16      A.  Jesus; flour, sugar chocolate chips,
17  butter, eggs.
18      Q.  Anything else?
19      A.  Vanilla.
20      Q.  Anything else?
21      A.  Not that I can recall.
22      Q.  It seems like the standard recipe
23  that I'm familiar with.  I just thought maybe
24  yours was unusual, you're low fat, low calorie,
25  low sugar cookies but, okay.

Page 136

LAUREN HALL

1
2       MR. ANSELL:  Try to keep the argument
3  to a minimum, counsel.
4       MR. SILVERMAN:  I will try.
5       Q.  Do you ever buy candy?
6       A.  No.
7       Q.  Do your kids go to birthday parties?
8       A.  They do.
9       Q.  And do they serve candy, do they give
10  candy at birthday parties?
11      A.  Sometimes.
12      Q.  Do they ever have, to your knowledge,
13  ever have Welch's Fruit Snacks or any other fruit
14  snacks products?
15      A.  At parties?
16      Q.  Yes.
17      A.  Not that I'm aware of.
18      Q.  Do they have cookies at parties?
19      A.  Yes.
20      Q.  Cake at parties?
21      A.  Yes.
22      Q.  You're okay with your kids having
23  cake and cookies?
24      A.  I'm not okay with it.  I try to limit
25  it.  And when they come home with goodie bags, I

Page 137

LAUREN HALL

1
2  try to throw them away.
3       Q.  Do your kids trick or treat?
4       A.  They do.
5       Q.  Do they get to keep --
6       A.  No.
7       Q.  They don't get to keep any of the
8  candy?
9       A.  They do.  Everything in moderation,
10  but they do not keep everything they have.
11      Q.  Do you have any basis -- well, do you
12  believe that fruit puree is not the -- or in the
13  current formulation, that fruit puree is not the
14  first ingredient in the Welch's Fruit Snacks?
15      A.  Could you repeat that?
16      Q.  The current label of Welch's Fruit
17  Snacks says on the box, "fruit is our first
18  ingredient."  And in the ingredient list, it
19  says, "fruit puree."  It lists "fruit puree" as
20  the first ingredient.
21      Do you have any reason to believe that
22  that's not a true statement, that fruit is not
23  more predominant than the other ingredients?
24      MR. ANSELL:  Objection.  You asked
25  whether "fruit puree" was the first ingredient.

LAUREN HALL

1
2  MR. SILVERMAN: Right.
3  MR. ANSELL: Now you just mentioned
4  whether fruit --
5  MR. SILVERMAN: Fruit puree.
6  Q. Do you have any reason to believe
7  that "fruit puree" is not more -- "fruit puree"
8  in the product than any other ingredient?
9  A. Do I have any -- I'm sorry. Can you
10  repeat the question one more time?
11  Q. Okay. You did purchase a Welch's
12  Fruit Snacks product, Exhibit 16, you have
13  purchased that product before, correct?
14  A. Yes.
15  Q. With that exact label, correct?
16  A. Yes.
17  Q. And you looked at that ingredient
18  list before purchasing it --
19  A. Yes.
20  Q. -- at some point, right?
21  A. Uh-huh.
22  Q. Yes?
23  A. Yes.
24  Q. And the first ingredient under the
25  ingredient list says, "fruit puree."

LAUREN HALL

1
2  Do you have any -- and is it your
3  understanding that the regulations require that
4  you list the ingredients in the order of
5  predominance?
6  A. Yes.
7  Q. Okay. And how did you learn that,
8  outside of -- did you learn it outside of
9  counsel?
10  A. No, that I know.
11  Q. How did you learn that?
12  A. Through knowledge of what I eat. I
13  don't know where I learned that from.
14  Q. Do you have any reason to believe
15  that "fruit puree" is not the most prevalent
16  ingredient in Welch's Fruit Snacks?
17  A. Yes.
18  Q. You have reason to believe that that
19  is not the case?
20  A. Just through my counsel.
21  Q. That "fruit puree" -- that there's
22  more of some other ingredient in this product
23  than "fruit puree?"
24  A. In combination?
25  Q. Yes.

LAUREN HALL

1
2  A. Yes.
3  Q. "Yes," what? It's "in combination."
4  A. Yes, it shouldn't be the first
5  ingredient.
6  Q. Why should it not be the first
7  ingredient?
8  A. Because it's a combination of
9  multiple different fruit purees.
10  Q. Okay. But if there are -- I'm just
11  going to use round numbers.
12  If there are five fruit purees in the
13  product, apple, pear, grape, whatever, five
14  constituent -- this one has -- this one says,
15  grape, peach, orange strawberry and raspberry.
16  So there's five --
17  A. Uh-huh.
18  Q. -- right?
19  And just using round numbers, if there's
20  10 percent of each of those, so the total fruit
21  puree is 50 percent, and then let's just say the
22  next ingredient is corn syrup and just for round
23  numbers let's just say that's 30 percent -- I'm
24  just making up numbers -- you would agree with me
25  that 50 percent is more than 30 percent, right?

LAUREN HALL

1
2  A. I would. But then you should combine
3  your corn syrup, sugar and any other sugar listed
4  as well.
5  Q. Are you an expert -- are you an FDA
6  regulatory expert?
7  A. Nope.
8  Q. Okay. Corn syrup and sugar are the
9  same ingredient to you?
10  A. Well, neither is grape puree and
11  strawberry puree.
12  Q. They're fruit.
13  Does it make any difference to you whether
14  there's five ingredients, five purees -- do you
15  understand that the way -- I mean, it's a
16  rhetorical question.
17  But do you understand that the way puree
18  comes it comes in one finished form as a puree,
19  it doesn't come as here's the grape, here's the
20  strawberry, here's the peach, it comes as a
21  blend, as a puree, all blended together?
22  A. Okay.
23  Q. And that's, again, using making up
24  numbers, I'm saying 50 percent.
25  MR. ANSELL: I'm going to object,

Page 142

LAUREN HALL

1 facts not in evidence.  In fact, you've refused
2 to provide that information to us, as to what's
3 within a fruit puree.  So you can't --
4 MR. SILVERMAN:  No, we have not.
5 MR. ANSELL:  You can't testify as to
6 what the ingredients is when you've refused to
7 provide it to us.
8 MR. SILVERMAN:  We've told you it
9 comes as a puree as a finished product and we do
10 not know whether that -- again, making up numbers
11 -- whether that's 50 percent is a 5 ingredients
12 is 10, 10, 10, 10, 10 or is it 20, 10, 5, 5,
13 whatever the math adds up.  We don't know that.
14 But we do know that it's 50.  That's what we've
15 said.
16 Q.  And so I'm asking you, assuming it's
17 50 and let's just use round numbers that it's 5
18 ingredients, 5 fruit purees times 10, does it
19 make any difference to you whether it's still
20 50 percent whether it's listed as -- how they
21 listed it on the ingredient label as long as it's
22 50 percent?
23 MR. ANSELL:  Object to form,
24 objection as it assumes facts not in evidence.

Page 143

LAUREN HALL

1 Go ahead.
2 A.  Does it makes a difference to me?
3 Q.  Yeah.
4 A.  Sure.
5 Q.  Why?
6 A.  Because it's a combination of -- you
7 just said you don't know what it's in it.  Isn't
8 the ingredients supposed to list what's in it?
9 Q.  We know what it's in it.  It says
10 exactly what's in it.
11 A.  What's in the "fruit puree?"  You
12 just said it comes as a combined product.
13 Q.  Grape, peach, orange, strawberry and
14 raspberry is what comes in this puree.
15 So I'm asking you --
16 A.  As a finished product.
17 Q.  Right.
18 A.  And what are the percentages?
19 Q.  Does it matter to you whether it's --
20 if the total is 50, does it matter to you whether
21 the grape is 15 or 10 and the peach is 10 and 15
22 and the orange is 5 or 10?
23 A.  Different fruit, no.
24 Q.  Okay.  So that doesn't matter to you.

Page 144

LAUREN HALL

1 What matters to you is what the total is,
2 right, which would be the 50?
3 And, again, I'm making up numbers but --
4 for rounding purposes but --
5 A.  Sure, yes.
6 Q.  So, if it's got 50 percent fruit
7 puree and the next ingredient, which is corn
8 syrup, is something less than 50, isn't it
9 accurate to say that fruit puree is the most
10 predominant ingredient?
11 MR. ANSELL:  Objection, assumes facts
12 not in evidence.
13 A.  Can you repeat the question?
14 Q.  If the fruit puree is 50 percent and
15 the corn syrup is 30 percent, isn't it true that
16 fruit puree is the most predominant ingredient?
17 A.  Yes.
18 Q.  And so your issue is that fruit puree
19 is not real fruit?  You're saying the ingredient
20 list -- the list for puree is not consistent with
21 the button on the front, which says "made with
22 real fruit?"
23 A.  Yes.
24 Q.  Is that what you're saying?

Page 145

LAUREN HALL

1 A.  Yes.
2 Q.  Yet during the course of in the seven
3 years in which you purchased the product, you saw
4 the ingredient list, you saw that it said "fruit
5 juice concentrate" or later "fruit puree" as the
6 first ingredient, you saw the button that said,
7 "made with real fruit" you continued to purchase
8 the product over and over and over again for
9 years after that, right?
10 MR. ANSELL:  Object to form.
11 Objection, it mischaracterizes her testimony as
12 to when she read the ingredient list.
13 A.  Which I don't recall.
14 Q.  Well, you bought it over seven years,
15 about 350 times.
16 I'm assuming the first time you looked at
17 the ingredient list wasn't on time 349, was it?
18 A.  No.
19 Q.  It was probably in the earlier years,
20 wasn't it?
21 A.  I don't recall.
22 Q.  Do you, typically, look at the
23 ingredient list on products you purchase?
24 A.  I do.  More so now than I have in the

Page 146

LAUREN HALL

1
2   past.
3        Q.  Okay.  But were you doing it when --
4   eight, nine, ten years ago, when you first
5   purchased Welch's Fruit Snacks, were you looking
6   at the ingredients of products?
7        A.  I don't recall when I first looked at
8   the ingredients.
9        Q.  Did you start looking at them more
10  when you had kids?
11       A.  Yes.
12       Q.  Okay.  So you had a child ten years
13  ago and another eight years ago.
14       Was it about that time that you started
15  looking at the ingredient list more carefully?
16       A.  I would say over the years, it's
17  become more and more that I've read labels and
18  looked at ingredients.
19       Q.  So it's, more likely, that you looked
20  at the ingredient list for the Welch's Fruit
21  Snacks, you had two children, ten-year-old and
22  eight-year-old, you're buying it for the two of
23  them and then you had girls later than that.
24       Is it likely that you were looking at the
25  ingredient list sometime when you're first

Page 147

LAUREN HALL

1
2   purchasing the product for your two sons?
3        MR. ANSELL:  Objection, asked and
4   answered.
5        A.  I don't recall the first time I
6   looked at the ingredient list.
7        Q.  Okay.  Was it -- do you believe it
8   was in the first half of the seven years that you
9   purchased Welch's Fruit Snacks or in the latter
10  half?
11       MR. ANSELL:  Objection, asked and
12  answered.
13       A.  I don't recall.
14       Q.  Was it in the last year?
15       A.  No.
16       Q.  Before then?
17       A.  Before this last year?
18       Q.  Before the last year you purchased?
19  You bought it for seven years; in the last year
20  that you purchased Welch's Fruit Snacks?
21       A.  I don't recall.
22       Q.  By the last time you purchased it,
23  you had three children, right, or was it all four
24  of them?
25       A.  No, three, about three, maybe the

Page 148

LAUREN HALL

1
2   smallest one was a baby but...
3        Q.  Were you looking at labels at that
4   point, ingredient panels at that point?
5        A.  Sure.  I don't look at the label of
6   every single item I purchase.  I try to purchase
7   non-processed foods.
8        Q.  But you did purchase Welch's Fruit
9   Snacks several times after looking at the
10  ingredient list on the product, right?
11       A.  Yes.
12       Q.  And you did so after you saw the
13  ingredient list that said "fruit puree" or "fruit
14  juice concentrate," if that's when you first
15  looked at it and when you juxtapose that with the
16  "made the real fruit," seeing both of those, you
17  continued to buy the product?
18       A.  Yes.
19       Q.  At that time you didn't see anything
20  "deceptive" or false or incorrect about the
21  label?
22       A.  No.  But I gave them less of it.  I
23  cut back on the amount they ate.
24       Q.  How much less?
25       A.  I don't know.  I didn't -- I mean, if

Page 149

LAUREN HALL

1
2   I gave them fruit snacks a few times a week,
3   maybe once or twice a week.  I don't...
4        Q.  And you were purchasing the product
5   long before the label said fruit's our first
6   ingredient, correct?
7        A.  I don't recall.
8        Q.  Well, Exhibit 17 doesn't say fruit is
9   the first ingredient, right?
10       A.  No.
11       Q.  Okay.  I'm going to show you what
12  we'll mark as Exhibit 18.
13       (Deposition Exhibit Hall 18, color scan of
14  Welch's 2014 label, was marked for
15  identification.)
16       Q.  Exhibit 18 is another label of the
17  Welch's Fruit Snacks Mixed Fruit variety and the
18  copyright on it says 2014.  But I'll represent
19  for the record that this label was used, I
20  believe, as early as 2012.
21       But do you recall seeing this label for
22  the product?
23       A.  Yes.
24       Q.  Doesn't say fruit is our first
25  ingredient, right?

Page 150

LAUREN HALL

1
2     A. No.
3     Q. So you didn't buy the product because
4  of the fruit is our first ingredient statement,
5  right?
6     A. No.
7     Q. And what about this label caused you
8  to purchase the product?  And let me back up.
9     If you look at the ingredient list, it
10  says, "juice from concentrates," and it lists
11  grape, pear, peach and pineapple as the fruit
12  juice concentrates.
13     So what about this label caused you to
14  purchase the product?
15     A. "Made with real fruit," "no
16  preservatives," vitamins.
17     Q. Anything else?
18     A. No.
19     Q. Okay.  And you did look at this
20  ingredient list panel at some point that said
21  "juice from concentrate" and the other
22  ingredients including corn syrup, sugar, modified
23  corn starch, et cetera, right?
24     A. Yes.
25     Q. You saw that at the time you were

Page 151

LAUREN HALL

1
2  purchasing the product that contained this label,
3  right?
4     A. Yes.
5     Q. So you saw the ingredient list that
6  said "juice from concentrates."  You saw the
7  "made with real fruit" button on the front.
8     Did you see anything false or "deceptive"
9  or misleading at that time?
10     A. No.
11     Q. And it's your testimony that you
12  believe that fruit puree and fruit juice are not
13  real fruit?
14     A. Yes.
15     Q. Are you aware whether the FDA has
16  ever weighed in on that topic?
17     A. No.
18        MR. ANSELL:  Objection, calls for a
19  legal conclusion.
20     A. No.
21     Q. I'm going to -- would you acknowledge
22  that the FDA is more knowledgeable about these
23  things than you are as to what constitutes fruit?
24     A. Yes.
25     Q. Would you acknowledge that a food

Page 152

LAUREN HALL

1
2  chemist who is an expert on food chemistry and,
3  specifically, on fruits would be more
4  knowledgeable than you about whether fruit puree
5  and fruit juice concentrate are fruit?
6        MR. ANSELL:  Object to form.
7     Go ahead.
8     A. Yes.
9        MR. SILVERMAN:  Okay.  Let's mark as
10  Exhibit 19.
11     (Deposition Exhibit Hall 19, Questions and
12  Answers on the Nutrition and Supplement Facts
13  Labels Related to the Compliance Date, Added
14  Sugars, and Declaration of Quantitative Amounts
15  of Vitamins and Minerals:  Guidance for Industry,
16  was marked for identification.)
17     Q. Exhibit 19 is a January 2017 document
18  from the US Department of Health and Human
19  Services, Food and Drug Administration, Center
20  for Food Safety and Applied Nutrition.  The
21  document is entitled, "Question and Answers on
22  the Nutrition and Supplemental Facts Labels
23  Related to the Compliance Date, Added Sugars and
24  Declaration of Quantitative Amounts of Vitamins
25  and Minerals:  Guidance for Industry."

Page 153

LAUREN HALL

1
2  I'm assuming you've never seen this
3  document before, right?
4     A. Nope.
5     Q. Okay.  Turn to Question and Answer
6  10.
7     A. Okay.
8     Q. And Question 10, it's about the top
9  third of the page.
10     A. Uh-huh.
11     Q. It says, "The definition of added
12  sugars excludes the fruit component of fruit
13  spreads.
14     What constitutes the fruit component of a
15  nonstandardized fruit spread?"  And it says,
16  "Please see our response to Question 5 above.
17  The fruit component of a fruit spread would
18  include whole fruit, pieces of fruit, dried
19  fruit, fruit purees that have not been
20  concentrated, fruit pulp, single strength fruit
21  juice or other fruit ingredients where a whole
22  fruit has been processed so that the plant
23  material is physically broken down into smaller
24  pieces, e.g., chopping, dicing, grinding,
25  pureeing, et cetera, but the sugar and the

Page 154

LAUREN HALL

1  LAUREN HALL
2  ingredients have not been concentrated."  Do you
3  see that?
4      A.  Yeah.
5      Q.  Based on reading that definition from
6  the Food and Drug Administration, doesn't that
7  say that fruit juice concentrate and fruit puree
8  are considered fruit?
9      MR. ANSELL:  Objection, calls for a
10  legal conclusion.  And I believe you yourself
11  admonished the witness as not being an expert in
12  ingredients or labeling.  So the fact that you're
13  now asking her to opine on FDA definitions is a
14  little hypocritical and improper.
15      MR. SILVERMAN:  I'm asking the
16  witness to look at the words on the page and tell
17  me if the words on the page say what I think they
18  say.  And I'm asking for a layperson's reading of
19  the answer to Paragraph 10 and whether fruit
20  puree and fruit juice concentrate are considered
21  fruit under the answer to Paragraph 10.
22      MR. ANSELL:  Objection.  You are not
23  asking -- you've read the question and answer
24  into the record.  So you're not asking as to the
25  voracity as to what the document actually states.

Page 155

LAUREN HALL

1  LAUREN HALL
2  You are asking her to opine as to the validity of
3  the statement, a fact to which you yourself said
4  she is not qualified to testify to.
5      MR. SILVERMAN:  I'm not asking her
6  that.  I'm asking her --
7      MR. ANSELL:  Is that what it says?
8  If you want to ask her if that's what it says --
9      Q.  Yes.  Is that what it says?  Does
10  this document say that fruit juice concentrate
11  and fruit puree are fruit?
12      MR. ANSELL:  Objection.  It
13  mischaracterizes the quote from the document.
14      A.  Yeah.
15      Q.  Okay.  Let me show you another label.
16      A.  But shouldn't the box say made with
17  real fruit component then?
18      Q.  The box has an ingredient list that
19  says, "fruit juice concentrate" or "fruit puree,"
20  right?
21      A.  Right.  But on the front it says,
22  "made with real fruit."  And if that is the
23  definition of fruit spread and fruit puree, then
24  it should say --
25      Q.  Would that have made the difference

Page 156

LAUREN HALL

1  LAUREN HALL
2  for you, if it said, made with real fruit
3  components, rather than "made with real fruit"
4  and that would be all the difference for you?
5      A.  Maybe.
6      Q.  Seriously?
7      A.  I mean, fruit component, fruit
8  spreads is not real fruit.  So...
9      Q.  But the ingredient list, which you
10  read and continued to purchase the product, tells
11  you exactly what it is "fruit juice concentrate"
12  at one time and "fruit puree" or subsequently
13  "fruit puree."  You saw that you continued to buy
14  it, right?
15      MR. ANSELL:  Objection, asked and
16  answered.
17      A.  Yeah.
18      (Deposition Exhibit Hall 20, color scan of
19  Welch's 2015 label, was marked for
20  identification.)
21      (There is a discussion off the record.)
22      Q.  Exhibit 20 is a label, a Welch's
23  Fruit Snacks Mixed Fruit, again, ten pack label.
24  This is copyrighted at 2015.  I'll represent to
25  you that this was the label that was began to be

Page 157

LAUREN HALL

1  LAUREN HALL
2  used in 2015 in which the formula was changed and
3  the first ingredient was "fruit puree" rather
4  than "fruit juice concentrate."
5      Have you ever seen that label before?
6      A.  Yes.
7      Q.  Did you notice the -- any changes to
8  the label?
9      A.  I didn't.
10      Q.  Did you notice any change to the
11  ingredient list?
12      A.  Not that I recall, no.
13      Q.  So, despite the fact that you said
14  you saw the ingredient list when the product --
15  the first ingredient was "fruit juice
16  concentrate" and you saw the label and the
17  ingredient list when the first ingredient was
18  "fruit puree," you didn't notice the change?
19      MR. ANSELL:  Objection,
20  mischaracterizes testimony.  She repeated -- she
21  testified repeatedly that she did not know when
22  she read the label.
23      Q.  You can answer.
24      A.  I'm sorry, can you repeat the
25  question?

Page 158

LAUREN HALL

1
2   Q.  We all know what you said.
3   Despite -- you looked at the label -- I
4   think, you previously testified in the last
5   15 minutes that you did see the ingredient list
6   of Exhibit 18 in which "fruit juice concentrate"
7   was the first ingredient, right?
8   A.  Uh-huh, yes.
9   Q.  Yes?
10  A.  Yes.
11  Q.  And you saw the ingredient list on
12  Exhibit 20, correct?
13  A.  Yes.
14  Q.  And you did so at the time you were
15  purchasing the product, right?
16  A.  Yes.
17  Q.  And despite the fact that you saw the
18  ingredient list that said "fruit juice
19  concentrate" and you saw the subsequent
20  ingredient list that said "fruit puree," you
21  didn't notice the difference?
22  A.  Not that I recall.
23  Q.  Is this the first time sitting here
24  this moment that you are aware that the
25  ingredients -- ingredient list changed?

Page 159

LAUREN HALL

1
2   A.  No.
3   Q.  When did you first become aware of
4   that?
5   A.  I don't recall.
6   Q.  Was it before or after your lawsuit
7   was filed?
8   A.  I don't recall.
9   Q.  Was it before or after you were
10  purchasing -- stopped purchasing the product?
11  A.  I don't recall.
12  Q.  Did it make any difference to you
13  that the first ingredient was now "fruit puree"
14  versus "fruit juice concentrate?"
15  A.  No.
16  Q.  Why not?
17  A.  I don't know.
18  Q.  Do you have any belief or opinion
19  whether fruit puree is, quote, "better" than
20  fruit juice concentrate?
21  A.  I don't.
22  Q.  Do you know what percentage of fruit
23  juice concentrate was in the product at the time
24  that was the first ingredient?
25  A.  I don't.

Page 160

LAUREN HALL

1
2   Q.  Any idea?  You don't know whether --
3   A.  No.
4   Q.  -- it was 2 percent, 50 percent, you
5   have no idea?
6   A.  No.
7   Q.  Does it make any difference to you
8   whether it was 2 percent or 50 percent?
9   A.  Of the fruit content?
10  Q.  Of the total ingredients, whether the
11  total percentage of -- the total, whether that is
12  2 percent fruit juice concentrate or 50 percent,
13  does that matter to you?
14  A.  Yes.
15  Q.  Why?
16  A.  Cause if there's -- if something
17  contains more fruit than -- if something has
18  50 percent more fruit than not, of course.  I
19  mean, if you're buying it for fruit and for
20  health -- for healthier options than, yeah,
21  50 percent fruit is better than 1 percent fruit,
22  correct?  I mean...
23  Q.  And how about -- so what do you
24  consider a significant amount of fruit?
25  A.  For me?

Page 161

LAUREN HALL

1
2   Q.  Yeah.
3   A.  A piece of fruit.
4   Q.  Okay.  But you knew you weren't
5   buying a piece of fruit for your kids, right?
6   A.  Correct.
7   Q.  So, in terms of this product, what do
8   you consider a significant amount of fruit, 5
9   percent, 10, 20, what's significant?
10  A.  I wasn't buying it for the fruit
11  content.  I was buying it as a snack that was a
12  better alternative to the other fruit snacks that
13  were out there.
14  Q.  "Better alternative" to other fruit
15  snacks?
16  A.  Fruit snacks.
17  Q.  What "other fruit snacks?"
18  A.  "Other fruit snacks" on the shelf.
19  Q.  Did you compare --
20  A.  I wasn't buying --
21  Q.  -- the "other fruit snacks" labels?
22  A.  -- it to say this one has 75 percent
23  fruit versus 10 percent fruit in this one.
24  Q.  Well, if you weren't buying it for the
25  fruit content and you're saying it was a

LAUREN HALL

1
2  "better alternative" to other fruit snacks, did
3  you take a box of -- and label of Welch's Fruit
4  Snacks and compare it to Annie's, Mott's or any
5  other fruit snacks at the times --
6       A. At the time, no.
7       Q. At the time, no.
8       So the first time you purchased the
9  product, you weren't getting it because it was a
10  "better alternative" to other fruit snacks?
11       A. Well, I was. The advertising on the
12  box said "made with real fruit," "no
13  preservatives" and vitamins. So it attracted --
14       Q. And so does the Mott's box?
15       MR. ANSELL: Objection. That
16  mischaracterizes her testimony as to whether the
17  Mott's and the Annie's were on the shelf at the
18  time she first decided to purchase Welch's.
19       Q. You don't recall whether the Mott's
20  product was on the shelf when you purchased?
21       MR. ANSELL: Asked and answered.
22       A. I don't.
23       Q. Okay. When I asked you earlier about
24  the varieties and the number of shelves of fruit
25  snacks, was it when you first purchased the

LAUREN HALL

1
2  product that it was about 5 shelves and 12
3  varieties?
4       A. I don't recall; yes, yes.
5       Q. Okay. So assuming that the Mott's
6  product was on the shelf when you bought it first
7  -- when you bought Welch's for the first time,
8  did you compare the two?
9       MR. ANSELL: Objection, assumes facts
10  not in evidence.
11       A. Yes. That's assuming that it was
12  there and assuming the labels looked the same
13  eight years ago. I did not compare when I first
14  purchased Welch's to the Mott's.
15       Q. And when you first purchased the
16  Welch's, you didn't compare it to other fruit
17  snacks, right?
18       A. No.
19       Q. Cause you just testified you didn't
20  buy it for the fruit content, you bought it
21  because it was a "better alternative" to other
22  fruit snacks, but that wasn't the reasoning when
23  you first purchased it, right?
24       A. There was advertising on it that made
25  me look at it and say that this is a healthier

LAUREN HALL

1
2  alternative. It's "made with real fruit,"
3  there's "no preservatives" and there's vitamins.
4       Q. "Healthier alternative" to what?
5       A. Other fruit snacks.
6       Q. But you just said you weren't
7  comparing it to other fruit snacks at the time,
8  right? When you first purchased it, did you
9  compare it to other fruit snacks?
10       A. Label-wise, no. To the box and the
11  advertisement, yes.
12       Q. What other fruit snacks did you
13  compare it to?
14       A. My gosh. I don't recall; whatever
15  was on the shelf.
16       Q. And what do you mean by "healthier
17  alternative?"
18       A. A better option.
19       Q. What does that mean?
20       A. It's "made with real fruit." It has
21  "no preservatives" and there's vitamins in it.
22       Q. All of which are true, aren't they?
23       MR. ANSELL: Objection, calls for a
24  legal conclusion.
25       Q. Those are all true statements, aren't

LAUREN HALL

1
2  they?
3       A. I -- I don't know.
4       Q. If you don't know, then what is your
5  basis for alleging that the label is false and
6  misleading and "deceptive," if you don't know if
7  any of those three things are true or not?
8       A. I refer to my counsel and the
9  investigation that has been -- I don't know.
10       Q. And before the lawsuit was filed with
11  your name on it, Lauren Hall against Welch's
12  Fruit, Inc., and the Promotion in Motion
13  Companies, before that lawsuit was filed for the
14  first time in April and amended again in June,
15  you never saw it to confirm the accuracy of the
16  representations and allegations made, did you?
17       A. No.
18       Q. The first time you saw it was this
19  morning, right?
20       A. Yes.
21       Q. And when you say, it's "a better
22  option," you say that's because it said, "made
23  with real fruit," "no preservatives" and
24  vitamins, right, that's the better option that
25  you're talking about?

Page 166

LAUREN HALL

1
2      A. Yeah.
3      Q. So it wasn't the first time -- when
4  you first purchased the product, you didn't buy
5  it for the fruit content -- you said you didn't
6  buy it for the fruit content, you bought it
7  because it was a good snack for your kids and
8  something that they would like, the taste, right?
9      MR. ANSELL:  Objection,
10 mischaracterizes testimony.  She just testified
11 that she believed it was a "healthier
12 alternative" literally a minute ago.
13     MR. SILVERMAN:  Okay.  And I'm
14 quoting her.  I didn't buy it for the fruit
15 content.  I bought it because it was a "better
16 alternative" to other fruit snacks.  Then she
17 testified, but that she didn't -- the first time
18 she purchased it, she wasn't looking at other
19 fruit snacks so...
20     So the first time you bought it -- she
21 previously testified as to the reasons she
22 purchased the product, it was a snack for her
23 kids and something they'd like the taste.
24     Q. Right, is that accurate?
25     A. Yes.

Page 167

LAUREN HALL

1
2      Q. Okay.  So the first time you
3  purchased the product, you bought it not for the
4  fruit snack content but rather it was a snack for
5  your kids and because you thought it would be
6  something that they would like the taste, right?
7      A. Right.
8      Q. Subsequently, sometime later, you
9  don't recall when, you thought it was a better
10 alternative to other fruit snacks.
11     MR. ANSELL:  Objection.
12     Q. Did you compare labels?
13     MR. ANSELL:  Objection,
14 mischaracterizes her testimony.  The question you
15 asked was why she bought it compared to others.
16     MR. SILVERMAN:  No, no, no.  I asked
17 why she bought it the first time.  She just
18 answered.  Now I'm asking about her subsequent
19 purchases.
20     Q. Sometime later you added in -- you
21 still weren't buying it for the fruit content,
22 but later on you said it was a "better
23 alternative" to other fruit snacks because you
24 compared Welch's to some other fruit snacks later
25 on, right?

Page 168

LAUREN HALL

1
2      MR. ANSELL:  Objection.  That
3  completely mischaracterizes the testimony.  She
4  did not say that she subsequently changed her
5  mind to purchase it because --
6      MR. SILVERMAN:  You're not
7  testifying, Michael.  So please let the witness
8  answer the question.  If she thinks --
9      MR. ANSELL:  Then read back the
10 transcript.
11     MR. SILVERMAN:  If she thinks what
12 I'm saying is wrong she should --
13     MR. ANSELL:  I'm objecting and saying
14 it's mischaracterizing the testimony.
15     MR. SILVERMAN:  At the outset of this
16 deposition, I told the witness if there was
17 anything about my question that she
18 misunderstands or miss recollects or I'm saying
19 it wrong, she should tell me and I'll re-ask the
20 question.
21     Q. So, if you're telling me I'm saying
22 something that's not what you said, let me know
23 that; otherwise, I'm going to assume what I'm
24 telling you -- what I'm saying is accurate.
25     A. It's not accurate.

Page 169

LAUREN HALL

1
2      Q. Okay.
3      A. I went to buy a snack, fruit snacks
4  for my children.  While I was there, you look at
5  the labels and I made my decision based on the
6  advertising on the box.
7      I didn't -- I didn't later on change my
8  mind and decide to purchase it at a different
9  point.  I was in the aisle buying fruit snacks
10 for my children.  I looked at the boxes.  This
11 one advertised to me.
12     Q. But you testified the "better
13 alternative" to other fruit snacks wasn't a
14 reason you first purchased it, right?
15     A. I don't recall saying that.  It
16 wasn't...
17     Q. Did you compare the Welch's Fruit
18 Snack to other fruit snacks when you first
19 purchased it?
20     A. Based on the box --
21     MR. ANSELL:  Objection, asked and
22 answered.
23     A. Based on the box, it has statements
24 that appeal to me more than other fruit snacks.
25     Q. What "other fruit snacks" did you

Page 170

LAUREN HALL

1 compare it to?
2      A.  The ones that were there eight,
3 ten years ago in the store.
4      Q.  Do you know a single brand, a single
5 product that you compared it to, whether it be
6 Mott's, Annie's or anything else?
7      A.  I don't.
8      Q.  And, subsequently, after you made
9 your first purchase, did you compare it to other
10 fruit snack products, Mott's, Annie's or anything
11 else?
12      A.  No.
13      MR. ANSELL:  I'm going to say that we
14 break for lunch now, if that's good with
15 everybody, unless you're nearing the end.
16      MR. SILVERMAN:  Well, I'm not
17 "nearing the end."  No, we're definitely going to
18 need a lunch break.
19      I suppose, yeah, we can break.
20      THE VIDEOGRAPHER:  Okay.  The time is
21 12:40 p.m.  We're off the record.
22      (Lunch recess taken 12:40 to 1:40 p.m.)
23      THE VIDEOGRAPHER:  The time is
24 1:41 p.m.  We're on the record.

Page 171

LAUREN HALL

1      Q.  Real quickly, we talked earlier about
2 your discussion with Melanie Nobel.
3      A.  Uh-huh.
4      Q.  She was the one who told you that the
5 product was filled with sugar?
6      A.  Yeah.
7      Q.  Had she ever purchased Welch's Fruit
8 Snacks did she tell you?
9      A.  I don't know.
10      Q.  How long did your conversation with
11 Ms. Nobel last in which you discussed Welch's
12 Fruit Snacks?
13      A.  Couple seconds.  She knew I purchased
14 them.
15      Q.  So you made 350 odd purchases over
16 seven years both before and after reading the
17 ingredient list on Welch's Fruit Snacks and based
18 upon a few second conversation with Ms. Nobel who
19 told you this product had sugar, you stopped
20 buying the product completely; is that your
21 testimony?
22      MR. ANSELL:  Objection, argumentative.
23 You can answer
24      Q.  You can answer.

Page 172

LAUREN HALL

1      A.  Yes.
2      Q.  What was it that she said -- what new
3 information did she provide you, if any, in that
4 few second conversation that caused you to stop
5 buying the product after you had been buying it
6 for seven years on a weekly basis?
7      MR. ANSELL:  Objection, asked and
8 answered.
9      A.  The conversation was extremely brief.
10 I think it was more of a brought to my attention
11 of something that I had been looking at over some
12 time.
13      Q.  What do you mean, it was something
14 you had been looking at over time?
15      A.  Well, just becoming more aware of the
16 products that I was bringing into my home and it
17 was, you know, maybe a comment that just made me
18 more aware of the products I'm bringing into my
19 home.
20      Q.  But you knew when you bought the
21 product both from the ingredient panel and from
22 the front label that the product contained
23 11 grams of sugar, you knew that, right?
24      A.  Yes.

Page 173

LAUREN HALL

1      Q.  So there was nothing that Ms. Nobel
2 told you that the fact that it had sugar that was
3 news to you, correct?
4      A.  No.
5      Q.  So what was it that she told you, if
6 anything, that caused you to stop buying the
7 product cold turkey?
8      MR. ANSELL:  Objection, asked and
9 answered.
10      A.  There was nothing in our conversation
11 that made me stop buying the product with her.
12      The reason I stopped buying the product is
13 because I have become more knowledgeable about
14 the foods that I give my children and I try not
15 to give them as much processed and sugar.
16      But there was nothing that Melanie said to
17 me that day that made me stop purchasing.
18 Melanie had nothing to do with me stopping
19 purchasing the product.
20      Q.  It was just a coincidence that after
21 your conversation -- the week before your
22 conversation you bought it, but after you spoke
23 with her you never bought it again?
24      A.  I never said I bought it the week

Page 174

LAUREN HALL

1  before I spoke with her.
2      Q. Oh. When did you stop purchasing it?
3      A. A few years ago. I mean, maybe one
4  to two years ago. I don't know the exact week
5  that I stopped purchasing the product.
6      Q. But you had been purchasing -- I had
7  understood your testimony to be that at the time
8  you had the conversation with her, you were still
9  buying the product; otherwise, why would you have
10 the conversation?
11     A. Yeah, I'm not exactly sure when this
12 conversation with her happened. I don't recall.
13     Q. Well, had you stopped buying it by
14 the time you had the conversation with her or
15 were you still buying it?
16     A. I guess I was buying it, but what she
17 said that day was not me stating that I'm never
18 buying this again based on what she had said to
19 me. She had nothing to do with me.
20     Q. It was just a coincidence you were
21 buying it when you spoke to her, and after you
22 spoke with her, you weren't buying it, but your
23 discussion with her had no impact on that
24 decision?

Page 175

LAUREN HALL

1      A. No, I mean it definitely gave me
2  thought.
3      Q. So what "thought" did it give you?
4      A. I don't know. Just a reminder of the
5  things that I'm bringing into my house to give my
6  kids and maybe I should be more aware of it. I
7  don't know. I mean...
8      Q. Okay. The amount of sugar in the
9  product, you knew that from the label, in two
10 different places on the label, right?
11     A. Correct.
12     Q. So what was it the label that caused
13 you to -- what was it about the product that
14 caused you to no longer purchase it?
15     A. I'm sorry, could you repeat the
16 question?
17     Q. What was it about the product that
18 caused you to no longer purchase it?
19     A. Just that there's better options to
20 give my kids for snacks than snacks that I
21 don't believe are made with real fruit and, yes,
22 they're high in sugar, which I know. But I'm
23 over time making better decisions and I don't
24 give my kids processed stuff anymore.

Page 176

LAUREN HALL

1      Q. Okay. So tell me everything on this
2  label that is false or "deceptive."
3          MR. ANSELL: Objection, asked and
4  answered a thousand times.
5      Do you have anything to add to that to any
6  of your prior 20 answers to this same exact
7  question?
8          THE WITNESS: No.
9      Q. Okay. Well, before the break you
10 said that you didn't buy it for the fruit snack
11 content because I was asking you about what
12 percentage of fruit you considered to be
13 significant.
14     And you said, I didn't buy it either the
15 first time or any subsequent time for the fruit
16 content; is that right?
17     A. No. If I wanted my kids to have
18 fruit, I would give them fruit. The fact that it
19 was advertised as "a better alternative" because
20 there was fruit, yes, swayed my decision into
21 purchasing that over something that didn't say
22 there was fruit in it.
23     Q. Where does it say it's "a better
24 alternative?" Where on this label does it say

Page 177

LAUREN HALL

1  it's "a better alternative?"
2      A. It says, "made with real fruit."
3      Q. And you have no --
4      A. So, to me, the assumption was that if
5  it's "made with real fruit," it's something
6  that's better that's processed and has no fruit.
7      Q. And yet you have no basis sitting
8  here today to say that it's not made with real
9  fruit, do you?
10         MR. ANSELL: Objection, calls for a
11 legal conclusion.
12     You can answer.
13     A. No.
14     Q. Okay. Let's talk about -- I think
15 earlier you talked about the vitamins. It says,
16 "100% Vitamin C," "25% Vitamins A and E."
17     Is there anything false about that
18 statement?
19     A. I don't know.
20     Q. And it says, "no preservatives."
21 Is there anything false about that
22 statement?
23     A. No, not that I -- no, not that I know
24 of. I mean preservatives are processed foods

Page 178

LAUREN HALL

1
2  that you -- chemicals that you put in foods to
3  preserve them.  There's lots of chemicals on that
4  ingredient list.  I don't know if any of those
5  are preservatives or chemicals or for what.
6      Q.  You don't know if any of the
7  ingredients in this product are used to preserve
8  the product, right?
9      A.  I don't know.
10     Q.  So isn't a product that contains
11 "fruit juice concentrate" or "fruit puree" and
12 contains a "100 percent Vitamin C" and
13 "25 percent Vitamin A and E" a better option than
14 other snacks?
15     MR. ANSELL:  Objection, assumes facts
16 not in evidence.
17     A.  It depends on which snack.  Sure, if
18 it does, yeah.
19     Q.  And if it does -- and sitting here
20 today you've testified several times that you
21 have no basis for saying that it doesn't, right?
22     MR. ANSELL:  Objection,
23 mischaracterizes testimony.
24     A.  Yes.
25     Q.  If you could take a look at

Page 179

LAUREN HALL

1  Exhibit 7, which is your Answers to
2  Interrogatories, Promotion in Motion's
3  interrogatories.
4      A.  (The witness complies.)
5      Q.  You have them?
6      A.  Uh-huh.
7      Q.  Take a first look at response to No.
8  1.
9      MR. ANSELL:  It's the responses, not
10 general objections, right?
11     MR. SILVERMAN:  What?  No, the
12 response to No. 1.
13     MR. ANSELL:  Okay.  Just if you turn
14 to --
15     Q.  "Subject to and without waiving the
16 objections, Plaintiff responds that she purchased
17 several flavored varieties of fruit snacks."
18     MR. ANSELL:  Response.
19     A.  Okay.
20     Q.  Several varieties.
21     You testified earlier today that
22 99 percent of your purchases were the mixed fruit
23 and less than a half dozen times was a cherries
24 variety, right?

Page 180

LAUREN HALL

1
2      A.  Yes.
3      Q.  So is that several varieties, is that
4  consistent with that answer?
5      A.  Yes.  I mean, I mostly purchased that
6  and occasionally the mixed berries.  I guess if
7  that's --
8      Q.  You earlier -- I'm sorry.
9      You earlier testified that this response
10 was served on March 7th and you earlier testified
11 you didn't see them until the week of the 19th.
12     So you never even looked at this response
13 before it was served, did you?
14     A.  This -- no, I did.  I had this
15 response.  I didn't -- I didn't sign it until the
16 week of the 19th.
17     Q.  You said you didn't look at them
18 until that week either?
19     A.  So could you rephrase the question?
20     Q.  Is buying -- is it consistent with
21 what you testified today that you bought several
22 varieties or you bought predominantly one variety
23 and a few times a second variety?
24     A.  What is your definition of "several?"
25     MR. ANSELL:  Objection.

Page 181

LAUREN HALL

1
2      Q.  More than two.  Webster's would
3  define "several" as more than two for sure.  A
4  couple would be two.
5      A.  Okay.  I definitely know of two.
6  Mostly the mixed fruit, sometimes the red box.
7  If there was one or two in there, I don't recall.
8  But it depends on your definition of "several."
9  Yes, I bought "several" cause I bought more than
10 the mixed fruit box.
11     Q.  And did you provide the answer to C
12 that says, approximately, that you paid $4 for a
13 10 pack -- $4 for a pack of 10 and $10 for a pack
14 of 40?
15     A.  An estimate.
16     Q.  Because your testimony earlier today
17 was it was more like $3 and 8 to $9?
18     A.  Yeah, over an eight-year period.
19     MR. ANSELL:  Objection,
20 mischaracterizes testimony.  I believe she
21 testified that it was 3 to $4 for a pack of 10
22 and 8 to $9 for a pack of 40.
23     Q.  And yet you haven't kept a single
24 receipt of your 350 purchases to know how much
25 you paid, did you?

Page 182

LAUREN HALL

1
2      A.  No.
3      Q.  I know you're laughing.  But that's
4  actually kind of critical to this case.
5      A.  Okay.
6      Q.  You have no proof that you ever
7  bought the product.
8      A.  You can go on my A&P card and look at
9  my purchase history, if you'd like.
10      Q.  So these are just estimates since you
11  hadn't bought the product in a year or two and
12  you bought it over the course of about seven
13  years, you're just estimating how much you paid
14  for it?
15      A.  Prices change, coupons, sales.  Yes,
16  it was an estimate.
17      Q.  And you don't know whether Welch's
18  Fruit Snacks cost more or less than any other
19  fruit snack products that you could have
20  purchased, right?
21      A.  I'm sure they cost more than some and
22  I'm sure they cost less than some.
23      Q.  Would it surprise you to learn that
24  they cost less than virtually every other option
25  you could have had?

Page 183

LAUREN HALL

1
2      MR. ANSELL:  Objection, assumes facts
3  not in evidence.
4      Q.  At your Acme store, which I visited
5  last night --
6      A.  Last night but not eight years ago.
7      MR. ANSELL:  And objection again.
8  Are you --
9      Q.  I did not visit your Acme store eight
10  years ago.
11      MR. ANSELL:  Objection.  Are you
12  testifying here today?  Are you providing
13  evidence.
14      MR. SILVERMAN:  No, I'm asking the
15  witness.
16      MR. ANSELL:  Okay.
17      MR. SILVERMAN:  She just said, I
18  assume they cost more than some and less than
19  some.
20      Q.  I'm telling her would it surprise you
21  to learn that they cost less than virtually
22  every other option you could have purchased?
23      A.  Last night on one night.
24      Q.  But you have no proof that they ever
25  cost more than any other Welch's -- amy other

Page 184

LAUREN HALL

1
2  fruit snack, right?
3      MR. ANSELL:  Objection.  You just
4  said "virtually" all.  So you've admitted they
5  cost more than some.
6      Q.  Actually, last night when I shopped,
7  they cost less than every single fruit snack on
8  the shelf.  All five shelves, all dozen plus
9  varieties, they cost less than every single one
10  of them.
11      MR. ANSELL:  So, if you want to make
12  that statement, then produce the records from the
13  Acme for the past last eight years to show that
14  Welch's was always the lowest.
15      MR. SILVERMAN:  It's not my burden of
16  proof.  It's yours and you can't meet it.
17      Q.  You don't know?  You don't know over
18  the course of the seven years you bought the
19  product whether Welch's cost more or less than
20  the alternative, than the other fruit snack
21  products, do you?
22      A.  No.
23      Q.  Okay.  Let's look your response to
24  Interrogatory No. 2 where it asks you to "state
25  all facts concerning each representation you saw

Page 185

LAUREN HALL

1
2  and relied upon prior to purchasing the products,
3  including but not limited to representations on
4  the product's packaging and labeling."
5      And you say, you relied upon the following
6  representations, "A, the fruit snacks contain the
7  fruit depicted on the package."
8      That's a true statement, isn't it?
9      MR. ANSELL:  I'm sorry.  What's "a
10  true statement?"
11      MR. SILVERMAN:  "That the fruit
12  snacks contain the fruit depicted on the
13  package."
14      MR. ANSELL:  Do you want to read
15  through the fruit ingredients and go through the
16  fruit snack that are pictured on the package?
17      MR. SILVERMAN:  Sure.
18      MR. ANSELL:  Okay.
19      MR. SILVERMAN:  Yep.  They're all
20  there, strawberries, orange, raspberry, grape,
21  blueberry.
22      MR. ANSELL:  There's no blueberry in
23  the ingredients.
24      MR. SILVERMAN:  That's a grape.
25  That's a grape, not a blueberry.

LAUREN HALL

1
2   MR. ANSELL:  Is that a grape?
3   A.  Those are grapes, the green one.
4   MR. SILVERMAN:  Those are grapes.
5   MR. ANSELL:  I thought grapes are
6   green ones.
7   MR. SILVERMAN:  There are two types
8   of grapes.
9   MR. ANSELL:  There's also looks like
10  a blackberry to me.
11  Q.  Okay.  Well, I'll ask you the
12  question.
13  Is it your testimony that the fruits
14  depicted are not in the product?
15  A.  No.
16  Q.  And do you have any basis for saying
17  that the products -- that the fruits depicted on
18  the package were not in the product?
19  A.  Aren't they listed?
20  Q.  Yes, they're listed.  There's a
21  picture and then there's the ingredient list
22  which shows you all the fruits that are in the
23  package.
24  MR. ANSELL:  Objection.  For the
25  record, you're showing her the latest package,

LAUREN HALL

1
2   not the other package, which you testified was
3   for the majority of the time that she would have
4   purchased the product.
5   MR. SILVERMAN:  Actually, it wasn't
6   "for the majority of the time."  The label has
7   been changed four times and she's bought it over
8   the course of seven years, all four labels.  So I
9   don't know if it's "the majority of the time."
10  MR. ANSELL:  I'm saying you're
11  referring to one which was not the labeling, not
12  the ingredient list or the labeling for the
13  entire time that she purchased the product.
14  So, if you ask her to make a claim
15  regarding the entirety of the time she purchased
16  the product, then please.
17  Q.  Alright.  Is it your testimony that
18  the fruits contained -- that the fruits did not
19  contain the fruits depicted on the package at
20  anytime during the time you purchased it?
21  A.  I'm sorry, repeat that again.
22  Q.  You say that you relied upon the
23  following representation in making your purchase
24  that the first -- the fruit snacks contained the
25  fruits -- the fruit depicted on the package.

LAUREN HALL

1
2   Is it -- do you believe that at anytime
3   during which you bought the product that the
4   product did not contain the fruits depicted on
5   the package?
6   MR. ANSELL:  Object to form.
7   But...
8   A.  Yes.
9   Q.  "Yes," what?  That it didn't?
10  A.  I don't know if it's yes.
11  MR. ANSELL:  You just asked a
12  question.  Is it her contention, yes.
13  Q.  Is it your contention -- not your
14  contention.
15  MR. ANSELL:  You asked the question.
16  She said, "yes."
17  Q.  Is it your contention that the fruit
18  depicted on the label are not in the product?
19  A.  Yes.
20  Q.  What's your basis for that?
21  A.  Because there's -- I mean, is that a
22  blueberry?  A blueberry is not listed in the
23  ingredients.
24  Q.  It's not a blueberry.
25  Did you see that as a blueberry or is this

LAUREN HALL

1
2   the first time you're actually looking at the
3   button --
4   A.  Oh, no, it's not the first time I'm
5   looking at it.
6   Q.  Okay.  So is that your testimony
7   because you think that's a blueberry --
8   A.  You asked me -- you asked me if the
9   fruit displayed on there are what is listed and
10  to me they are not.  And I answered your
11  question.
12  Q.  Because you think that's a blueberry,
13  not a grape?
14  A.  The grapes are green.
15  Q.  Do you understand there's two kinds
16  of grapes?
17  A.  I do.
18  Q.  Okay.
19  MR. ANSELL:  Again, objection,
20  argumentative.  And, also, again, you're asking
21  her about eight-year time period in which there
22  were multiple ingredient lists and multiple
23  packaging labels.
24  So, if you are going to rely upon a single
25  ingredient list and single packaging, then your

LAUREN HALL

1
2  question has no basis in fact.
3       Q.  Is it your testimony that the product
4  does not contain the fruits depicted in the
5  ingredient list?
6       MR. ANSELL:  Objection, asked and
7  answered.
8       Q.  At anytime whether it was a fruit
9  puree or fruit juice concentrate, is it your
10  testimony that the ingredient list was not
11  accurate?
12       A.  Yes.
13       Q.  Really?  Based on what?
14       A.  Based on the advertising on the box
15  and then the list of ingredients.
16       Q.  I'm, specifically, asking you about
17  the "fruit juice concentrate" ingredients and the
18  "fruit puree" ingredients.  It says, "fruit juice
19  concentrate," and in parentheses it list the
20  fruit juice concentrate; "fruit puree,"
21  parentheses, what the puree is, what is the
22  constituents.
23       Are you telling -- is it your testimony
24  that it would say grape puree but there's no
25  grape puree in the product?

LAUREN HALL

1
2       A.  Yes.
3       MR. ANSELL:  Objection.
4       Q.  What is your basis for saying that
5  the ingredient list is false, as it listed a
6  fruit puree or a fruit juice that's not in the
7  product?
8       MR. ANSELL:  Objection.  Again,
9  you're referring to a singular -- a single label
10  that you keep referencing on this.
11       MR. SILVERMAN:  I'm not going to show
12  her -- I'm not asking her about a label.  I'm
13  asking about -- she looked at the ingredient list
14  over the course of seven years.
15       Q.  You tell me what ingredient was ever
16  in the mixed fruit product or the berries product
17  that you purchased in which the ingredient list
18  listed a "fruit juice concentrate" or a "fruit
19  puree" that wasn't in the product?
20       A.  You didn't ask me if it was in the
21  product.  You asked me if it was on the box;
22  correct?
23       Q.  Oh, okay.  So --
24       A.  I'm just clarifying because I'm
25  confused now.

LAUREN HALL

1
2       Q.  And you read the ingredient list,
3  right?
4       A.  Yes.
5       Q.  That's part of the box, isn't it?
6       A.  Okay.
7       Q.  Is the ingredient list part of the
8  box?
9       A.  Yes.
10       Q.  And it's something you read, right?
11       A.  Yes.
12       MR. ANSELL:  Objection, asked and
13  answered.
14       Q.  And is there something in the
15  ingredient list over seven years you purchased
16  the product in which there was a "fruit juice
17  concentrate" or "fruit puree" listed that was not
18  in the product?
19       A.  You didn't ask me if it was in the
20  product.  You asked me if it was on the box.
21       Q.  I asked a new question.  We'll get
22  back to "on the box."
23       A.  Then it's a new question.
24       Q.  Okay.  It's a new question.
25       In the seven years you purchased the

LAUREN HALL

1
2  product, is there ever a time in which the "fruit
3  puree" or "fruit juice concentrate" listed on the
4  ingredient list was not in the product, to your
5  knowledge?
6       A.  Not to my knowledge.  I don't know.
7       Q.  Okay.  And with respect to -- and
8  with respect to the button that's in the bottom
9  left, was there ever a time in which the fruits
10  listed in the button were not in the product?
11       MR. ANSELL:  I'm sorry.  Object to
12  form.
13       Where are we looking?
14       MR. SILVERMAN:  The left-hand corner
15  of the front package where it says, "made with
16  real fruit."
17       Q.  (Indicating.)
18       A.  Ask your question again.
19       Q.  Was there ever a time in which the
20  fruit shown in the button of the products you
21  purchased weren't in the product?
22       A.  I don't recall.  I don't know.
23       Q.  Okay.  Your second representation
24  that you say you saw and relied upon prior to
25  purchasing says, "The fruit snacks were made with

Page 194

LAUREN HALL

1
2  real fruit," right?
3     A.  Yes.
4     Q.  And you've already testified that you
5  don't know whether "fruit puree" or "fruit juice
6  concentrate" are real fruit, right?
7     A.  Yes.
8     Q.  Okay.  Look at number -- C.  "The
9  first ingredient in the fruit snacks was fruit."
10  You read and relied upon that?
11     A.  Yes.
12     Q.  The first time you bought it?
13     A.  No.
14     Q.  And where did you see the first time
15  that the first ingredient in the fruit snacks was
16  fruit, was that when you first looked at the
17  ingredient list, whenever that first time was
18  when you saw them?
19     A.  Yes.
20     Q.  It wasn't the box saying fruit is our
21  first ingredient?
22     A.  No.
23     Q.  And then the last D, the
24  representation you relied upon -- saw and relied
25  upon prior to purchasing it was D, "The fruit

Page 195

LAUREN HALL

1
2  snacks contained significant amounts of natural
3  Vitamins A, C and E."
4     A.  Yes.
5     Q.  Where does it say that?  Where does
6  it say it contains "significant amounts of
7  natural Vitamins A, C and E?"  Where does it say
8  it?
9     A.  It says, "Vitamin C, Vitamins A and
10  E" on the front of the box.
11     Q.  Is the word "natural" there?
12     A.  No.
13     Q.  What do you mean by "natural?"
14     A.  I don't know.
15     Q.  And you have no reason to believe
16  that the product doesn't contain 25 percent
17  Vitamins A and E and 100 percent Vitamin C,
18  correct?
19     A.  I don't know.
20     Q.  What do you consider to be a
21  "significant amount?"  You used the word
22  "significant amount."  What does that mean?
23     A.  I don't know.
24     Q.  Well, is 25 percent "significant" in
25  your mind?  It says, "25% Vitamins A and E."

Page 196

LAUREN HALL

1
2     A.  I guess -- I don't know.
3     Q.  Well, you testified that you relied
4  upon it containing a "significant amount."  Those
5  were your words, or, at least, your counsel's
6  words that you attested to.
7     A.  "Significant" is a hundred percent.
8  That's a lot, a hundred percent of Vitamin C.
9     Q.  Yeah, but you said a "significant
10  amount" of Vitamins A, C and E.
11     A.  Yes.
12     Q.  There are 25 percent Vitamins A and
13  E.
14     Do you consider 25 percent to be a
15  "significant amount" of Vitamins A and E?
16     A.  No.
17     Q.  Then why does your answer say that it
18  represented to be significant amounts of Vitamins
19  A --
20     A.  Maybe I should have gone into more
21  detail; a hundred percent of Vitamin C, a hundred
22  percent is "significant" to me.
23     Q.  And I know you didn't buy the product
24  because of the fruit content.
25     But what do you consider to be a

Page 197

LAUREN HALL

1
2  "significant" percentage of fruit in the product?
3     A.  In the product?
4     Q.  Yeah.  Or you never thought of it?
5     A.  Well, I mean, if I want "significant"
6  fruit content, I'm going to give my kids fruit
7  and I give my kids fruit.
8     Q.  Right.
9     A.  So the reason the fruit appealed to
10  me is "made with real fruit" is the first
11  ingredient or whatever the claim is because it
12  appealed to me as something better than the
13  alternative.  I never really thought about what a
14  "significant" fruit content in a fruit snack is.
15  But if someone is going to advertise more fruit
16  or "made with real fruit," it's going appeal to
17  me as a shopper.
18     Q.  And I understand the representations
19  may have appealed to you.  But I want to know
20  what representations were false and "deceptive."
21  It's all fine and good to say that the label says
22  it has real fruit and there's vitamins.  But if
23  it has real fruit and there's vitamins, there's
24  nothing false or deceptive about it, is there?
25     A.  I don't know if real fruit -- I mean,

Page 198

LAUREN HALL

1
2 okay.
3     Q.  I'm asking you.  I'm asking you to
4 give your answer.  If it says, "made with real
5 fruit," and it says it has vitamins and it has
6 real fruit and it has vitamins, there's nothing
7 false or "deceptive," is it?
8     A.  Maybe the way it's listed as an
9 ingredient.  I mean, before you had even said
10 like a fruit concentrate or, you know, it's
11 manufactured.  You guys get it as a whole
12 product.  Should it be the first ingredient?
13 There's, obviously, multiple ingredients in that
14 product puree that you get.
15     Q.  Whether the -- whether the fruit
16 ingredients are listed separately or together, if
17 they list five different fruit ingredients
18 separately that are each 10 percent or list them
19 altogether because it's total of 50 percent,
20 isn't it still 50 percent?
21     A.  If they list three different sugars
22 at 10 percent, but it all equals more than
23 30 percent, shouldn't it be in a different order
24 on the ingredient list?
25     Q.  I'm not going to get into with you

Page 199

LAUREN HALL

1
2 what the FDA regulations acquire.
3     A.  Good.
4     Q.  We'll let the lawyers and the expert
5 address those issues.
6     But I'm asking you as a layperson, if it's
7 50 percent fruit, whether that says "fruit puree"
8 or lists grape puree then separated by peach
9 puree separated by strawberry puree and they all
10 adds up to 50, it's still 50, isn't it?
11     MR. ANSELL:  Object to form.
12 Especially, to the extent that you now don't want
13 to talk about FDA regs, although they're before
14 you.  You brought out --
15     MR. SILVERMAN:  Oh, if she wants to
16 talk about FDA regs, please.  I didn't know she
17 was an expert.
18     Q.  So if you want to talk about them,
19 please do.  Tell me everything you know about FDA
20 regs.
21     I'm assuming you don't know anything about
22 FDA regs, right?
23     A.  No.
24     Q.  Right.  So I'm going to go back to
25 the layperson question.

Page 200

LAUREN HALL

1
2     If it adds up to 50, does it make any
3 difference whether it's listed as 10, 10, 10, 10,
4 10, or 50, if it's still 50 percent fruit puree?
5     A.  If the sugar adds up to 30, why are
6 we listing it in three different ways?  So that
7 it's lower on the ingredient list.
8     Q.  Thirty is less than fifty.
9     A.  I'm just saying.  You have a puree,
10 which is a mixture of what you just said before.
11 You don't know what the mixture is.
12     Q.  No, I know --
13     A.  Okay.
14     Q.  I represent to you that I know the
15 total of the mixture.  And, again, I'm making up
16 the number.  But the total is 50.  Just it's a --
17 it's a proprietary formula of the supplier and
18 they tell us it's 50 and they tell us what is in
19 it but don't know the exact percentages of each.
20 But does that matter to you?
21     MR. ANSELL:  Objection.
22     Q.  Does that percentage of grape versus
23 peach versus strawberry, or is it okay as long as
24 it has grape, peach and strawberry and it's more
25 predominant than any other ingredient; isn't that

Page 201

LAUREN HALL

1
2 all that's important?
3     MR. ANSELL:  Objection to form and
4 point of clarification.  Are we now saying that
5 the puree is, in fact, 50 percent or is it still
6 the hypothetical?
7     MR. SILVERMAN:  It's a hypothetical.
8     MR. ANSELL:  Okay.
9     A.  Repeat the question.
10     Q.  I couldn't even begin to...
11     (There is a discussion off the record.)
12     (Whereupon, the question is read back as
13 follows:
14     "Question:  Does that percentage of grape
15 versus peach versus strawberry, or is it okay as
16 long as it has grape, peach and strawberry and
17 it's more predominant than any other ingredient;
18 isn't that all that's important?")
19     A.  There's two questions in there so...
20     Q.  Okay.  My question to you is, if the
21 total is 50 hypothetically, does it matter to you
22 whether that 50 is made up of 5 ingredient purees
23 that are 10 each --
24     A.  No.
25     Q.  -- versus 20 and 5 and 7 and 12?

Page 202

LAUREN HALL

1
2      A. No.
3      Q. Okay. As long as it has the fruits
4   listed on the ingredient list and that it's more
5   predominant than any other ingredient, that's
6   what's important to you?
7      A. Yes.
8      Q. Do you know what percentage of fruit
9   puree is in Welch's Fruit Snacks?
10      A. No.
11      Q. Do you know what percentage of fruit
12   juice concentrate was in it under the prior
13   formula?
14      A. No.
15      Q. So you don't know whether it's two
16   percent, 20 percent, 50 percent, you have no
17   idea?
18      A. No.
19      Q. And you didn't buy the product for
20   the fruit content, did you?
21      A. No.
22      Q. I'll show you another label. This is
23   the, I believe, the current label that's used on
24   the product.
25      (Deposition Exhibit Hall 21, color scan of

Page 203

LAUREN HALL

1
2   Welch's 2016 label, was marked for
3   identification.)
4      Q. Have you ever seen Exhibit 21 or the
5   product that's being depicted by Exhibit 21?
6      A. Yes.
7      Q. Notice any differences between this
8   and the other -- the prior labels I showed you,
9   17, 18 and 20?
10      A. "Gluten free."
11      Q. What's that?
12      A. It says, "gluten free." I don't
13   know, is that different. "Fruit is our first
14   ingredient."
15      Q. That was also on 20?
16      A. No, I don't notice anything different
17   then.
18      MR. ANSELL: Do you have 20 out in
19   front?
20      A. No.
21      Q. "No" what?
22      A. I don't notice anything different.
23      Q. Okay. Take a look at Exhibit 3.
24      A. (The witness complies.)
25      Q. It's the Amended Complaint. And this

Page 204

LAUREN HALL

1
2   was a document that was filed in June of 2017,
3   but you don't -- but you never saw it until this
4   morning, right?
5      A. I don't recall.
6      Q. Well, your testimony earlier was that
7   the first time you saw it was this morning; is
8   that accurate?
9      A. Again, I don't recall.
10      Q. Okay.
11      A. This exact document, I don't recall.
12      Q. Okay. Take a look at Paragraph 4.
13      A. (The witness complies.)
14      Q. It is says, "However, Defendant's
15   fruit snacks contain only minimal amounts of the
16   vibrantly depicted fruits and are no more
17   healthful than candy."
18      What is your basis saying that Welch's
19   "fruit snacks contain only minimal amounts of the
20   vibrantly depicted fruits?" Since you just
21   testified you had no idea what percentage of
22   fruit is in the product, what is your basis for
23   saying that?
24      A. I don't know.
25      Q. And what is your basis for saying

Page 205

LAUREN HALL

1
2   that it's "no more healthful than candy?"
3      A. I don't know.
4      Q. You never saw this allegation before
5   today, did you, or did you even see it?
6      MR. ANSELL: Objection.
7      Q. Let me rephrase that.
8      A. No, I did. I just don't recall. But
9   I did. I mean, I have it. Yeah, I did. I did
10   see this. I don't know.
11      Q. You don't know when?
12      A. I don't know when.
13      Q. Well, you earlier testified that you
14   didn't see it until this morning with all the
15   pictures in it and you confused what you thought
16   you saw with the interrogatories --
17      A. Yes.
18      Q. -- and the interrogatories
19   responses --
20      A. Yes, I was confused. Yes, I was
21   confused.
22      Q. Right. And then I showed it to you.
23   You said, yeah, that this -- this document you
24   didn't see, this and the original complaint,
25   Exhibit 2, you didn't see until this morning or

Page 206

```
             LAUREN HALL
 1
 2   one of them you saw this morning.
 3       A.  Right.  I was confused.  I'm sorry.
 4       Q.  Okay.  So the one you saw this
 5   morning was either the original complaint or this
 6   complaint?
 7       A.  Yes.
 8       Q.  And you don't have any basis for
 9   saying it contains a minimal amount of vibrantly
10   depicted fruits" and "no more healthful than
11   candy," right?
12       A.  I don't know.
13       Q.  Have you compared Welch's Fruit
14   Snacks to various candy products to see if -- how
15   they compare?
16       A.  No.
17       Q.  And when you -- when -- I know you
18   don't know what -- I don't even know what to say,
19   since you don't know if that's your words or not.
20       But are you comparing Welch's Fruit Snacks
21   to candy?
22       A.  No.  I mean, I don't buy candy that
23   says "made with real fruit."  I don't buy candy.
24       Q.  So is it your belief that Welch's
25   Fruit Snacks are, quote, "more healthful than
```

Page 207

```
             LAUREN HALL
 1
 2   candy?"
 3       A.  No.  I mean --
 4       Q.  So it's not "more healthful than
 5   candy?"
 6       A.  No.  I don't know.  I don't know.
 7   What candy?  I mean-
 8       Q.  I'm asking you.  This is your
 9   complaint that has your name on it that says,
10   Lauren Hall versus Welch Foods and Promotion in
11   Motion Companies and these are supposedly your
12   allegations, despite the fact that you didn't see
13   this complaint until about a year after it was
14   filed.
15       I'm asking you what candy are you
16   referring to when it says, "no more healthful
17   than candy?"
18       A.  Like a gummy bear, a sugar filled
19   gummy bear.
20       Q.  Okay.
21       A.  No.  Is it more healthful than there,
22   no.
23       Q.  Let's take a look at some gummy
24   bears.  Take a look at that and you compare them
25   and you tell me whether it's your belief that...
```

Page 208

```
             LAUREN HALL
 1
 2       MR. ANSELL:  Objection.  First of
 3   all, you said you're not a FDA specialist or an
 4   ingredient specialist.  And now you're asking her
 5   to sit here for the first time and do a
 6   comparison between ingredient list.  There is
 7   just absolutely no basis for her to testify to
 8   those sorts of conclusions.
 9       MR. SILVERMAN:  Let's give it a shot
10   anyway.
11       Q.  Take a look at the Haribo Gummi
12   bears.  It says, "gummi candy."
13       MR. ANSELL:  Did you bring one for
14   me?
15       MR. SILVERMAN:  Nope.
16       MR. ANSELL:  Well, how am I supposed
17   to look at it?
18       MR. SILVERMAN:  You can share.  I
19   didn't bring three of all the candy.
20       Q.  Why don't you compare the
21   ingredients, sugar content, calorie content and
22   tell me if, in fact, Welch's Fruit Snacks are a
23   better alternative than Haribo Gold Bears gummi
24   candy?
25       MR. ANSELL:  Objection.  Again, she's
```

Page 209

```
             LAUREN HALL
 1
 2   not qualified to make conclusions about the
 3   ingredients in a comparison that's just being put
 4   forth her between two different product labels.
 5       MR. SILVERMAN:  It was her allegation
 6   and she, specifically, said "gummy bears" when I
 7   asked her what I candy she was referring to.
 8       A.  Right.
 9       MR. SILVERMAN:  And so I'm showing
10   her a gummy bear.
11       A.  And when I was purchasing these for
12   my kids, I wasn't in a candy aisle looking for
13   candy.  I was in a fruit snack aisle looking for
14   snack options.
15       Q.  Okay.
16       A.  And this box appealed to me more than
17   others because of what it said.
18       Q.  Okay.
19       A.  If I wanted to get gummy bears and
20   candy for my kids, I would go down the candy
21   aisle and get them candy.
22       Q.  Whether you were going to buy it for
23   them or not, that's not the question.
24       You said in your complaint that Welch's
25   "Fruit Snacks are no more healthful than candy."
```

Page 210

LAUREN HALL

1
2  And when I asked you what candy, you said, "gummy
3  bear."
4       So I'm asking you, isn't it, in fact, true
5  when you look at Welch's Fruit Snacks and you
6  look at the gummy bears that Welch's Fruit Snacks
7  are, in fact, more healthful than Haribo Gold
8  Bear gummi candy?
9       A. I don't know.
10      MR. ANSELL: Objection. Her
11 testimony is not that they were "more healthful
12 than Haribo" gold candy. So do you have every
13 gummy bear here to compare?
14      MR. SILVERMAN: No, I don't.
15      MR. ANSELL: Okay.
16      MR. SILVERMAN: But at trial, I'll
17 have enough of them that that will be
18 satisfactory to the jury. I'm quite confident.
19      Q. Well, take a look at the ingredient
20 list of the gummy bears.
21      A. (The witness complies.)
22      Q. What do the ingredients say?
23      A. "Glucose syrup, sugar, gelatin,
24 dextrose, citric acid, cornstarch, artificial and
25 natural flavors, palm kernel" -- do I have to

Page 211

LAUREN HALL

1
2  keep going?
3       Q. Yes.
4       A. Okay. (Continuing.) "Carnauba wax,
5  white beeswax, yellow beeswax, Yellow 5, Red 40,
6  Blue 1?
7       Q. No fruit whatsoever, right, no fruit
8  juice, no fruit puree, no fruit of any kind,
9  right?
10      A. No.
11      Q. Right?
12      A. Right.
13      Q. And the sugars, 18 grams versus
14 11 grams in the Welch's Fruit Snacks, right, per
15 serving?
16      A. Yes.
17      Q. Calories 140 versus 80, right?
18      A. Right.
19      MR. ANSELL: Objection. Can you
20 testify as to -- is there any evidence as to how
21 many pieces of the fruit snacks are in a pouch?
22      MR. SILVERMAN: I don't know the
23 number. It's a serving size.
24      MR. ANSELL: Alright. Well, then
25 it's not -- that's 17 pieces.

Page 212

LAUREN HALL

1
2  So how many pieces is in a pouch?
3       MR. SILVERMAN: Fifteen.
4       MR. ANSELL: I'd like to double
5  count.
6       MR. SILVERMAN: I dropped.
7       MR. ANSELL: We have plenty.
8       MR. SILVERMAN: It's alright.
9       MR. ANSELL: I don't trust the math
10 skill of any lawyer. Don't take it personally.
11      MR. SILVERMAN: Three, six -- no, see
12 I dropped. There's only 12 here. I know I
13 dropped some. Anyway, I'm not going to add up
14 the number of fruit snacks. Oh, they're real
15 good.
16      MR. ANSELL: They do taste good;
17 twelve for the record.
18      MR. SILVERMAN: Twelve in that bag,
19 okay.
20      MR. ANSELL: We can go through all of
21 them.
22      MR. SILVERMAN: I'm not going to open
23 every pack.
24      Q. So is it your testimony there is no
25 fruit whatsoever in the Haribo product, right?

Page 213

LAUREN HALL

1
2       A. Right.
3       Q. Is it your testimony that Welch's
4  Fruit Snacks is "no more healthful" than Haribo
5  gummi candy?
6       A. I don't know.
7       Q. Well, when you say it's "no more
8  healthful than candy," what candy are you
9  referring to than it's "no more healthful than?"
10      A. I don't know.
11      Q. Twizzlers?
12      A. I don't know.
13      Q. Starburst?
14      A. I don't know. I...
15      Q. Skittles?
16      A. I don't know.
17      Q. Does Starbursts, Skittles and those
18 are Twizzlers, do they have any fruit, to your
19 knowledge?
20      A. I don't know.
21      Q. Okay. Take a look at some Skittles.
22 Take a look at some Starbursts. Take a look at
23 some Twizzlers. Take a look at those products
24 and tell me if you think -- is it your testimony
25 that Welch's Fruit Snacks is not a better

Page 214

LAUREN HALL

1  
2  alternative to Skittles, Twizzlers and
3  Starbursts?
4          MR. ANSELL: Again, objection. First
5  of all, it assumes facts not in evidence. Second
6  of all, Plaintiff is not an expert to testify as
7  to the ingredients or nutritional value of each
8  ingredient.
9          Q. You can answer.
10         A. I don't know.
11         Q. The sugar content is higher in all
12  three of these products than Welch's Fruit
13  Snacks, isn't it?
14         MR. ANSELL: Objection.
15         Q. And the calorie content is higher,
16  isn't it?
17         MR. ANSELL: Objection. You're not
18  doing -- as we already established with the prior
19  fruit snacks, you don't know the serving size of
20  each of these in comparison to the fruit snacks.
21         MR. SILVERMAN: It says the package
22  serving size one.
23         MR. ANSELL: So what weight of that?
24  How many pieces? You just --
25         MR. SILVERMAN: It says, serving size

Page 215

LAUREN HALL

1  
2  one. It's per serving. For example, the
3  Starbursts, 240 calories, 33 grams of
4  sugar. That's three times the calories and three
5  times the sugar as a serving of Welch's Fruit
6  Snacks, correct?
7          MR. ANSELL: And it's double the
8  grams per serving as the fruit snack. So you're
9  asking her to make a comparison where they're not
10  equal and you can't provide the appropriate
11  serving size to make the comparison.
12         Q. Starburst, take a look at the
13  ingredient list in Starbursts and tell me if I'm
14  reading it correctly.
15         Calories 240, grams of sugar 33 and total
16  fat 5 grams, is that accurate?
17         A. Yes.
18         Q. And that's for one serving, isn't it?
19         A. Yes.
20         Q. Welch's Fruit Snacks one serving,
21  80 calories, 0 fat and 11 grams of sugar,
22  correct?
23         A. Yes.
24         Q. And the Starbursts has no fruit and
25  the Welch's Fruit Snacks has fruit puree or prior

Page 216

LAUREN HALL

1  
2  to that it had fruit juice concentrate, correct?
3          A. Yes.
4          Q. Is it your -- are you telling us --
5  are you asking the jury to believe that it's your
6  view that Welch's Fruit Snacks is not a better
7  alternative to Starbursts?
8          A. Again, I mean, when I'm shopping for
9  fruit snacks, I'm not shopping for candy for my
10  kids.
11         So, if we're comparing all of these to
12  fruit snacks -- I mean, I bought it because it
13  looked like a "better alternative" to other items
14  similar on the shelf next to it.
15         Q. No. Your allegation in your
16  complaint is that it's "no more healthful than
17  candy." It doesn't say no more healthful than
18  alternative fruit snacks. So I'm asking you
19  about candy.
20         You identified "gummy bears." I asked you
21  about gummy bears.
22         Now I'm asking you about Skittles,
23  Starbursts and Twizzlers. We've already
24  established that Starbursts is three times the
25  calories, three times the sugars and has five

Page 217

LAUREN HALL

1  
2  grams of fat versus zero.
3          MR. ANSELL: Objection.
4          A. It's one candy.
5          MR. ANSELL: First of all, objection.
6  You're asserting facts not in evidence.
7          The serving size of the Starbucks -- of
8  the Starbursts is double that of --
9          MR. SILVERMAN: Please, please, make
10  that argument to the jury, please do that, that
11  the only difference is the serving -- is how many
12  pieces are in it. Please do that.
13         MR. ANSELL: I'm just saying you're
14  making an assertion here that isn't accurate.
15         MR. SILVERMAN: I'm going by serving
16  size.
17         MR. ANSELL: So, if you want to
18  testify, you should be accurate.
19         MR. SILVERMAN: I am. Serving
20  size -- let's look at the Skittles. Serving
21  size, one pack.
22         Q. Take a look at the Skittles.
23         MR. ANSELL: How many grams?
24         MR. SILVERMAN: She's the witness,
25  not you.

Page 218

LAUREN HALL

1
2   Q.  Serving size 1, calories 250,
3   correct?
4       A.  Yep.
5       Q.  That's more than three times the
6   calories in a Welch's Fruit Snacks pouch,
7   correct?
8       A.  Yep.
9       Q.  Sugars 40 -- what does that say, 46,
10  46 grams of sugar; is that correct?
11      A.  Yeah.
12      Q.  That's more than four times the
13  sugars in Welch's Fruit Snacks, isn't it?
14      A.  Yep.
15      Q.  And 25 calories from fat versus
16  0 calories from fat in Welch's Fruit Snacks,
17  correct?
18      A.  Yep.
19      Q.  Okay.  Twizzlers, Twizzlers has 240
20  calories, correct, per serving?
21      A.  Yes.
22      Q.  Three times the amount of Welch's
23  Fruit Snacks, right?
24      A.  Yep.
25      Q.  Sugars 30 grams, correct?

Page 219

LAUREN HALL

1
2       A.  Yep.
3       Q.  About three times, just a little less
4   than three times the amount in Welch's Fruit
5   Snacks, correct?
6       A.  Yep.
7       Q.  So I'll ask the question again since
8   it's your allegation in your complaint that says
9   it's "no more healthful than candy."
10      Is it your testimony that Welch's Fruit
11  Snacks is no more healthful than Haribo gummi
12  bears, Skittles, Twizzlers and Starbursts?
13      A.  -- every --
14      MR. ANSELL:  Objection, asked and
15  answered.  And it is also different than the
16  original question asked, which was generic candy
17  versus these specific items that you have chosen
18  to present.
19      MR. SILVERMAN:  Well, I asked her to
20  define candy.  She said Haribo -- she said,
21  "gummy bears."
22      MR. ANSELL:  No, she did not.
23      MR. SILVERMAN:  She said, "gummy
24  bears."
25      MR. ANSELL:  Okay.

Page 220

LAUREN HALL

1
2       MR. SILVERMAN:  So I pulled out a
3   gummy bear.
4       MR. ANSELL:  There are other gummy
5   bears, are there not?  There are other candy.
6       MR. SILVERMAN:  Please go to trial
7   with a gummy bear that's low calorie, low fat,
8   low sugar gummy bear, please do that.
9       Q.  So tell me what candy -- you're
10  saying it's "no more healthful than candy."
11      Name another candy other than these that
12  it's "no more healthful than."
13      A.  When I go to the store to buy fruit
14  snacks, this looked like a "better alternative"
15  than other fruit snacks.
16      Q.  And isn't it?  Oh, so now you're
17  saying it's a "better alternative" to other fruit
18  snacks, not a better alternative --
19      A.  It appealed to me.
20      Q.  -- to other candy?
21      A.  I don't know.
22      Q.  Well, are Welch's Fruit Snacks more
23  healthful than candy?
24      A.  Is this every candy that was in that
25  aisle?

Page 221

LAUREN HALL

1
2       Q.  I will represent to you that these
3   four candies are not every candy that's ever been
4   made.  You're right.
5       A.  Then I don't know.  I don't know.
6       Q.  Well, name a candy --
7       MR. ANSELL:  Objection.
8       Q.  -- that is no more healthful than.
9   Since I've shown you four that, I think, you
10  would agree that Welch's Fruit Snacks is more
11  healthful than these four, the gummy bear, the
12  Starbursts, the Twizzlers and the Skittles.
13      Would you agree that it's more healthful
14  than those four?
15      MR. ANSELL:  Objection, asked and
16  answered.
17      A.  I don't know.
18      Q.  You don't know based on what?
19      A.  Based on --
20      Q.  No fruit, three times, four times the
21  sugar, three times the calories, some have fat,
22  but you don't know whether they're more healthful
23  or a "better alternative" --
24      MR. ANSELL:  Objection, you're miss
25  -- objection to your mischaracterization of facts

LAUREN HALL

1  LAUREN HALL
2  not even in evidence.
3      Q.  So what's your basis for saying it's
4  "no more healthful than candy?"
5      A.  I don't know.
6      Q.  Okay.  Let's go to Paragraph 8 of
7  your -- of the Amended Complaint and looking at
8  Exhibit 3/Paragraph 8.  You say --
9      MR. ANSELL:  Do you have it?
10     THE WITNESS:  This one?
11     MR. ANSELL:  Exhibit 3.
12     Q.  Exhibit 3, the same thing we were
13  just looking at.  I'm looking at Paragraph 8.  It
14  says, "Thus although Defendants market their
15  fruit snacks as healthful and nutritious, these
16  products are devoid of the health benefits
17  Plaintiffs and other reasonable consumers
18  associate with consuming real fruit."  Let's
19  break that down.
20     Where does -- where do "Defendants market
21  their fruit snacks as healthful and nutritious?"
22     A.  There are certain sayings on the box
23  which leads you to believe that they're
24  "healthful and nutritious."
25     Q.  So nowhere on the box anywhere front,

1  LAUREN HALL
2  back, side, ever says "healthful and nutritious?"
3      A.  No.
4      Q.  And the marketing -- when you say
5  "Defendants market" them, you're talking about
6  the product itself, not television, radio,
7  newspaper --
8      A.  Correct.
9      Q.  -- et cetera?
10     A.  Yes.
11     Q.  So, based upon the box, it's implied
12  that it's "healthful and nutritious?"
13     A.  Yes.
14     Q.  And what do you mean by "healthful
15  and nutritious," what does that mean?
16     A.  Fruits are healthfully for you.
17     Q.  "Fruits" as in an apple, a peach, an
18  orange?
19     A.  Yes.
20     Q.  But you already have testified you
21  knew you weren't buying an apple, a peach --
22     A.  Yeah.
23     Q.  -- a piece of real fruit?
24     A.  Yes.
25     Q.  So how was that -- so what is

1  LAUREN HALL
2  "healthful and nutritious?"  You say this is
3  marketed as "healthful and nutritious."
4      A.  Right.
5      Q.  What do you mean by "healthful and
6  nutritious?"
7      A.  So if you have two products and one
8  says it contains a healthier ingredient, then
9  that's what it does.  It says it contains real
10  fruit.
11     Q.  Okay.
12     MR. ANSELL:  So, dan, before you get
13  to the next question, I think it's time for a
14  break.
15     MR. SILVERMAN:  Okay.  We've been
16  going less than an hour, but okay.  Fine, we'll
17  take break.
18     THE VIDEOGRAPHER:  The time is
19  2:37 p.m.  We're off the record.
20     (Recess taken 2:37 to 2:42 p.m.)
21     THE VIDEOGRAPHER:  The time is
22  2:42 p.m.  We're on the record.
23     Q.  I was remiss in asking you before the
24  break about the various candy products comparing
25  the calories and the sugars and the fat content.

1  LAUREN HALL
2  None of those have vitamins, do they?
3      A.  I don't know.
4      Q.  Well, take a look at them.
5      Do any of them say they have vitamins?
6      A.  On the packaging?
7      Q.  Yes.
8      A.  No.
9      Q.  And your counsel had made a comment
10  that if there's other gummy bears than Haribo.
11  So this is your lucky day.  I have another gummy
12  bear product to show you.  Take a look at that
13  one and compare it to Haribo, if you want.
14     This serving size is 14 pieces and it has
15  140 calories, 20 grams of sugar.  So it,
16  actually, has higher calorie and higher sugar
17  content then the Haribo; is that correct?
18     A.  Yes.
19     MR. ANSELL:  For the record, the
20  serving weight is 40 grams.
21     Q.  And no vitamins in these Orchard
22  Snacks gummy bears either, right?
23     A.  No.
24     Q.  Is it your testimony that Welch's
25  Fruit Snacks are "no more healthful than" Orchard

LAUREN HALL

1
2  Snacks gummy bear?
3      A.  No.
4      Q.  Is it your testimony that Welch's
5  Fruit Snacks is "no more healthful than"
6  Starbursts, Skittles, Twizzlers or Haribo Gold
7  Bear gummi candy?
8          MR. ANSELL:  Objection, asked and
9  answered.
10     A.  No.
11         MR. SILVERMAN:  I'm going to mark as
12  exhibits -- what are we on 20?
13         THE STENOGRAPHER:  Twenty-two.
14         MR. SILVERMAN:  So I'm going to mark
15  all the candy as exhibits and we can just
16  photograph them.  We'll make Haribo 22;
17  Starbursts 23; Skittles 24; Twizzlers 25 and the
18  Orchard Snacks gummy bears 26.
19     (Deposition Exhibit Hall 22, color scan of
20  Haribo Gold-Bears Gummi Candy (physical exhibit
21  retained by Silverman), was marked for
22  identification.)
23     (Deposition Exhibit Hall 23, color scan of
24  Starburst (physical exhibit retained by
25  Silverman), was marked for identification.)

LAUREN HALL

1
2      (Deposition Exhibit Hall 24, color scan of
3  Skittles (physical exhibit retained by
4  Silverman), was marked for identification.)
5      (Deposition Exhibit Hall 25, color scan of
6  Twizzlers (physical exhibit retained by
7  Silverman), was marked for identification.)
8      (Deposition Exhibit Hall 26, Exhibit Hall
9  26color scan of Orchard Snacks Gummy Bears
10  (physical exhibit retained by Silverman), was
11  marked for identification.)
12     (There is a discussion off the record.)
13     Q.  Okay.  So let's go back to
14  Exhibit 23, the Starbursts, because your counsel
15  made some crack that they don't make any
16  "deceptive" claims.
17     Starbursts, is this a candy -- you
18  consider this a candy product?
19     A.  Yes.
20     Q.  It says, "Starbursts great fruit
21  taste!  Real fruit juice!  Cherry, orange,
22  strawberry and lemon, natural and artificial
23  flavors."  And when you look at the ingredient
24  list, somewhere down the line it does have --
25  after listing corn syrup and sugar and other

LAUREN HALL

1
2  nonfood ingredients, it says, "fruit juice from
3  concentrate."
4      So do you consider this label to be
5  "deceptive?"
6      A.  I don't -- I never really thought of
7  it.  I don't buy Starbursts.
8      Q.  But now that you're looking at it, it
9  does say it does contain "real fruit juice?"
10         MR. ANSELL:  Objection.  You're
11  asking for her to make a legal conclusion.  She
12  testified she doesn't buy Starbursts.  She never
13  believed it to be a healthful alternative or have
14  deceptive claims so...
15     Q.  Is there a difference between saying
16  "real fruit juice" versus saying "made with real
17  fruit?"
18     A.  I haven't given it much thought.  I
19  have -- you just put a Starbursts in front of me
20  for the first time so...
21     Q.  I'm asking you now to give it
22  thought.
23     Is there a difference by saying it has
24  "real fruit juice" versus "made with real fruit?"
25     A.  I can't give that answer right now.

LAUREN HALL

1
2      Q.  Well, this is really the only time
3  you're going to be given the opportunity to give
4  that answer.
5      A.  I'm not here for Starbursts.  But I
6  couldn't give that answer right now.
7      Q.  Yeah, but I'm comparing labels
8  between the Welch's Fruit Snacks that says, "made
9  with real fruit."  You're suing them because
10  somehow that label is false or "deceptive."
11     But you haven't given any thought as to
12  whether the Starbursts label that says "real
13  fruit juice" is false or "deceptive?"
14     A.  I wasn't buying Starbursts.  If there
15  were two Starbursts there and one said Starbursts
16  and one said Starbursts made with real fruit, I
17  would probably buy the one that said Starbursts
18  made with real fruit.  But I wasn't buying
19  Starbursts.
20     Q.  What about if it said Starburst real
21  fruit juice versus Starburst made with real
22  fruit, any difference between those two?
23     A.  I couldn't answer that right now.
24     Q.  Okay.  Let's go back to Paragraph 8
25  of Exhibit 3.  First sentence -- first part of

Page 230

LAUREN HALL

1
2  that sentence we already asked -- we already went
3  over in talking about marketing the fruit snacks
4  as "healthful and nutritious."
5       And then it says, "These products are
6  devoid of the health benefits Plaintiff and other
7  reasonable consumers associate with consuming
8  real fruit."
9       Did you expect when you purchased Welch's
10 Fruit Snacks to be getting the same "health
11 benefits" as buying an apple or a peach or an
12 orange or a piece of whole fruit?
13      A.  No.
14      Q.  So is there anything misleading or
15 false about the Welch's product in that record?
16      A.  Could you repeat that?
17      Q.  You're saying the Welch's Fruit
18 Snacks is "devoid of the health benefits" that
19 you and other reasonable consumers associate with
20 consuming a piece of fruit, right?  Is that what
21 you mean by saying "consuming real fruit," a
22 piece of fruit?
23      A.  It says it's "made with real fruit."
24 It's not the equivalent to eating an apple.
25      Q.  And you knew that when you bought it?

Page 231

LAUREN HALL

1
2       A.  Yes.
3       Q.  So what is false or misleading about
4  the product given that you knew you weren't
5  buying whole fruit, you knew you weren't buying
6  something that had the same "health benefits" as
7  a piece of whole fruit?  What's false and
8  misleading?
9       MR. ANSELL:  Objection,
10 mischaracterization of the allegation.  It
11 doesn't say a "whole fruit."
12      A.  I'm sorry.  Could you repeat the
13 question?
14      Q.  When you say in this sentence, it's
15 "devoid of the health benefits Plaintiff and
16 other reasonable consumers associate with
17 consuming real fruit," do you mean a piece of
18 whole fruit; is that what you mean when you say
19 "real fruit?"
20      A.  No.
21      Q.  What do you mean?
22      A.  I don't know; the real fruit part of
23 real fruit.  If you ask me what's healthier, a
24 package of fruit snacks or an apple, I'm going to
25 tell you an apple.

Page 232

LAUREN HALL

1
2       Q.  And you knew that the entire seven
3  years you bought the product, didn't you?
4       A.  Yeah.
5       Q.  Okay.  Paragraph 9, "The amount of
6  fruit in the fruit snacks has a material bearing
7  on price and consumer acceptance."
8       What is your basis for that statement?
9       A.  I don't know.
10      Q.  And you did not compare -- either
11 during the seven years you bought Welch's Fruit
12 Snacks or after, you never compared price of
13 Welch's Fruit Snacks to any other fruit snack
14 product or any other snack product at all, did
15 you?
16      A.  I mean, I've seen the price
17 difference, but I don't -- I mean, it was never
18 the basis of my decision.
19      Q.  But the only price difference that
20 you recall seeing is that Annie's cost a lot more
21 than Welch's Fruit Snacks, that was the only
22 other fruit snack that you purchased, right?
23      A.  Yes.
24      Q.  What do you recall paying for
25 Annie's?

Page 233

LAUREN HALL

1
2       A.  I don't.  I, honestly, don't know.  I
3  didn't buy it often.
4       Q.  Isn't the five pack of Annie's about
5  5 bucks?
6       MR. ANSELL:  Objection, assumes facts
7  not in evidence.
8       A.  I don't know.
9       Q.  You have no recollection?  You just
10 know it cost more?
11      A.  Yeah, I mean, I -- yes.
12      Q.  So what is your basis for saying the
13 amount of fruit in the fruit snacks has a
14 material bearing on price and consumer
15 acceptance?
16      A.  I don't know.
17      Q.  Okay.  Next sentence of Paragraph 9,
18 "Through the marketing, labeling and overall
19 appearance of the fruit snacks, Defendants create
20 the false impression that the fruit named and
21 depicted on the labeling is present in an amount
22 greater than is actually the case."
23      First of all, what "marketing" are you
24 referring to there?
25      A.  "Made with real fruit," "no

Page 234

LAUREN HALL

1
2    preservatives," vitamins.
3        Q.  Are you talking about "marketing"
4    other than the label itself?
5        A.  Then the box or the label.
6        Q.  Well, you say, "the marketing,
7    labeling and overall appearance."  So I want to
8    get the an --
9        A.  Yes, the appearance.
10       Q.  -- understanding whether you mean
11   some other marketing, print, radio?
12       A.  No.
13       Q.  Just the product itself?
14       A.  Yes.
15       Q.  So, based upon the product itself and
16   the appearance of it, "Defendant's create a false
17   impression that the fruit named and depicted on
18   the labeling is present in an amount greater than
19   is actually the case."
20       What is your basis for that statement?
21       A.  Yes, the ingredients -- the first
22   ingredient is a mixture of purees and then it
23   should be listed separately per the ingredients
24   in that puree in order of the ingredients in the
25   product.

Page 235

LAUREN HALL

1
2        Q.  You've already testified that you
3    didn't -- you never bought the product for the
4    fruit content, correct?
5        A.  For the actual -- have I sat there
6    with the percentage, no.
7        Q.  Your testimony repeatedly has been, I
8    did not buy the product the first time or any
9    subsequent time for the fruit content; is that
10   correct?
11       A.  Correct.
12       Q.  Okay.  And you don't know what
13   percentage is in it, correct?
14       A.  Correct.
15       Q.  Then how do you make the statement
16   without knowing what percentage of fruit is in
17   the product to say that there's a false
18   impression that the amount present is greater
19   than actually is the case?
20       A.  I don't know.
21       Q.  Look at Paragraph 11.  "Defendants
22   have been able to convince consumers to buy their
23   products over similar snacks by deceiving
24   consumers."
25       What "similar snacks" are you referring

Page 236

LAUREN HALL

1
2    to?
3        A.  Other fruit snacks.
4        Q.  And how have they deceived the
5    consumers to buy Welch's Fruit Snacks versus
6    other fruit snacks?
7        MR. ANSELL:  Objection, asked and
8    answered about a million times.
9        Do you have anything to add?
10       THE WITNESS:  No.
11       MR. SILVERMAN:  Okay.  But I'm asking
12   the questions, not you.
13       MR. ANSELL:  Well, you've asked it a
14   million times.
15       MR. SILVERMAN:  Okay.  Well, I'm now
16   going through her allegations in the Complaint
17   that shockingly she never saw until this morning
18   a year after it was filed.
19       A.  Not true.
20       Q.  Well, the record will speak for
21   itself upteen times.
22       How have they -- how has Welch's Fruit
23   Snacks -- how have Defendants convinced consumers
24   to buy their products over similar snacks --
25   similar fruit snacks by deceiving them, how have

Page 237

LAUREN HALL

1
2    they done that?
3        A.  Advertising on the box.  I mean,
4    they're -- I mean...
5        Q.  Versus what like Mott's, the one that
6    says, "made with real fruit and veggie juice 100%
7    Vitamin C"; is that the one --
8        A.  Again, I don't know if that was there
9    eight years ago.  I don't know if that was the
10   box that was there eight years ago.  But the box
11   with the Welch's with the real fruit and vitamins
12   and everything appealed to me as a consumer.
13       Q.  How about Annie's, was it --
14       A.  I don't know if Annie's was out eight
15   years ago.
16       Q.  Okay.  Let's just assume it was.
17       A.  Okay.
18       Q.  Well, so you bought it at some point.
19       A.  Right.  I didn't --
20       Q.  You bought --
21       A.  -- buy eight years ago --
22       (There is a discussion off the record.)
23       Q.  It was out.  At some point during the
24   seven years you purchased it, you said you bought
25   it on about a dozen occasions.

LAUREN HALL

1
2      So how is Welch's Fruit Snacks convincing
3   consumers to buy their product over Annie's by
4   deceiving consumers?
5      A.  Certain advertising clauses, like I
6   just said, "made with real fruit."
7      Q.  Annie's says, "made with real fruit
8   and vegetable juice."  And then it says, "natural
9   strawberry, raspberry and orange flavors," in the
10   front and then it says, made -- again, it says in
11   two places in the front, "made with real fruit
12   juice and vegetable juice, no artificial flavors,
13   synthetic colors or preservatives," and then you
14   go back in the ingredient list and it says,
15   "Tapioca syrup, cane sugar," and then it says,
16   pear juice concentrate and vegetable juice."
17      So is the Welch's "deceptive" compared to
18   Annie's?
19      A.  I don't know.
20      Q.  And you don't know how it was
21   "deceptive" compared to Mott's either, right?
22      A.  I don't know.
23      Q.  How about versus Black Forest Juicy
24   Center Fruit Medleys, take a look at that one and
25   tell me if that's one "deceptive."

LAUREN HALL

1
2      MR. ANSELL:  Objection, again.
3   You're asking her to testify as to facts not in
4   evidence and this box was not available to her at
5   the time that she was making the purchases.
6      A.  I've never seen that box.
7      Q.  Okay.  Well, I'm asking about Black
8   Forest Fruit Flavored Snack Juicy Centered Fruit
9   Medleys.  It has a picture of a grape, the word
10   "grape, apple, lemon, cherry," "made with real
11   fruit juice" on the front and then you go to the
12   panel, "corn syrup, sugar, apple juice
13   concentrate, gelatin, modified food starch."
14   Those are the first five ingredients and then it
15   says, "mixed fruit."
16      Anything misleading about the Black
17   Forest?
18      MR. ANSELL:  Objection, assumes facts
19   not in evidence.
20      A.  I don't know.
21      MR. SILVERMAN:  Let's mark that as
22   the next exhibit.
23      (Deposition Exhibit Hall 27, Color scan of
24   Black Forest Juicy Center Fruity Medleys
25   (physical exhibit retained by Silverman), was

LAUREN HALL

1
2   marked for identification.)
3      (There is a discussion off the record.)
4      Q.  Okay.  Let's look at the next one,
5   Simply Truth Organic Fruit Flavored Snacks,
6   "contains 100% percent daily value of Vitamin C
7   per serving."  It's got various pictures of fruit
8   on the front.  It says, "grape, cherry, apple and
9   strawberry."
10      Have you ever seen that one before?
11      MR. ANSELL:  Object to the extent
12   that it assumes facts not in evidence.
13      A.  No.
14      MR. SILVERMAN:  I'm going to mark
15   that as the next exhibit.
16      MR. ANSELL:  I hope you are going to
17   have time to copy all these.
18      MR. SILVERMAN:  We'll have the
19   reporter do it.  She can take them with her.  It
20   will save me lugging it back, if need be.
21      (Deposition Exhibit Hall 28, color scan
22   Simple Truth Organic Fruit Flavored Snacks
23   (physical exhibit retained by Silverman), was
24   marked for identification.)
25      Q.  Ingredients on this one, "organic

LAUREN HALL

1
2   Tapioca syrup, organic cane sugar, organic
3   Tapioca, Maltodextrin," and then you got "organic
4   apple juice concentrate, pectin," et cetera.
5      Another snack product, right, a
6   competitor of Welch's?
7      A.  Yes.
8      Q.  Okay.  Let's go to Go Orgnically
9   Fruit Snacks that says, "100% percent Vitamin C
10   per serving, excellent source of vitamins A and
11   E.  Made with real fruit."  With the ingredients,
12   "organic cane sugar, organic Tapioca syrup," as
13   the first two ingredients.
14      Is that a competitor of Welch's Fruit
15   Snacks?
16      A.  Yes.
17      MR. SILVERMAN:  We'll mark that as
18   the next one.
19      (Deposition Exhibit Hall 29, color scan of
20   Go Organically Fruit Snacks (physical exhibit
21   retained by Silverman), was marked for
22   identification.)
23      Q.  Next one is O Organics, "Organic
24   fruit snacks mixed berry, flavored fruit snacks
25   with other natural flavors."  And the ingredients

Page 242

LAUREN HALL

1
2  have -- this one has "puree" as the first
3  ingredient.
4       Have you ever seen that one?  That one I
5  know, at least, currently sold at Acme.
6       A.  Right.  But I don't know if any of
7  these -- I mean, some of these I haven't seen.  I
8  don't know if some of these were available when I
9  was purchasing fruit snacks.
10      Q.  That one cost for a pack of -- what
11 is that a six pack?  I purchased it last night
12 for $3.49 for a six pack versus the Welch's Fruit
13 Snacks I purchased last night for a 1.99 for a
14 ten pack.  So --
15      MR. ANSELL:  Objection, assumes facts
16 not in evidence.
17      MR. SILVERMAN:  Okay.
18      Q.  Have you ever priced that product?
19      A.  No.
20      Q.  You don't know that it cost more than
21 Welch's Fruit Snacks?
22      A.  No.
23      Q.  And then I'm going to mark as
24 Exhibits 30 to 34.
25      MR. SILVERMAN:  We on 30?

Page 243

LAUREN HALL

1
2       THE STENOGRAPHER:  Thirty.
3       Q.  I've got Hello Kitty, Shimmer and
4  Shine, Scooby-Doo, and Sponge Bob.
5       MR. ANSELL:  I'm going to object to
6  this entire line of questioning now.  It's going
7  solely for the purpose of harassing the client.
8  It in no way represents the entirety of the
9  similar fruit snacks and is merely a choosing of
10 Plaintiff's counsel as to what products he picked
11 out and brought here today to harass the client
12 with.
13      MR. SILVERMAN:  I'm defense counsel
14 and I can represent to you that I bought
15 virtually every single thing on the shelf.
16      MR. ANSELL:  In the entire fruit
17 snack category?
18      MR. SILVERMAN:  Yep, bought almost
19 every single they had.
20      MR. ANSELL:  Where?
21      MR. SILVERMAN:  At two stores in
22 California and at the Acme store last night that
23 she purchased her product for seven years.
24      MR. ANSELL:  And so that's every
25 fruit snack --

Page 244

LAUREN HALL

1
2       MR. SILVERMAN:  Virtually every
3  single one.
4       MR. ANSELL:  -- competitor possible?
5       MR. SILVERMAN:  Virtually every
6  single one.  And you please do your --
7       MR. ANSELL:  We will.
8       MR. SILVERMAN:  Go do what you need
9  to do to find something else.  But I've now shown
10 about a dozen different varieties.  In fact, the
11 witness earlier testified that the product was
12 sold on five shelves and about a dozen varieties
13 and I think I'm showing about a dozen varieties
14 so...
15      Pardon the pun, but I didn't cherry pick.
16 I picked every on.  And every single one of these
17 cost as much if not more than Welch's Fruit
18 Snacks.
19      But let's mark them then and ask about
20 them.
21      (Deposition Exhibit Hall 30, color scan of
22 Hello Kitty Fruit Flavored Snacks (physical
23 exhibit retained by Silverman), was marked for
24 identification.)
25      (Deposition Exhibit Hall 31, color scan of

Page 245

LAUREN HALL

1
2  Shimmer and Shine Fruit Flavored Snacks (physical
3  exhibit retained by Silverman), was marked for
4  identification.)
5       (Deposition Exhibit Hall 32, color scan of
6  Scooby-Doo! Fruit Flavored Snacks (physical
7  exhibit retained by Silverman), was marked for
8  identification.)
9       (Deposition Exhibit Hall 33, color scan of
10 Sponge Bob Square Pants Fruit Flavored Snacks
11 (physical exhibit retained by Silverman), was
12 marked for identification.)
13      Q.  Take a look at Exhibits 30 through
14 34; Hello Kitty, Shimmer and Shine, Sponge Bob
15 and Scooby-Doo.
16      Would you agree that these are all fruit
17 snacks?
18      A.  Yep.
19      Q.  And these are targeted for children,
20 aren't they?
21      A.  Yep.
22      Q.  Welch's Fruit Snacks is not targeted
23 to children, correct?
24      A.  Correct.
25      Q.  And the top two, the Hello Kitty and

Page 246

LAUREN HALL

1
2    Shimmer and Shine, those -- would it be fair to
3    say that those are probably more directed towards
4    girls?
5        A.  Yes.
6        Q.  And Scooby-Doo and the Sponge Bob
7    might be more directed towards boys?
8        A.  Yes.
9        Q.  Have your kids ever shopped with you
10   in the store and been attracted to advertisement
11   like this?
12       A.  Yes.
13       Q.  Have they ever asked you to buy one
14   of these products?
15       A.  No.
16       Q.  So you have no issue with Welch's
17   Fruit Snacks in terms of its targeting of
18   children, right?
19       A.  No.
20       Q.  Did you find anything false or
21   "deceptive" about any of these children targeted
22   fruit snacks products?
23       A.  At the time that I was shopping, I
24   don't know if they were on the shelf.  I don't
25   know if their packages looked like that.  That

Page 247

LAUREN HALL

1
2    would be a hard question for me to ask -- to
3    answer.
4        Q.  Well, you're looking at them now.
5        Is there anything false or "deceptive"
6    about these products?
7            MR. ANSELL:  Object.  It assumes
8    facts not in evidence.
9        A.  I don't know.
10       Q.  Can I have -- give me anyone of them.
11   I don't care.
12       Sponge Bob, it says, "excellent source of
13   Vitamin C, assorted fruit flavors, fruit flavor
14   snack," isn't that intended to imply that this
15   product has fruit?
16       A.  I don't know.
17           MR. SILVERMAN:  Are we blocking you
18   now that we've got literally --
19           THE VIDEOGRAPHER:  You're not
20   blocking me.  They're in the frame.  They're part
21   of the frame.
22           MR. SILVERMAN:  Well, let's put these
23   down.
24       Q.  Okay.  Let's look at paragraph --
25   strike that.

Page 248

LAUREN HALL

1
2        Paragraph 15 of your complaint,
3    Exhibit 3.  "Plaintiff wished to purchase healthy
4    snacks for her family."
5        And when you say your family, you're
6    referring to your kids?
7        A.  Yes.
8        Q.  And what do you mean by "healthy
9    snacks?"
10       A.  Snacks that have some nutritional
11   value, to the best of my ability, that's not
12   complete junk.
13       Q.  And doesn't -- don't Welch's Fruit
14   Snacks have some nutritional value?
15       A.  I don't know.
16       Q.  It has Vitamin A, C and E and it has
17   "fruit puree" or "fruit juice concentrate,"
18   right?
19       A.  Yes.
20       Q.  Doesn't that have nutritional value?
21       A.  I don't know.
22       Q.  It next says, "When Plaintiffs saw
23   Defendants' misrepresentations prior to and at
24   the time of purchase, she relied on Defendants'
25   representations and claimed that the fruit snacks

Page 249

LAUREN HALL

1
2    contained significant amounts of the actual fruit
3    Defendants emphasized in the marketing and on the
4    labeling of the products were nutritious and
5    healthful and were more healthful than similar
6    products."  So let's break that down.
7        You say that Defendant made
8    representations about the fruit snacks containing
9    significant amounts of the actual fruit
10   emphasized in the marketing and on the labeling.
11       What "emphasis of significant amounts of
12   actual fruit?"
13       A.  It says, "made with real fruit."
14       Q.  But you don't know what a
15   "significant" amount is?
16       A.  I don't know.
17       Q.  You didn't buy it for fruit content,
18   right?
19       A.  Right.
20       Q.  And you don't know what a
21   "significant" amount is?
22       A.  No.
23       Q.  And you don't know whether Welch's
24   Fruit Snacks didn't have a "significant" amount
25   of the actual fruit?

Page 250

LAUREN HALL

1
2    A.  I don't know.
3    Q.  And you say that there were
4    representations that the product was "nutritious
5    and healthful and were more healthful than
6    similar products."
7        And when you say "similar products,"
8    you're referring to other fruit snacks products,
9    right?
10   A.  Yes.
11   Q.  The whole panoply that's on the
12   table, there's about a dozen alternative fruit
13   snacks products --
14       MR. ANSELL:  Objection to your
15   characterization of the entire realm of "similar
16   products" --
17       MR. SILVERMAN:  The realm --
18       MR. ANSELL:  -- that's being
19   represented solely here on this table.
20   Q.  The ones on the table, the dozen or
21   so alternative fruit snack products on this
22   table, are the -- at least, a subset of what
23   you're referring to when you say, "similar
24   products," right?
25       MR. ANSELL:  Objection, as well as

Page 251

LAUREN HALL

1
2    these fruit snacks were just purchased and do not
3    represent the fruit snacks that were available
4    beginning eight years ago up until the date that
5    this complaint was filed.
6        MR. SILVERMAN:  I didn't say they
7    were just bought.  These products have been
8    bought -- some of them were bought last night,
9    some of them were bought about a year ago, some
10   of them were bought before then.
11       The original lawsuit, as you well know,
12   was filed two and a half years ago.  So these
13   purchases have been over time including during
14   the time this witness bought them.
15       So anyway --
16       MR. ANSELL:  Your characterization is
17   not accurate so --
18   Q.  My characterization is, when you say,
19   "similar products," you're referring to other
20   fruit snacks products, right?
21   A.  Right.
22   Q.  You're not talking about cookies and
23   goldfish and crackers and fruit, you know, pieces
24   of fruit, you're talking about fruit snack
25   products, right?

Page 252

LAUREN HALL

1
2    A.  Yeah.
3    Q.  And what is not true -- well, you say
4    that -- let me strike that.
5        "The emphasis and the marketing and
6    labeling was that the product was more healthful
7    than alternative fruit snack products," correct?
8    A.  Yes.
9    Q.  What's your basis for saying that's
10   not true?
11   A.  The "emphasis" was more on that box
12   and more appealing as a consumer than on the
13   other boxes.
14   Q.  Well, other than the O Organic's
15   products that actually does have -- I think, it's
16   the O Organics product -- that actually does have
17   fruit puree as the first ingredient, every single
18   other one has corn syrup and sugar as the first
19   ingredient and has no fruit in them or minimal
20   fruit of them because they're down in the
21   ingredient label.  Most if not all of them don't
22   have Vitamins A and E and some don't even have
23   Vitamin C.
24       So what is your basis for saying it's
25   more healthful than the fruit snacks that are on

Page 253

LAUREN HALL

1
2    the table?
3        MR. ANSELL:  Objection, assumes facts
4    in evidence and your testimony as to what or what
5    is not represented in a variety of fruit snacks
6    that are on this table and not necessarily anyway
7    related to the fruit snacks comparable at the
8    time that the purchases were made.
9    A.  I relied on my counsel.
10   Q.  So you don't know whether, in fact,
11   Welch's fruit snacks are not more healthful than
12   all the other fruit snacks on the market?
13   A.  I relied on my counsel.
14   Q.  So the answer is you don't know,
15   right?
16   A.  My answer was, I rely on my answer.
17   Q.  Okay.  And I'm asking do you know or
18   do you not know, yes or no?
19       MR. ANSELL:  Objection, asked and
20   answered.
21   A.  Can I not say I relied on my counsel?
22   Am I not allowed to say that?
23   Q.  You can say it, but that's not
24   answering my question.
25       I'm asking you -- I mean, it's implying

LAUREN HALL

1
2 that you don't know.  But I want to know whether
3 you know.
4      Do you know whether Welch's Fruit Snacks
5 are more healthful than alternative fruit snack
6 products?
7      A.  No.
8      Q.  Okay.  Take a look at Paragraph 50 of
9 your complaint, the Amended Complaint, Exhibit 3.
10      A.  (The witness complies.)
11      Q.  It says, "In addition to Defendants'
12 marketing and labeling deceived Plaintiffs and
13 other reasonable consumers and caused them to
14 believe that these vitamins are present in the
15 fruit snacks due to the product's fruit content.
16 Unfortunately, for consumers, the synthetic
17 vitamins that Defendants add to the fruit snacks
18 do not provide the same health benefits as
19 vitamins obtained by eating fruit."
20      First of all, what is your basis for
21 saying that there's "synthetic vitamins?"
22      A.  Well, if they're not real fruit in
23 it, then they're not real vitamins.  Is that
24 where the vitamins contents is fruits come from,
25 the real fruit that's advertised on that box?

LAUREN HALL

1
2      Q.  There's "fruit puree" and previously
3 there was "fruit juice concentrate."
4      Do you know whether any of the vitamins
5 that are -- the Vitamins A, E and C whether any
6 of those vitamins come from the "fruit puree" or
7 "fruit juice concentrate?"
8      A.  I don't know.
9      Q.  And you then say, "These synthetic
10 vitamins don't provide the same health benefits
11 as vitamins obtained when eating fruit."
12      What is your basis for saying that?
13      A.  Isn't real fruit better than "fruit
14 puree" and "concentrate?"
15      Q.  I'm asking, specifically, about the
16 vitamins.
17      Does the body know the difference between
18 vitamins from a whole fruit versus vitamins that
19 are added, do you know?
20      A.  I don't know.
21      Q.  And I'm assuming you -- I already
22 asked you earlier about Dr. Pegg and you never
23 heard of him?
24      A.  No.
25      Q.  So you don't know that he provided an

LAUREN HALL

1
2 expert opinion that the body doesn't know the
3 difference and whether the fruit -- whether the
4 vitamins come from the fruit itself or whether it
5 comes from vitamin enrichment that's added later,
6 they have the same health benefits, you weren't
7 aware of that, right?
8      A.  No.
9      Q.  Paragraph 51.  It says, "In short,
10 vitamins are illegally added to the products.
11 Fruit is not their first ingredient and the
12 minimal fruit like ingredient in the product bear
13 very little resemblance to real fruit."
14      What is your basis for saying that the
15 "vitamins are illegally added?"
16      MR. ANSELL:  Objection, calls for a
17 legal conclusion.
18      You can answer.
19      A.  I relied on my counsel for that.
20      Q.  So you don't know?
21      A.  I relied on my counsel for that.
22      Q.  So you don't know?
23      A.  No.
24      Q.  And what is your basis for saying
25 fruit is not the first ingredient?

LAUREN HALL

1
2      A.  Because it's "fruit puree" and fruit
3 "concentrate" or whatever, fruit juice.  Fruit is
4 not the first ingredient.
5      Q.  Because "fruit puree" and fruit juice
6 aren't fruit?
7      A.  I don't know.
8      Q.  And then you say, "The minimal fruit
9 like ingredients in the products bear very little
10 resemblance to real fruit."
11      What do you mean by "minimal fruit like
12 ingredients," what does that mean?
13      A.  Just what I said, puree, concentrate
14 juice.
15      Q.  But you don't have any idea what
16 percentage of fruit juice concentrate --
17      A.  No.
18      Q.  -- or fruit puree --
19      A.  No.
20      Q.  -- were in the product?
21      A.  No.
22      MR. ANSELL:  Let's make sure that he
23 finishes his answer before you answer.
24      A.  Sorry.
25      Q.  And what do you mean by saying that,

Page 258

LAUREN HALL

1
2    "these minimal fruit like ingredients bear very
3    little resemblance to real fruit?"
4         A. I don't know.
5         Q. I asked you earlier about proof of
6    purchase, whether you have any proof of buying
7    the product.
8         You said you have no receipts, you have no
9    packaging, right?
10        A. No.
11        Q. You told me to go look at your Acme
12   or A&P loyalty card history, right?
13        A. Yes.
14        Q. Are you aware that one of the 64
15   document requests that I asked you for was proof
16   of purchase?
17        A. No.
18        Q. And that's because you never saw the
19   requests or your responses to the document
20   requests until I showed them to you this morning,
21   right?
22        A. That's not true.
23        Q. What's that?
24        A. That's not true.
25        Q. When did you see the document request

Page 259

LAUREN HALL

1
2    or the responses?
3         A. I don't know.
4         Q. Were you asked to gather documents?
5         A. I don't know.
6         Q. You don't know?
7         THE WITNESS: Can I take a break?
8         MR. ANSELL: I believe there is a
9    question pending, but once you answer it, we can
10   take a break.
11        A. I don't know.
12        Q. Okay.
13        THE VIDEOGRAPHER: The time is
14   3:19 p.m. and we're off the record.
15        (Recess taken 3:19 to 3:25 p.m.)
16        (Deposition Exhibit Hall 34, color scan of
17   O Organics Fruit Snacks Mixed Berry (physical
18   exhibit retained by Silverman), was marked for
19   identification.)
20        THE VIDEOGRAPHER: The time is
21   3:26 p.m. We're on the record.
22        Q. Ms. Hall, if you could take a look at
23   Paragraph 12 of your -- f the Amended Complaint,
24   Exhibit 3.
25        A. (The witness complies.)

Page 260

LAUREN HALL

1
2         Q. It says, Defendants' depictions --
3    I'm sorry. "Defendants' deceptions plays a
4    substantial part in influencing Plaintiff's
5    decision to purchase the fruit snacks."
6         What "deceptions?"
7         MR. ANSELL: Objection, asked and
8    answered a thousand times, including this
9    specific allegation.
10        Q. What "deceptions?"
11        A. The advertising on the box as a
12   consumer led me to purchase that over other
13   options at the time.
14        Q. Specifically, what "deceptions" on
15   the box?
16        A. "Made with real fruit," vitamins, "no
17   preservatives."
18        Q. Anything else?
19        A. No.
20        Q. Then you say, "These representations
21   caused you to form your belief that the fruit
22   snacks were a more healthful alternative to other
23   sweet snacks."
24        What do you mean by "other sweet snacks?"
25        A. Other fruit snacks.

Page 261

LAUREN HALL

1
2         Q. So, not other sweet snacks like candy
3    or cookies or something like that?
4         A. No.
5         Q. You next say, "If Plaintiff had known
6    the true fruit snack content."
7         Okay. What is "the true fruit content?"
8         A. I don't know.
9         Q. So, since you don't know what "the
10   true fruit content" is, how do you know that --
11   had you known it, it would have affected you?
12        A. I do not know.
13        Q. For all you know, the product has
14   90 percent fruit.
15        What if it had 90 percent fruit, would
16   that be "deceptive" to you, less than you would
17   have expected?
18        A. I don't know.
19        Q. How about 50 percent?
20        A. I don't know.
21        Q. How about 30 percent?
22        A. I don't know.
23        Q. If you were to find out sitting here
24   today that the product has 30 percent fruit puree
25   -- I'm just making up numbers.

Page 262

LAUREN HALL

1
2     But if it had 30 percent fruit puree,
3  would that be a significant percentage to you?
4          MR. ANSELL:  Objection, assumes facts
5  not in evidence.
6          A.  I don't know.
7          Q.  Then what do you mean when you say,
8  "if Plaintiff had known the true fruit snack
9  content?"
10         A.  I don't know.
11         Q.  It says, "If Plaintiff had known the
12  true fruit content, she would not have purchased
13  the fruit snacks."
14         A.  I don't know.
15         Q.  But you don't know what "the true
16  fruit content" is, so how can you say you
17  wouldn't have bought it had you known the true
18  fruit content?
19         A.  I don't know.
20         Q.  And you did not review this complaint
21  before it was filed in 2017, did you?
22         A.  I have seen this complaint.
23         Q.  This morning?
24         A.  I was confused.
25         No, I have recollection of seeing -- this

Page 263

LAUREN HALL

1
2  morning you put 11 legal documents in front of
3  me.
4          Q.  One at a time.
5          A.  I'm not an attorney.  I don't look at
6  these all the time.  So I was confused this
7  morning.
8          Q.  Well, when I showed it to you this
9  morning, you said you had not seen the documents
10  that had all the pictures, Paragraph 11 --
11  Page 11 has pictures, Page 12 has pictures,
12  Page 13 has pictures.
13         You said you hadn't seen that document,
14  the one with pictures, which was the complaint
15  until this morning.
16         A.  I was confused.
17         Q.  So you did see this document with
18  pictures before today?
19         A.  Yes, at some point, yes.  I don't
20  recall when.
21         Q.  If you had known about all these
22  "deceptions" about Welch's Fruit Snacks, would
23  you have bought a different fruit snack product
24  instead?
25         A.  I don't know.

Page 264

LAUREN HALL

1
2          Q.  Would you have bought Welch's Fruit
3  Snacks but for less amount of money?
4          A.  No.
5          Q.  You just wouldn't have bought it at
6  all?
7          A.  Probably, no.
8          Q.  So what would you have had to know
9  about Welch's Fruit Snacks to cause you not to
10  buy the product?  What was it that you learned at
11  some point that made you say, you know what, I'm
12  not buying this product anymore?
13         A.  I don't know.  I mean, I just at the
14  time I bought it.  The advertising seemed like a
15  better alternative to what else was on the shelf.
16  I try not to feed my kids fruit snacks anymore;
17  especially, those.  But it appealed to me to be a
18  better option.
19         Q.  But you over the course of time were,
20  as you say, making what, better choices,
21  healthier options?  What were you doing over the
22  course of time?
23         A.  Yeah.
24         Q.  So there was nothing that you learned
25  about the fruit snacks that caused you to not buy

Page 265

LAUREN HALL

1
2  it anymore, it was just your lifestyle had
3  changed --
4          A.  Not necessarily.
5          Q.  -- you had four kids instead of one?
6          A.  No.  I mean, when I was buying snacks
7  for my kids, that advertised to me as a healthier
8  option than the other fruit snacks there.  That's
9  why I bought them.
10         Q.  Right.  But then you were buying them
11  at the time you met with your friend Melanie and
12  then you never bought them again after you had
13  your few second conversation with Melanie and the
14  only thing Melanie said to you, was this product
15  had sugar, was something you had already knew
16  because you had looked at the ingredient list and
17  you saw the front panel that said 11 grams of
18  sugar, right?
19         MR. ANSELL:  Objection,
20  mischaracterizes her testimony.
21         A.  I don't know.
22         Q.  Well, when did you learn that of
23  these alleged "deceptions" about the Welch's
24  Fruit Snacks?
25         A.  Through my counsel.

Page 266

LAUREN HALL

1
2     Q.  But you had already stopped buying
3  the product before meeting with counsel or
4  speaking with counsel, correct?
5     A.  I don't really recall.  Around --
6  yeah, I don't really recall.
7     Q.  Well, you never bought the product
8  after you met -- after you spoke with Melanie on
9  that one occasion, right?
10    A.  I never said I "never bought the
11  product" after I spoke with Melanie.
12    Q.  Well, you did buy Welch's fruit
13  snacks --
14    A.  I don't know when the last time I
15  bought the Welch's Fruit Snacks was.  If you
16  would like me to go get my records, sure.  I
17  don't -- I mean --
18    Q.  Unless you can remember -- unless you
19  have a calendar --
20    A.  I did.  I told you earlier one to
21  two years ago.
22    Q.  Right.  And you said you met with --
23  you had that discussion with Melanie one to
24  two years ago and your previous testimony --
25    A.  But I never said the day I spoke with

Page 267

LAUREN HALL

1
2  her I stopped.  I never said that.
3     Q.  You said you didn't buy it after you
4  spoke with her.
5     A.  I don't know.
6     Q.  And you were buying it when you spoke
7  with her, right?
8     A.  I don't recall.
9     Q.  Do you believe that Welch's charges a
10  price premium?  You know what that term means?
11    A.  I do.
12    Q.  Do you believe they charge a price
13  premium?
14    A.  I don't know.  I never really thought
15  about it.
16    Q.  And I think we've discussed before,
17  but you don't know whether Welch's Fruit Snacks
18  cost more than any other fruit snacks product, do
19  you?
20       MR. ANSELL:  Objection, asked and
21  answered.
22    A.  I think I answered that question
23  earlier.  What was your answer?
24    Q.  What was your answer?
25    A.  That sometimes they may cost more,

Page 268

LAUREN HALL

1
2  sometimes they may cost less.
3     Q.  Do you have any proof that they ever
4  cost more than any other fruit snacks product?
5     A.  No.
6     Q.  Now, after you spoke with Melanie or
7  at anytime, quite frankly, did you ever seek a
8  refund of any of your purchases of Welch's Fruit
9  Snacks?
10    A.  No.
11    Q.  Did you ever call Promotion in
12  Motion?
13    A.  No.
14    Q.  Did you ever call Welch's?
15    A.  No.
16    Q.  You see there is 1-800 number on --
17  why is that the one box that's missing?
18       MR. ANSELL:  You took it away.
19  (There is a discussion off the record.)
20    Q.  So you see there is a 1-800 number.
21  It says, customer -- it says -- consumer -- I
22  don't know if I'm memorizing it.
23       Does it say consumer questions or
24  comments?
25    A.  Yes.

Page 269

LAUREN HALL

1
2     Q.  There's an 800 number?
3     A.  Yes.
4     Q.  Did you ever call it?
5     A.  No.
6     Q.  Why not?
7     A.  Cause I have a full-time job and four
8  kids.
9     Q.  Wouldn't it have been faster to call
10  them and ask for a refund or call them to
11  complain rather than sit here for eight hours?
12    A.  I didn't know it was an option.  This
13  is the first I'm seeing it.
14    Q.  First time you seeing you had an 800
15  option to call?
16    A.  I never noticed it before.
17    Q.  You're aware there is a website,
18  Promotion in Motion and Welch's each have
19  websites, right?
20    A.  I'm sure they do.
21    Q.  But --
22    A.  I was never on their website.
23    Q.  Never picked up the phone to request
24  a refund, to complain, to comment about the
25  product?

Page 270

LAUREN HALL

2  MR. ANSELL:  Objection, asked and
3  answered.
4       A.  No.
5       Q.  Never wrote a letter?
6       A.  No.
7       Q.  Did you ever go on either Welch's or
8  Promotion in Motion's website?
9       A.  No.
10      Q.  Did you contact anyone other than
11  your attorney about this lawsuit, other than --
12  well, you said you told your husband about it
13  last week and Melanie doesn't know anything about
14  it.
15      So, other than your lawyers, have you
16  spoken with anybody about this lawsuit --
17      A.  No.
18      Q.  -- other than mentioning to your
19  husband that you were coming here today?
20      A.  Nope.
21      Q.  And you would agree that there were
22  some benefits from consuming the product in terms
23  of calories and alike, correct, some nutritious
24  benefits from Welch's fruit snacks, correct?
25      MR. ANSELL:  Object to form.

Page 271

LAUREN HALL

2       A.  I don't -- no.
3       Q.  No benefit at all?
4       A.  It was a snack that I gave my child.
5       Q.  Okay.  So it had calories?
6       A.  Yes.
7       Q.  And it provided -- it satisfied their
8  hunger?
9       A.  Yes.
10      Q.  They liked it, right?
11      A.  Yes.
12      Q.  You bought it 350 times, right?
13      A.  Yes.
14      Q.  And there are benefits from vitamins,
15  correct?
16      A.  Yes.
17      Q.  Specifically, there's benefits from
18  Vitamins A, C and E, correct?
19      A.  Yep.
20      Q.  Are you asking by this lawsuit for a
21  full refund of your purchases?
22      A.  I don't know.
23      Q.  Well what are you asking for?  You
24  filed a lawsuit.  What are you asking for?
25      A.  Ah, yes.

Page 272

LAUREN HALL

2       Q.  You want all your money back for all
3  350 purchases for all seven years?
4       A.  Yes.
5       Q.  And do you think everybody who
6  purchased Welch's Fruit Snacks should get a full
7  refund?
8       A.  I don't know.
9       Q.  Well, what about somebody who enjoyed
10  the product?
11      MR. ANSELL:  Objection to form.
12      Q.  Should they get a full refund?
13      A.  I don't know.
14      Q.  How about somebody who doesn't
15  believe they were deceived or harmed, should they
16  get a full refund?
17      A.  I don't know.
18      Q.  You understand that this lawsuit --
19  it's what's called a punitive class
20  representative, which means that you're acting on
21  behalf of other people who bought Welch's Fruit
22  Snacks?
23      A.  Yes.
24      Q.  So I'm asking you whether you think
25  the people that you're representing or purporting

Page 273

LAUREN HALL

2  to represent -- you say you think you should get
3  a full refund.
4       I'm asking you whether every single person
5  who purchased the product should get a full
6  refund?
7       A.  Yes.
8       Q.  Even if they wrote to Welch's or
9  Promotion in Motion saying, I love your product,
10  this is great, they should get a full refund?
11      A.  I don't know.
12      Q.  What about somebody who said that's
13  completely satisfied with the product, should
14  they get a full refund?
15      A.  I don't know.
16      Q.  And despite the fact that the product
17  provided vitamins and fruit juice concentrate and
18  puree and calories and satisfied your kids'
19  hunger, you want all your money back for all 350
20  purchases; is that right?
21      A.  I don't know.
22      Q.  You don't know?
23      A.  Yes.
24      Q.  "Yes," what?
25      A.  Can you ask the question again?

Page 274

LAUREN HALL

1
2      Q.  Despite the fact that you've
3  testified that the product contains calories,
4  satisfied your kids' hunger, contains Vitamins A,
5  C, E, has fruit juice concentrate, has fruit
6  puree, had caloric value, you're saying despite
7  the fact that it provided all that, you're
8  entitled to a full refund of all 350 purchases;
9  is that right?
10     A.  Yes.
11     Q.  Why, why do you think you're entitled
12  to a full refund?
13     A.  I don't know.
14     Q.  You don't know?
15     A.  I just... I don't know.  I think it's
16  deceptive to what is actually in the ingredients.
17  I don't know.
18     Q.  But you don't know whether everybody
19  else who you purport to represent are entitled to
20  a full refund?
21     A.  I don't know.
22     Q.  And you never contacted the company,
23  either Welch's or Promotion in Motion, seeking a
24  full refund or a refund of a subset of your
25  purchases or anything?

Page 275

LAUREN HALL

1
2      MR. ANSELL:  Objection, asked and
3  answered.
4      Q.  Never once asked for a refund?
5      MR. ANSELL:  Objection.
6      A.  No.
7      Q.  You just filed a lawsuit instead,
8  right?
9      A.  Yes.
10     Q.  And the first time you ever met with
11  your lawyers was this morning, right?
12     A.  We've spoken before.
13     Q.  Met in person the first time was this
14  morning, right?
15     A.  Yes.
16     Q.  And the only lawyer that you've ever
17  spoken with or met with at the Ansell Grimm firm
18  is Michael Ansell that's sitting in the room
19  today?
20     A.  Yes.
21     Q.  And the other lawyer representing
22  yourself -- did you understand that Kim Richmond,
23  who you called Nick, but Kim Richmond who you
24  spoke with earlier this week represents you as
25  well?

Page 276

LAUREN HALL

1
2      A.  Yes.
3      Q.  When did you learn he represents you?
4      A.  I don't recall.
5      Q.  What's that?
6      A.  I don't recall.
7      Q.  Was it before Monday when you spoke
8  with him for the first time?
9      A.  I don't recall.
10     Q.  I'm going to have you to take a look
11  at Exhibit 13, which is your responses to the
12  document requests.
13     A.  (The witness complies.)
14     Q.  When did you see these?  I thought
15  you testified earlier that the first time you saw
16  them was when I showed it to you this morning.
17  But tell me if you...
18     A.  I don't know.  I don't remember.
19     Q.  Were you ever asked whether you had
20  any documents relevant to the issues in this
21  case?
22     A.  Yes, in those questions.
23     Q.  In what "questions?"  The document
24  request?
25     A.  I don't know.  I don't recall.

Page 277

LAUREN HALL

1
2      Q.  Well, let's quickly go through a few
3  of them.  I'm not going to go through all 64.
4  But suffice it to say, in response to 63 of them,
5  you said you had no documents.  And the only one
6  that there was a responsive document was a letter
7  that your lawyer wrote to the New Jersey Attorney
8  General who wrote back and said we're, not
9  interested, essentially.  That's the summary.
10  But in terms of the documents that came from you,
11  not a single piece of paper.
12     So let me go through these and ask you to
13  look your response to Request No. 1, "all
14  documents supporting your responses to the
15  interrogatories."
16     You said you have no documents; is that
17  true?
18     A.  Yes.
19     Q.  No. 2, "all documents concerning all
20  factual bases for each and every allegation set
21  forth in the complaint."
22     You said you had no documents; is that
23  true?
24     A.  Yes.
25     Q.  So you have no documents that support

Page 278

LAUREN HALL

1
2 the allegations in your complaint, right?
3      A.  Yes.
4      Q.  And, just so that we're clear,
5 Exhibit 6 is the document request and the
6 definition of you when we ask about all documents
7 that you have or all documents identified in your
8 complaint includes your attorneys.  Did you
9 understand that?
10      A.  Yes.
11      Q.  So, to the best of your knowledge,
12 neither you nor your attorneys have any documents
13 supporting the factual allegations in your
14 complaint; is that right?
15      A.  I don't know.
16      Q.  Well, that's what you said.  Is that
17 true?
18      A.  I don't know.
19      Q.  Well, you didn't say, "I don't know."
20 You said, Plaintiff had no responsive documents.
21      A.  Yes.
22      Q.  Okay.  Paragraph -- Request No. 3,
23 "all documents identified in your complaint."  It
24 says, "Plaintiff has no responsive documents"; is
25 that true?

Page 279

LAUREN HALL

1
2      A.  Yes.
3      Q.  "All photographs of each product you
4 purchased."  "Plaintiff has no responsive
5 documents"; is that true?
6      A.  Yes.
7      Q.  All documents -- No. 5, "all
8 documents concerning purchase of any product
9 including but not limited to receipts, invoices
10 or other proof of purchase."
11      Response, "Plaintiff had no responsive
12 documents in her possession, custody or control";
13 is that true?
14      A.  Yes.
15      Q.  All documents concerning
16 communications between you and any of the
17 defendants.  That's No. 6.
18      Did you have any communications between
19 you and Promotion in Motion or Welch's?
20      A.  No.
21      Q.  And, again, I'm not going go through
22 all 64 of them.
23      But my question to you is, did you go
24 through all 64 of them before saying you have no
25 documents to every single one of them with one

Page 280

LAUREN HALL

1
2 exception?
3      A.  No.
4      THE WITNESS:  Can I get another
5 water?
6      MR. SILVERMAN:  Uh-huh.
7      Q.  I want to make sure we marked as
8 Exhibit 34 the O Organics fruit snacks.
9      I asked you earlier, but I don't think it
10 got marked, so the reporter has marked it.
11 Do you buy fruit juice?
12      A.  I don't.
13      Q.  Do you think fruit juice is healthy
14 and nutritious?
15      A.  No.
16      Q.  Do you believe that Welch's Fruit
17 Snacks is more healthful and nutritious, as you
18 understand those terms, than apple juice?
19      MR. ANSELL:  Objection.  You're
20 extremely far removed from any allegations of
21 this complaint and are assuming facts not in
22 evidence.
23      A.  And you're comparing two totally
24 different products so...
25      Q.  Well, you're comparing it -- you were

Page 281

LAUREN HALL

1
2 talking about whole fruit.  I'm now asking about
3 apple juice.
4      I'm just asking you whether you think
5 Welch's Fruit Snacks is more healthful and
6 nutritious than apple juice?
7      MR. ANSELL:  Objection.
8      A.  What kind of juice?  What brand of
9 juice?
10      Q.  Minute Maid 100% apple juice.
11      A.  I've never seen that label.  I don't
12 know.  I don't know.
13      Q.  And you don't ever buy fruit juice?
14      A.  I don't buy juice.
15      Q.  Why is that?
16      A.  Cause of sugar, additives.  My kids
17 can drink water and milk.
18      Q.  So no orange juice, no apple juice?
19      A.  No.
20      Q.  No pineapple juice, no grape juice?
21      A.  No.
22      Q.  Because you don't -- because you
23 think it's unhealthy?
24      A.  They just don't need it.  My kids
25 drink water and milk.

Page 282

LAUREN HALL

1
2 Q. Take a look at Minute Maid 100% apple
3 juice label.
4 MR. SILVERMAN: We're going to mark
5 this -- what are we up to --
6 THE STENOGRAPHER: Thirty-five.
7 MR. SILVERMAN: -- Exhibit 35.
8 Q. Tell me if there's any -- it says,
9 "100% apple juice from concentrate with Vitamin
10 C," and then under the nutrition facts it says
11 there's 49 grams of sugar, which is more than
12 four times the amount of sugar in Welch's Fruit
13 Snacks.
14 MR. ANSELL: Objection, assumes facts
15 not in evidence. I mean, you're really
16 presenting your lunch drink here.
17 MR. SILVERMAN: This was not my lunch
18 drink. I purchased this product about a year
19 ago, as you can see by the fact that it's not
20 fresh.
21 Q. Anyway, take a look at that. Tell me
22 if there's anything "deceptive" about that label.
23 A. I don't know. I don't know.
24 Q. Does it surprise you that there's
25 49 grams of sugar?

Page 283

LAUREN HALL

1
2 A. No.
3 Q. Because?
4 A. Because it's juice. It probably has
5 additives. And I don't buy juice because they
6 put other things other than fruit juice in it.
7 So I don't purchase it.
8 (Deposition Exhibit Hall 35, color scan of
9 empty bottle of Minute Maid 100% Apple juice
10 (physical exhibit retained by Silverman), was
11 marked for identification.)
12 MR. SILVERMAN: Why don't we take
13 five minutes. I'm going to try to wrap it up in
14 the next 15 minutes after the break. I just need
15 to collect my thoughts. We can come back in
16 three minutes, if you want. Rather than having
17 dead space, I want to collect my thoughts.
18 A. Okay.
19 THE VIDEOGRAPHER: The time is
20 3:53 p.m. We're off the record.
21 (Recess taken 3:53 to 4:03 p.m.)
22 THE VIDEOGRAPHER: The time is
23 4:03 p.m. We're on the record.
24 Q. I think I had asked you earlier about
25 the 11 grams of sugar that has always been on the

Page 284

LAUREN HALL

1
2 ingredient panel and Exhibits 20 and 21 on the
3 labels just confirm that the 11 grams of sugar is
4 also on the front of the label, correct?
5 A. Yes.
6 Q. And you saw those when you made the
7 purchases, right?
8 A. Yes.
9 Q. And you continued to purchase it
10 after seeing that, right?
11 A. Yes.
12 Q. So you knew that the sugar content of
13 the product during the time that you purchased
14 it, right?
15 A. Yes.
16 Q. And you knew the sugar content before
17 it was on the front of the labels because you saw
18 -- you read the nutrition facts and the
19 ingredient list prior to that, correct?
20 MR. ANSELL: Objection, asked and
21 answered and I think you have it backwards. The
22 ingredient list you're saying was read first.
23 That's not her testimony.
24 Q. It was read before the 11 grams of
25 sugars was on the front of the label. There's

Page 285

LAUREN HALL

1
2 always been an ingredient list. The 11 grams of
3 the sugar wasn't always on the front label.
4 So I'm asking you, even before you saw it
5 on the front label, you saw the fact that there
6 was 11 grams of sugar by looking at the nutrition
7 facts panel, right?
8 MR. ANSELL: Objection,
9 mischaracterizes the testimony, which was that
10 she doesn't recall when she first viewed the
11 nutritional label.
12 A. I don't recall.
13 Q. You have no idea what year you first
14 saw the ingredient list and the nutrition fact
15 panel?
16 A. I don't recall.
17 Q. Do you know if it was within the year
18 prior to your last purchase, two years,
19 three years, four years?
20 A. I don't recall.
21 MR. ANSELL: Objection, asked and
22 answered.
23 Q. During the time you purchased the
24 product, you knew there were 11 grams of sugar in
25 the product?

Page 286

LAUREN HALL

1
2     A.  Yes.
3     Q.  And you continued to purchase it
4  after knowing that, right?
5     A.  Yes.
6     Q.  And I think I had asked you this.
7  I'm just trying to do some cleanup to make sure
8  that I -- rather than having the transcript read
9  back, I think, it would be faster to ask the
10  question.
11     You don't know whether the Welch's Fruit
12  Snacks are sold at a price premium, do you?
13     MR. ANSELL:  Objection to form and
14  objection, asked and answered.
15     A.  I don't know.
16     Q.  And I believe you testified the most
17  important reason you purchased the product was
18  you wanted a snack for your kids and something
19  your kids would like to taste, right?
20     A.  Yes.
21     Q.  I'll show you one more product.  I
22  missed it in my -- we'll mark it as exhibit
23  Exhibit 35.
24     THE STENOGRAPHER:  Exhibit 36.
25     (Deposition Exhibit Hall 36, color scan of

Page 287

LAUREN HALL

1
2  Variety Pack of Fruit Roll-ups, Fruit by the Foot
3  and Fruit Gushers (physical exhibit retained by
4  Silverman), was marked for identification.)
5     Q.  Thirty-six.  This is a variety pack
6  of fruit Roll-ups, Fruit By the Foot and Fruit
7  Gushers that's sold in the same area as the fruit
8  snacks.
9     Have you ever seen Fruit Roll-ups, Fruit
10  By the Foot and Fruit Gushers?
11     A.  Yes.
12     Q.  You've seen it on the aisle that has
13  the -- in the section of the fruit snacks?
14     A.  Yes.
15     Q.  Have you ever bought either any of
16  these products?
17     A.  No.
18     Q.  Why not?
19     A.  They don't look appealing to me.  I
20  don't...
21     Q.  They all say fruit.
22     A.  They all say fruit.  It doesn't say
23  real fruit.
24     Q.  So because it doesn't say "real
25  fruit," you assume that there's no fruit?

Page 288

LAUREN HALL

1
2     MR. ANSELL:  Objection.
3     A.  I didn't say that.
4     Q.  Was in reading -- in reading this
5  label for the fruit Roll-ups, Fruit by the Foot
6  and Fruit Gushers, does it have imply to you that
7  there is fruit in the product -- products?
8     A.  Fruit could mean lots of different
9  things, fruit flavoring and it doesn't say "made
10  with real fruit."  I wasn't in the market for
11  this.  I didn't buy this.
12     Q.  Is there anything "deceptive" in your
13  view about this labeling?
14     A.  I couldn't answer that at this time.
15     Q.  So you don't know one way or the
16  other?
17     A.  I couldn't answer that at this time.
18     Q.  Have you ever been in a lawsuit --
19  involved in a lawsuit prior to this?
20     MR. ANSELL:  Objection, asked and
21  answered.
22     A.  No.
23     Q.  Has your husband ever been involved
24  in a lawsuit, to your knowledge?
25     A.  Nope.

Page 289

LAUREN HALL

1
2     Q.  And you understand if this case were
3  to go to trial, you'd be called to testify at
4  trial?
5     A.  Yes.
6     Q.  Were you aware that there was a --
7  that Defendants had a survey conducted about
8  reasons why people purchased the product?
9     A.  No.
10     Q.  Never heard of it, never seen it?
11     A.  No.
12     Q.  And in terms of the reason -- most
13  important reason that you bought the product, you
14  wanted a snack and you wanted something that your
15  kids would like the taste of, right?
16     A.  Yes.
17     Q.  That's why you bought it to begin
18  with the first time and that's why you bought it
19  after that, right?
20     A.  Yes.
21     (There is a discussion off the record.)
22     Q.  Do you shop anywhere else other than
23  what was A&P now the Acme?  Do you do any other
24  grocery shopping other than that store?
25     A.  Sometimes, not often.

Page 290

LAUREN HALL

1
2     Q.  Do you shop at Whole Foods?
3     A.  Yes.
4     Q.  How often?
5     A.  Maybe once a month.
6     Q.  And what do you buy, typically, at
7  Whole Foods?
8     A.  We'll go for soup for lunch and meat
9  products.  I don't buy standard every week
10  groceries there.
11     Q.  What about Traders Joe's, do you ever
12  shop there?
13     A.  I ever, not regularly, not often,
14  maybe two or three times.
15     Q.  How about Costco?
16     A.  No.
17     Q.  Anywhere else you shop for groceries?
18     A.  Regularly?  No.
19     Q.  Not regularly, other than --
20     A.  I mean, I've shopped at Shop Rite.
21     Q.  Approximately, how far do you live
22  from the Acme food store that you bought the
23  fruit snacks at for seven years?
24     A.  About a mile.
25     Q.  And since the last time you bought

Page 291

LAUREN HALL

1
2  Welch's fruit snacks, which you said you did
3  about a year or two ago, have you ever purchased
4  Welch's Fruit Snacks?
5     A.  No.
6     Q.  Have you ever eaten Welch's Fruit
7  Snacks?
8     A.  No.
9     Q.  Have your kids ever eaten Welch's
10  Fruit Snacks?
11     A.  No.
12     Q.  Have you ever purchased or eaten any
13  other fruit snack other than Welch's?
14     A.  No.
15        MR. SILVERMAN:  I have nothing
16  further.
17        MR. ANSELL:  Okay.  Lauren, I just
18  have a few quick follow-ups.
19  EXAMINATION BY MR. ANSELL:
20     Q.  I think earlier you testified you
21  weren't sure whether you had seen the Complaint
22  previous to today.  I'm just going to show you
23  this document to see if it refreshes your
24  recollection.
25        MR. SILVERMAN:  What's "this

Page 292

LAUREN HALL

1
2  document?"
3        MR. ANSELL:  It is an e-mail attaching
4  the --
5        MR. SILVERMAN:  So are we marking
6  that as an exhibit?
7        MR. ANSELL:  It's just to refresh her
8  recollection.  She's not going to be testifying
9  about the document itself.
10        MR. SILVERMAN:  Well, I want to see
11  the e-mail.
12        MR. ANSELL:  Okay.
13     Q.  And does this refresh your
14  recollection of whether you had ever seen the
15  Complaint previously prior to today or this week?
16     A.  Yes.
17     Q.  Okay.  And I think you testified
18  earlier too that you provided information to
19  counsel sometime last year.  You believed it was
20  "in the summer."
21        Does this document refresh your
22  recollection as to when you provided information
23  to counsel?
24     A.  Yes.
25     Q.  And when was that?

Page 293

LAUREN HALL

1
2     A.  I guess in April of 2017.
3     Q.  Okay.  And at the time the Complaint
4  was filed, you reviewed -- you reviewed that you
5  received and reviewed the Complaint?
6     A.  Yes.
7     Q.  Okay.  And in your review of the
8  Complaint, did you have any basis -- or strike
9  that.
10        Did you believe that all of the
11  allegations in the Complaint were true, to the
12  best of your knowledge?
13     A.  Yes.
14     Q.  And you also earlier testified and
15  you were "confused" or unsure about when you saw
16  certain written questions and document demands
17  from the Defendants.
18        Do you recall having received those
19  documents from my office sometime in the end of
20  February 2018, early March 2018, just a few weeks
21  ago?
22     A.  Yes.
23     Q.  And do you recall whether those were
24  draft documents with comments for your review?
25        MR. SILVERMAN:  Objection, leading.

Page 294

LAUREN HALL

1  Every question is leading.
2  MR. ANSELL: Okay.
3  MR. SILVERMAN:  It's improper.
4  MR. ANSELL:  I'll try.
5  A. I'm sorry, could you repeat the
6  question?
7  Q.  Did you recall receiving draft
8  responses of interrogatories -- to the
9  interrogatories in the document?
10  A.  Yes.
11  Q.  And did you review those?
12  A.  Yes.
13  Q.  Okay.  And do you recall whether that
14  was prior to the date that they were actually
15  submitted to Defendants' counsel, which, I
16  believe, based on the documents themselves were
17  March 7th?
18  A.  Yes.
19  Q.  Okay.  And then you didn't -- is it
20  true then that you didn't get --
21  MR. SILVERMAN:  Objection, leading.
22  Q.  Is it true then that you did not get
23  around to --
24  MR. SILVERMAN:  Objection, leading.

Page 295

LAUREN HALL

1  Q.  -- sending back the verification
2  until a few weeks after that?
3  A.  Yes.
4  Q.  Okay.
5  MR. SILVERMAN:  Objection, leading.
6  I can lead on cross.  You can't lead on direct.
7  MR. ANSELL: I'm not on direct.  I'm
8  on cross.
9  MR. SILVERMAN:  No, you're on direct.
10  This is a direct examination of your witness.
11  MR. ANSELL: This is a deposition.
12  MR. SILVERMAN:  That's right.  I'm
13  doing cross.  You're doing direct.  Just like we
14  were in trial, you're doing direct.  It's
15  improper to lead.
16  Q.  So, as you sit here today in having
17  gone through the Complaint with or the specific
18  questions posed by defense counsel regarding the
19  Complaint, do you have any reason to believe that
20  the allegations in the Complaint are untrue, to
21  the best of your knowledge?
22  A.  No.
23  MR. SILVERMAN:  Objection, leading.
24  Q.  Did you provide information to be

Page 296

LAUREN HALL

1  used in the Complaint?
2  MR. SILVERMAN:  Vague.
3  A.  Yes.
4  Q.  Okay.  And you reviewed the complaint
5  at the time it was filed?
6  A.  Yes.
7  Q.  Okay.  And did you review the Answers
8  to Interrogatories and document demands before
9  they were produced?
10  A.  Yes.
11  Q.  Okay.  Alright.  I have no further
12  questions.
13  MR. SILVERMAN:  I just one.
14  The e-mail that counsel provided you is
15  dated April 24th.  The Complaint was filed three
16  weeks before.
17  Did you see the Complaint before it was
18  filed?
19  THE WITNESS:  I don't recall.
20  MR. SILVERMAN:  No further questions.
21  THE VIDEOGRAPHER:  This concludes
22  today's deposition.  The time is 4:17 p.m.  We're
23  off the record.
24  (Time noted: 4:17 p.m.)

Page 297

LAUREN HALL

1  C E R T I F I C A T E   O F   R E P O R T E R
2  I, SILVIA P. WAGE, a Certified Shorthand
3  Reporter, Certified Realtime Reporter and Registered
4  Reporter, herby certify that the witness in the
5  foregoing deposition was by me duly sworn to tell
6  the truth, the whole truth, and nothing but the truth
7  in the within-entitled cause; that said deposition
8  was taken down in shorthand by me, a disinterested
9  person, at the time and place therein stated, and
10  that the testimony of the said witness was
11  thereafter reduced to typewriting, by computer,
12  under my direction and supervision; that before
13  completion of the deposition, review of the
14  transcript [X] was [ ] was not requested.  If
15  requested, any changes made by the deponent (and
16  provided to the reporter) during the period
17  allowed are appended hereto.
18  I further certify that I am not of
19  counsel or attorney for either or any of the
20  parties to the said deposition, nor in any way
21  interested in the event of this cause, and that I
22  am not related to any of the parties thereto.
23  Dated: 4-9-2018

24  _____
25  SILVIA P. WAGE

## Page 298

ERRATA SHEET

Case Name:

Deposition Date:

Deponent:

Pg. No. Now Reads    Should Read  Reason

_____ ____ _____    _____  _____

_____ ____ _____    _____  _____

_____ ____ _____    _____  _____

_____ ____ _____    _____  _____

_____ ____ _____    _____  _____

_____ ____ _____    _____  _____

_____ ____ _____    _____  _____

_____ ____ _____    _____  _____

_____ ____ _____    _____  _____

_____ ____ _____    _____  _____

_____ ____ _____    _____  _____

_____ ____ _____    _____  _____

_____ ____ _____    _____  _____

_____ ____ _____    _____  _____

Signature of Deponent

SUBSCRIBED AND SWORN BEFORE ME

THIS ____ DAY OF _____, 2018.

_____

(Notary Public)  MY COMMISSION EXPIRES:_____

## Page 299

LAUREN HALL
I N D E X

WITNESS: LAUREN HALL          PAGE
EXAMINATION BY MR. SILVERMAN      5
EXAMINATION BY MR. ANSELL       291

E X H I B I T S

EXHIBIT NO.      DESCRIPTION      PAGE

Exhibit Hall 1   Defendants' Amended    18
                 Notice of Deposition of
                 Plaintiff Lauren Hall

Exhibit Hall 2   Class Action Complaint   23
                 and Jury Demand

Exhibit Hall 3   First Amended Class    25
                 Action Complaint and
                 Jury Demand

Exhibit Hall 4   Defendant the Promotion  29
                 in Motion Companies,
                 Inc.'s Interrogatories,
                 Set One, to Plaintiff
                 Lauren Hall

Exhibit Hall 5   Defendant the Welch    29
                 Foods Inc., a
                 Cooperative's
                 Interrogatories, Set
                 One, to Plaintiff Lauren
                 Hall

Exhibit Hall 6   Defendants Welch Foods  29
                 Inc., a Cooperative and
                 the Promotion in Motion
                 Companies, Inc.'s
                 Request for Production
                 of Documents, Set One,
                 to Plaintiff Lauren Hall

Exhibit Hall 7   Plaintiff's Answers to   31
                 Defendant's Fir7st Set
                 of Interrogatories

Exhibit Hall 8   Verification signed by   32
                 Lauren Hall 3/23/18

Exhibit Hall 9   Plaintiff's Answers to   34
                 Defendant's First Set of
                 Interrogatories

Exhibit Hall 10  Verification signed by   35
                 Lauren Hall 3/23/18

## Page 300

LAUREN HALL
E X H I B I T S
EXHIBIT NO.    DESCRIPTION    PAGE
Exhibit Hall 11  Plaintiff's Supplemental  36
                 Answers to Defendant's
                 First Set of
                 Interrogatories
Exhibit Hall 12  Verification signed by   37
                 Lauren Hall 3/26/18
Exhibit Hall 13  Plaintiff Lauren Hall's  42
                 Responses and Objections
                 to Defendants' First Set
                 of Request for
                 Production of Documents
Exhibit Hall 14  color scan of Mott's    85
                 Fruit Flavored Snacks
                 Assorted Fruit box and
                 nutritional label
                 (physical exhibit
                 retained by Silverman)
Exhibit Hall 15  color scan of Annie's   86
                 Organic Bernie's Farm
                 Fruit Snacks box and
                 nutritional
                 label(physical exhibit
                 retained by Silverman)
Exhibit Hall 16  color scan of Welch's   88
                 Mixed Fruit Fruit Snacks
                 box and nutritional
                 label (physical exhibit
                 retained by Silverman)
Exhibit Hall 17  color scan of Welch's  113
                 2004 label
Exhibit Hall 18  color scan of Welch's  149
                 2014 label
Exhibit Hall 19  Questions and Answers on 152
                 the Nutrition and
                 Supplement Facts Labels
                 Related to the
                 Compliance Date, Added
                 Sugars, and Declaration
                 of Quantitative Amounts
                 of Vitamins and
                 Minerals: Guidance for
                 Industry

## Page 301

LAUREN HALL
E X H I B I T S
EXHIBIT NO.    DESCRIPTION    PAGE
Exhibit Hall 20  color scan of Welch's  156
                 2015 label
Exhibit Hall 21  color scan of Welch's  202
                 2016 label
Exhibit Hall 22  color scan of Haribo   226
                 Gold-Bears Gummi Candy
                 (physical exhibit
                 retained by Silverman)
Exhibit Hall 23  color scan of Starburst 226
                 (physical exhibit
                 retained by Silverman)
Exhibit Hall 24  color scan of Skittles  226
                 (physical exhibit
                 retained by Silverman)
Exhibit Hall 25  color scan of Twizzlers 227
                 (physical exhibit
                 retained by Silverman)
Exhibit Hall 26  color scan of Orchard   227
                 Snacks Gummy Bears
                 (physical exhibit
                 retained by Silverman)
Exhibit Hall 27  Color scan of Black    23
                 Forest Juicy Center
                 Fruity Medleys (physical
                 exhibit retained by
                 Silverman)
Exhibit Hall 28  color scan Simple Truth 240
                 Organic Fruit Flavored
                 Snacks (physical exhibit
                 retained by Silverman)
Exhibit Hall 29  color scan of Go      241
                 Organically Fruit Snacks
                 (physical exhibit
                 retained by Silverman)
Exhibit Hall 30  color scan of Hello    244
                 Kitty Fruit Flavored
                 Snacks (physical exhibit
                 retained by Silverman)
Exhibit Hall 31  color scan of Shimmer   244
                 and Shine Fruit Flavored
                 Snacks (physical exhibit
                 retained by Silverman)

Page 302

```
 1              LAUREN HALL
 2            E X H I B I T S
 3    EXHIBIT NO.   DESCRIPTION        PAGE
 4    Exhibit Hall 32  color scan of      245
                Scooby-Doo! Fruit
 5              Flavored Snacks
                (physical exhibit
 6              retained by Silverman)
 7    Exhibit Hall 33  color scan of Sponge Bob  245
                Square Pants Fruit
 8              7Flavored Snacks
                (physical exhibit
 9              retained by Silverman)
      Exhibit Hall 34  color scan of O Organics  259
10              Fruit Snacks Mixed Berry
                (physical exhibit
11              retained by Silverman)
      Exhibit Hall 35  color scan of empty  283
12              bottle of Minute Maid
                100% Apple juice
13              (physical exhibit
                retained by Silverman)
14    Exhibit Hall 36  color scan of Variety  286
                Pack of Fruit Roll-ups,
15              Fruit by the Foot and
                Fruit Gushers (physical
16              exhibit retained by
                Silverman)
17
18
19
20
21
22
23
24
25
```

Page 303

```
 1              LAUREN HALL
 2               - - -
 3       DEPOSITION SUPPORT INDEX
 4               - - -
 5
 6    Direction to Witness Not to Answer
 7    Page Line   Page Line   Page Line   Page Line
 8     9   10     14  19     19  9     29   2
 9    44   10
10
11
12    Request for Production of Documents
13    Page Line   Page Line   Page Line   Page Line
14    NONE
15
16
17    Stipulations
18    Page Line   Page Line   Page Line   Page Line
19    NONE
20
21
22    Question Marked
23    Page Line   Page Line   Page Line   Page Line
24    NONE
25
```

**A**

**$10 (2)**
121:12 181:13
**$16 (1)**
121:24
**$3 (2)**
121:3 181:17
**$3.49 (1)**
242:12
**$4 (5)**
121:3,22 181:12,13
181:21
**$9 (3)**
121:22 181:17,22
**A&P (8)**
80:23 115:2,2,3
116:18 182:8
258:12 289:23
**a.m (12)**
2:4 4:12 11:22 21:23
21:24 22:2 49:7,8
49:10 102:15,17,19
**Aaron (3)**
2:6 3:2 4:20
**ability (2)**
133:12 248:11
**able (1)**
235:22
**absolutely (2)**
69:20 208:7
**acceptance (2)**
232:7 233:15
**accompanied (1)**
37:19
**account (1)**
63:22
**accounting (1)**
61:19
**accounts (1)**
63:24
**accuracy (6)**
23:6 32:5 34:21 35:2
39:13 165:15
**accurate (10)**
144:10 166:24 168:24
168:25 190:11
204:8 215:16
217:14,18 251:17
**acid (2)**
92:3 210:24
**acknowledge (2)**
151:21,25
**Acme (15)**
71:3,5 78:2 79:17
114:25 115:3
116:19 183:4,9

184:13 242:5
243:22 258:11
289:23 290:22
**acquire (1)**
199:2
**acting (1)**
272:20
**action (13)**
23:23,25 25:11,14
32:25 52:10,13 53:9
53:17 60:16,18
299:9,10
**actual (10)**
20:25 66:10 112:7
123:25 124:9 235:5
249:2,9,12,25
**add (4)**
176:6 212:13 236:9
254:17
**added (11)**
96:22 97:2 152:13,23
153:11 167:20
255:19 256:5,10,15
300:22
**addition (1)**
254:11
**additives (2)**
281:16 283:5
**Addox (1)**
125:6
**Addox's (1)**
59:19
**address (3)**
61:5 115:9 199:5
**adds (4)**
142:14 199:10 200:2
200:5
**adjusted (1)**
98:20
**Administration (2)**
152:19 154:6
**admitted (1)**
184:4
**admonished (1)**
154:11
**ads (3)**
111:17,19,21
**adult (1)**
79:2
**advance (2)**
61:20 65:11
**advertise (1)**
197:15
**advertised (4)**
169:11 176:20 254:25
265:7

**advertisement (2)**
164:11 246:10
**advertisements (1)**
111:13
**advertising (14)**
45:10,17,25 47:17
84:25 112:5 162:11
163:24 169:6
190:14 237:3 238:5
260:11 264:14
**advising (1)**
64:3
**age (1)**
60:25
**ages (1)**
66:16
**ago (49)**
23:8 31:21 36:24
37:16 38:8 40:17
48:9,10,17 50:17
51:14 53:23 67:10
73:5 79:21,23 80:2
80:6 90:9,10 99:7
99:15 100:5 116:4,9
116:12,15 146:4,13
146:13 163:13
166:12 170:4 174:4
174:5 183:6,10
237:9,10,15,21
251:4,9,12 266:21
266:24 282:19
291:3 293:21
**agree (5)**
140:24 221:10,13
245:16 270:21
**agreement (1)**
2:8
**Ah (1)**
271:25
**ahead (3)**
119:17 143:2 152:7
**air (1)**
112:6
**aisle (29)**
67:15 69:23 72:14
115:17,19 116:2,6
116:10,11,13
117:24,25 118:9,13
118:18,23 119:8,9
119:19 120:6,19,21
120:22 169:9
209:12,13,21
220:25 287:12
**aisles (3)**
119:22 120:5,13
**alike (1)**

270:23
**allegation (7)**
205:4 209:5 216:15
219:8 231:10 260:9
277:20
**allegations (14)**
23:5,6 45:5,9 46:3,13
165:16 207:12
236:16 278:2,13
280:20 293:11
295:21
**allege (1)**
48:4
**alleged (2)**
46:14 265:23
**alleges (1)**
48:4
**alleging (2)**
47:16 165:5
**allow (1)**
59:23
**allowed (2)**
253:22 297:18
**alright (6)**
22:3 43:12 187:17
211:24 212:8
296:12
**alternative (39)**
80:17 87:12,14 96:23
99:24 161:12,14
162:2,10 163:21
164:2,4,17 166:12
166:16 167:10,23
169:13 176:20,25
177:2 184:20
197:13 208:23
214:2 216:7,13,18
220:14,17,18
221:23 228:13
250:12,21 252:7
254:5 260:22
264:15
**alternatives (3)**
45:12 79:3 111:5
**altogether (3)**
38:9 99:10 198:19
**amended (21)**
18:4,7 25:10,13,24
26:16 28:11,15
40:11,19 41:12,25
45:3 75:6 165:14
203:25 222:7 254:9
259:23 299:7,10
**America (1)**
33:7
**amount (24)**

106:19,21 148:23
160:24 161:8 175:9
195:21,22 196:4,10
196:15 206:9
218:22 219:4 232:5
233:13,21 234:18
235:18 249:15,21
249:24 264:3
282:12
**amounts (12)**
108:10 152:14,24
195:2,6 196:18
204:15,19 249:2,9
249:11 300:23
**amy (1)**
183:25
**and/or (2)**
74:17 123:25
**Angles (1)**
3:11
**Annie's (33)**
82:2,6,9,18,24 83:4,7
83:12,17 84:3,17,18
84:19,22 85:22 86:4
87:2,3,8 108:14
162:4,17 170:7,11
232:20,25 233:4
237:13,14 238:3,7
238:18 300:12
**Ansell (261)**
2:6 3:2,6 4:19,19,19
6:17,20,23 7:12 9:6
9:17,23 10:14 12:9
14:2,8,10,18,20
19:8,14,17,25 21:11
22:19 23:15 39:24
40:22,24 44:9,15,20
46:10 47:10 49:3
50:2,5 51:10 52:3
52:19,25 53:5,18
54:14,19,23 56:8,11
56:25 57:5,9,16,20
59:8,13,21 60:3
70:6,12,25 74:14,18
74:24 76:5 78:4
79:15 83:19 85:3,9
85:13 86:18 93:21
94:19 96:9 98:10
102:9,12 103:2
107:24 109:22,24
110:9,11 113:21
117:11 118:5,25
127:15,24 132:24
133:6,21,25 134:7
134:10,13 136:2
137:24 138:3

141:25 142:6,24
144:12 145:11
147:3,11 151:18
152:6 154:9,22
155:7,12 156:15
157:19 162:15,21
163:9 164:23 166:9
167:11,13 168:2,9
168:13 169:21
170:14 171:23
172:8 173:9 176:4
177:11 178:15,22
179:10,14,19
180:25 181:19
183:2,7,11,16 184:3
184:11 185:9,14,18
185:22 186:2,5,9,24
187:10 188:6,11,15
189:19 190:6 191:3
191:8 192:12
193:11 199:11
200:21 201:3,8
203:18 205:6 208:2
208:13,16,25
210:10,15 211:19
211:24 212:4,7,9,16
212:20 214:4,14,17
214:23 215:7 217:3
217:5,13,17,23
219:14,22,25 220:4
221:7,15,24 222:9
222:11 224:12
225:19 226:8
228:10 231:9 233:6
236:7,13 239:2,18
240:11,16 242:15
243:5,16,20,24
244:4,7 247:7
250:14,18,25
251:16 253:3,19
256:16 257:22
259:8 260:7 262:4
265:19 267:20
268:18 270:2,25
272:11 275:2,5,17
275:18 280:19
281:7 282:14
284:20 285:8,21
286:13 288:2,20
291:17,19 292:3,7
292:12 294:3,5
295:8,12 299:4
**answer (50)**
9:19 15:14,18,19,22
16:12 20:3 34:25
40:2 46:11 51:12

52:4 54:21 59:25
74:20 85:5 86:20
93:22 103:4 117:13
153:5 154:19,21,23
157:23 168:8
171:24,25 177:13
180:4 181:11
196:17 198:4 214:9
228:25 229:4,6,23
247:3 253:14,16,16
256:18 257:23,23
259:9 267:24
288:14,17 303:6
**answered (40)**
20:21 39:25 51:11
53:6 54:24 57:21
74:19,25 76:6 83:20
96:10,15 98:11
109:24 147:4,12
156:16 162:21
167:18 169:22
172:9 173:10 176:5
189:10 190:7
192:13 219:15
221:16 226:9 236:8
253:20 260:8
267:21,22 270:3
275:3 284:21
285:22 286:14
288:21
**answering (2)**
16:13 253:24
**answers (26)**
7:14,16 10:16 18:18
20:6 21:4,7 28:5
30:23 31:2,13 33:5
34:5 36:6,9 39:12
39:15 152:12,21
176:7 179:2 296:8
299:20,23 300:4,20
**anticipate (1)**
16:10
**anybody (9)**
6:23 14:6,21 23:12
44:6 58:10 67:19
93:25 270:16
**anymore (7)**
108:8 110:22 131:19
175:25 264:12,16
265:2
**anytime (7)**
22:15 78:5 81:17
187:20 188:2 190:8
268:7
**anyway (5)**
208:10 212:13 251:15

253:6 282:21
**appeal (4)**
78:25 79:2 169:24
197:16
**appealed (7)**
197:9,12,19 209:16
220:19 237:12
264:17
**appealing (2)**
252:12 287:19
**appearance (4)**
233:19 234:7,9,16
**appended (1)**
297:18
**apple (20)**
140:13 223:17,21
230:11,24 231:24
231:25 239:10,12
240:8 241:4 280:18
281:3,6,10,18 282:2
282:9 283:9 302:12
**Applied (1)**
152:20
**appropriate (2)**
113:25 215:10
**approximate (2)**
16:22,22
**approximately (11)**
4:12 10:2 54:3 63:3
67:11 75:17 78:10
78:11 95:8 181:12
290:21
**apricots (3)**
118:3,17 119:7
**April (8)**
24:15,19 25:3,6 54:2
165:14 293:2
296:16
**area (1)**
287:7
**argument (2)**
136:2 217:10
**argumentative (5)**
21:12 56:9 94:20
171:23 189:20
**arrested (1)**
66:25
**artificial (9)**
70:20,21 83:21 86:25
92:2,8 210:24
227:22 238:12
**ascorbic (1)**
92:2
**asked (75)**
16:21 18:15 26:18
38:10 39:24 40:8

42:25 44:5,13,21
51:10 53:6 54:23
57:20 60:13 74:18
74:24 76:5 83:19
96:9 98:10 109:24
129:3 133:15
137:24 147:3,11
156:15 162:21,23
167:15,16 169:21
172:8 173:9 176:4
188:11,15 189:8,8
190:6 191:21
192:12,20,21 209:7
210:2 216:20
219:14,16,19
221:15 226:8 230:2
236:7,13 246:13
253:19 255:22
258:5,15 259:4
260:7 267:20 270:2
275:2,4 276:19
280:9 283:24
284:20 285:21
286:6,14 288:20
**asking (61)**
9:7,11,21,23 22:6
39:11 42:10 58:2
80:5 86:15 89:8
92:22 99:9 100:24
102:20 106:19
142:17 143:16
154:13,15,18,23,24
155:2,5,6 167:18
176:12 183:14
189:20 190:16
191:12,13 198:3,3
199:6 207:8,15
208:4 210:4 215:9
216:5,18,22 224:23
228:11,21 236:11
239:3,7 253:17,25
255:15 271:20,23
271:24 272:24
273:4 281:2,4 285:4
**asks (1)**
184:24
**asserting (1)**
217:6
**assertion (1)**
217:14
**assistant (4)**
62:12,25 63:3,6
**associate (7)**
3:22 64:2,5 222:18
230:7,19 231:16
**association (1)**

4:16
**assorted (4)**
70:23 85:24 247:13
300:10
**assume (4)**
168:23 183:18 237:16
287:25
**assumes (23)**
70:25 71:3 79:15
107:24 113:22
117:11 118:5 133:7
133:21 142:25
144:12 163:9
178:15 183:2 214:5
233:6 239:18
240:12 242:15
247:7 253:3 262:4
282:14
**assuming (12)**
73:7 114:10 119:5
142:17 145:17
153:2 163:5,11,12
199:21 255:21
280:21
**assumption (2)**
74:15 177:5
**assure (1)**
59:17
**ate (2)**
76:15 148:23
**attaching (1)**
292:3
**attention (6)**
70:2 80:2,11,14 94:14
172:11
**attested (1)**
196:6
**attorney (4)**
263:5 270:11 277:7
297:20
**attorney-client (6)**
9:18 10:15 14:19 19:9
20:2 44:10
**attorneys (4)**
3:3,9 278:8,12
**attracted (4)**
83:15,17 162:13
246:10
**availability (1)**
130:4
**available (3)**
239:4 242:8 251:3
**Avenue (4)**
2:7 4:11 5:11 61:6
**aware (23)**
58:16 68:9 93:12,16

93:20 107:12 108:2
125:8,15,17 128:15
128:23 136:17
151:15 158:24
159:3 172:16,19
175:7 256:7 258:14
269:17 289:6
**awesome (2)**
134:12,14
**awful (2)**
98:23 99:2

___

**B**

**B (4)**
299:5 300:2 301:2
302:2
**baby (1)**
148:2
**baby-sitter (2)**
126:20,21
**back (26)**
11:12 22:3 26:23
56:15,16 60:2 87:21
108:12 110:15
148:23 150:8 168:9
192:22 199:24
201:12 223:2
227:13 229:24
238:14 240:20
272:2 273:19 277:8
283:15 286:9 295:2
**background (2)**
61:11 65:6
**backwards (1)**
284:21
**bag (2)**
100:25 212:18
**bags (1)**
136:25
**baking (2)**
118:23 120:22
**bankruptcy (1)**
67:5
**bars (4)**
115:20 116:17 117:2
117:6
**based (16)**
21:7 46:17 96:2 154:5
169:5,20,23 171:18
174:19 190:13,14
221:18,19 223:11
234:15 294:17
**bases (1)**
277:20
**basis (30)**
46:8 87:13 89:9 95:2

137:11 165:5 172:7
177:8 178:21
186:16 188:20
190:2 191:4 204:18
204:22,25 206:8
208:7 222:3 232:8
232:18 233:12
234:20 252:9,24
254:20 255:12
256:14,24 293:8
**bear (16)**
207:18,19 209:10
210:3,8,13 220:3,7
220:8 221:11
225:12 226:2,7
256:12 257:9 258:2
**bearing (2)**
232:6 233:14
**bears (19)**
37:4 207:24 208:12
208:23 209:6,19
210:6,20 216:20,21
219:12,21,24 220:5
225:10,22 226:18
227:9 301:13
**becoming (1)**
172:16
**beeswax (2)**
211:5,5
**began (3)**
69:8 84:20 156:25
**beginning (2)**
98:7 251:4
**begins (1)**
4:2
**behalf (5)**
1:3 4:5,20,23 272:21
**belief (5)**
108:22 159:18 206:24
207:25 260:21
**believe (35)**
33:4 68:2 89:5 91:10
105:22 113:18
114:3,24 131:13
137:12,21 138:6
139:14,18 147:7
149:20 151:12
154:10 175:22
181:20 188:2
195:15 202:23
216:5 222:23
254:14 259:8 267:9
267:12 272:15
280:16 286:16
293:10 294:17
295:20

**believed (3)**
166:11 228:13 292:19
**bell (1)**
93:14
**benefit (1)**
271:3
**benefits (14)**
102:4 222:16 230:6
230:11,18 231:6,15
254:18 255:10
256:6 270:22,24
271:14,17
**Bernie's (2)**
86:4 300:13
**berries (5)**
104:19 105:22 106:5
180:6 191:16
**berry (6)**
104:11,14,15 241:24
259:17 302:9
**best (19)**
15:24,24 16:20,23
17:5,9 21:18 53:23
53:24 54:8,9 55:16
112:4 115:12
133:12 248:11
278:11 293:12
295:22
**better (45)**
45:12 79:3 80:17
82:13,14 87:12,14
96:23 131:15,25
132:4 159:19
160:21 161:12,14
162:2,10 163:21
164:18 165:21,24
166:15 167:9,22
169:12 175:20,24
176:20,24 177:2,7
178:13 197:12
208:23 213:25
216:6,13 220:14,17
220:18 221:23
255:13 264:15,18
264:20
**big (1)**
69:24
**biology (1)**
65:8
**biotechs (1)**
66:4
**birth (2)**
61:3 65:3
**birthday (2)**
136:7,10
**bit (4)**

40:17 71:10 99:8
111:24
**Black (5)**
238:23 239:7,16,24
301:14
**blackberries (1)**
104:16
**blackberry (1)**
186:10
**BLECHNER (1)**
3:21
**blend (1)**
141:21
**blended (1)**
141:21
**block (1)**
59:19
**blocking (2)**
247:17,20
**Blue (2)**
92:3 211:6
**blueberry (9)**
185:21,22,25 188:22
188:22,24,25 189:7
189:12
**Bob (8)**
78:15 94:17 243:4
245:10,14 246:6
247:12 302:6
**body (2)**
255:17 256:2
**book (1)**
64:7
**born (1)**
73:13
**bottle (2)**
283:9 302:11
**bottom (1)**
193:8
**bought (92)**
8:23,23,24 14:14,15
57:15 74:21 75:15
75:22 76:3 80:3
81:5,7 84:22 95:7
99:14,16 101:4,9,11
101:19 103:5,7
104:23 112:21
121:18 122:13
123:2 129:5 130:11
131:7,8 145:15
147:19 163:6,7,20
166:6,15,20 167:3
167:15,17 172:21
173:23,24,25
180:21,22 181:9,9
182:7,11,12 184:18

187:7 188:3 194:12
216:12 230:25
232:3,11 235:3
237:18,20,24
243:14,18 251:7,8,8
251:9,10,14 262:17
263:23 264:2,5,14
265:9,12 266:7,10
266:15 271:12
272:21 287:15
289:13,17,18
290:22,25
**box (53)**
70:19 79:23 81:11,14
82:11 83:3 85:24
86:4 88:17 91:17
104:18 109:4
119:24 128:3 130:2
137:17 155:16,18
162:3,12,14 164:10
169:6,20,23 181:6
181:10 190:14
191:21 192:5,8,20
192:22 194:20
195:10 209:16
222:22,25 223:11
234:5 237:3,10,10
239:4,6 252:11
254:25 260:11,15
268:17 300:10,13
300:16
**boxes (6)**
79:8,19 81:2,4 169:10
252:13
**boys (4)**
66:18,19,21 246:7
**brand (13)**
71:9 80:3,17 81:24
82:12 83:10,11
84:21 94:13 114:18
129:15 170:5 281:8
**brands (2)**
72:19 78:10,12 81:24
**break (19)**
48:12,14 49:4,11,15
102:10,20 170:15
170:19,20 176:10
222:19 224:14,17
224:24 249:6 259:7
259:10 283:14
**brief (1)**
172:10
**briefly (1)**
9:4
**bring (8)**
60:2 77:18,19 98:21

99:6 111:3 208:13
  208:19
**bringing (3)**
  172:17,19 175:6
**broken (1)**
  153:23
**brought (4)**
  77:23 172:11 199:14
  243:11
**bucks (1)**
  233:5
**budgeting (1)**
  63:13
**bulk (1)**
  122:6
**bunch (5)**
  23:4 28:5 40:10,12
  92:16
**burden (1)**
  184:15
**business (8)**
  56:5,6,18 62:24 63:5
  63:6,14 65:13
**butter (1)**
  135:17
**button (7)**
  144:22 145:7 151:7
  189:3 193:8,10,20
**buy (78)**
  48:3,7 51:7 67:7
  68:23 69:16 70:24
  71:8 72:9 74:16
  75:20 76:8,9 78:22
  82:6,9,12 100:9,10
  101:20,21,21
  103:22 105:2
  108:19 110:23
  111:7,10 112:24
  121:17,18 122:4,6,7
  122:19 123:8
  131:19 135:10
  136:5 148:17 150:3
  156:13 163:20
  166:4,6,14 169:3
  176:11,15 196:23
  202:19 206:22,23
  209:22 220:13
  228:7,12 229:17
  233:3 235:8,22
  236:5,24 237:21
  238:3 246:13
  249:17 264:10,25
  266:12 267:3
  280:11 281:13,14
  283:5 288:11 290:6
  290:9

**buyer (1)**
  80:15
**buying (48)**
  68:14 69:5 73:16 87:7
  108:8 110:21 122:9
  122:12,15,15,16,18
  122:25 146:22
  160:19 161:5,10,11
  161:20,24 167:21
  169:9 171:21 172:6
  172:6 173:7,12,13
  174:10,14,16,17,19
  174:22,23 180:20
  223:21 229:14,18
  230:11 231:5,5
  258:6 264:12 265:6
  265:10 266:2 267:6

_____

**C**

**C (27)**
  3:1 45:24 70:22 96:17
  177:17 178:12
  181:11 194:8 195:3
  195:7,9,17 196:8,10
  196:21 237:7 240:6
  241:9 247:13
  248:16 252:23
  255:5 271:18 274:5
  282:10 297:2,2
**caffeine-free (1)**
  130:24
**cake (2)**
  136:20,23
**calendar (1)**
  266:19
**calendars (1)**
  62:14
**California (2)**
  3:11 243:22
**call (14)**
  10:7,9,10 13:23 14:17
  23:17 57:18,23
  268:11,14 269:4,9
  269:10,15
**called (7)**
  5:12 7:25 57:12 94:17
  272:19 275:23
  289:3
**calls (14)**
  14:18 15:2 19:8,25
  20:3 44:9 85:4,13
  86:18 151:18 154:9
  164:23 177:11
  256:16
**caloric (1)**
  274:6

**calorie (8)**
  127:18,19 134:2
  135:24 208:21
  214:15 220:7
  225:16
**calories (22)**
  130:14 133:4,19
  134:5 211:17 215:3
  215:4,15,21 216:25
  218:2,6,15,16,20
  221:21 224:25
  225:15 270:23
  271:5 273:18 274:3
**Camp (1)**
  3:4
**candies (1)**
  221:3
**candy (66)**
  69:16 99:24 100:23
  101:3,4,16,22
  120:14,18 136:5,9
  136:10 137:8
  204:17 205:2
  206:11,14,21,22,23
  207:2,5,7,15,17
  208:12,19,24 209:7
  209:12,13,20,20,21
  209:25 210:2,8,12
  213:5,8,8 216:9,17
  216:19 217:4 219:9
  219:16,20 220:5,9
  220:10,11,20,23,24
  221:3,6 222:4
  224:24 226:7,15,20
  227:17,18 261:2
  301:6
**cane (1)**
  84:4,10 238:15 241:2
  241:12
**capital (1)**
  80:9
**caption (1)**
  45:7
**captioned (1)**
  32:25
**card (2)**
  182:8 258:12
**care (1)**
  247:11
**carefully (1)**
  146:15
**Carnauba (1)**
  211:4
**carried (2)**
  104:13,18
**Cars (1)**

78:16
**cartoon (2)**
  78:13,24
**cartoons (1)**
  78:16
**case (22)**
  1:2 5:18 7:15,17 9:3,5
  22:18 23:14,20
  42:11 44:6 50:11
  68:3 93:13 139:19
  182:4 233:22
  234:19 235:19
  276:21 289:2 298:2
**category (1)**
  243:17
**caught (1)**
  114:15
**cause (15)**
  15:22 59:4,25 97:9
  101:6 103:19 108:7
  160:16 163:19
  181:9 264:9 269:7
  281:16 297:8,22
**caused (13)**
  52:2 97:14 114:12
  150:7,13 172:5
  173:7 175:13,15,19
  254:13 260:21
  264:25
**CCR (1)**
  1:24
**Center (4)**
  152:19 238:24 239:24
  301:15
**Centered (1)**
  239:8
**Century (1)**
  3:10
**cereal (5)**
  115:20 116:10,16
  117:4 120:21
**certain (7)**
  58:24 59:2 71:20
  72:10 222:22 238:5
  293:16
**Certified (4)**
  2:9,9 297:3,4
**certify (3)**
  33:6 297:5,19
**cetera (4)**
  150:23 153:25 223:9
  241:4
**change (7)**
  62:20 79:19 112:10
  157:10,18 169:7
  182:15

**changed (13)**
  78:7 90:22 112:14,19
  112:23 116:6,7,21
  157:2 158:25 168:4
  187:7 265:3
**changes (3)**
  123:19 157:7 297:16
**characterization (4)**
  44:18 250:15 251:16
  251:18
**characters (2)**
  78:13,25
**charge (1)**
  267:12
**charges (1)**
  267:9
**cheese (1)**
  120:13
**chemicals (3)**
  178:2,3,5
**chemist (3)**
  93:13,17 152:2
**chemistry (2)**
  93:18 152:2
**cherries (2)**
  104:20 179:24
**cherry (4)**
  227:21 239:10 240:8
  244:15
**child (8)**
  73:2,8 122:23,24
  123:2 124:3 146:12
  271:4
**children (25)**
  45:20 69:15 72:25
  74:21 78:20,25 90:8
  96:23 97:7 98:21
  100:8 108:10 124:6
  133:10 134:21,22
  146:21 147:23
  169:4,10 173:15
  245:19,23 246:18
  246:21
**chip (12)**
  131:23,24,25 132:19
  133:3,18 134:4,17
  134:24 135:6,8,12
**chips (2)**
  120:14 135:16
**chocolate (13)**
  131:23,24,25 132:18
  133:3,17 134:4,17
  134:24 135:6,8,12
  135:16
**choices (1)**
  264:20

**choose (1)**
119:9
**choosing (1)**
243:9
**chopping (1)**
153:24
**chose (1)**
132:13
**chosen (1)**
219:17
**citizen (1)**
75:14
**citric (1)**
210:24
**claim (5)**
47:17,20,21 187:14
    197:11
**claimed (1)**
248:25
**claims (2)**
227:16 228:14
**clarification (1)**
201:4
**clarifying (1)**
191:24
**class (14)**
23:23,25 25:11,14
    52:10,13 53:9,17
    60:15,18 75:17
    272:19 299:9,10
**clauses (1)**
238:5
**cleanup (1)**
286:7
**clear (5)**
23:11 28:7,20 94:12
    278:4
**client (5)**
63:23 64:2,5 243:7,11
**clients (4)**
46:15 64:6,7 92:24
**clinical (1)**
65:24
**closer (1)**
121:11
**closest (1)**
116:23
**coffee (2)**
115:21 116:16
**coincidence (2)**
173:21 174:21
**cold (2)**
110:20 173:8
**collect (2)**
283:15,17
**college (1)**

61:25
**color (43)**
85:23 86:3 88:16
    113:3 149:13
    156:18 202:25
    226:19,23 227:2,5
    239:23 240:21
    241:19 244:21,25
    245:5,9 259:16
    283:8 286:25 300:9
    300:12,15,18,19
    301:4,5,6,8,9,11,12
    301:14,17,19,21,23
    302:4,6,9,11,13
**colors (3)**
70:20 86:24 238:13
**combination (4)**
139:24 140:3,8 143:7
**combine (1)**
141:2
**combined (1)**
143:13
**come (10)**
47:25,25 50:23 109:9
    136:25 141:19
    254:24 255:6 256:4
    283:15
**comes (7)**
141:18,18,20 142:10
    143:13,15 256:5
**coming (7)**
60:10,16 96:21,25
    97:5,7 270:19
**comment (5)**
50:12,14 172:18
    225:9 269:24
**comments (2)**
268:24 293:24
**COMMISSION (1)**
298:25
**communicated (1)**
19:7
**communication (6)**
9:22 10:17 19:9 20:2
    20:4 44:10
**communications (7)**
9:8,8,24 10:3,6
    279:16,18
**Companies (15)**
1:8 3:20,23 4:7,24 5:5
    29:4,22 36:14 67:23
    68:7 165:13 207:11
    299:12,18
**company (7)**
28:24 29:17 52:8,21
    66:10 82:15 274:22

**comparable (1)**
253:7
**compare (19)**
71:17 82:19 161:19
    162:4 163:8,13,16
    164:9,13 167:12
    169:17 170:2,10
    206:15 207:24
    208:20 210:13
    225:13 232:10
**compared (8)**
97:13 167:15,24
    170:6 206:13
    232:12 238:17,21
**compares (1)**
131:14
**comparing (7)**
164:7 206:20 216:11
    224:24 229:7
    280:23,25
**comparison (5)**
208:6 209:3 214:20
    215:9,11
**competitor (3)**
241:6,14 244:4
**compiles (1)**
66:10
**complain (2)**
269:11,24
**complaint (75)**
22:20,21 23:4,24 24:2
    25:11,14,24,24 26:5
    26:15,16,19 27:4,17
    28:2 40:11,12,18,19
    40:19 41:3,11,16,17
    41:25 45:2,3,6
    46:14 48:3 54:2,2
    74:9 75:7 203:25
    205:24 206:5,6
    207:9,13 209:24
    216:16 219:8 222:7
    236:16 248:2 251:5
    254:9,9 259:23
    262:20,22 263:14
    277:21 278:2,8,14
    278:23 280:21
    291:21 292:15
    293:3,5,8,11 295:18
    295:20,21 296:2,5
    296:16,18 299:9,10
**complete (2)**
16:24 248:12
**completely (3)**
168:3 171:21 273:13
**completion (1)**
297:14

**compliance (5)**
63:16,20 152:13,23
    300:22
**complies (12)**
36:23 43:4 75:8,12
    113:8 179:5 203:24
    204:13 210:21
    254:10 259:25
    276:13
**component (5)**
153:12,14,17 155:17
    156:7
**components (1)**
156:3
**computer (1)**
297:12
**concentrate (61)**
46:19 47:3,8,19 84:5
    84:6,14 87:21 88:5
    90:21 91:2,8,12
    93:6,19 94:2 108:24
    109:7 145:6 148:14
    150:21 152:5 154:7
    154:20 155:10,19
    156:11 157:4,16
    158:6,19 159:14,20
    159:23 160:12
    178:11 190:9,17,19
    190:20 191:18
    192:17 193:3 194:6
    198:10 202:12
    216:2 228:3 238:16
    239:13 241:4
    248:17 255:3,7,14
    257:3,13,16 273:17
    274:5 282:9
**concentrated (2)**
153:20 154:2
**concentrates (3)**
150:10,12 151:6
**concern (3)**
106:13 107:5 134:21
**concerning (4)**
184:25 277:19 279:8
    279:15
**concerns (1)**
108:8
**concluded (1)**
97:22
**concludes (1)**
296:22
**conclusion (9)**
85:4,14 86:19 151:19
    154:10 164:24
    177:12 228:11
    256:17

**conclusions (2)**
208:8 209:2
**conducted (1)**
289:7
**confident (1)**
210:18
**confirm (5)**
23:5 32:5 35:2 165:15
    284:3
**Confirming (1)**
34:21
**confused (9)**
191:25 205:15,20,21
    206:3 262:24 263:6
    263:16 293:15
**confusing (1)**
41:3
**connected (1)**
48:20
**connection (1)**
57:11
**conscious (1)**
80:15
**consequences (3)**
17:20,21,23
**consider (7)**
160:24 161:8 195:20
    196:14,25 227:18
    228:4
**considered (5)**
107:6,8 154:8,20
    176:13
**consistent (3)**
144:21 180:4,20
**constituent (1)**
140:14
**constituents (1)**
190:22
**constitutes (2)**
151:23 153:14
**consumed (2)**
76:7,12
**consumer (7)**
232:7 233:14 237:12
    252:12 260:12
    268:21,23
**consumers (12)**
222:17 230:7,19
    231:16 235:22,24
    236:5,23 238:3,4
    254:13,16
**consuming (6)**
222:18 230:7,20,21
    231:17 270:22
**contact (1)**
270:10

contacted (1)
274:22
contain (9)
185:6,12 187:19
188:4 190:4 195:16
204:15,19 228:9
contained (10)
23:4 128:20,21,24
151:2 172:23
187:18,24 195:2
249:2
containing (3)
120:7 196:4 249:8
contains (10)
160:17 178:10,12
195:6 206:9 224:8,9
240:6 274:3,4
content (42)
9:7,21 10:17 33:4
106:10,18 133:22
134:5 160:9 161:11
161:25 163:20
166:5,6,15 167:4,21
176:12,17 196:24
197:6,14 202:20
208:21,21 214:11
214:15 224:25
225:17 235:4,9
249:17 254:15
261:6,7,10 262:9,12
262:16,18 284:12
284:16
contention (4)
188:12,13,14,17
contents (1)
254:24
context (1)
68:16
continue (2)
99:11 110:16
continued (14)
97:17,21 100:9 107:9
108:19 128:14,18
128:25 145:8
148:17 156:10,13
284:9 286:3
continuing (2)
22:4 211:4
control (2)
72:9 279:12
conversation (30)
10:23 11:5,6 12:3,5
14:5,13,25 24:23
50:9,11 51:6,8,14
53:22 60:7 109:14
110:17 171:11,19

172:5,10 173:11,22
173:23 174:9,11,13
174:15 265:13
conversations (2)
14:24 55:4
Convicted (1)
67:3
convince (1)
235:22
convinced (1)
236:23
convincing (1)
238:2
cookie (4)
123:21 132:14,14
134:4
cookies (26)
101:16,22 123:21,25
124:12 131:21,22
131:23,25 132:6,7
132:19 133:3,13,18
133:23 134:17,24
135:4,11,13,25
136:18,23 251:22
261:3
cooperative (5)
1:7 4:6 29:17,21
299:17
Cooperative's (3)
29:8,12 299:15
copy (1)
240:17
copyright (1)
149:18
copyrighted (2)
113:16 156:24
corn (15)
86:11,11 87:19
128:21,24 140:22
141:3,8 144:8,16
150:22,23 227:25
239:12 252:18
corner (1)
193:14
cornstarch (1)
210:24
correct (65)
18:19 20:10,19 33:8
35:10 38:13,22
39:21 40:21 42:20
49:21 72:21,22
74:13 77:24 78:14
84:12 95:22 102:3
105:9 106:7 114:25
119:5 120:4 124:10
124:11 133:5,8

138:13,15 149:6
158:12 160:22
161:6 173:4 175:12
191:22 195:18
215:6,22 216:2
218:3,7,10,17,20,25
219:5 223:8 225:17
235:4,10,11,13,14
245:23,24 252:7
266:4 270:23,24
271:15,18 284:4,19
correctly (1)
215:14
cost (24)
71:22 82:24,24
121:23 182:18,21
182:22,24 183:18
183:21,25 184:5,7,9
184:19 232:20
233:10 242:10,20
244:17 267:18,25
268:2,4
Costco (1)
290:15
counsel (51)
3:19,22 4:17 5:4 6:5,6
9:3 10:20 11:13,25
12:17,20 14:11
15:16 19:7 22:21
46:12,22,23 47:23
47:25 48:18 49:16
58:12 89:7,16 92:18
92:21 93:24 136:3
139:9,20 165:8
225:9 227:14
243:10,13 253:9,13
253:21 256:19,21
265:25 266:3,4
292:19,23 294:16
295:19 296:15
297:20
counsel's (3)
6:24 12:25 196:5
count (3)
127:18 134:2 212:5
County (2)
75:15,16
couple (4)
7:8 123:12 171:14
181:4
coupons (1)
182:15
course (11)
9:25 75:16 95:23
145:3 160:18
182:12 184:18

187:8 191:14
264:19,22
court (8)
1:1 4:8,15 15:14 16:7
16:14 27:15 59:23
crack (1)
227:15
cracked (1)
118:25
crackers (2)
101:16 251:23
cracking (1)
119:2
Craisins (3)
118:2,16 119:6
create (2)
233:19 234:16
critical (1)
182:4
CRO (1)
66:10
cross (3)
295:7,9,14
CRR (1)
1:24
current (6)
88:20,22 114:16
137:13,16 202:23
currently (3)
118:8 131:17 242:5
custody (1)
279:12
customer (2)
80:24 268:21
cut (2)
108:12 148:23
cv-05828-MKB-V ...
1:2

---

**D**

D (3)
194:23,25 299:2
daily (3)
45:23 96:18 240:6
dairy (1)
120:12
dairy-free (1)
130:21
Dale (3)
3:18 5:3,4
dan (3)
4:22 5:17 224:12
DANIEL (1)
3:12
data (2)
66:3,11

date (11)
19:6 53:25 54:4 61:3
65:3 152:13,23
251:4 294:15 298:3
300:22
dated (10)
24:15,19 31:23 35:5
35:16 36:21,22
37:11 296:16
297:24
dates (6)
16:20,21,22 118:3,17
119:6
day (15)
16:25 19:18 33:9,16
76:15 110:20
123:11 124:6
133:13,16 173:18
174:18 225:11
266:25 298:23
days (6)
36:24,25 37:16
123:12 124:19
126:22
dead (1)
283:17
deceived (3)
236:4 254:12 272:15
deceiving (3)
235:23 236:25 238:4
deceptions (6)
260:3,6,10,14 263:22
265:23
deceptive (45)
45:10,16,24 47:17
84:25 85:2,7,12
86:13,17,22 87:3
89:12 91:18,20 94:8
96:4,12,20 97:5,14
97:15,23 109:10
148:20 151:8 165:6
176:3 197:20,24
198:7 227:16 228:5
228:14 229:10,13
238:17,21,25
246:21 247:5
261:16 274:16
282:22 288:12
decide (2)
109:2 169:8
decided (5)
48:11 77:10 98:23
99:2 162:18
decision (5)
169:5 174:25 176:21
232:18 260:5

**decisions (1)**
175:24
**Declaration (3)**
152:14,24 300:22
**declare (2)**
32:24 33:6
**Defendant (9)**
28:23 29:3,8,11,16
31:4 249:7 299:11
299:14
**Defendant's (16)**
30:23 31:2,13 33:2
34:5 36:6,9 43:15
43:20 75:15,18
204:14 234:16
299:21,23 300:4
**defendants (28)**
1:9 3:9 4:23 5:18 18:3
18:7 29:20 42:18
222:14,20 223:5
233:19 235:21
236:23 248:23,24
249:3 254:11,17
260:2,3 279:17
289:7 293:17
294:16 299:7,17
300:8
**defense (2)**
243:13 295:19
**define (2)**
181:3 219:20
**definitely (6)**
30:12 100:8 120:20
170:18 175:2 181:5
**definition (7)**
74:15 153:11 154:5
155:23 180:24
181:8 278:6
**definitions (1)**
154:13
**degree (1)**
65:7
**degrees (2)**
61:20 65:11
**Demand (6)**
23:24 24:2 25:11,14
299:9,11
**demands (2)**
293:16 296:9
**Department (1)**
152:18
**depending (2)**
121:7,10
**depends (5)**
72:3,6 132:23 178:17
181:8

**depicted (15)**
185:7,12 186:14,17
187:19,25 188:4,18
190:4 203:5 204:16
204:20 206:10
233:21 234:17
**depictions (7)**
27:19,19,21 40:23
41:7,16 260:2
**deponent (3)**
297:16 298:4,21
**deposed (1)**
15:11
**deposition (74)**
1:12 2:5 4:3,10 5:23
6:3,5,11 10:13 14:2
15:10 17:25 18:2,3
18:4,7,17 19:3,6,20
23:25 25:10 29:3,11
29:20 31:12 32:20
34:4 35:13 36:5
37:5 40:9 42:16
43:18 59:19,20
60:10,16,23 85:23
86:3 88:16 92:23
113:3 114:2 149:13
152:11 156:18
168:16 202:25
226:19,23 227:2,5,8
239:23 240:21
241:19 244:21,25
245:5,9 259:16
283:8 286:25
295:12 296:23
297:6,8,14,21 298:3
299:8 303:3
**describe (3)**
61:10 79:22 119:12
**DESCRIPTION (4)**
299:6 300:3 301:3
302:3
**desk (1)**
57:14
**despite (8)**
108:17 157:13 158:3
158:17 207:12
273:16 274:2,6
**detail (2)**
46:7 196:21
**development (1)**
66:4
**devoid (4)**
222:16 230:6,18
231:15
**dextrose (1)**
210:24

**dicing (1)**
153:24
**diet (1)**
134:20
**difference (17)**
141:13 142:20 143:3
155:25 156:4
158:21 159:12
160:7 200:3 217:11
228:15,23 229:22
232:17,19 255:17
256:3
**differences (1)**
203:7
**different (26)**
13:16 31:6 63:13
72:19 81:7 98:15
99:6 117:25 119:8
140:9 143:24 169:8
175:11 198:17,21
198:23 200:6
203:13,16,22 209:4
219:15 244:10
263:23 280:24
288:8
**direct (6)**
295:7,8,10,11,14,15
**directed (2)**
246:3,7
**direction (2)**
297:13 303:6
**director (2)**
62:18 65:24
**discovery (3)**
28:22 37:18 40:12
**discuss (1)**
14:14
**discussed (2)**
171:12 267:16
**discussion (21)**
5:2 7:9 35:4 42:23
43:22 50:15 59:5
76:2 85:19 97:20
133:2 156:21 171:3
174:24 201:11
227:12 237:22
240:3 266:23
268:19 289:21
**discussions (5)**
7:8 59:14,16 60:20
100:11
**disinterested (1)**
297:9
**dismissed (1)**
125:18
**displayed (1)**

189:9
**dissecting (1)**
98:3
**distributed (3)**
68:6 95:4,16
**District (4)**
1:1,1 4:8,9
**disturbing (1)**
119:3
**document (38)**
18:9 20:11,16 36:15
37:22,23 38:15,16
42:9,13 43:3 70:14
70:18 152:17,21
153:3 154:25
155:10,13 204:2,11
205:23 258:15,19
258:25 263:13,17
276:12,23 277:6
278:5 291:23 292:2
292:9,21 293:16
294:10 296:9
**documents (52)**
7:12,13 18:16 25:20
29:18,23 30:20 39:4
40:8,10,14 42:4,10
42:19 43:9,17,21
44:3,6,7,7,12,23
259:4 263:2,9
276:20 277:5,10,14
277:16,19,22,25
278:6,7,12,20,23,24
279:5,7,8,12,15,25
293:19,24 294:17
299:19 300:9
303:12
**doing (8)**
115:8 121:20 146:3
214:18 264:21
295:14,14,15
**door (1)**
119:14
**double (4)**
82:22 212:4 215:7
217:8
**dozen (11)**
82:8 84:22 87:4
179:24 184:8
237:25 244:10,12
244:13 250:12,20
**Dr (4)**
93:10,12,16 255:22
**draft (2)**
293:24 294:8
**dried (6)**
118:2,3,16,17 119:7

153:18
**drink (4)**
281:17,25 282:16,18
**dropped (3)**
212:6,12,13
**drug (3)**
66:4 152:19 154:6
**due (1)**
254:15
**duly (2)**
5:13 297:6
**duties (3)**
62:13 63:11,20
**DV (1)**
70:22
**dye (1)**
92:17
**dyes (1)**
92:3

_____
E
_____

**E (31)**
3:1,1,17,17 5:10
96:18 177:17
178:13 195:3,7,10
195:17,25 196:10
196:13,15 241:11
248:16 252:22
255:5 271:18 274:5
297:2,2,2,2 299:2,5
300:2 301:2 302:2
**e-mail (4)**
19:23 292:3,11
296:15
**E-mailed (1)**
18:14
**e.g (1)**
153:24
**earlier (29)**
14:16 18:15 20:17
26:18 40:8 127:10
145:20 162:23
171:2 177:16
179:22 180:8,9,10
181:16 204:6
205:13 244:11
255:22 258:5
266:20 267:23
275:24 276:15
280:9 283:24
291:20 292:18
293:14
**early (5)**
10:12,18,23 149:20
293:20
**easier (1)**

16:15
**East (1)**
3:10
**Eastern (2)**
1:1 4:8
**eat (11)**
73:18,25 76:13 101:2
122:8 123:2,3,18
133:13 134:21
139:12
**eaten (4)**
73:23 291:6,9,12
**eating (7)**
51:2,3 73:15 123:10
230:24 254:19
255:11
**economical (1)**
121:21
**educated (1)**
99:8
**educational (2)**
61:10 65:5
**eggs (1)**
135:17
**eight (29)**
66:17,21 67:10 73:4
79:21,23 80:2,6
87:10 90:9 99:7,15
100:5 116:9,9,11
146:4,13 163:13
170:3 183:6,9
184:13 237:9,10,14
237:21 251:4
269:11
**eight-year (3)**
73:6 181:18 189:21
**eight-year-old (1)**
146:22
**either (24)**
6:22 25:23 26:9,15
27:4 28:10 45:2
58:3 87:20 90:24,25
91:8 108:23 126:3
176:15 180:18
206:5 225:22
232:10 238:21
270:7 274:23
287:15 297:20
**Eleven (1)**
38:4
**Elisa (1)**
125:5
**Eliza (1)**
125:5
**Ellen (2)**
3:18 5:3

**emphasis (3)**
249:11 252:5,11
**emphasized (2)**
249:3,10
**employment (1)**
61:24
**empty (2)**
283:9 302:11
**enjoyed (1)**
272:9
**enrichment (1)**
256:5
**entail (2)**
62:13 63:11
**entire (7)**
116:2,5 187:13 232:2
243:6,16 250:15
**entirety (2)**
187:15 243:8
**entitled (15)**
16:20,23 17:3 18:6
19:10 23:23 25:13
32:23 36:8 43:14
70:9 152:21 274:8
274:11,19
**epiphany (1)**
48:10
**equal (1)**
215:10
**equals (1)**
198:22
**equivalent (2)**
70:13 230:24
**ERRATA (1)**
298:1
**especially (2)**
199:12 264:17
**ESQ (4)**
3:6,12,18,21
**essentially (1)**
277:9
**established (2)**
214:18 216:24
**estimate (3)**
105:14 181:15 182:16
**Estimated (1)**
78:9
**estimates (1)**
182:10
**estimating (1)**
182:13
**et (4)**
150:23 153:25 223:9
241:4
**event (1)**
297:22

**Eventually (1)**
107:3
**everybody (3)**
170:16 272:5 274:18
**evidence (29)**
71:4 79:16 107:25
113:22 117:12
118:6 133:7,22
142:2,25 144:13
163:10 178:16
183:3,13 211:20
214:5 217:6 222:2
233:7 239:4,19
240:12 242:16
247:8 253:4 262:5
280:22 282:15
**ex-husband (1)**
59:20
**exact (10)**
16:25 44:18 79:16
94:18 111:2 138:15
174:5 176:7 200:19
204:11
**exactly (7)**
41:4 81:23 97:6 100:7
143:11 156:11
174:12
**examination (5)**
5:15 291:19 295:11
299:4,4
**examined (1)**
5:14
**example (1)**
215:2
**excellent (2)**
241:10 247:12
**exception (1)**
280:2
**excludes (1)**
153:12
**executed (1)**
33:8
**executive (4)**
62:12,15,17 63:2
**exhibit (191)**
17:25 18:3,6 23:23,25
25:9,10,13 26:7,7
26:19 27:5,5 28:21
28:23 29:2,3,7,11
29:15,20 30:23
31:11,12,15 32:12
32:17,20,23 34:2,4
35:11,13 36:4,5,8
37:3,5 38:2,16 39:7
39:14 42:16,21,22
42:24 43:3,13,18,23

75:7 85:21,23,25
86:3,5 88:14,16,18
103:20,25 104:24
113:2,3,6 127:7
138:12 149:8,12,13
149:16 152:10,11
152:17 156:18,22
158:6,12 179:2
202:25 203:4,5,23
205:25 222:8,11,12
226:19,20,23,24
227:2,3,5,6,8,8,10
227:14 229:25
239:22,23,25
240:15,21,23
241:19,20 244:21
244:23,25 245:3,5,7
245:9,11 248:3
254:9 259:16,18,24
276:11 278:5 280:8
282:7 283:8,10
286:22,23,24,25
287:3 292:6 299:6,7
299:9,10,11,14,17
299:20,22,23,24
300:3,4,6,7,9,11,12
300:14,15,17,18,19
300:20 301:3,4,5,6
301:7,8,8,9,10,11
301:11,12,13,14,16
301:17,18,19,20,21
301:22,23,24 302:3
302:4,5,6,8,9,10,11
302:12,13,15
**exhibits (6)**
29:25 226:12,15
242:24 245:13
284:2
**existed (2)**
113:19 114:10
**existing (1)**
52:13
**expect (3)**
15:22 121:23 230:9
**expected (1)**
261:17
**expecting (1)**
102:2
**expense (1)**
63:13
**expensive (2)**
82:21 121:17
**expert (9)**
93:13 141:5,6 152:2
154:11 199:4,17
214:6 256:2

**EXPIRES (1)**
298:25
**extent (7)**
15:19 40:24 59:8 85:3
113:21 199:12
240:11
**extremely (2)**
172:10 280:20
**eye (1)**
114:16

**F**

**f (3)**
259:23 297:2,2
**FA (1)**
63:22
**fact (33)**
55:25 87:11 108:5,18
110:7 128:6,23
130:10,17,20,23
131:2 142:2 154:12
155:3 157:13
158:17 173:3
176:19 190:2 201:5
207:12 208:22
210:4,7 244:10
253:10 273:16
274:2,7 282:19
285:5,14
**facts (36)**
71:3 79:16 83:24,25
107:24 113:22
117:11 118:5 133:7
133:22 142:2,25
144:12 152:12,22
163:9 178:15 183:2
184:25 214:5 217:6
221:25 233:6 239:3
239:18 240:12
242:15 247:8 253:3
262:4 280:21
282:10,14 284:18
285:7 300:21
**factual (2)**
277:20 278:13
**fair (2)**
16:17 246:2
**false (22)**
91:23 109:11 148:20
151:8 165:5 176:3
177:18,22 191:5
197:20,24 198:7
229:10,13 230:15
231:3,7 233:20
234:16 235:17
246:20 247:5

familiar (1)
135:23
family (13)
8:24 74:11,15 75:4,19
75:21,23 76:9,13
92:7 126:14 248:4,5
far (3)
15:17 280:20 290:21
Farm (2)
86:4 300:13
farmer (1)
92:8
faster (2)
269:9 286:9
fat (19)
127:19 132:25 133:3
133:19 134:2,5,16
134:18,19,19
135:24 215:16,21
217:2 218:15,16
220:7 221:21
224:25
fat-free (1)
131:3
FDA (10)
141:5 151:15,22
154:13 199:2,13,16
199:19,22 208:3
February (5)
10:12,18,23 15:5
293:20
feed (2)
98:20 264:16
feel (1)
96:3
field (1)
66:9
Fifteen (1)
212:3
fifty (1)
200:8
file (2)
48:11 52:2
filed (28)
22:18,21 23:4,8,9
24:15 26:3 55:8,11
56:2 67:5 90:6
125:9 159:7 165:10
165:13 204:2
207:14 236:18
251:5,12 262:21
271:24 275:7 293:4
296:6,16,19
filled (3)
50:13 171:6 207:18
Finance (1)

61:19
financial (1)
64:2
find (6)
97:14 120:2,6 244:9
246:20 261:23
fine (3)
84:8 197:21 224:16
finish (2)
16:11,13
finished (3)
141:18 142:10 143:17
finishes (1)
257:23
Fir7st (1)
299:21
firm (16)
12:20 13:2,9,13,16
14:21 48:19 50:3
53:2,2,12 57:5,9,19
58:8 275:17
first (187)
6:9,10 18:11 24:23
25:10,13 26:16,20
26:24 27:6 30:24
31:2,13,18,19 33:3
33:16 34:5,15 36:6
36:9 39:23 40:20
41:20 42:18 43:16
43:20 45:3 47:24
58:18 67:7,14,25
72:13 73:7 74:4
75:6 76:22,23 77:4
77:6,21 78:5,7,8
79:18 80:14 84:9
87:7,17,23,25 88:4
88:6,23 89:21 90:2
90:15,20,24,25
91:16 95:20 97:15
99:14 100:4 102:21
103:8 106:24 107:2
107:16 108:24
109:7 112:21
113:12,19 114:5,11
114:22 122:14,22
122:25 126:7,14
127:21 128:3,9
129:4,8,20 130:7
137:14,17,20,25
138:24 140:4,6
145:7,17 146:4,7,25
147:5,8 148:14
149:5,9,24 150:4
157:3,15,17 158:7
158:23 159:3,13,24
162:8,18,25 163:6,7

163:13,15,23 164:8
165:14,18 166:3,4
166:17,20 167:2,17
169:14,18 170:10
176:16 179:8
187:24 189:2,4
194:9,12,14,15,16
194:17,21 197:10
198:12 203:13
204:7 208:2,5 214:4
217:5 228:20
229:25,25 233:23
234:21 235:8
239:14 241:13
242:2 252:17,18
254:20 256:11,25
257:4 269:13,14
275:10,13 276:8,15
284:22 285:10,13
289:18 299:10,23
300:5,8
fish (1)
101:18
five (22)
10:25 11:8 66:17,21
78:9 83:6,7 90:11
119:22 120:5
140:12,13,16
141:14,14 184:8
198:17 216:25
233:4 239:14
244:12 283:13
flavor (5)
83:11 125:23 129:6
131:8 247:13
flavored (21)
69:5,11 70:22,23
81:20 85:24 87:15
179:18 239:8 240:5
240:22 241:24
244:22 245:2,6,10
300:10 301:17,21
301:23 302:5
flavoring (1)
288:9
flavors (11)
70:21 83:21 86:25
92:2,9 210:25
227:23 238:9,12
241:25 247:13
Floor (1)
2:7
flour (1)
135:16
follow-ups (1)
291:18

following (3)
59:9 185:5 187:23
follows (3)
5:14 56:17 201:13
food (15)
59:4 77:18,19 93:12
93:17,18 99:8 115:3
151:25 152:2,19,20
154:6 239:13
290:22
foods (24)
1:7 4:6,23 29:8,12,16
29:21 45:8 69:14,16
99:5 111:4 132:5
133:11,11 148:7
173:15 177:25
178:2 207:10 290:2
290:7 299:14,17
Foot (5)
287:2,6,10 288:5
302:14
foregoing (2)
33:2 297:6
Forest (5)
238:23 239:8,17,24
301:15
forget (1)
115:7
form (17)
22:19 46:10 47:10
52:3 133:6 141:18
142:24 145:11
152:6 188:6 193:12
199:11 201:3
260:21 270:25
272:11 286:13
formula (4)
90:22 157:2 200:17
202:13
formulation (1)
137:13
forth (2)
209:4 277:21
found (1)
97:13
four (18)
66:15 90:11 100:12
119:22 120:5
147:23 187:7,8
218:12 221:3,9,11
221:14,20 265:5
269:7 282:12
285:19
frame (2)
247:20,21
frankly (1)

268:7
free (2)
203:10,12
fresh (3)
119:15 120:2 282:20
Friday (1)
33:21
friend (14)
48:18,21 49:16,20,21
49:23 52:18,21
53:12 55:16 58:6,7
109:15 265:11
friends (1)
52:22
front (33)
37:24 39:4 51:2,3
57:14 91:6,20 92:9
109:4,12 127:6,11
127:13 144:22
151:7 155:21
172:23 193:15
195:10 203:19
222:25 228:19
238:10,11 239:11
240:8 263:2 265:17
284:4,17,25 285:3,5
fruit (801)
7:20 45:13,14,19 46:9
46:16,18,19,20,21
47:2,2,2,3,8,8,9,13
47:15,18,18,19,19
47:20 48:17 50:23
51:7,17,17,24 53:3
55:5 58:11,21 60:21
67:7,14,21 68:21,24
68:25 69:4,5,9,10
69:11,17,21,24,25
70:17,19,22,23
71:18,18,22,24
72:14,15,17 73:15
73:18,25 74:8 75:18
76:8 77:7 78:2 79:4
79:6,9,13,23,25
80:8 81:19,20,21
82:16,18 83:13,16
84:14,15 85:24,24
86:4,24 87:7,15,15
87:18,20,22 88:5,8
88:14,17,17,23 89:5
89:10,14,15,15 90:3
90:21,21,25 91:2,7
91:8,9,12,12,13,19
92:8 93:6,6,7,18,19
93:19 94:2,2,3,6,7
94:17,17 96:15,21
97:2,19 100:13,13

100:15 101:2,23,24
101:25 102:7,22
103:21,23 104:2,10
104:12,17,23 105:7
105:8,13,16 106:3,3
106:8 107:12,13,19
108:24,25 109:2,5,6
109:7,11,20 110:17
110:21 111:7,8,10
111:13 112:6 113:7
114:13,14,16
115:13,17 116:22
116:24,25 117:9,18
117:18 118:15,18
119:8,13,19 120:7
120:25 122:7,8
123:15,22,24,25
124:2,3,4,5,6,8,10
124:17,20 125:10
125:13,19,21,23,24
126:11,22 127:7,8
128:20 130:12
131:13,19 132:2,8
132:21 133:4,20
134:6,16 136:13,13
137:12,13,14,16,17
137:19,19,22,25
138:4,5,7,7,12,25
139:15,16,21,23
140:9,12,20 141:12
142:4,19 143:12,24
144:7,10,15,17,19
144:20,23 145:5,6,8
146:5,20 147:9,20
148:8,13,13,16
149:2,8,17,17,24
150:4,11,15 151:7
151:12,12,13,23
152:4,5,5 153:12,12
153:14,15,17,17,18
153:18,19,19,20,20
153:21,22 154:7,7,8
154:19,20,21
155:10,11,11,17,19
155:19,22,23,23
156:2,3,7,7,8,11,12
156:13,23,23 157:3
157:4,15,18 158:6
158:18,20 159:13
159:14,19,20,22
160:9,12,17,18,19
160:21,21,24 161:3
161:5,8,10,12,14,16
161:17,18,21,23,23
161:25 162:2,3,5,10
162:12,24 163:16

163:20,22 164:2,5,7
164:9,12,20 165:12
165:23 166:5,6,14
166:16,19 167:4,10
167:21,23,24 169:3
169:9,13,17,18,24
169:25 170:11
171:8,13,18 175:21
175:22 176:11,13
176:16,19,19,21,23
177:3,6,7,10 178:11
178:11 179:18,23
181:6,10 182:18,19
184:2,7,20 185:6,7
185:11,12,15,16
187:24,25 188:17
189:9 190:8,9,17,18
190:18,20,20 191:6
191:6,16,18,18
192:16,17 193:2,3
193:16,20,25 194:2
194:5,5,6,9,9,15,16
194:20,25 196:24
197:2,6,6,7,9,10,14
197:14,15,16,22,23
197:25 198:5,6,10
198:15,17 199:7,7
200:4 202:8,9,11,20
203:13 204:15,19
204:22 206:13,20
206:23,25 208:22
209:13,25 210:5,6
211:7,7,8,8,14,21
212:14,25 213:4,18
213:25 214:12,19
214:20 215:5,8,20
215:24,25,25 216:2
216:6,9,12,18 218:6
218:13,16,23 219:4
219:10 220:13,15
220:17,22 221:10
221:20 222:15,18
222:21 223:23
224:10 225:25
226:5 227:20,21
228:2,9,16,17,24,24
229:8,9,13,16,18,21
229:22 230:3,8,10
230:12,17,20,21,22
230:23 231:5,7,11
231:17,18,19,22,23
231:24 232:6,6,11
232:13,13,21,22
233:13,13,19,20,25
234:17 235:4,9,16
236:3,5,6,22,25

237:6,11 238:2,6,7
238:11,24 239:8,8
239:11,15 240:5,7
240:22 241:5,9,11
241:14,20,24,24
242:9,12,21 243:9
243:16,25 244:17
244:22 245:2,6,10
245:16,22 246:17
246:22 247:13,13
247:15 248:13,17
248:17,25 249:2,8,9
249:12,13,17,24,25
250:8,12,21 251:2,3
251:20,23,24,24
252:7,17,19,20,25
253:5,7,11,12 254:4
254:5,15,15,17,19
254:22,25 255:2,3,6
255:7,11,13,13,18
256:3,4,11,12,13,25
257:2,2,3,3,5,5,6,8
257:10,11,16,18
258:2,3 259:17
260:5,16,21,25
261:6,7,10,14,15,24
262:2,8,12,13,16,18
263:22,23 264:2,9
264:16,25 265:8,24
266:12,15 267:17
267:18 268:4,8
270:24 272:6,21
273:17 274:5,5
280:8,11,13,16
281:2,5,13 282:12
283:6 286:11 287:2
287:2,3,6,6,6,7,9,9
287:10,13,21,22,23
287:25,25 288:5,5,6
288:7,8,9,10 290:23
291:2,4,6,10,13
300:10,10,13,16,16
301:17,19,21,23
302:4,7,9,14,14,15
**fruit's (1)**
149:5
**fruits (23)**
119:7,15,15 120:2,12
152:3 186:13,17,22
187:18,18,19,25
188:4 190:4 193:9
202:3 204:16,20
206:10 223:16,17
254:24
**Fruity (2)**
239:24 301:15

**full (13)**
5:19 271:21 272:6,12
272:16 273:3,5,10
273:14 274:8,12,20
274:24
**full-time (1)**
269:7
**further (4)**
291:16 296:12,21
297:19

――――― G ―――――

**gather (2)**
44:6 259:4
**geared (1)**
78:19
**gelatin (3)**
70:21 210:23 239:13
**general (7)**
3:19,22 5:4 57:13
82:15 179:11 277:8
**generally (3)**
44:25 45:5 57:23
**generic (1)**
219:16
**Georgia (1)**
93:18
**getting (4)**
123:7 124:4 162:9
230:10
**girls (5)**
66:18,19,21 146:23
246:4
**give (40)**
16:4,24 17:5,8 57:24
73:8 95:11 101:7,22
105:10 106:4 111:4
126:22,24 131:20
131:21 132:4,13
133:10,16 134:21
134:24 135:4 136:9
173:15,16 175:4,6
175:21,25 176:19
197:6,7 198:4 208:9
228:21,25 229:3,6
247:10
**given (5)**
42:21 228:18 229:3
229:11 231:4
**giving (4)**
15:23 97:6 102:2
108:11
**Glucose (1)**
210:23
**gluten (3)**
70:21 203:10,12

**gluten-free (1)**
130:18
**go (39)**
6:2 11:13 15:9 21:19
51:23 57:3 102:12
122:21 123:4 136:7
143:2 152:7 182:8
185:15 199:24
209:20 212:20
220:6,13 222:6
227:13 229:24
238:14 239:11
241:8,8,20 244:8
258:11 266:16
270:7 277:2,3,12
279:21,23 289:3
290:8 301:19
**goes (3)**
132:15,17,18
**going (72)**
9:6 15:12,13,14 16:3
16:14 17:24 20:3
23:22 25:8,9 28:23
28:25 29:7,16 30:20
32:11 33:25 35:11
36:3 42:13 43:12
51:24 53:5 59:24
60:14,22 70:3,6
72:9 84:7 88:13
101:7,8 103:2
140:11 141:25
149:11 151:21
168:23 170:14,18
189:24 191:11
197:6,15,16 198:25
199:24 209:22
211:2 212:13,22
217:15 224:16
226:11,14 229:3
231:24 236:16
240:14,16 242:23
243:5,6 276:10
277:3 279:21 282:4
283:13 291:22
292:8
**gold (5)**
101:18 208:23 210:7
210:12 226:6
**Gold-Bears (2)**
226:20 301:6
**goldfish (1)**
251:23
**good (13)**
5:16 100:18,22
102:25 111:4
114:18 131:16

166:7 170:15
197:21 199:3
212:15,16
**goodie (1)**
136:25
**gosh (1)**
164:14
**grabbed (3)**
80:2,10,14
**grabs (2)**
70:2 94:14
**graduate (1)**
61:16
**graduated (1)**
65:7
**grams (32)**
106:22 107:6 108:6
108:15,18 127:11
127:19,20 128:8
172:24 211:13,14
215:3,8,15,16,21
217:2,23 218:10,25
225:15,20 265:17
282:11,25 283:25
284:3,24 285:2,6,24
**granola (4)**
115:20 116:16 117:2
117:6
**grape (23)**
140:13,15 141:10,19
143:14,22 150:11
185:20,24,25 186:2
189:13 190:24,25
199:8 200:22,24
201:14,16 239:9,10
240:8 281:20
**grapes (6)**
186:3,4,5,8 189:14,16
**great (3)**
134:11 227:20 273:10
**greater (3)**
233:22 234:18 235:18
**green (3)**
186:3,6 189:14
**Grimm (7)**
2:6 3:2 4:20 50:2 57:5
57:9 275:17
**grinding (1)**
153:24
**groceries (2)**
290:10,17
**grocery (1)**
289:24
**ground (4)**
6:2 15:10 16:9 33:5
**grunt (1)**

27:13
**grunts (2)**
16:6,8
**guess (7)**
16:24 47:6 51:22
174:17 180:6 196:2
293:2
**Guidance (3)**
152:15,25 300:24
**gummi (9)**
208:11,12,23 210:8
213:5 219:11 226:7
226:20 301:6
**gummy (26)**
207:18,19,23 209:6
209:10,19 210:2,6
210:13,20 216:20
216:21 219:21,23
220:3,4,7,8 221:11
225:10,11,22 226:2
226:18 227:9
301:13
**Gushers (5)**
287:3,7,10 288:6
302:15
**guys (2)**
59:18 198:11

———————
**H**
———————
**H (5)**
5:10 299:5 300:2
301:2 302:2
**H-a-l-l (1)**
5:22
**half (6)**
105:3,3 147:8,10
179:24 251:12
**Hall (412)**
1:3,13 2:1,5 4:1,4,4
4:21 5:1,16,21,21
6:1 7:1 8:1 9:1 10:1
11:1,23 12:1 13:1
14:1 15:1 16:1 17:1
18:1,3,5,8 19:1 20:1
21:1 22:1 23:1,25
24:1 25:1,10 26:1
27:1 28:1,25 29:1,3
29:6,10,11,14,19,20
29:24 30:1 31:1,12
32:1,20,21,24 33:1
34:1,4 35:1,13,14
36:1,5 37:1,5,6 38:1
39:1 40:1 41:1 42:1
42:16 43:1,18 44:1
45:1 46:1 47:1 48:1
49:1,11 50:1 51:1

52:1 53:1 54:1 55:1
56:1 57:1 58:1,15
59:1 60:1 61:1 62:1
63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1
75:1,13,18 76:1
77:1 78:1 79:1 80:1
81:1 82:1 83:1 84:1
85:1,23 86:1,3 87:1
88:1,16 89:1 90:1
91:1 92:1 93:1 94:1
95:1 96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1,3
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
149:13 150:1 151:1
152:1,11 153:1
154:1 155:1 156:1
156:18 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1,11 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1
202:25 203:1 204:1
205:1 206:1 207:1
207:10 208:1 209:1
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1 220:1 221:1

222:1 223:1 224:1
225:1 226:1,19,23
227:1,2,5,8,8 228:1
229:1 230:1 231:1
232:1 233:1 234:1
235:1 236:1 237:1
238:1 239:1,23
240:1,21 241:1,19
242:1 243:1 244:1
244:21,25 245:1,5,9
246:1 247:1 248:1
249:1 250:1 251:1
252:1 253:1 254:1
255:1 256:1 257:1
258:1 259:1,16,22
260:1 261:1 262:1
263:1 264:1 265:1
266:1 267:1 268:1
269:1 270:1 271:1
272:1 273:1 274:1
275:1 276:1 277:1
278:1 279:1 280:1
281:1 282:1 283:1,8
284:1 285:1 286:1
286:25 287:1 288:1
289:1 290:1 291:1
292:1 293:1 294:1
295:1 296:1 297:1
299:1,3,7,8,9,10,11
299:13,14,16,17,20
299:20,22,22,23,24
299:25 300:1,4,6,6
300:7,7,9,12,15,18
300:19,20 301:1,4,5
301:6,8,9,11,12,14
301:17,19,21,23
302:1,4,6,9,11,13
303:1
**Hall's (3)**
42:17 43:15,19
**handful (1)**
87:10
**Hang (1)**
27:10
**happen (1)**
15:12
**happened (3)**
17:2 53:11 174:13
**harass (1)**
243:11
**harassing (1)**
243:7
**hard (1)**
247:2
**Haribo (15)**
208:11,23 210:7,12

212:25 213:4
219:11,20 225:10
225:13,17 226:6,16
226:20 301:6
**harmed (1)**
272:15
**health (11)**
152:18 160:20 222:16
230:6,10,18 231:6
231:15 254:18
255:10 256:6
**healthful (49)**
204:17 205:2 206:10
206:25 207:4,16,21
209:25 210:7,11
213:4,8,9 216:16,17
219:9,11 220:10,12
220:23 221:8,11,13
221:22 222:4,15,21
222:24 223:2,12,14
224:2,3,5 225:25
226:5 228:13 230:4
249:5,5 250:5,5
252:6,25 253:11
254:5 260:22
280:17 281:5
**healthfully (1)**
223:16
**healthier (10)**
79:3 160:20 163:25
164:4,16 166:11
224:8 231:23
264:21 265:7
**healthy (4)**
111:3 248:3,8 280:13
**hear (1)**
67:25
**heard (11)**
67:13,22 68:3,13,16
93:9 124:24 125:5,9
255:23 289:10
**hearing (1)**
107:16
**Heights (3)**
5:11 61:7,9
**held (2)**
2:6 4:10
**Hello (5)**
243:3 244:22 245:14
245:25 301:21
**herby (1)**
297:5
**hereto (1)**
297:18
**hey (4)**
52:6 109:2,20,20

**high (3)**
107:7,8 175:23
**higher (4)**
214:11,15 225:16,16
**Highway (1)**
115:10
**history (5)**
8:19,22 61:25 182:9
258:12
**home (5)**
98:21 126:18 136:25
172:17,20
**homemade (5)**
132:6,7 133:18 135:9
135:12
**Homestead (2)**
5:11 61:6
**honestly (4)**
57:10 58:4 60:9 233:2
**hope (1)**
240:16
**Horowitz (4)**
3:18 5:3,3,8
**hour (1)**
224:16
**hours (1)**
269:11
**house (9)**
50:19,20,24,25 76:7
99:6 111:4 127:2
175:6
**household (1)**
94:14
**Human (1)**
152:18
**hundred (10)**
45:15,19,21,23 96:16
96:17 196:7,8,21,21
**hunger (3)**
271:8 273:19 274:4
**husband (21)**
58:13 60:8 65:22
72:24 73:17,18,23
74:12,17,22 75:3,24
76:4,8 77:14,15,19
123:3 270:12,19
288:23
**husband's (2)**
58:14 64:24
**hypocritical (1)**
154:14
**hypothetical (2)**
201:6,7
**hypothetically (1)**
201:21

**I**
**idea (6)**
160:2,5 202:17
204:21 257:15
285:13
**identical (1)**
94:16
**identification (37)**
18:5 24:3 25:12 29:6
29:14,24 31:14
32:22 34:6 35:15
36:7 37:7 42:19
43:21 86:2,6 88:19
113:5 149:15
152:16 156:20
203:3 226:22,25
227:4,7,11 240:2,24
241:22 244:24
245:4,8,12 259:19
283:11 287:4
**identified (3)**
216:20 278:7,23
**illegally (2)**
256:10,15
**illustrations (1)**
27:22
**impact (1)**
174:24
**impair (1)**
17:12
**implied (1)**
223:11
**imply (2)**
247:14 288:6
**implying (1)**
253:25
**important (7)**
72:2,7 201:2,18 202:6
286:17 289:13
**impression (3)**
233:20 234:17 235:18
**improper (3)**
154:14 294:4 295:16
**include (1)**
153:18
**included (1)**
78:13
**includes (2)**
126:7 278:8
**including (6)**
94:24 150:22 185:3
251:13 260:8 279:9
**inconsistency (1)**
91:11
**Incorporated (3)**
4:6,7,14

**incorrect (1)**
148:20
**INDEX (1)**
303:3
**Indicating (1)**
193:17
**Industry (3)**
152:15,25 300:24
**influencing (1)**
260:4
**information (11)**
8:8,12,18 14:15 20:24
24:25 142:3 172:4
292:18,22 295:25
**ingredient (155)**
46:18 87:17,23 88:4,6
88:7,23 89:18 90:12
90:18,19,25 91:7
94:24 95:21,24 96:3
96:5,13 97:10,22
98:2,4,5,8,14,16
99:2,12 106:9,17,20
108:5,23,25 109:6,8
110:6 112:17,21
114:5 127:10
128:17,19,19
137:14,18,18,20,25
138:8,17,24,25
139:16,22 140:5,7
140:22 141:9
142:22 144:8,11,17
144:20 145:5,7,13
145:18,24 146:15
146:20,25 147:6
148:4,10,13 149:6,9
149:25 150:4,9,20
151:5 155:18 156:9
157:3,11,14,15,17
157:17 158:5,7,11
158:18,20,25
159:13,24 171:18
172:22 178:4
186:21 187:12
189:22,25 190:5,10
191:5,13,15,17
192:2,7,15 193:4
194:9,15,17,21
197:11 198:9,12,24
200:7,25 201:17,22
202:4,5 203:14
208:4,6 210:19
214:8 215:13 224:8
227:23 234:22
238:14 242:3
252:17,19,21
256:11,12,25 257:4

265:16 284:2,19,22
285:2,14
**ingredients (65)**
83:25 84:2,3,9 85:10
86:8,9 88:11 92:16
92:20 93:3 95:3,15
97:9,12 112:13,19
113:15 128:6
132:12 135:13,15
137:23 139:4
141:14 142:7,12,19
143:9 146:6,8,18
150:22 153:21
154:2,12 158:25
160:10 178:7
185:15,23 188:23
190:15,17,18
198:13,16,17
208:21 209:3
210:22 214:7 228:2
234:21,23,24
239:14 240:25
241:11,13,25 257:9
257:12 258:2
274:16
**initial (2)**
12:5 14:13
**initially (1)**
81:12
**inside (1)**
120:17
**instruct (1)**
59:25
**INSTRUCTION (5)**
9:19 14:19 19:9 20:2
44:10
**instructs (1)**
15:18
**intake (5)**
45:20,22,24 99:9
108:12
**intended (1)**
247:14
**interested (2)**
277:9 297:22
**Internet (1)**
111:23
**interrogatories (45)**
7:25 8:6,9 18:19 20:7
24:25 27:25,25
28:17 29:5,9,13
30:19,24 31:3,5,14
33:3 34:3,6,9 36:7
36:10,13 37:19 41:4
41:9,13 42:6,25
43:2 81:6 179:3,4

205:16,18 277:15
294:9,10 296:9
299:12,15,21,24
300:5
**interrogatory (8)**
20:18 22:7,9 28:24
42:6 48:4 74:10
184:24
**introduce (1)**
4:17
**investigation (2)**
46:23 165:9
**invoices (1)**
279:9
**involved (2)**
288:19,23
**involves (1)**
59:9
**Island (1)**
65:10
**issue (10)**
54:5 59:12,18 94:6
106:12,14 122:3,5
144:19 246:16
**issues (2)**
199:5 276:20
**item (1)**
148:6
**items (3)**
92:6 216:13 219:17

**J**
**January (1)**
152:17
**jellies (1)**
68:22
**Jersey (11)**
1:14 2:7,11 3:5 4:11
5:12 61:7 75:14,15
115:11 277:7
**Jesus (1)**
135:16
**job (6)**
1:25 62:13,20,23
63:11 269:7
**Joe's (1)**
290:11
**John (2)**
58:15 64:25
**joined (2)**
23:17 62:10
**Jones's (1)**
94:17
**JOSHUA (1)**
3:21
**Judge (1)**

59:12

**juice (101)**
47:2,8,19 70:20 79:14
84:5,14 86:12,24
87:20 90:21 91:2,8
91:12 93:6,19,19
94:2 108:24 109:6
145:6 148:14
150:10,12,21 151:6
151:12 152:5
153:21 154:7,20
155:10,19 156:11
157:4,15 158:6,18
159:14,20,23
160:12 178:11
190:9,17,18,20
191:6,18 192:16
193:3 194:5 202:12
211:8 216:2 227:21
228:2,9,16,24
229:13,21 237:6
238:8,12,12,16,16
239:11,12 241:4
248:17 255:3,7
257:3,5,14,16
273:17 274:5
280:11,13,18 281:3
281:6,8,9,10,13,14
281:18,18,20,20
282:3,9 283:4,5,6,9
302:12

**juices (1)**
84:5

**Juicy (4)**
238:23 239:8,24
301:15

**jumped (2)**
71:10 72:15

**June (4)**
26:3 65:4 165:14
204:2

**junk (1)**
248:12

**jury (9)**
23:24 24:2 25:11,14
210:18 216:5
217:10 299:9,11

**juxtapose (1)**
148:15

---

**K**

**keep (7)**
84:7 136:2 137:5,7,10
191:10 211:2

**kept (1)**
181:23

**kernel (1)**
210:25

**kid (2)**
99:19 102:2

**kid's (1)**
123:16

**kids (73)**
51:3 66:12 69:16
74:13,16 75:21 76:4
76:4,13,15 77:18
99:17 100:12 101:5
101:8,10,22 102:24
103:8,15,17 106:15
111:4 119:10 122:8
122:14,21 123:14
123:18 124:9 126:2
126:5,6,12 129:5
131:8,20 132:2,4,6
132:13 133:12
136:7,22 137:3
146:10 161:5 166:7
166:23 167:5 175:7
175:21,25 176:18
197:6,7 209:12,20
216:10 246:9 248:6
264:16 265:5,7
269:8 273:18 274:4
281:16,24 286:18
286:19 289:15
291:9

**Kim (5)**
13:18,21 14:2 275:22
275:23

**kind (8)**
15:11 27:11,13
105:22 131:23
182:4 211:8 281:8

**kinds (1)**
189:15

**Kitty (5)**
243:3 244:22 245:14
245:25 301:21

**knew (18)**
50:25 58:6 110:5,25
161:4 171:14
172:21,24 175:10
223:21 230:25
231:4,5 232:2
265:15 284:12,16
285:24

**know (296)**
13:13,15,17 15:21
16:25 17:2 19:11,13
21:13,18 26:6,8
27:14 28:10,14,15
30:25 33:3 37:24

38:2 44:2,11,22,24
47:11,12,14,18,21
50:7 51:6,7,19 52:6
52:11,14,20,22,22
53:11,19 55:10 58:5
58:7 59:3 65:6 66:8
68:5,8 69:18 71:13
71:21 77:13 79:16
79:20 80:9,10,13
82:13,15,20 83:14
85:5,17 87:9,24
88:2 92:19 93:2,5
96:25 97:4,7 98:3,9
98:22 101:24 104:8
104:15,19 111:5,12
112:13 114:17
115:9 116:5,11
117:10 119:11
121:16 127:25
128:3 132:11,14,15
133:22 134:25
139:10,13 142:11
142:14,15 143:8,10
148:25 157:21
158:2 159:17,22
160:2 165:3,4,6,9
168:22 170:5
171:10 172:18
174:5 175:5,8,23
177:20,24 178:4,6,9
181:5,24 182:3,17
184:17,17 187:9
188:10 193:6,22
194:5 195:14,19,23
196:2,23 197:19,25
198:10 199:16,19
199:21 200:11,12
200:14,19 202:8,11
202:15 203:13
204:24 205:3,10,11
205:12 206:12,17
206:18,18,19 207:6
207:6 210:9 211:22
212:12 213:6,10,12
213:14,16,20
214:10,19 220:21
221:5,5,17,18,22
222:5 225:3 231:22
232:9 233:2,8,10,16
235:12,20 237:8,9
237:14 238:19,20
238:22 239:20
242:5,6,8,20 246:24
246:25 247:9,16
248:15,21 249:14
249:16,20,23 250:2

251:11,23 253:10
253:14,17,18 254:2
254:2,3,4 255:4,8
255:17,19,20,25
256:2,20,22 257:7
258:4 259:3,5,6,11
261:8,9,10,12,13,18
261:20,22 262:6,10
262:14,15,19
263:25 264:8,11,13
265:21 266:14
267:5,10,14,17
268:22 269:12
270:13 271:22
272:8,13,17 273:11
273:15,21,22
274:13,14,15,17,18
274:21 276:18,25
278:15,18,19
281:12,12 282:23
282:23 285:17
286:11,15 288:15

**knowing (3)**
101:4 235:16 286:4

**knowledge (16)**
12:23 54:8,9 55:10
58:24 65:12 82:12
136:12 139:12
193:5,6 213:19
278:11 288:24
293:12 295:22

**knowledgeable (3)**
151:22 152:4 173:14

**known (7)**
71:9 261:5,11 262:8
262:11,17 263:21

**knows (2)**
48:19 52:21

---

**L**

**L (4)**
3:17 5:10,10,10

**L-a-u (1)**
125:3

**L-a-u-r-e-n (1)**
5:21

**label (93)**
68:5 69:24 85:2,7,12
85:25 86:7,13 88:12
88:18 89:13 90:16
91:17,19,21 94:7
96:4 97:9,13 107:3
112:8,10 113:4,7,12
113:16,18,18 114:4
114:9,10,12 127:6
137:16 138:15

142:22 148:5,21
149:5,14,16,19,21
150:7,13 151:2
155:15 156:19,22
156:23,25 157:5,8
157:16,22 158:3
162:3 165:5 172:23
175:10,11,13 176:3
176:25 187:6
188:18 191:9,12
197:21 202:22,23
203:2 228:4 229:10
229:12 234:4,5
252:21 281:11
282:3,22 284:4,25
285:3,5,11 288:5
300:11,17,18,19
301:4,5

**Label-wise (1)**
164:10

**label(physical (2)**
86:5 300:14

**labeled (1)**
4:3

**labeling (15)**
79:17 114:4 154:12
185:4 187:11,12
233:18,21 234:7,18
249:4,10 252:6
254:12 288:13

**labels (21)**
90:7,8 94:23,24
112:25 146:17
148:3 152:13,22
161:21 163:12
167:12 169:5 187:8
189:23 203:8 209:4
229:7 284:3,17
300:21

**Lake (3)**
5:11 61:6,9

**large (1)**
94:12

**larger (1)**
121:12

**latest (1)**
186:25

**Lau (2)**
124:25 125:3

**laughing (1)**
182:3

**Lauren (335)**
1:3,13 2:1,5 4:1,4,4
4:20 5:1,21 6:1 7:1
8:1 9:1 10:1 11:1
12:1 13:1 14:1 15:1

16:1 17:1 18:1,4,8
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1,25 29:1,5
29:9,13,19,24 30:1
31:1 32:1,21,24
33:1 34:1 35:1,14
36:1 37:1,6 38:1
39:1 40:1 41:1 42:1
42:17 43:1,14,19
44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1
56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1
75:13 76:1 77:1
78:1 79:1 80:1 81:1
82:1 83:1 84:1 85:1
86:1 87:1 88:1 89:1
90:1 91:1 92:1 93:1
94:1 95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1,11
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1 180:1
181:1 182:1 183:1
184:1 185:1 186:1
187:1 188:1 189:1
190:1 191:1 192:1

193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
207:10 208:1 209:1
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1 220:1 221:1
222:1 223:1 224:1
225:1 226:1 227:1
228:1 229:1 230:1
231:1 232:1 233:1
234:1 235:1 236:1
237:1 238:1 239:1
240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1 248:1
249:1 250:1 251:1
252:1 253:1 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1 262:1 263:1
264:1 265:1 266:1
267:1 268:1 269:1
270:1 271:1 272:1
273:1 274:1 275:1
276:1 277:1 278:1
279:1 280:1 281:1
282:1 283:1 284:1
285:1 286:1 287:1
288:1 289:1 290:1
291:1,17 292:1
293:1 294:1 295:1
296:1 297:1 299:1,3
299:8,13,16,20,22
299:25 300:1,6,7
301:1 302:1 303:1
**law (5)**
13:13 50:3 57:5,9,19
**Lawrence (2)**
2:7 4:11
**laws (1)**
33:7
**lawsuit (28)**
22:17 23:3 48:11 52:2
55:8,11 56:2 57:25
58:16,19 59:7 66:23
90:5 125:9,18 159:6
165:10,13 251:11
270:11,16 271:20
271:24 272:18
275:7 288:18,19,24
**lawyer (22)**
12:23 13:8,11 14:21

23:13 49:23 50:2
52:7 53:4 56:7,20
56:23 57:3,5,14,25
58:2,6 212:10
275:16,21 277:7
**lawyers (4)**
23:19 199:4 270:15
275:11
**layperson (2)**
199:6,25
**layperson's (1)**
154:18
**lead (3)**
295:7,7,16
**leading (6)**
293:25 294:2,22,25
295:6,24
**leads (1)**
222:23
**leap (1)**
52:2
**learn (8)**
48:2 139:7,8,11
182:23 183:21
265:22 276:3
**learned (6)**
53:14 58:18 59:6
139:13 264:10,24
**led (1)**
260:12
**left (5)**
7:9 119:23 120:6,21
193:9
**left-hand (1)**
193:14
**legal (13)**
4:14 17:23 25:20 85:4
85:13 86:19 151:19
154:10 164:24
177:12 228:11
256:17 263:2
**lemon (2)**
227:22 239:10
**let's (33)**
45:12 48:8,16 62:24
63:22 66:6 67:9
79:12 85:20 86:23
140:21,23 142:18
152:9 177:15
184:23 207:23
208:9 217:20 222:6
222:18 227:13
229:24 237:16
239:21 240:4 241:8
244:19 247:22,24
249:6 257:22 277:2

**letter (2)**
270:5 277:6
**letters (1)**
80:9
**life (2)**
16:14 129:17
**lifestyle (1)**
265:2
**liked (6)**
100:6,8,8,13,14
271:10
**limit (2)**
108:12 136:24
**limited (3)**
82:8 185:3 279:9
**line (18)**
227:24 243:6 303:7,7
303:7,7,13,13,13,13
303:18,18,18,18,23
303:23,23,23
**lines (1)**
109:17
**list (100)**
87:20 88:8 89:18
90:12,18,19 91:7
94:24 95:21,24 96:3
96:5,13 97:10,22
98:2,4,5,8,14,16,22
99:2,12 106:9,17
108:5,23 109:6
110:6 112:17,21
114:5 127:10
128:17,19,19
137:18 138:18,25
139:4 143:9 144:21
144:21 145:5,13,18
145:24 146:15,20
146:25 147:6
148:10,13 150:9,20
151:5 155:18 156:9
157:11,14,17 158:5
158:11,18,20,25
171:18 178:4
186:21 187:12
189:25 190:5,10,15
190:19 191:5,13,17
192:2,7,15 193:4
194:17 198:17,18
198:21,24 200:7
202:4 208:6 210:20
215:13 227:24
238:14 265:16
284:19,22 285:2,14
**listed (20)**
87:17 88:6 106:16
141:3 142:21,22

186:19,20 188:22
189:9 191:5,18
192:17 193:3,10
198:8,16 200:3
202:4 234:23
**listing (2)**
200:6 227:25
**lists (4)**
137:19 150:10 189:22
199:8
**literally (2)**
166:12 247:18
**litigation (1)**
59:10
**little (9)**
40:17 71:10 99:8
121:7 154:14 219:3
256:13 257:9 258:3
**live (1)**
290:21
**local (1)**
130:5
**located (1)**
71:2
**location (2)**
19:7 115:5
**long (20)**
6:19 7:5,7,20 9:10
10:22 11:6 12:3
48:14 54:3 62:8
63:2 66:5 110:14
142:22 149:5
171:11 200:23
201:16 202:3
**longer (2)**
175:15,19
**look (86)**
18:21,24 24:4 29:25
34:7 35:16 36:11,21
39:5 42:24 43:23
72:11 75:6 79:3
83:7,23 85:8,10
86:7 88:7,11 89:19
90:2,7,8,12 96:22
97:8 98:5,8 106:9
108:14 112:20,24
113:6,15 116:13
117:15 128:5
134:20 145:23
148:5 150:9,19
154:16 163:25
169:4 178:25 179:8
180:17 182:8
184:23 194:8
203:23 204:12
207:23,24 208:11

208:17 210:5,6,19
213:21,22,22,23
215:12 217:20,22
225:4,12 227:23
235:21 238:24
240:4 245:13
247:24 254:8
258:11 259:22
263:5 276:10
277:13 282:2,21
287:19
**looked (41)**
18:25 79:5,20 89:17
89:24 90:9,16,17,18
90:20 97:10,12,22
97:25 98:14,16,22
98:25 106:9 108:23
110:6 111:23
112:16 116:11
138:17 145:17
146:7,18,19 147:6
148:15 158:3
163:12 169:10
180:12 191:13
194:16 216:13
220:14 246:25
265:16
**looking (23)**
69:24 98:15 127:7
146:5,9,15,24 148:3
148:9 166:18
172:12,15 189:2,5
193:13 209:12,13
222:7,13,13 228:8
247:4 285:6
**looks (3)**
20:13 25:16 186:9
**Los (1)**
3:11
**lot (10)**
51:8 82:12,24,25 99:6
122:12 132:4,18
196:8 232:20
**lots (2)**
178:3 288:8
**love (1)**
273:9
**low (7)**
107:7 135:24,24,25
220:7,7,8
**lower (4)**
134:5,5,5 200:7
**lowest (1)**
184:14
**loyalty (1)**
258:12

**lucky (1)**
225:11
**lugging (1)**
240:20
**lunch (14)**
123:16,23 124:7,9
126:25,25 127:4
135:4 170:15,19,23
282:16,17 290:8
**lunchbox (1)**
123:22
**lunches (5)**
76:17,18 100:3 123:7
124:16
**Lynch (3)**
62:2,3 63:14

—————————
**M**
—————————

**magic (2)**
19:15,17
**Maid (4)**
281:10 282:2 283:9
302:11
**mailed (1)**
18:13
**main (4)**
99:16,20 102:21
103:11
**major (1)**
61:18
**majority (4)**
105:6 187:3,6,9
**makeup (1)**
134:2
**making (13)**
74:7 113:24 140:24
141:23 142:11
144:4 175:24
187:23 200:15
217:14 239:5
261:25 264:20
**Maltodextrin (1)**
241:3
**management (1)**
63:13
**manager (7)**
62:19,24 63:6,6,14,17
63:21
**manufactured (4)**
68:6 95:4,16 198:11
**March (22)**
1:15 2:3 4:11 31:23
32:2,3,8,9,13,18
33:9,14 35:5,9,17
35:24 36:22 37:11
40:5 180:10 293:20

294:18
**mark (30)**
23:22 25:9 28:21
30:22 31:10 32:11
32:16 36:4 37:3
42:20 43:12 56:21
85:18,18,20,21,22
88:14 113:2 149:12
152:9 226:11,14
239:21 240:14
241:17 242:23
244:19 282:4
286:22
**marked (44)**
17:25 18:5 24:2 25:12
29:6,14,24 31:14
32:21 34:6 35:14
36:7 37:6 42:19
43:21 86:2,6 88:19
103:20,25 113:4
149:14 152:16
156:19 203:2
226:21,25 227:4,7
227:11 240:2,24
241:21 244:23
245:3,7,12 259:18
280:7,10,10 283:11
287:4 303:22
**marker (1)**
54:3
**market (8)**
62:15,16 69:19
222:14,20 223:5
253:12 288:10
**marketed (1)**
224:3
**marketing (11)**
223:4 230:3 233:18
233:23 234:3,6,11
249:3,10 252:5
254:12
**marking (2)**
85:16 292:5
**married (1)**
64:22
**Master's (1)**
65:13
**material (3)**
153:23 232:6 233:14
**math (3)**
121:20 142:14 212:9
**matter (7)**
4:4 143:20,21,25
160:13 200:20
201:21
**matters (2)**

33:4 144:2
**Matthew (2)**
3:24 4:13
**MBA (2)**
65:14,20
**mean (103)**
7:16,18 8:22 17:18
20:21 25:16 27:21
38:19 39:2 51:8
53:16 62:16 64:4
66:2 72:6 74:3,7
75:25 76:18 79:20
83:11 91:15,16 92:3
94:10,12 96:14,22
98:2,19,19 99:7,25
100:2,14,24 101:6,7
104:14 106:14
111:3 116:6,10
117:22 118:4,10
121:16 122:11
123:18 124:15
134:14 141:15
148:25 156:7
160:19,22 164:16
164:19 172:14
174:4 175:2,8
177:25 180:5
188:21 195:13,22
197:5,25 198:9
205:9 206:22 207:3
207:7 216:8,12
223:14,15 224:5
230:21 231:17,18
231:21 232:16,17
233:11 234:10
237:3,4 242:7 248:8
253:25 257:11,12
257:25 260:24
262:7 264:13 265:6
266:17 282:15
288:8 290:20
**means (4)**
17:16,19 267:10
272:20
**meat (1)**
290:8
**meats (1)**
120:13
**media (1)**
4:2
**medication (1)**
17:11
**Medleys (4)**
238:24 239:9,24
301:15
**meet (5)**

7:2,5 23:19 47:25
184:16
**meeting (1)**
266:3
**meetings (1)**
62:14
**Melanie (16)**
48:22,23,24 49:16
109:15 171:3
173:17,19 265:11
265:13,14 266:8,11
266:23 268:6
270:13
**member (1)**
75:3
**memorizing (1)**
268:22
**memory (3)**
17:12 115:8 117:22
**mentioned (3)**
52:14 55:25 138:3
**mentioning (1)**
270:18
**merely (1)**
243:9
**Merrill (3)**
62:2,3 63:14
**met (14)**
6:4,23 7:7,11 9:2
12:19 14:10 23:12
265:11 266:8,22
275:10,13,17
**Michael (18)**
3:6 4:19 6:16,17 7:4
12:8,9 13:7 14:2
50:10 52:16,17,18
52:25 53:10,15
168:7 275:18
**Michael's (1)**
13:8
**middle (2)**
120:10,13
**mile (1)**
290:24
**milk (2)**
281:17,25
**milligrams (1)**
127:19
**million (2)**
236:8,14
**Mills (1)**
82:15
**mind (3)**
168:5 169:8 195:25
**Minerals (3)**
152:15,25 300:24

**minimal (8)**
204:15,19 206:9
252:19 256:12
257:8,11 258:2
**minimize (2)**
69:14 108:10
**minimum (1)**
136:3
**minute (5)**
166:12 281:10 282:2
283:9 302:11
**minutes (11)**
6:21 7:10 10:8,24
11:25 12:4,4 158:5
283:13,14,16
**mischaracterizatio...**
44:16 54:15 103:3
221:25 231:10
**mischaracterizes (13)**
54:20 110:11 145:12
155:13 157:20
162:16 166:10
167:14 168:3
178:23 181:20
265:20 285:9
**mischaracterizing (2)**
40:25 168:14
**misleading (10)**
89:13 91:24 92:13
109:10 151:9 165:6
230:14 231:3,8
239:16
**misrepresentations ...**
248:23
**missed (1)**
286:22
**missing (1)**
268:17
**misunderstands (1)**
168:18
**mix (2)**
92:7,8
**mixed (23)**
88:17 104:2,9,12,23
105:7,12,16 106:3
107:13,19 149:17
156:23 179:23
180:6 181:6,10
191:16 239:15
241:24 259:7
300:16 302:9
**mixture (4)**
200:10,11,15 234:22
**moderation (6)**
132:5,9 133:9 134:22
134:23 137:9

**modified (3)**
86:11 150:22 239:13
**moment (4)**
11:14 21:20 102:14
158:24
**Monday (9)**
6:14 10:6 13:4,6,25
14:6 15:2 23:17
276:7
**Monday's (2)**
10:9,10
**money (5)**
64:8 120:24 264:3
272:2 273:19
**Monmouth (4)**
61:13,15 75:14,16
**month (2)**
17:2 290:5
**months (2)**
10:21 54:6
**morning (53)**
5:16 6:25 7:3,11 8:6
14:25 18:18 20:5,19
21:2 22:8,10 23:20
24:10,12 25:21,22
25:25 26:6,14,20,21
26:24 27:2 28:10,13
28:15 30:7,10,13
40:21 41:19,21 42:2
42:5 45:4 165:19
204:4,7 205:14,25
206:2,5 236:17
258:20 262:23
263:2,7,9,15 275:11
275:14 276:16
**mother (1)**
94:15
**Motion (30)**
1:8 3:20,23 4:7,24 5:4
28:24 29:4,17,22
31:4,7 36:14 45:8
51:25 67:23 68:7
94:13 95:5,17
125:13 165:12
207:11 268:12
269:18 273:9
274:23 279:19
299:12,18
**Motion's (3)**
31:8 179:3 270:8
**Mott's (30)**
70:4,17,19,24 71:2,2
71:5,8,18 79:9 85:7
85:11,21,24 86:7,9
86:14 87:2 119:24
162:4,14,17,19

163:5,14 170:7,11
237:5 238:21 300:9
**Mott'ses (1)**
80:10
**move (3)**
21:17 60:4 64:7
**moved (1)**
22:3
**multiple (4)**
140:9 189:22,22
198:13
**mutual (9)**
48:18,21 49:16,20
52:18,20 53:12 58:5
58:7

**N**

**N (4)**
3:1,17 5:10 299:2
**N-o-b-e-l (1)**
49:2
**name (24)**
4:13 5:17,20 12:22
13:3,18 45:6 48:25
57:4,8 58:14 64:24
68:18 83:21 93:14
94:9,11,14 129:15
165:11 207:9
220:11 221:6 298:2
**named (4)**
13:5 93:9 233:20
234:17
**natural (10)**
92:6,8 195:2,7,11,13
210:25 227:22
238:8 241:25
**Naturally (1)**
70:23
**near (1)**
117:6
**nearing (2)**
170:16,18
**necessarily (3)**
134:13 253:6 265:4
**need (10)**
57:14 84:6 120:22,23
130:11 170:19
240:20 244:8
281:24 283:14
**neither (4)**
25:19 81:17 141:10
278:12
**never (55)**
15:10 19:5,12,20 41:6
41:23 43:9 44:13,20
56:22 57:2 58:25

59:2 68:3,11 70:14
73:23 77:19 134:3
134:15 153:2
165:15 173:24,25
174:18 180:12
197:4,13 204:3
205:4 228:6,12
232:12,17 235:3
236:17 239:6
255:22 258:18
265:12 266:7,10,10
266:25 267:2,14
269:16,22,23 270:5
274:22 275:4
281:11 289:10,10
**new (18)**
1:1,14 2:7,11,11 3:5
4:9,11 5:12 61:7
75:14,15 115:11
172:3 192:21,23,24
277:7
**news (1)**
173:4
**newspaper (2)**
112:2 223:7
**Nick (3)**
12:21 13:5 275:23
**night (10)**
118:20 183:5,6,23,23
184:6 242:11,13
243:22 251:8
**nine (5)**
67:10 73:4 99:15
100:5 146:4
**NJ (1)**
115:7
**Nobel (21)**
48:22,24 49:17,18,19
49:20 50:9,23 52:24
53:22 54:4,12 55:5
55:14 58:12 109:15
110:18 171:3,12,19
173:2
**nodding (1)**
16:6
**nods (1)**
16:8
**non-processed (1)**
148:7
**nonfood (1)**
228:2
**nonstandardized (1)**
153:15
**Nope (7)**
67:6 95:18 141:7
153:4 208:15

270:20 288:25
**nos (1)**
16:4
**Notary (3)**
2:11 5:13 298:25
**noted (1)**
296:25
**notice (18)**
17:25 18:4,7 19:3,6
19:12,20 95:14
112:18 127:23
157:7,10,18 158:21
203:7,16,22 299:8
**noticed (4)**
19:19 117:20,21
269:16
**November (7)**
10:21 11:6,24,25
12:12 15:2,6
**number (12)**
38:2 57:13 80:24
129:25 162:24
194:8 200:16
211:23 212:14
268:16,20 269:2
**numbers (9)**
140:11,19,23,24
141:24 142:11,18
144:4 261:25
**nutrition (14)**
83:24,24 108:5,18
110:6 128:6 152:12
152:20,22 282:10
284:18 285:6,14
300:20
**nutritional (11)**
85:25 86:5 88:18
214:7 248:10,14,20
285:11 300:11,14
300:16
**nutritious (16)**
222:15,21,24 223:2
223:12,15 224:2,3,6
230:4 249:4 250:4
270:23 280:14,17
281:6

**O**

**O (9)**
3:17 241:23 252:14
252:16 259:17
280:8 297:2,2 302:9
**oath (1)**
17:15
**oatmeal (2)**
115:20 116:16

**object (22)**
9:6 10:14 22:19 46:10
  47:10 52:3 53:5
  70:6 85:3 103:2
  133:6 141:25
  142:24 145:11
  152:6 188:6 193:11
  199:11 240:11
  243:5 247:7 270:25
**objecting (1)**
168:13
**objection (139)**
9:17 10:15 14:18 19:8
  19:25 21:11 39:24
  40:22,24 44:9,15
  51:10 53:18 54:14
  54:19,23 56:8,11,25
  57:16,20 59:8,22
  60:4 70:25 74:14,18
  74:24 76:5 78:4
  79:15 83:19 85:9
  86:18 93:21 94:19
  96:9 98:10 107:24
  109:22 110:9
  113:21 117:11
  118:5 127:24
  132:24 133:21
  137:24 142:25
  144:12 145:12
  147:3,11 151:18
  154:9,22 155:12
  156:15 157:19
  162:15 163:9
  164:23 166:9
  167:11,13 168:2
  169:21 171:23
  172:8 173:9 176:4
  177:11 178:15,22
  180:25 181:19
  183:2,7,11 184:3
  186:24 189:19
  190:6 191:3,8
  192:12 200:21
  201:3 205:6 208:2
  208:25 210:10
  211:19 214:4,14,17
  217:3,5 219:14
  221:7,15,24,25
  226:8 228:10 231:9
  233:6 236:7 239:2
  239:18 242:15
  250:14,25 253:3,19
  256:16 260:7 262:4
  265:19 267:20
  270:2 272:11 275:2
  275:5 280:19 281:7

282:14 284:20
  285:8,21 286:13,14
  288:2,20 293:25
  294:22,25 295:6,24
**objections (7)**
33:2 42:17 43:15,19
  179:11,17 300:7
**objects (1)**
15:16
**obtained (2)**
254:19 255:11
**obvious (1)**
21:6
**obviously (3)**
21:3 72:9 198:13
**occasion (1)**
266:9
**occasionally (2)**
105:4 180:6
**occasions (2)**
55:23 237:25
**Ocean (3)**
1:14 2:7 4:11
**odd (1)**
171:16
**offhand (1)**
80:23
**office (2)**
62:15 293:19
**offices (1)**
2:6
**oh (10)**
44:17 51:6 115:10
  127:15 174:3 189:4
  191:23 199:15
  212:14 220:16
**okay (165)**
5:9 6:2 9:10 10:13,18
  15:9 16:16 17:4,24
  19:5 21:16 28:7,19
  29:25 30:25 32:15
  32:23 33:25 34:18
  34:23 36:3 42:24
  46:2 49:5,11 51:23
  60:6 63:5 70:17
  76:11 79:22 80:5
  85:20 87:2 88:13
  89:8 90:14,17 91:4
  91:23 92:12,15 93:5
  94:5 97:8 98:13,25
  99:4,14 102:9,11,20
  113:23 114:9 116:8
  117:16 118:22,24
  119:5,18 124:17
  128:5 133:15
  135:25 136:22,24

138:11 139:7
  140:10 141:8,22
  143:25 146:3,12
  147:7 149:11
  150:19 152:9 153:5
  153:7 155:15 161:4
  162:23 163:5
  166:13 167:2 169:2
  170:21 175:9 176:2
  176:10 177:15
  179:14,20 181:5
  182:5 183:16
  184:23 185:18
  186:11 189:6,18
  191:23 192:6,24
  193:7,23 194:8
  198:2 200:13,23
  201:8,15,20 202:3
  203:23 204:10,12
  206:4 207:20
  209:15,18 210:15
  211:4 212:19
  213:21 218:19
  219:25 222:6
  224:11,15,16
  227:13 229:24
  232:5 233:17
  235:12 236:11,15
  237:16,17 239:7
  240:4 241:8 242:17
  247:24 253:17
  254:8 259:12 261:7
  271:5 278:22
  283:18 291:17
  292:12,17 293:3,7
  294:3,14,20 295:5
  296:5,8,12
**old (5)**
73:6,7,9,21,22
**oldest (1)**
67:9
**once (9)**
55:19,21 95:8,13
  134:25 149:3 259:9
  275:4 290:5
**one-page (1)**
20:15
**ones (5)**
104:4 133:18 170:3
  186:6 250:20
**open (4)**
100:25 118:25 119:3
  212:22
**operations (1)**
65:25
**opine (2)**

154:13 155:2
**opined (1)**
93:18
**opinion (6)**
94:8 97:23 100:25
  109:9 159:18 256:2
**opinions (1)**
98:13
**opportunity (1)**
229:3
**option (14)**
99:23,25 102:24
  103:5 164:18
  165:22,24 178:13
  182:24 183:22
  264:18 265:8
  269:12,15
**options (10)**
79:3 82:13,14 103:13
  103:14 160:20
  175:20 209:14
  260:13 264:21
**orange (9)**
140:15 143:14,23
  185:20 223:18
  227:21 230:12
  238:9 281:18
**Orchard (5)**
225:21,25 226:18
  227:9 301:12
**order (3)**
139:4 198:23 234:24
**organic (16)**
82:2,11 83:18,22 86:4
  240:5,22,25 241:2,2
  241:3,12,12,23
  300:13 301:17
**Organic's (1)**
252:14
**Organically (2)**
241:20 301:19
**Organics (7)**
82:7,18 241:23
  252:16 259:17
  280:8 302:9
**Orgnically (1)**
241:8
**original (14)**
25:24 26:15 38:7,7
  40:11,19 41:12,25
  45:2 54:2 205:24
  206:5 219:16
  251:11
**originally (1)**
38:13
**outset (1)**

168:15
**outside (3)**
120:16 139:8,8
**outweighing (1)**
132:12
**overall (2)**
233:18 234:7
**owned (1)**
92:8

_____

**P**

**P (8)**
1:24 2:8 3:1,1,17
  297:2,3,25
**p.m (16)**
11:18,20 170:22,23
  170:25 224:19,20
  224:22 259:14,15
  259:21 283:20,21
  283:23 296:23,25
**pack (37)**
81:7 83:5,7 88:15
  100:2 103:21 105:2
  105:3,4,7 120:25
  121:4,18,23 122:4
  122:10,10,16,17,18
  135:3 156:23
  181:13,13,13,21,22
  212:23 217:21
  233:4 242:10,11,12
  242:14 287:2,5
  302:14
**package (13)**
185:7,13,16 186:18
  186:23,25 187:2,19
  187:25 188:5
  193:15 214:21
  231:24
**packaged (1)**
135:11
**packages (1)**
246:25
**packaging (6)**
114:4 185:4 189:23
  189:25 225:6 258:9
**packed (4)**
123:7,8 126:24 127:4
**packs (7)**
103:22 121:2,5,12,19
  121:21,22
**page (38)**
24:18,19 27:23,23,23
  31:22 36:22 38:12
  38:14,20,21 153:9
  154:16,17 263:11
  263:11,12 299:3,6

300:3 301:3 302:3
303:7,7,7,7,13,13
303:13,13,18,18,18
303:18,23,23,23,23
**pages (1)**
25:22
**paid (3)**
181:12,25 182:13
**palm (1)**
210:25
**panel (12)**
83:24 108:6,18 110:7
128:6 150:20
172:22 239:12
265:17 284:2 285:7
285:15
**panels (1)**
148:4
**panoply (1)**
250:11
**Pants (2)**
245:10 302:7
**paper (1)**
277:11
**paragraph (17)**
75:11 154:19,21
204:12 222:6,13
229:24 232:5
233:17 235:21
247:24 248:2 254:8
256:9 259:23
263:10 278:22
**Pardon (1)**
244:15
**parent (1)**
94:15
**parentheses (2)**
190:19,21
**Park (2)**
3:5,10
**part (8)**
60:15 119:8 192:5,7
229:25 231:22
247:20 260:4
**particular (1)**
58:2
**parties (7)**
136:7,10,15,18,20
297:21,23
**party (2)**
50:19 66:22
**passed (1)**
120:21
**pay (1)**
120:24
**paying (1)**

232:24
**peach (13)**
140:15 141:20 143:14
143:22 150:11
199:8 200:23,24
201:15,16 223:17
223:21 230:11
**pear (5)**
84:4 86:12 140:13
150:11 238:16
**pectin (1)**
241:4
**Pegg (4)**
93:10,12,16 255:22
**penalty (3)**
17:15 33:6 49:13
**pending (4)**
48:13,15 49:4 259:9
**Pennsylvania (1)**
2:12
**people (4)**
23:11 272:21,25
289:8
**percent (65)**
45:15,20,21,23 70:22
96:16,17,17 106:4
107:23 140:20,21
140:23,25,25
141:24 142:12,21
142:23 144:7,15,16
160:4,4,8,8,12,12
160:18,21,21 161:9
161:22,23 178:12
178:13 179:23
195:16,17,24 196:7
196:8,12,14,21,22
198:18,19,20,22,23
199:7 200:4 201:5
202:16,16,16 240:6
241:9 261:14,15,19
261:21,24 262:2
**percentage (14)**
159:22 160:11 176:13
197:2 200:22
201:14 202:8,11
204:21 235:6,13,16
257:16 262:3
**percentages (2)**
143:19 200:19
**perfect (1)**
69:15
**perimeter (2)**
120:9,11
**period (5)**
62:25 75:18 181:18
189:21 297:17

**perjury (3)**
17:15 33:6 49:13
**permitted (1)**
59:20
**person (11)**
6:7,10 12:11,14,19
57:19 73:20 126:14
273:4 275:13
297:10
**personally (1)**
212:10
**Pg (1)**
298:5
**phone (7)**
5:7 6:7,10,12 13:6
15:2 269:23
**phonetic (2)**
59:19 125:6
**photograph (1)**
226:16
**photographs (1)**
279:3
**physical (34)**
85:25 88:18 226:20
226:24 227:3,6,10
239:25 240:23
241:20 244:22
245:2,6,11 259:17
283:10 287:3
300:11,17 301:7,8
301:10,11,13,15,18
301:20,22,24 302:5
302:8,10,12,15
**physically (1)**
153:23
**pick (1)**
244:15
**picked (3)**
243:10 244:16 269:23
**picture (2)**
186:21 239:9
**pictured (1)**
185:16
**pictures (10)**
27:22 41:7 205:15
240:7 263:10,11,11
263:12,14,18
**piece (11)**
124:2,10 161:3,5
223:23 230:12,20
230:22 231:7,17
277:11
**pieces (9)**
153:18,24 211:21,25
212:2 214:24
217:12 225:14

251:23
**pineapple (2)**
150:11 281:20
**place (3)**
14:16 51:9 297:10
**placement (1)**
80:8
**places (2)**
175:11 238:11
**Plaintiff (36)**
1:5 4:20 18:4,8 28:25
29:5,9,13,19,23
32:24 42:16 43:14
43:18 46:14 60:17
75:13,18 92:23
179:17 214:6 230:6
231:15 248:3 261:5
262:8,11 278:20,24
279:4,11 299:8,13
299:16,20 300:7
**Plaintiff's (17)**
6:24 9:3 12:17,20,25
14:11 30:23,25
31:12 34:4 36:5,8
243:10 260:4
299:20,23 300:4
**Plaintiffs (4)**
3:3 222:17 248:22
254:12
**plant (1)**
153:22
**plays (1)**
260:3
**please (17)**
4:17 5:19 15:20 45:11
61:11 153:16 168:7
187:16 199:16,19
217:9,9,10,12 220:6
220:8 244:6
**plenty (1)**
212:7
**plus (1)**
184:8
**point (16)**
85:15 90:18 97:8,10
107:3 128:5 138:20
148:4,4 150:20
169:9 201:4 237:18
237:23 263:19
264:11
**Pop (6)**
117:5,7,8,14,20,23
**posed (1)**
295:19
**possession (1)**
279:12

**possible (2)**
57:25 244:4
**possibly (4)**
42:5 68:22,22 81:22
**post-high (2)**
61:12,13
**pouch (2)**
211:21 212:2 218:6
**pouches (1)**
129:25
**power (1)**
22:4
**pre-litigation (2)**
59:14,16
**predominance (1)**
139:5
**predominant (6)**
137:23 144:11,17
200:25 201:17
202:5
**predominantly (2)**
104:23 180:22
**premium (3)**
267:10,13 286:12
**prep (1)**
13:23
**prepare (5)**
6:5,11 10:8 18:16
40:9
**prepared (2)**
10:7 21:9
**preschool (1)**
126:18
**present (5)**
219:18 233:21 234:18
235:18 254:14
**presenting (1)**
282:16
**presently (1)**
5:7
**preservative (1)**
94:6
**preservatives (23)**
45:13,18 70:2 80:7
91:22 92:5,17,20
93:3 96:16 109:21
114:17 150:16
162:13 164:3,21
165:23 177:21,25
178:5 234:2 238:13
260:17
**preserve (2)**
178:3,7
**pretty (5)**
26:23 39:5 60:9,14
63:12

**pretzel (1)**
101:22
**pretzels (3)**
123:18,24 124:12
**prevalent (1)**
139:15
**previous (4)**
40:25 70:14 266:24
291:22
**previously (6)**
70:7,11 158:4 166:21
255:2 292:15
**price (16)**
71:11,15 72:2,7 82:17
122:3,5 129:12
232:7,12,16,19
233:14 267:10,12
286:12
**priced (1)**
242:18
**prices (2)**
71:17 182:15
**primarily (7)**
80:3 104:12,18
116:10 120:9,10,16
**print (2)**
111:17 234:11
**prior (29)**
10:6,19,21 14:5,22
21:14 23:20 24:11
26:14,25 50:10
64:13 67:21 68:24
74:7 176:7 185:2
193:24 194:25
202:12 203:8
214:18 215:25
248:23 284:19
285:18 288:19
292:15 294:15
**privilege (4)**
9:18 10:15 14:19 59:9
**privileged (2)**
9:9 59:11
**probably (11)**
48:9 66:6 67:10 83:6
114:15 123:5
145:20 229:17
246:3 264:7 283:4
**problem (1)**
44:19
**processed (10)**
69:14 132:5 133:10
133:11 135:13
153:22 173:16
175:25 177:7,25
**produce (5)**

42:10 44:5 70:17
119:20 184:12
**produced (5)**
44:3 70:7,11,15
296:10
**product (202)**
46:9,16 48:3,5,8
57:15 68:6,14 70:3
71:19,24 72:11 78:3
79:17 80:20 81:20
83:12 84:3 85:11
86:10 88:20,22 89:6
89:10 90:3 94:16,18
95:11,15 99:12,15
105:23 108:8,19
109:16,19 110:8,24
111:14 112:7,8,11
113:12,16,19
114:11,14 116:14
127:22 128:7,10,24
129:4,13 130:4,10
130:17 131:6 138:8
138:12,13 139:22
140:13 142:10
143:13,17 145:4,9
147:2 148:10,17
149:4,22 150:3,8,14
151:2 156:10
157:14 158:15
159:10,23 161:7
162:9,20 163:2,6
166:4,22 167:3
170:6 171:6,20,21
172:6,22,23 173:8
173:12,13,20 174:6
174:10 175:10,14
175:18 178:7,8,10
182:7,11 184:19
186:14,18 187:4,13
187:16 188:3,4,18
190:3,25 191:7,16
191:16,19,21
192:16,18,20 193:2
193:4,10,21 195:16
196:23 197:2,3
198:12,14 202:19
202:24 203:5
204:22 209:4
212:25 223:6
225:12 227:18
230:15 231:4 232:3
232:14,14 234:13
234:15,25 235:3,8
235:17 238:3 241:5
242:18 243:23
244:11 247:15

250:4 252:6,16
256:12 257:20
258:7 261:13,24
263:23 264:10,12
265:14 266:3,7,11
267:18 268:4
269:25 270:22
272:10 273:5,9,13
273:16 274:3 279:3
279:8 282:18
284:13 285:24,25
286:17,21 288:7
289:8,13
**product's (2)**
185:4 254:15
**Production (8)**
29:18,23 42:18 43:16
43:20 299:19 300:9
303:12
**products (60)**
68:21 69:2,11,11
70:10 75:16 78:13
83:16 87:16 115:18
115:25 116:25
118:2 119:10
136:14 145:24
146:6 170:11
172:17,19 182:19
184:21 185:2
186:17 193:20
206:14 213:23
214:12 222:16
224:7,24 230:5
235:23 236:24
243:10 246:14,22
247:6 249:4,6 250:6
250:7,8,13,16,21,24
251:7,19,20,25
252:7,15 254:6
256:10 257:9
280:24 287:16
288:7 290:9
**Professional (1)**
2:10
**professor (1)**
93:17
**promise (1)**
11:17
**Promotion (33)**
1:8 3:20,23 4:7,24 5:4
28:24 29:4,17,21
31:4,7,8 36:13 45:8
51:25 67:22 68:7
94:13 95:4,16
125:13 165:12
179:3 207:10

268:11 269:18
270:8 273:9 274:23
279:19 299:11,18
**promotions (3)**
121:8,11 122:19
**proof (11)**
80:19,21 113:25
182:6 183:24
184:16 258:5,6,15
268:3 279:10
**proprietary (1)**
200:17
**provide (14)**
8:8,11 10:16 38:10
57:4 113:24 142:3,8
172:4 181:11
215:10 254:18
255:10 295:25
**provided (21)**
7:13 8:18 20:23 21:3
21:4,7,8 24:24
37:18 38:22,23
39:12,18 255:25
271:7 273:17 274:7
292:18,22 296:15
297:17
**providing (1)**
183:12
**proximity (1)**
116:23
**Public (3)**
2:11 5:13 298:25
**pulled (1)**
220:2
**pulp (1)**
153:20
**pun (1)**
244:15
**punitive (1)**
272:19
**purchase (62)**
8:19,22 58:21 69:10
73:7 74:7 76:22,23
77:3,4,10 80:16
82:5 84:18 86:14
89:22 97:17,19,21
98:3,6 99:11 104:3
106:15 107:9 110:8
110:16 114:13,21
124:18,25
129:18 138:11
145:8,24 148:6,6,8
150:8,14 156:10
162:18 168:5 169:8
170:10 175:15,19
182:9 187:23 248:3

248:24 258:6,16
260:5,12 279:8,10
283:7 284:9 285:18
286:3
**purchased (117)**
7:20,21 48:5,16 50:12
50:25 67:14,17
68:20,21,25 69:4
73:20 74:4,10 75:18
78:3 79:18 80:11,20
80:21,25 81:3,12,15
81:19 83:4,9 86:15
87:3,9 95:10 97:11
99:20 101:14
102:21,23 103:12
104:4,6,9,9 105:7
105:16 106:5,25
107:2 112:11
113:13,19 114:6,11
115:13 116:2,14
119:13 125:24
127:22 128:4,9,12
129:4,8,13 131:6
138:13 145:4 146:5
147:9,18,20,22
162:8,20,25 163:14
163:15,23 164:8
166:4,18,22 167:3
169:14,19 171:8,14
179:17 180:5
182:20 183:22
187:4,13,15,20
191:17 192:15,25
193:21 230:9
232:22 237:24
242:11,13 243:23
251:2 262:12 272:6
273:5 279:4 282:18
284:13 285:23
286:17 289:8 291:3
291:12
**purchases (21)**
95:13,20 103:11
105:11 106:2
114:24 132:10
167:19 171:16
179:23 181:24
239:5 251:13 253:8
268:8 271:21 272:3
273:20 274:8,25
284:7
**purchasing (32)**
7:19 14:14 52:15
67:21 68:24 69:9
84:20 87:11,21,25
88:8 95:2 116:3

128:7 138:18 147:2
149:4 151:2 158:15
159:10,10 173:18
173:20 174:3,6,7
176:22 185:2
193:25 194:25
209:11 242:9
**puree (103)**
46:18,20 47:2,8,18
84:15 87:22 88:5,23
89:5,10,14,15 90:21
90:25 91:9,12 93:6
94:2 108:25 109:7
137:12,13,19,19,25
138:5,7,7,25 139:15
139:21,23 140:21
141:10,11,17,18,21
142:4,10 143:12,15
144:8,10,15,17,19
144:21 145:6
148:13 151:12
152:4 154:7,20
155:11,19,23
156:12,13 157:3,18
158:20 159:13,19
178:11 190:9,18,20
190:21,24,25 191:6
191:19 192:17
193:3 194:5 198:14
199:7,8,9,9 200:4,9
201:5 202:9 211:8
215:25 234:24
242:2 248:17
252:17 255:2,6,14
257:2,5,13,18
261:24 262:2
273:18 274:6
**pureeing (1)**
153:25
**purees (7)**
140:9,12 141:14
142:19 153:19
201:22 234:22
**purport (1)**
274:19
**purporting (1)**
272:25
**purpose (1)**
243:7
**purposes (2)**
114:2 144:5
**pursuant (1)**
2:8
**put (11)**
53:9 91:19 99:9
123:14,21 178:2

209:3 228:19
247:22 263:2 283:6
**putting (2)**
123:15,17
**puzzled (1)**
18:21

**Q**

**qualified (2)**
155:4 209:2
**quality (1)**
72:11
**Quantitative (3)**
152:14,24 300:23
**question (63)**
9:21 15:18,20,23
16:11,12,13 34:25
39:10 48:13,14 49:4
56:12,14,15,16,18
56:21 138:10
141:16 144:14
152:21 153:5,8,16
154:23 157:25
167:14 168:8,17,20
175:17 176:8
180:19 186:12
188:12,15 189:11
190:2 192:21,23,24
193:18 199:25
201:9,12,14,20
209:23 219:7,16
224:13 231:13
247:2 253:24 259:9
267:22 273:25
279:23 286:10
294:2,7 303:22
**questioning (1)**
243:6
**questions (24)**
7:14,17,19,22,24
15:13,14 20:13,22
20:22 28:5 30:19
38:7 152:11 201:19
236:12 268:23
276:22,23 293:16
295:19 296:13,21
300:20
**quick (2)**
11:16 291:18
**quickly (2)**
171:2 277:2
**quite (2)**
210:18 268:7
**quote (3)**
155:13 159:19 206:25
**quotes (1)**

112:6
**quoting (1)**
166:14

**R**

**R (7)**
3:1,17 5:10 297:2,2,2
297:2
**radio (3)**
111:21 223:6 234:11
**raise (1)**
59:22
**raisins (3)**
118:2,16 119:6
**range (4)**
72:10 121:3,8,10
**raspberries (1)**
104:16
**raspberry (4)**
140:15 143:15 185:20
238:9
**re-ask (2)**
15:21 168:19
**read (32)**
25:21 26:23 32:25
56:15,16 84:2 91:17
92:15 94:23,24
95:20,24 96:5 107:3
128:17,18 145:13
146:17 154:23
156:10 157:22
168:9 185:14 192:2
192:10 194:10
201:12 284:18,22
284:24 286:8 298:5
**reading (6)**
154:5,18 171:17
215:14 288:4,4
**Reads (1)**
298:5
**real (114)**
45:14,19 46:9,16,19
46:21,25 47:3,9,12
47:14,17,19,20
69:25 70:19 79:4,6
79:9,13 80:8 83:12
86:23 87:18 89:15
91:7,13 93:7,19
94:3,6 96:15,21
109:2,5,11,20
114:16 127:8
144:20,23 145:8
148:16 150:15
151:7,13 155:17,22
156:2,3,8 162:12
164:2,20 165:23

171:2 175:22 177:3
177:6,9 193:16
194:2,6 197:10,16
197:22,23,25 198:4
198:6 206:23
212:14 222:18
223:23 224:9
227:21 228:9,16,16
228:24,24 229:9,12
229:16,18,20,21
230:8,21,23 231:17
231:19,22,23
233:25 237:6,11
238:6,7,11 239:10
241:11 249:13
254:22,23,25
255:13 256:13
257:10 258:3
260:16 287:23,24
288:10
**really (16)**
9:5 11:9 12:24 39:9
89:16 122:14 134:9
134:19 190:13
197:13 228:6 229:2
266:5,6 267:14
282:15
**realm (2)**
250:15,17
**Realtime (2)**
2:9 297:4
**reason (32)**
17:8 46:25 70:24 89:4
99:16,20 102:21
103:11,13 111:3
125:24 129:13,18
130:2,5,7,11,15,18
137:21 138:6
139:14,18 169:14
173:13 195:15
197:9 286:17
289:12,13 295:20
298:5
**reasonable (5)**
222:17 230:7,19
231:16 254:13
**reasoning (1)**
163:22
**reasons (8)**
103:7 129:3,7 131:5,9
131:11 166:21
289:8
**recall (150)**
10:4 11:9 12:22 15:8
20:20 24:13 25:4,18
30:8,8,10 31:25

36:17,18,24 37:2,13
39:22 40:3 42:9
44:14 46:2 50:21
51:4,13,15,19,20,21
52:5,5,11 53:10,20
53:23,24 54:11,12
55:3 57:2,7,10,11
57:12,22 58:2,4
60:24 68:23 71:14
71:16 74:6 76:25
77:12,16,22 78:2,8
79:11 81:23,24
82:17,20,23 83:2,5
90:4,7,8,15,19,23
91:5,14,15 95:19
97:16,16,24 98:2,12
98:17 99:10 100:7
104:7 109:13 110:2
111:2,6,12,16,18
112:12,15,23
113:11 114:7,8,23
115:16 116:20,22
117:7,8,24 135:21
145:14,22 146:7
147:5,13,21 149:7
149:21 157:12
158:22 159:5,8,11
162:19 163:4
164:14 167:9
169:15 174:13
181:7 193:22 204:5
204:9,11 205:8
232:20,24 263:20
266:5,6 267:8 276:4
276:6,9,25 285:10
285:12,16,20
293:18,23 294:8,14
296:20
**receipt (1)**
181:24
**receipts (2)**
258:8 279:9
**receive (1)**
19:23
**received (5)**
38:8,9,10 293:5,18
**receiving (1)**
294:8
**receptionist (1)**
57:24
**recess (8)**
11:20 21:24 49:8
102:17 170:23
224:20 259:15
283:21
**recipe (2)**

133:24 135:22
**recognition (1)**
68:18
**recognize (1)**
113:9
**recollection (20)**
15:24 16:21,23 17:6
24:22 40:13 41:14
42:15 79:13 83:8
105:25 112:5
115:12,25 233:9
262:25 291:24
292:8,14,22
**recollects (1)**
168:18
**record (46)**
4:18 5:2,20 11:14,19
11:22 21:20,23 22:2
26:4 35:4 42:23
43:8,22 49:7,10
76:2 85:19 97:20
102:13,16,19 133:2
149:19 154:24
156:21 170:22,25
186:25 201:11
212:17 224:19,22
225:19 227:12
230:15 236:20
237:22 240:3
259:14,21 268:19
283:20,23 289:21
296:24
**recorded (1)**
4:3
**records (2)**
184:12 266:16
**red (5)**
92:3,17 104:17 181:6
211:5
**reduced (3)**
107:13,21 297:12
**refer (3)**
46:12,22 165:8
**reference (1)**
85:15
**referencing (1)**
191:10
**referring (12)**
41:15 187:11 191:9
207:16 209:7 213:9
233:24 235:25
248:6 250:8,23
251:19
**refresh (7)**
24:21 40:13 41:14
79:12 292:7,13,21

**refreshes (3)**
42:14 83:8 291:23
**refrigeration (1)**
130:11
**refund (17)**
268:8 269:10,24
271:21 272:7,12,16
273:3,6,10,14 274:8
274:12,20,24,24
275:4
**refused (2)**
142:2,7
**regard (1)**
10:15
**regarding (4)**
10:16 74:15 187:15
295:19
**Registered (2)**
2:10 297:4
**regs (4)**
199:13,16,20,22
**regularly (5)**
68:23 76:13 290:13
290:18,19
**regulations (2)**
139:3 199:2
**regulatory (1)**
141:6
**related (5)**
152:13,23 253:7
297:23 300:21
**relation (2)**
119:18,20
**relevant (2)**
44:7 276:20
**relied (18)**
89:7,16 92:18,21
185:2,5 187:22
193:24 194:10,24
194:24 196:3
248:24 253:9,13,21
256:19,21
**rely (2)**
189:24 253:16
**relying (1)**
47:23
**remember (8)**
25:5,25 54:17 83:3
91:16 118:7 266:18
276:18
**reminder (1)**
175:5
**remiss (1)**
224:23
**removed (1)**
280:20

**repeat (12)**
40:4 56:15 137:15
138:10 144:14
157:24 175:16
187:21 201:9
230:16 231:12
294:6
**repeated (1)**
157:20
**repeatedly (2)**
157:21 235:7
**rephrase (3)**
15:21 180:19 205:7
**REPORTED (1)**
1:24
**reporter (14)**
2:9,10,10 4:15 15:15
16:7 26:23 27:16
240:19 280:10
297:4,4,5,17
**reporter's (1)**
16:14
**Reporting (2)**
4:14,16
**represent (10)**
5:17 113:17 149:18
156:24 200:14
221:2 243:14 251:3
273:2 274:19
**representation (5)**
113:24 184:25 187:23
193:23 194:24
**representations (9)**
165:16 185:3,6
197:18,20 248:25
249:8 250:4 260:20
**representative (1)**
272:20
**represented (3)**
196:18 250:19 253:5
**representing (3)**
114:3 272:25 275:21
**represents (3)**
243:8 275:24 276:3
**request (14)**
29:18,22 30:19 42:14
42:18 258:25
269:23 276:24
277:13 278:5,22
299:19 300:8
303:12
**requested (3)**
44:3 297:15,16
**requests (11)**
42:10 43:3,8,16,20
44:12,23 258:15,19

258:20 276:12
**require (1)**
139:3
**research (1)**
66:3
**resemblance (3)**
256:13 257:10 258:3
**RESERVATION (1)**
59:21
**reserve (2)**
59:22 60:4
**resides (1)**
75:14
**respect (2)**
193:7,8
**responds (1)**
179:17
**response (16)**
34:22 61:23 68:10
72:20 96:11 153:16
179:8,13,19 180:9
180:12,15 184:23
277:4,13 279:11
**responses (45)**
20:12,18,24,25 21:9
21:14 22:7,9 30:17
30:21 32:4 33:2,17
33:19 34:2,8,10,18
35:21,23 36:16
37:19,21 38:5,6,18
40:6 41:13 42:7,17
43:2,3,15,19 48:4
74:10 81:6 179:10
205:19 258:19
259:2 276:11
277:14 294:9 300:7
**responsive (8)**
36:12 44:12,23 277:6
278:20,24 279:4,11
**retained (36)**
85:25 86:5 88:18
226:21,24 227:3,6
227:10 239:25
240:23 241:21
244:23 245:3,7,11
259:18 283:10
287:3 300:12,15,17
301:7,9,10,12,14,16
301:18,20,22,24
302:6,8,10,13,15
**review (11)**
7:12 32:4 34:18 63:23
96:2 262:20 293:7
293:24 294:12
296:8 297:14
**reviewed (14)**

8:5 18:16,18 20:6,12
23:5 32:6 35:23
40:6,9 293:4,4,5
296:5
**reviews (1)**
63:22
**rhetorical (1)**
141:16
**Rhode (1)**
65:10
**Richmond (5)**
13:21 14:3 23:17
275:22,23
**Rider (2)**
65:17,19
**Rifle (1)**
3:4
**right (180)**
8:16 32:11 35:9 44:23
56:10 69:19 72:17
72:18,19 74:23
78:16 79:10 81:12
81:15,17 82:22,25
84:15,23 87:4,19
88:24 91:2 92:9,11
94:18,21 95:3,8,11
95:15,21 96:18,19
99:12 100:20
101:14,25 102:6,7
106:17,18 107:10
107:11 108:15,18
108:20 109:16
110:8 112:22 114:7
117:9,19 120:2
127:8,11,12,14
128:8,15,21,25
129:8 131:21
132:16,19,22 138:2
138:20 140:18,25
143:18 144:3
145:10 147:23
148:10 149:9,25
150:5,23 151:3
153:3 155:20,21
156:14 158:7,15
161:5 163:17,23
164:8 165:19,24
166:8,24 167:6,7,25
169:14 172:24
175:11 176:17
178:8,21 179:11,25
182:20 184:2 192:3
192:10 194:2,6
197:8 199:22,24
204:4 205:22 206:3
206:11 209:8 211:7

Page 22

211:9,11,12,14,17
211:18 212:25
213:2 218:23 221:4
224:4 225:22
228:25 229:6,23
230:20 232:22
237:19 238:21
241:5 242:6 246:18
248:18 249:18,19
250:9,24 251:20,21
251:25 253:15
256:7 258:9,12,21
265:10,18 266:9,22
267:7 269:19
271:10,12 273:20
274:9 275:8,11,14
278:2,14 284:7,10
284:14 285:7 286:4
286:19 289:15,19
295:13
**ring (1)**
93:14
**Rite (1)**
290:20
**Road (1)**
3:4
**role (1)**
63:13
**Roll-ups (5)**
287:2,6,9 288:5
302:14
**rolls (1)**
111:10
**Ronald (1)**
93:10
**room (2)**
122:6 275:18
**rooms (1)**
22:4
**roughly (1)**
105:12
**round (4)**
140:11,19,22 142:18
**rounding (1)**
144:5
**RPR (1)**
1:24
**rule (1)**
16:9
**ruled (1)**
59:12
**rules (2)**
6:3 15:10
**running (1)**
62:15

**S**
**s (12)**
3:1,17,17 29:4,22
299:5,12,18 300:2,7
301:2 302:2
**Safety (1)**
152:20
**sales (2)**
121:7 182:15
**sandwich (2)**
123:23 124:22
**sat (1)**
235:5
**satisfactory (1)**
210:18
**satisfied (4)**
271:7 273:13,18
274:4
**saturated (1)**
127:19
**save (1)**
240:20
**saw (95)**
19:6,12,20 21:3,13,15
23:7 24:7 25:21,23
26:5,10,20,21,24,25
27:4,6,18,25 28:4
28:12,14,16 30:4
31:25 32:3,14 33:16
33:23 34:15 39:23
40:20 41:15,19,20
42:5 45:2 68:11
71:2 77:9,25 79:6
90:18,24 91:6,7
96:12 97:18 99:12
108:4,5,7,23 109:4
109:5 127:21 128:7
128:19 145:4,5,7
148:12 150:25
151:5,6 156:13
157:14,16 158:11
158:17,19 165:15
165:18 184:25
193:24 194:18,24
204:3,7 205:4,16
206:2,4 236:17
248:22 258:18
265:17 276:15
284:6,17 285:4,5,14
293:15
**saying (51)**
26:25 39:3 46:8,20
47:7 87:14 92:4
119:25 134:14
141:24 144:20,25

161:25 168:12,13
168:18,21,24
169:15 178:21
186:16 187:10
191:4 194:20 200:9
201:4 204:18,23,25
206:9 217:13
220:10,17 222:3
228:15,16,23
230:17,21 233:12
252:9,24 254:21
255:12 256:14,24
257:25 273:9 274:6
279:24 284:22
**sayings (1)**
222:22
**says (90)**
24:14 30:25 32:24
68:5 69:25 70:19
75:13 88:22,23
89:13,13 92:9 95:2
95:3 108:6,15,18
113:16 127:9,11,18
137:17,19 138:25
140:14 143:10
144:22 149:18
150:10 153:11,15
155:7,8,9,19,21
177:3,16,21 181:12
190:18 193:15,25
195:9,25 197:21
198:4,5 199:7
203:12 204:14
206:23 207:9,16
208:12 214:21,25
219:8 222:14 223:2
224:8,9 227:20
228:2 229:8,12
230:5,23 237:6
238:7,8,10,10,14,15
239:15 240:8 241:9
247:12 248:22
249:13 254:11
256:9 260:2 262:11
268:21,21 278:24
282:8,10
**scan (44)**
85:23 86:3 88:16
113:3 149:13
156:18 202:25
226:19,23 227:2,5,9
239:23 240:21
241:19 244:21,25
245:5,9 259:16
283:8 286:25 300:9
300:12,15,18,19

301:4,5,6,8,9,11,12
301:14,17,19,21,23
302:4,6,9,11,13
**Scanlon's (1)**
59:12
**scanned (1)**
79:8
**Scheduling (1)**
62:14
**school (4)**
61:12,13 76:18 123:6
**Scooby-Doo (7)**
79:4,6 243:4 245:6,15
246:6 302:4
**season (1)**
17:2
**second (7)**
2:7 171:19 172:5
180:23 193:23
214:5 265:13
**seconds (1)**
171:14
**section (2)**
117:25 287:13
**securities (3)**
64:7,13,17
**see (65)**
10:12 18:11 19:4
20:21 22:12,23 24:9
24:14 27:17,19 28:9
30:6,12 31:18,22
32:18 33:19 34:12
35:5,8 38:6 42:14
45:12 48:16 62:24
63:22 66:6 67:9
71:5 79:12 80:25
84:2 86:23 95:2
106:24 107:4
111:13,19 127:6,17
148:19 151:8
153:16 154:3 158:5
180:11 188:25
194:14 205:5,10,14
205:24,25 206:14
207:12 212:11
258:25 263:17
268:16,20 276:14
282:19 291:23
292:10 296:18
**seeing (12)**
25:18 42:9 107:10
108:17 117:7
148:16 149:21
232:20 262:25
269:13,14 284:10
**seek (1)**

268:7
**seeking (1)**
274:23
**seen (55)**
18:9 20:9,14,17,22,25
21:10 22:7,9,17,20
22:25 23:9 24:5,11
25:15,20 26:15 30:2
30:13 31:15 34:9
36:15,19,25 39:6,7
40:14 41:6,11,23
42:2 43:5,9,24 70:5
134:3,15 153:2
157:5 203:4 232:16
239:6 240:10 242:4
242:7 262:22 263:9
263:13 281:11
287:9,12 289:10
291:21 292:14
**self-education (1)**
98:24
**sell (1)**
72:14
**sending (1)**
295:2
**sentence (4)**
229:25 230:2 231:14
233:17
**separated (2)**
199:8,9
**separately (3)**
198:16,18 234:23
**Series (1)**
64:9
**Seriously (1)**
156:6
**serve (1)**
136:9
**served (5)**
31:6 32:5 36:13
180:10,13
**service (1)**
64:6
**Services (1)**
152:19
**serving (27)**
106:22 127:16 128:8
129:23 130:14
211:15,23 214:19
214:22,25 215:2,5,8
215:11,18,20 217:7
217:11,15,19,20
218:2,20 225:14,20
240:7 241:10
**set (25)**
28:24 29:5,9,13,18,23

TSG Reporting - Worldwide   877-702-9580

30:24 31:2,8,13
33:3 34:5 36:6,9
42:18 43:16,20
277:20 299:13,15
299:19,21,23 300:5
300:8
**sets (1)**
31:6
**seven (30)**
48:6,7 75:17 87:10
90:11 94:25 95:7,24
97:11 98:6,7 112:11
145:3,15 147:8,19
171:17 172:7
182:12 184:18
187:8 191:14
192:15,25 232:2,11
237:24 243:23
272:3 290:23
**share (1)**
208:18
**SHEET (1)**
298:1
**shelf (16)**
77:9 79:17 80:18
112:7 117:17
129:17 161:18
162:17,20 163:6
164:15 184:8
216:14 243:15
246:24 264:15
**shelves (7)**
72:16 77:25 78:9
162:24 163:2 184:8
244:12
**Shimmer (5)**
243:3 245:2,14 246:2
301:23
**Shine (5)**
243:4 245:2,14 246:2
301:23
**shockingly (1)**
236:17
**shop (15)**
59:4 71:15 88:12
115:4 117:14,23
118:10 120:9,10,17
289:22 290:2,12,17
290:20
**shopped (5)**
71:3,6 184:6 246:9
290:20
**shopper (1)**
197:17
**shopping (9)**
72:12,23,24 77:19,20

216:8,9 246:23
289:24
**short (4)**
10:24 11:7 62:25
256:9
**shorthand (3)**
2:9 297:3,9
**shot (1)**
208:9
**show (24)**
17:24 23:22 25:8 28:8
28:19,20 30:17,20
33:25 35:11 36:3
42:13 70:3 72:4
88:13 112:25
149:11 155:15
184:13 191:11
202:22 225:12
286:21 291:22
**showed (8)**
30:18 40:11 127:10
203:8 205:22
258:20 263:8
276:16
**showing (9)**
40:10 70:13,18,18
113:7 117:17
186:25 209:9
244:13
**shown (3)**
193:20 221:9 244:9
**shows (1)**
186:22
**side (3)**
83:24 120:2 223:2
**sign (6)**
18:23 32:9 33:10,14
38:21 180:15
**signature (10)**
24:19 33:9,12 35:18
37:4,9 38:12,14,20
298:21
**signed (19)**
18:25 19:2 20:11,16
30:16 32:6,7,10,12
32:21 33:24 35:14
35:20,25 37:6 38:9
299:22,24 300:6
**significant (25)**
160:24 161:8,9
176:14 195:2,6,21
195:22,24 196:4,7,9
196:15,18,22 197:2
197:5,14 249:2,9,11
249:15,21,24 262:3
**signing (1)**

37:13
**Silverman (168)**
3:12 4:22,22 5:15,17
9:20 11:15 19:10,15
19:18 21:17,21 29:7
29:15 30:22 31:10
32:16 41:2 44:17
49:5 56:13 59:11,15
59:24 60:6 70:9,16
78:6 85:17,20 86:2
86:6 88:19 102:11
113:2,23 119:2
134:3,8,11 136:4
138:2,5 142:5,9
152:9 154:15 155:5
166:13 167:16
168:6,11,15 170:17
179:12 183:14,17
184:15 185:11,17
185:19,24 186:4,7
187:5 191:11
193:14 199:15
201:7 208:9,15,18
209:5,9 210:14,16
211:22 212:3,6,8,11
212:18,22 214:21
214:25 217:9,15,19
217:24 219:19,23
220:2,6 224:15
226:11,14,21,25
227:4,7,10 236:11
236:15 239:21,25
240:14,18,23
241:17,21 242:17
242:25 243:13,18
243:21 244:2,5,8,23
245:3,7,11 247:17
247:22 250:17
251:6 259:18 280:6
282:4,7,17 283:10
283:12 287:4
291:15,25 292:5,10
293:25 294:4,22,25
295:6,10,13,24
296:3,14,21 299:4
300:12,15,17 301:7
301:9,10,12,14,16
301:18,20,22,24
302:6,8,10,13,16
**Silvia (5)**
1:24 2:8 4:15 297:3
297:25
**similar (14)**
18:25 39:5 216:14
235:23,25 236:24
236:25 243:9 249:5

250:6,7,15,23
251:19
**similarly (2)**
1:4 4:5
**Simple (2)**
240:22 301:17
**Simply (1)**
240:5
**single (19)**
148:6 153:20 170:5,5
181:23 184:7,9
189:24,25 191:9
243:15,19 244:3,6
244:16 252:17
273:4 277:11
279:25
**singular (1)**
191:9
**sit (4)**
117:22 208:5 269:11
295:17
**sitter (1)**
126:20
**sitter's (1)**
127:2
**sitting (11)**
23:15 44:2 46:24 50:5
105:25 112:4
158:23 177:8
178:19 261:23
275:18
**situated (2)**
1:4 4:5
**six (10)**
36:24,25 90:11
105:14,18,18,21
212:11 242:11,12
**size (14)**
83:3,5 129:23 211:23
214:19,22,25
215:11 217:7,16,20
217:21 218:2
225:14
**skill (1)**
212:10
**Skittles (13)**
213:15,17,21 214:2
216:22 217:20,22
219:12 221:12
226:6,17 227:3
301:9
**smacks (1)**
45:13
**small (1)**
66:4
**smaller (1)**

153:23
**smallest (1)**
148:2
**Smith (2)**
3:24 4:13
**snack (68)**
69:2,11 71:19,24 74:8
76:8 81:20,20 87:15
87:15 97:19 99:23
99:23,25 100:2,3
101:2,12 102:24
103:5,13,14 114:14
123:17,22 124:4,7
124:10 129:5 131:7
161:11 166:7,22
167:4,4 169:3,18
170:11 176:11
178:17 182:19
184:2,7,20 185:16
197:14 209:13,14
215:8 232:13,14,22
239:8 241:5 243:17
243:25 247:14
250:21 251:24
252:7 254:5 261:6
262:8 263:23 271:4
286:18 289:14
291:13
**snacks (328)**
7:20 48:17 50:23 51:7
51:17,17,24 53:3
55:5 58:11,22 60:21
67:8,14,22 68:21,25
69:5,6,9,10,17,21
69:24 70:17,22
71:18,22 72:14,15
72:17 73:15,19 74:2
75:19 77:7 78:2
79:23,25 81:21
82:16,18 83:17
85:24 86:4 87:8
88:8,15,17 90:3
91:19 94:7,17,18
100:13,13,15 101:2
101:13,25 102:22
103:21,23 105:8
106:3,8 107:13
110:17,21 111:8,14
112:6 113:7 114:13
115:13,17 116:23
116:24,25 117:9,18
117:18 118:15,18
119:8,13,19 120:7
120:14,25 122:7,8
123:13,16,24 124:8
124:20 125:10,13

125:19,21,24,25
126:11,22 127:7
128:20 130:12
131:14,14,16,19
132:2,8,21 133:5,20
134:6,16 136:13,14
137:14,17 138:12
139:16 146:5,21
147:9,20 148:9
149:2,17 156:23
161:12,15,16,17,18
161:21 162:2,4,5,10
162:25 163:17,22
164:5,7,9,12 166:16
166:19 167:10,23
167:24 169:3,9,13
169:18,24,25 171:9
171:13,18 175:21
175:21 178:14
179:18 182:18
185:6,12 187:24
193:25 194:9,15
195:2 202:9 204:15
204:19 206:14,20
206:25 208:22
209:25 210:5,6
211:14,21 212:14
213:4,25 214:13,19
214:20 215:6,20,25
216:6,9,12,18 218:6
218:13,16,23 219:5
219:11 220:14,15
220:18,22 221:10
222:15,21 225:22
225:25 226:2,5,18
227:9 229:8 230:3
230:10,18 231:24
232:6,12,13,21
233:13,19 235:23
235:25 236:3,5,6,23
236:24,25 238:2
240:5,22 241:9,15
241:20,24,24 242:9
242:13,21 243:9
244:18,22 245:2,6
245:10,17,22
246:17,22 248:4,9
248:10,14,25 249:8
249:24 250:8,13
251:2,3,20 252:25
253:5,7,11,12 254:4
254:15,17 259:17
260:5,22,23,24,25
261:2 262:13
263:22 264:3,9,16
264:25 265:6,8,24

266:13,15 267:17
267:18 268:4,9
270:24 272:6,22
280:8,17 281:5
282:13 286:12
287:8,13 290:23
291:2,4,7,10 300:10
300:13,16 301:13
301:18,19,22,24
302:5,7,9
**so-to-speak (1)**
27:15
**sodas (1)**
120:14
**sodium (1)**
127:20
**sold (8)**
115:18,18,25 120:18
242:5 244:12
286:12 287:7
**solely (2)**
243:7 250:19
**solids (1)**
84:6
**somebody (6)**
13:5 57:13 93:9 272:9
272:14 273:12
**son (10)**
72:24 73:13 76:20
77:11,17,23 100:5
123:3 126:12,15
**sons (1)**
147:2
**sorry (24)**
13:4,19,20 15:5 18:24
30:8 32:14 34:24
40:4 53:2 116:19
125:12 138:9
157:24 175:16
180:8 185:9 187:21
193:11 206:3
231:12 257:24
260:3 294:6
**sorts (1)**
208:8
**soup (1)**
290:8
**source (2)**
241:10 247:12
**sources (2)**
70:20 86:25
**space (1)**
283:17
**speak (18)**
6:9,15,19 11:10 12:7
14:20 52:16,25 53:4

53:8 54:4 55:13,18
56:7,19,22 57:5
236:20
**speaking (2)**
50:10 266:4
**specialist (3)**
4:15 208:3,4
**specific (5)**
45:11 57:18 219:17
260:9 295:18
**specifically (11)**
31:3 36:12 76:9 83:25
127:9 152:3 190:16
209:6 255:15
260:14 271:17
**spell (2)**
5:19 48:25
**spent (1)**
87:10
**spoke (25)**
6:23 9:13 10:20 12:11
13:5 14:2,6 23:16
49:15 52:16 53:15
57:13 110:14
173:23 174:2,22,23
266:8,11,25 267:4,6
268:6 275:24 276:7
**spoken (18)**
6:6 9:2,4,10 11:24
12:14,21 23:12,13
23:14 55:7,21 58:9
58:10 93:25 270:16
275:12,17
**Sponge (7)**
78:15 243:4 245:10
245:14 246:6
247:12 302:6
**spousal (1)**
59:9
**spread (3)**
153:15,17 155:23
**spreads (2)**
153:13 156:8
**Spring (4)**
5:11 61:6,8,9
**Square (2)**
245:10 302:7
**standard (4)**
121:15 124:7 135:22
290:9
**standards (1)**
99:5
**standing (1)**
69:23
**Starbucks (1)**
217:7

**Starburst (6)**
213:13 215:12 226:24
229:20,21 301:8
**Starbursts (28)**
213:17,22 214:3
215:3,13,24 216:7
216:23,24 217:8
219:12 221:12
226:6,17 227:14,17
227:20 228:7,12,19
229:5,12,14,15,15
229:16,17,19
**starch (3)**
86:12 150:23 239:13
**start (3)**
48:8 68:2 146:9
**started (9)**
7:15,17 51:15 87:7,21
87:25 122:14,25
146:14
**starting (2)**
61:11 64:16
**state (2)**
5:19 184:24
**stated (2)**
33:4 297:10
**statement (15)**
91:24,25 109:11
133:17 137:22
150:4 155:3 177:19
177:23 184:12
185:8,10 232:8
234:20 235:15
**statements (2)**
164:25 169:23
**states (5)**
1:1 2:11 4:8 33:7
154:25
**stating (1)**
174:18
**stay (2)**
120:16 133:11
**STENOGRAPHER...**
34:24 226:13 243:2
282:6 286:24
**Stipulations (1)**
303:17
**stood (1)**
114:12
**stop (6)**
97:25 172:5 173:7,12
173:18 174:3
**stopped (8)**
116:3 159:10 171:20
173:13 174:6,14
266:2 267:2

**stopping (2)**
110:7 173:19
**store (28)**
68:19 104:13,18
105:5 111:14 112:7
114:25 116:6
117:17 118:9,21
119:12,24,25
120:10,11,18,21
121:10 130:5 170:4
183:4,9 220:13
243:22 246:10
289:24 290:22
**stores (1)**
243:21
**Straight (1)**
119:17
**strawberries (2)**
104:16 185:20
**strawberry (12)**
140:15 141:11,20
143:14 199:9
200:23,24 201:15
201:16 227:22
238:9 240:9
**stray (1)**
82:3
**strength (1)**
153:20
**strike (5)**
60:4 110:15 247:25
252:4 293:8
**string (1)**
117:19
**stuck (1)**
84:21
**stuff (3)**
106:15 121:11 175:25
**subject (2)**
50:22 179:16
**submitted (1)**
294:16
**SUBSCRIBED (1)**
298:22
**subsequent (7)**
103:10 126:9 130:8
158:19 167:18
176:16 235:9
**subsequently (8)**
87:22 108:25 125:18
129:10 156:12
167:8 168:4 170:9
**subset (2)**
250:22 274:24
**substance (1)**
9:25

**substantial (1)**
260:4
**substantive (1)**
9:15
**substitute (1)**
124:9
**sue (4)**
51:24 52:7 84:17 87:6
**sued (1)**
92:23
**suffice (1)**
277:4
**sugar (86)**
50:13 51:8,18,24 53:4
54:17,25 84:4,10
86:11 87:20 106:10
106:14,18,19,20,21
106:22 107:6,13,21
107:23 108:15,19
109:16,20 110:3,25
127:12 128:8,21,24
132:12,16,18,21
133:4,19 134:5
135:16,25 141:3,3,8
150:22 153:25
171:6,20 172:24
173:3,16 175:9,23
200:5 207:18
208:21 210:23
214:11 215:4,5,15
215:21 218:10
220:8 221:21
225:15,16 227:25
238:15 239:12
241:2,12 252:18
265:15,18 281:16
282:11,12,25
283:25 284:3,12,16
285:3,6,24
**sugars (16)**
106:16 108:4,6
127:20 152:14,23
153:12 198:21
211:13 216:25
218:9,13,25 224:25
284:25 300:22
**sugary (1)**
69:16
**suing (3)**
45:7 46:15 229:9
**summary (1)**
277:9
**summer (21)**
8:13,14,14,14,17,18
8:25 11:12 12:2
14:17,22 15:3,6

20:24 21:4,8 22:13
24:24,25 25:3
292:20
**supervision (2)**
63:23 297:13
**Supplement (2)**
152:12 300:21
**supplemental (11)**
36:6,9 38:5,6,18
39:12,14 40:6 43:2
152:22 300:4
**supplier (1)**
200:17
**support (3)**
63:14 277:25 303:3
**supporting (2)**
277:14 278:13
**suppose (1)**
170:20
**supposed (3)**
19:13 143:9 208:16
**supposedly (1)**
207:11
**sure (48)**
11:4 18:22 26:11,23
27:5 28:3,20 38:19
39:8,9 40:18 42:20
49:25 64:18 77:5
81:23 83:10 84:24
85:6 88:9 90:13
91:3 94:22 99:13
101:7,17 104:21
116:20,21 126:4
131:22,24 132:20
143:5 144:6 148:5
174:12 178:17
181:3 182:21,22
185:17 257:22
266:16 269:20
280:7 286:7 291:21
**surprise (3)**
182:23 183:20 282:24
**survey (1)**
289:7
**swayed (1)**
176:21
**sweet (7)**
100:24 101:6,8,11
260:23,24 261:2
**sworn (3)**
5:13 297:6 298:22
**synthetic (4)**
238:13 254:16,21
255:9
**syrup (20)**
84:4,6,10 86:11 87:20

128:21,24 140:22
141:3,8 144:9,16
150:22 210:23
227:25 238:15
239:12 241:2,12
252:18

**T**

**T (8)**
3:17 297:2,2,2 299:5
300:2 301:2 302:2
**table (6)**
250:12,19,20,22
253:2,6
**take (56)**
16:7 17:11 24:4 34:7
35:16 36:11,21
42:24 43:23 48:12
48:14 51:9 73:8
75:6 83:7,23 85:8
85:10 86:7 95:11
105:10 106:5
108:10,14 113:6,15
162:3 178:25 179:8
203:23 204:12
207:23,24 208:11
210:19 212:10
213:21,22,22,23
215:12 217:22
224:17 225:4,12
238:24 240:19
245:13 254:8 259:7
259:10,22 276:10
282:2,21 283:12
**taken (11)**
5:24 11:20 21:24 49:8
60:23 102:17
170:23 224:20
259:15 283:21
297:9
**talk (5)**
52:7 177:15 199:13
199:16,18
**talked (3)**
94:5 171:2 177:16
**talking (15)**
8:3 38:3 45:22 77:6
77:21 78:5,6 120:12
165:25 223:5 230:3
234:3 251:22,24
281:2
**Tapioca (7)**
84:4,6,9 238:15 241:2
241:3,12
**targeted (3)**
245:19,22 246:21

**targeting (1)**
246:17
**Tart (1)**
117:5
**Tarts (5)**
117:7,8,14,20,23
**taste (22)**
99:21 100:18,22,23
101:3,4 102:24
103:18,19 125:23
129:5,6 131:8
134:11,14 166:8,23
167:6 212:16
227:21 286:19
289:15
**team (2)**
64:3,6
**television (2)**
111:19 223:6
**tell (48)**
15:11 17:19 24:4
25:15 30:2 31:15
34:9 36:11,15 42:21
43:5,23 44:25 45:5
50:8 55:2 59:5 60:7
60:17 61:24 67:19
83:8 85:11 91:20
100:5,16 113:9
126:21 131:5
154:16 168:19
171:9 176:2 191:15
199:19 200:18,18
207:25 208:22
213:24 215:13
220:9 231:25
238:25 276:17
282:8,21 297:6
**telling (8)**
51:20,21 60:22
168:21,24 183:20
190:23 216:4
**tells (1)**
156:10
**ten (19)**
7:10 11:7,25 66:17,21
67:9 88:15 103:21
105:7 120:25
121:18 122:9,10
123:4 146:4,12
156:23 170:4
242:14
**ten-year (1)**
73:6
**ten-year-old (2)**
76:21 146:21
**tend (1)**

69:15
**term (1)**
267:10
**terms (10)**
72:7 80:11 82:13
131:14 161:7
246:17 270:22
277:10 280:18
289:12
**test (1)**
133:25
**testified (33)**
5:14 20:17 24:22
40:17 46:15 157:21
158:4 163:19
166:10,17,21
169:12 178:20
179:22 180:9,10,21
181:21 187:2 194:4
196:3 204:21
205:13 223:20
228:12 235:2
244:11 274:3
276:15 286:16
291:20 292:17
293:14
**testify (9)**
17:15 142:6 155:4
208:7 211:20 214:6
217:18 239:3 289:3
**testifying (4)**
49:12 168:7 183:12
292:8
**testimony (46)**
15:24,25 17:9 40:25
44:16,18 46:24 47:7
54:15,20 103:3
110:12 145:12
151:11 157:20
162:16 166:10
167:14 168:3,14
171:22 174:8
178:23 181:16,20
186:13 187:17
189:6 190:3,10,23
204:6 210:11
212:24 213:3,24
219:10 225:24
226:4 235:7 253:4
265:20 266:24
284:23 285:9
297:11
**thank (1)**
119:4
**thereto (1)**
297:23

they'd (2)
124:12 166:23
thing (5)
16:3 89:16 222:12
243:15 265:14
things (12)
8:23 72:10 78:25
101:21 114:15
118:3 120:15
151:23 165:7 175:6
283:6 288:9
think (63)
13:3 18:17 19:22
21:18 22:6 25:16,20
25:23 26:5,22 27:6
28:12,16 30:14,15
39:5,7 41:2 59:13
60:19 65:8 78:7
81:5 84:19 87:8
96:23 100:22
104:11,17 106:21
111:18 121:2,5,15
128:16 154:17
158:4 172:11
177:15 189:7,12
213:24 221:9
224:13 244:13
252:15 267:16,22
272:5,24 273:2
274:11,15 280:9,13
281:4,23 283:24
284:21 286:6,9
291:20 292:17
thinks (2)
168:8,11
third (1)
153:9
Thirteen (1)
43:14
Thirty (3)
6:21 200:8 243:2
Thirty-five (2)
61:2 282:6
Thirty-six (1)
287:5
thought (25)
18:24 27:3 82:14
87:12 96:14 99:21
103:6,14,17 118:22
135:23 167:5,9
175:3,4 186:5 197:4
197:13 205:15
228:6,18,22 229:11
267:14 276:14
thoughts (2)
283:15,17

thousand (2)
176:5 260:8
thousands (1)
124:16
three (30)
9:14 10:3,6 122:13,20
123:5,7 147:23,25
147:25 165:7
198:21 200:6
208:19 212:11
214:12 215:4,4
216:24,25 218:5,22
219:3,4 221:20,21
283:16 285:19
290:14 296:16
throw (1)
137:2
throwing (1)
27:20
Till (1)
63:18
time (179)
6:10,22 7:23 8:25 9:7
11:18,21,23 21:22
21:25 26:20,24 27:6
34:15,19 40:20
41:20 45:3 48:16
49:6,9 58:18 62:25
69:8 72:13 73:2,8
74:4 77:6,21 78:5,7
78:8 79:18 80:14
81:15 88:12 90:15
90:20,22,24 91:10
91:17 97:15 99:14
102:9,15,18 103:8
105:6,15 106:4
108:9,12,22 109:2,9
112:21,24 113:25
114:5,11,22 115:14
116:2,6,18,19
120:17 122:22,23
123:15,19 124:3
126:7,19 127:4,21
128:9,11 129:8,20
129:20 130:7
135:10 138:10
145:17,18 146:14
147:5,22 148:19
150:25 151:9
156:12 158:14,23
159:23 162:6,7,8,18
163:7 164:7 165:14
165:18 166:3,17,20
167:2,17 170:21,24
172:13,15 174:8,15
175:24 176:16,16

187:3,6,9,13,15,20
189:2,4,21 193:2,9
193:19 194:12,14
194:17 204:7 208:5
224:13,18,21
228:20 229:2 235:8
235:9 239:5 240:17
246:23 248:24
251:13,14 253:8
259:13,20 260:13
263:4,6 264:14,19
264:22 265:11
266:14 269:14
275:10,13 276:8,15
283:19,22 284:13
285:23 288:14,17
289:18 290:25
293:3 296:6,23,25
297:10
times (55)
9:4,12,13 10:19 15:16
15:17 16:10,19,23
23:16 24:23 71:20
76:17 81:7 84:23
87:4,10 95:10
103:12 105:18,19
105:21 106:6
121:22 126:9 130:8
142:19 145:16
148:9 149:2 162:5
176:5 178:20
179:24 180:23
187:7 215:4,5
216:24,25 218:5,12
218:22 219:3,4
221:20,20,21 236:8
236:14,21 260:8
271:12 282:12
290:14
title (5)
62:20,23 63:15 64:19
64:21
today (36)
6:5,17 10:8 14:11
15:12 17:9 19:11,12
19:13 21:14 23:15
27:20 40:15 44:2
46:25 50:6 64:19,21
99:7 106:2 112:4
177:9 178:20
179:22 180:21
181:16 183:12
205:5 243:11
261:24 263:18
270:19 275:19
291:22 292:15

295:17
today's (2)
18:2 296:23
told (24)
13:17 14:16 52:24
54:13,17,22,25 56:7
56:19 60:15 93:25
106:17 112:20
129:4 131:6 142:9
168:16 171:5,20
173:3,6 258:11
266:20 270:12
tooth (1)
100:24
top (3)
24:14 153:8 245:25
topic (1)
151:16
total (11)
140:20 143:21 144:2
160:10,11,11
198:19 200:15,16
201:21 215:15
totally (1)
280:23
touch (2)
48:18 53:10
Township (1)
115:10
trade (2)
64:7,13
traded (1)
64:16
Traders (1)
290:11
trading (1)
63:23
transcript (4)
59:17 168:10 286:8
297:15
treat (3)
132:6 133:13 137:3
trial (5)
210:16 220:6 289:3,4
295:15
trick (1)
137:3
tried (7)
59:18 67:16 73:25
74:3,4 100:19 108:9
tropical (1)
104:17
true (33)
33:5,8 47:22 133:17
137:22 144:16
164:22,25 165:7

185:8,10 210:4
236:19 252:3,10
258:22,24 261:6,7
261:10 262:8,12,15
262:17 277:17,23
278:17,25 279:5,13
293:11 294:21,23
trust (1)
212:9
trusted (1)
82:11
truth (8)
17:19 39:13 240:5,22
297:7,7,7 301:17
truthful (1)
15:25
try (17)
28:7 69:14 74:6 111:3
126:11 132:4
133:10,11 136:2,4
136:24 137:2 148:6
173:15 264:16
283:13 294:5
trying (2)
54:21 286:7
TSG (2)
4:13,16
turkey (2)
110:20 173:8
turn (2)
153:5 179:14
twelve (2)
212:17,18
Twenty-two (1)
226:13
twice (1)
149:3
Twizzlers (13)
213:11,18,23 214:2
216:23 218:19,19
219:12 221:12
226:6,17 227:6
301:11
two (64)
9:14 10:3,5 11:3
28:13,14 31:6,21
37:16 38:8 48:9,10
48:17 50:17 51:13
53:23 66:17,19,19
66:21 73:10,11 84:9
116:4,14 122:13,19
122:23 123:21
126:17 129:7
134:25 135:5
146:21,22 147:2
163:8 174:5 175:10

181:2,3,4,5,7
182:11 186:7
189:15 201:19
202:15 209:4 224:7
229:15,22 238:11
241:13 243:21
245:25 251:12
266:21,24 280:23
285:18 290:14
291:3
**two-year (2)**
73:21,22
**types (3)**
116:24 135:7 186:7
**typewriting (1)**
297:12
**typically (13)**
117:15 120:14,22
121:14 122:6,9,16
122:18 123:8 135:6
135:8 145:23 290:6

_____
**U**

**U (1)**
5:10
**uh-huh (20)**
6:18 8:4 12:10 16:2
27:8 33:11 35:7
80:22 84:11 88:21
88:25 124:13,23
138:21 140:17
153:10 158:8 171:4
179:7 280:6
**understand (21)**
15:19,20 17:14,16,22
39:2 49:12 52:4
54:22 86:20 99:18
133:16 141:15,17
189:15 197:18
272:18 275:22
278:9 280:18 289:2
**understanding (3)**
78:19 139:3 234:10
**understood (4)**
15:23,25 17:6 174:8
**Unfortunately (1)**
254:16
**unhealthy (1)**
281:23
**United (3)**
1:1 4:8 33:7
**University (6)**
61:13,15 65:10,17,19
93:17
**unsure (1)**
293:15

**untrue (1)**
295:21
**unusual (1)**
135:24
**updates (2)**
9:5,14
**upteen (1)**
236:21
**URI (2)**
65:8,10
**use (3)**
112:6 140:11 142:18
**uses (1)**
78:24
**usually (7)**
72:10 78:24 79:2 82:4
121:2,5,11

_____
**V**

**v (2)**
1:6 4:6
**Vague (1)**
296:3
**validity (1)**
155:2
**value (8)**
96:18 129:12 214:7
240:6 248:11,14,20
274:6
**Vanilla (1)**
135:19
**varieties (10)**
162:24 163:3 179:18
179:21 180:3,22
184:9 244:10,12,13
**variety (11)**
104:2 105:13 107:13
149:17 179:25
180:22,23 253:5
287:2,5 302:13
**various (7)**
28:21 41:12 42:10
78:16 206:14
224:24 240:7
**vegetable (4)**
84:5 238:8,12,16
**vegetables (5)**
79:10 119:15,16
120:3,12
**veggie (4)**
70:20 79:14 86:24
237:6
**Venable (2)**
3:8 4:23
**verbiage (1)**
80:11

**verification (20)**
20:11,15,16 30:16
32:10,12,20 35:12
35:13,20 37:4,5,8
37:14,20 38:23
295:2 299:22,24
300:6
**verified (1)**
39:20
**verifying (2)**
37:20 39:13
**versus (28)**
69:17,21 71:18 82:18
98:3 114:13 120:13
159:14 161:23
200:22,23 201:15
201:15,25 207:10
211:13,17 217:2
218:15 219:17
228:16,24 229:21
236:5 237:5 238:23
242:12 255:18
**vibrantly (3)**
204:16,20 206:9
**video (2)**
4:3,14
**VIDEOGRAPHER...**
3:25 4:2 5:6,9 11:13
11:16,21 21:19,22
21:25 49:6,9 102:14
102:18 170:21,24
224:18,21 247:19
259:13,20 283:19
283:22 296:22
**VIDEOTAPE (1)**
1:12
**Videotaped (1)**
2:5
**view (2)**
216:6 288:13
**viewed (1)**
285:10
**views (1)**
98:14
**virtually (7)**
105:15 182:24 183:21
184:4 243:15 244:2
244:5
**visit (1)**
183:9
**visited (1)**
183:4
**vitamin (21)**
45:20,21,24,24 70:22
96:17 177:17
178:12,13 195:9,17

196:8,21 237:7
240:6 241:9 247:13
248:16 252:23
256:5 282:9
**vitamins (59)**
45:14,15 69:25 80:7
96:16,18 114:17
150:16 152:15,24
162:13 164:3,21
165:24 177:16,17
195:3,7,9,17,25
196:10,12,15,18
197:22,23 198:5,6
225:2,5,21 234:2
237:11 241:10
252:22 254:14,17
254:19,21,23,24
255:4,5,6,10,11,16
255:18,18 256:4,10
256:15 260:16
271:14,18 273:17
274:4 300:23
**voracity (1)**
154:25

_____
**W**

**Wage (5)**
1:24 2:8 4:15 297:3
297:25
**wait (3)**
8:16 16:11,12
**waiving (1)**
179:16
**walk (2)**
119:14,25
**Wall (1)**
115:10
**want (19)**
16:24 52:7 155:8
184:11 185:14
197:5,19 199:12,18
217:17 225:13
234:7 254:2 272:2
273:19 280:7
283:16,17 292:10
**wanted (5)**
176:18 209:19 286:18
289:14,14
**wants (2)**
49:3 199:15
**wasn't (23)**
44:21 50:11 59:15
73:15 104:18 124:9
145:18,21 161:10
161:20 163:22
166:3,18 169:13,16

187:5 191:19
194:20 209:12
229:14,18 285:3
288:10
**water (5)**
123:23 124:22 280:5
281:17,25
**wax (1)**
211:4
**way (11)**
48:20 51:6,23 90:24
124:24 141:15,17
198:8 243:8 288:15
297:21
**ways (1)**
200:6
**we'll (22)**
23:22 28:21 31:10
32:16 36:4 37:3
46:7 59:23 60:3
85:21,22 88:14
113:24 149:12
192:21 199:4
224:16 226:16
240:18 241:17
286:22 290:8
**we're (24)**
11:18,22 21:23 22:2
25:8 28:20 49:7,10
102:15,19 170:18
170:22,25 216:11
224:19,22 259:14
259:21 277:8 278:4
282:4 283:20,23
296:23
**we've (12)**
22:3,4 44:18 94:5
103:20 142:9,15
216:23 224:15
247:18 267:16
275:12
**website (3)**
269:17,22 270:8
**websites (1)**
269:19
**Webster's (1)**
181:2
**week (54)**
18:12 19:24 22:24,25
23:7 24:7 27:3,7,18
28:2,4,16 30:7,9,14
30:15 31:21 32:14
33:20 34:13 35:9
38:7 39:19 40:20,21
48:5 55:19,21 58:17
59:6 60:11,22 76:17

95:8 122:10,10,15
123:4,9,19 124:19
126:23 149:2,3
173:22,25 174:5
180:11,16,18
270:13 275:24
290:9 292:15
**weekly (3)**
87:11 95:2 172:7
**weeks (6)**
38:8 122:13 134:25
293:20 295:3
296:17
**weighed (1)**
151:16
**weight (2)**
214:23 225:20
**Welch (11)**
1:7 4:6,23 29:8,12,16
29:21 45:7 207:10
299:14,17
**Welch's (215)**
31:7 34:3,7,8 35:21
45:7 50:12,22 51:7
51:17,25 55:5 58:11
58:21 60:21 67:7,14
68:13,17,20,24 69:5
69:9,17,21 71:9,17
71:22 72:15 77:7
79:18,23,25 81:21
82:18,25 83:16
84:20,20 88:4,8,14
88:17 90:3 91:19
92:7 94:7,11,17
100:13 101:24
102:22 103:21,23
105:7 106:2,8
107:12 110:16,21
111:8,13 112:6
113:4,7 114:13,18
115:13,17 116:22
116:24 117:9,17
118:18 119:8,13,19
120:7,25 123:15,24
124:4,8,20 125:10
125:12,13,19,21,24
126:11,22 127:7
128:20 130:12
131:13 132:2,8,21
133:4,20 134:6,16
136:13 137:14,16
138:11 139:16
146:5,20 147:9,20
148:8 149:14,17
156:19,22 162:3,18
163:7,14,16 165:11

167:24 169:17
171:8,12,18 182:17
183:25 184:14,19
202:9 203:2 204:18
206:13,20,24
208:22 209:24
210:5,6 211:14
213:3,25 214:12
215:5,20,25 216:6
218:6,13,16,22
219:4,10 220:22
221:10 225:24
226:4 229:8 230:9
230:15,17 232:11
232:13,21 236:5,22
237:11 238:2,17
241:6,14 242:12,21
244:17 245:22
246:16 248:13
249:23 253:11
254:4 263:22 264:2
264:9 265:23
266:12,15 267:9,17
268:8,14 269:18
270:7,24 272:6,21
273:8 274:23
279:19 280:16
281:5 282:12
286:11 291:2,4,6,9
291:13 300:15,18
300:19 301:4,5
**well-known (1)**
94:11
**went (8)**
8:9 41:4 63:16 80:24
110:20 127:2 169:3
230:2
**weren't (13)**
102:2 161:4,24 162:9
164:6 167:21
174:23 193:21
223:21 231:4,5
256:6 291:21
**whatsoever (2)**
211:7 212:25
**white (1)**
211:5
**Winnie (2)**
124:25 125:3
**wished (1)**
248:3
**within-entitled (1)**
297:8
**witness (37)**
5:12 35:3 36:23 43:4
49:3 59:23,25 75:8

75:12 93:13 113:8
154:11,16 168:7,16
176:9 179:5 183:15
203:24 204:13
210:21 217:24
222:10 236:10
244:11 251:14
254:10 259:7,25
276:13 280:4
295:11 296:20
297:5,11 299:3
303:6
**Woodland (1)**
3:5
**word (3)**
195:11,21 239:9
**words (5)**
154:16,17 196:5,6
206:19
**work (3)**
62:5,7 65:22
**worked (2)**
62:8 66:9
**works (2)**
12:25 48:19
**wouldn't (7)**
19:2 100:10,25
117:20 262:17
264:5 269:9
**wrap (1)**
283:13
**writing (2)**
15:15 20:18
**written (1)**
293:16
**wrong (2)**
168:12,19
**wrote (4)**
270:5 273:8 277:7,8

### X

**X (6)**
297:15 299:2,5 300:2
301:2 302:2

### Y

**yeah (65)**
5:21 8:2,20 16:18
18:23 21:21 23:8
27:3,12 30:25 37:10
41:10 49:14 51:22
54:9 56:13 73:12
80:22 81:9 85:6
88:11 89:25 95:9
99:18 100:14
105:20 107:18

115:2,10 119:21
121:10,16 122:11
124:15,16 127:14
129:9,11 130:9
131:18 134:10
143:4 154:4 155:14
156:17 160:20
161:2 166:2 170:20
171:7 174:12
178:18 181:18
196:9 197:4 205:9
205:23 218:11
223:22 229:7 232:4
233:11 252:2
264:23 266:6
**year (22)**
17:3 23:8 50:17 51:13
55:20 73:9 90:9
116:4,14 147:14,17
147:18,19 182:11
207:13 236:18
251:9 282:18
285:13,17 291:3
292:19
**years (79)**
48:6,7,9,10,17 53:23
62:21 67:10 73:4
75:17 79:21,23 80:2
80:4,6,12 87:10
90:9 94:25 95:7,24
97:11 98:6,7,20,24
99:7,15 100:5
108:20 110:7
112:11 116:9,9,11
122:23 134:4 145:4
145:10,15,20 146:4
146:12,13,16 147:8
147:19 163:13
170:4 171:17 172:7
174:4,5 182:13
183:6,10 184:13,18
187:8 191:14
192:15,25 232:3,11
237:9,10,15,21,24
243:23 251:4,12
266:21,24 272:3
285:18,19,19
290:23
**yellow (2)**
211:5,5
**Yep (17)**
63:8 84:13 101:19
108:16 115:6
185:19 218:4,8,14
218:18,24 219:2,6
243:18 245:18,21

271:19
**yeses (1)**
16:4
**yogurt (2)**
111:7,8
**York (3)**
1:1 2:12 4:9
**young (1)**
122:14
**youngest (1)**
123:6

_____
### Z

**zero (3)**
134:16,17 217:2

_____
### 0

**0 (3)**
127:19 215:21 218:16
**07424 (1)**
3:5
**07762 (1)**
5:12

_____
### 1

**1 (14)**
4:3 17:25 18:3,6
46:18 92:3 121:24
160:21 179:9,13
211:6 218:2 277:13
299:7
**1-800 (2)**
268:16,20
**1.99 (1)**
242:13
**1:40 (1)**
170:23
**1:41 (1)**
170:25
**10 (41)**
27:23 35:11,13 67:11
81:7 103:22 105:2,4
121:2 127:19
140:20 142:13,13
142:13,13,13,13,19
143:22,22,23 153:6
153:8 154:19,21
161:9,23 181:13,13
181:21 198:18,22
200:3,3,3,3,4
201:23 299:24
303:8,9
**10:15 (2)**
49:7,8
**10:23 (2)**
49:8,10

**100 (3)**
70:22 178:12 195:17
**100% (9)**
177:17 237:6 240:6
241:9 281:10 282:2
282:9 283:9 302:12
**11 (33)**
27:23 36:4,5,8 37:24
38:16 39:4,7,14
66:7 106:22 107:6
108:6,15,18 127:11
127:20 128:8
172:24 211:14
215:21 235:21
263:2,10,11 265:17
283:25 284:3,24
285:2,6,24 300:4
**11:22 (2)**
102:15,17
**11:30 (2)**
102:17,19
**113 (1)**
300:18
**12 (11)**
37:3,5 62:21 78:11
83:4 163:2 201:25
212:12 259:23
263:11 300:6
**12:40 (2)**
170:22,23
**13 (9)**
42:16 43:13,13,18,23
62:21 263:12
276:11 300:7
**139464 (1)**
1:25
**14 (6)**
75:11 85:22,23
225:14 300:9 303:8
**140 (2)**
211:17 225:15
**149 (1)**
300:19
**15 (8)**
85:22 86:3 143:22,22
158:5 248:2 283:14
300:12
**1500 (2)**
2:6 4:10
**152 (1)**
300:20
**156 (1)**
301:4
**16 (8)**
88:14,16 103:20,25
104:24 127:7

138:12 300:15
**17 (22)**
1:2 8:15,16,17,19 9:2
12:2 14:17,22 15:3
15:6,6 21:5,8 22:14
113:2,3,6 149:8
203:9 211:25
300:18
**17th (1)**
65:4
**18 (10)**
15:5 32:23 149:12,13
149:16 158:6 203:9
211:13 299:7
300:19
**19 (6)**
152:10,11,17 300:20
303:8,8
**1977 (1)**
65:4
**19th (7)**
33:22 34:13 35:9,24
39:19 180:11,16

———————
**2**
———————
**2 (13)**
23:23,25 26:7,19 27:5
160:4,8,12 184:24
205:25 277:19
299:9 303:8
**2:37 (2)**
224:19,20
**2:42 (2)**
224:20,22
**2nd (3)**
36:22 39:23 40:5
**20 (17)**
12:4 14:16 142:13
156:18,22 158:12
161:9 176:7 201:25
202:16 203:9,15,18
225:15 226:12
284:2 301:4
**2004 (3)**
113:4,17 300:18
**2005 (4)**
61:17 62:9,11 63:3
**2007 (3)**
63:4,10 64:12
**2008 (1)**
113:20
**2009 (7)**
63:10,15,19 67:11
69:9 87:22 88:2
**2010 (2)**
66:6 69:10
**2011 (1)**
65:21

**2012 (5)**
63:19,25 64:14,16
149:20
**2014 (3)**
149:14,18 300:19
**2015 (4)**
156:19,24 157:2
301:4
**2016 (3)**
54:10 203:2 301:5
**2017 (15)**
9:2 11:12 20:25 24:16
24:19,24 25:2 26:3
54:3,10 115:7
152:17 204:2
262:21 293:2
**2018 (10)**
1:15 2:3 4:12 31:23
33:9 35:17 37:11
293:20,20 298:23
**202 (1)**
301:5
**2049 (1)**
3:10
**21 (5)**
202:25 203:4,5 284:2
301:5
**22 (3)**
226:16,19 301:6
**226 (3)**
301:6,8,9
**227 (2)**
301:11,12
**22nd (3)**
36:22 39:23 40:5
**23 (6)**
226:17,23 227:14
299:9 301:8,14
**23rd (9)**
32:13 33:8,14,21,22
33:24 35:17,24,25
**24 (3)**
226:17 227:2 301:9
**240 (4)**
215:3,15 218:19
301:17
**241 (1)**
301:19
**2424 (2)**
5:11 61:6
**244 (2)**
301:21,23
**245 (2)**
302:4,6
**24th (1)**
296:16

**25 (12)**
96:17 107:23 178:13
195:16,24 196:12
196:14 218:15
226:17 227:5
299:10 301:11
**25% (2)**
177:17 195:25
**250 (1)**
218:2
**259 (1)**
302:9
**26 (5)**
26:3 37:11 226:18
227:8 301:12
**26color (1)**
227:9
**26th (1)**
39:20
**27 (2)**
239:23 301:14
**28 (7)**
1:15 2:3 4:11 24:19
25:22 240:21
301:17
**283 (1)**
302:11
**286 (1)**
302:13
**29 (6)**
241:19 299:11,14,17
301:19 303:8
**291 (1)**
299:4

———————
**3**
———————
**3 (18)**
25:9,10,13 26:7 27:5
75:7 121:3,22
181:21 203:23
222:11,12 229:25
248:3 254:9 259:24
278:22 299:10
**3/23/18 (4)**
32:21 35:14 299:22
299:25
**3/26/18 (2)**
37:6 300:6
**3/Paragraph (1)**
222:8
**3:19 (2)**
259:14,15
**3:25 (1)**
259:15
**3:26 (1)**
259:21

**3:53 (2)**
283:20,21
**30 (16)**
10:8 12:4 140:23,25
144:16 198:23
200:5 218:25
242:24,25 244:21
245:13 261:21,24
262:2 301:21
**30-minute (1)**
14:17
**31 (3)**
244:25 299:20 301:23
**32 (3)**
245:5 299:22 302:4
**33 (4)**
215:3,15 245:9 302:6
**34 (6)**
242:24 245:14 259:16
280:8 299:23 302:9
**349 (1)**
145:18
**35 (7)**
115:7,10 282:7 283:8
286:23 299:24
302:11
**350 (13)**
95:10,13,20 103:10
103:12 105:10
145:16 171:16
181:24 271:12
272:3 273:19 274:8
**36 (4)**
286:24,25 300:4
302:13
**365 (1)**
3:4
**37 (1)**
300:6
**3rd (1)**
24:19

———————
**4**
———————
**4 (8)**
28:23 29:2,3,25 30:18
121:22 204:12
299:11
**4-9-2018 (1)**
297:24
**4:03 (2)**
283:21,23
**4:17 (2)**
296:23,25
**40 (20)**
81:7 92:3 103:22
105:3,4,5 121:4,5

121:18,20,22,23
122:4,7,8 181:14,22
211:5 218:9 225:20
**42 (1)**
300:7
**44 (1)**
303:9
**46 (2)**
218:9,10
**49 (2)**
282:11,25
**4s (1)**
28:21

_____
**5**

**5 (22)**
28:21 29:7,11,25 83:4
142:12,13,13,18,19
143:23 153:16
161:8 163:2 201:22
201:25 211:5
215:16 233:5 279:7
299:4,14
**50 (34)**
140:21,25 141:24
142:12,15,18,21,23
143:21 144:3,7,9,15
160:4,8,12,18,21
198:19,20 199:7,10
199:10 200:2,4,4,16
200:18 201:5,21,22
202:16 254:8
261:19
**51 (1)**
256:9
**5th (2)**
24:15 54:2

_____
**6**

**6 (12)**
28:21 29:15,20 30:2
30:18 42:22,24 43:3
106:6 278:5 279:17
299:17
**63 (1)**
277:4
**64 (6)**
43:8 44:23 258:14
277:3 279:22,24

_____
**7**

**7 (8)**
30:23 31:11,12,15
64:9 179:2 201:25
299:20
**7.99 (2)**

121:6,13
**7/22/82 (1)**
61:4
**75 (1)**
161:22
**7Flavored (1)**
302:7
**7th (9)**
31:23 32:2,3,8,9,18
35:5 180:10 294:18

_____
**8**

**8 (12)**
32:12,17,20 121:22
122:2 181:17,22
222:6,8,13 229:24
299:22
**8.99 (2)**
121:6,13
**8:15 (1)**
7:6
**80 (3)**
127:18 211:17 215:21
**800 (2)**
269:2,14
**85 (1)**
300:9
**86 (1)**
300:12
**88 (1)**
300:15

_____
**9**

**9 (10)**
27:23 34:2,4 113:20
122:2 232:5 233:17
299:23 303:8,8
**9:07 (1)**
2:4
**9:08 (1)**
4:12
**9:16 (2)**
11:18,20
**9:17 (2)**
11:20,22
**9:27 (2)**
21:23,24
**9:35 (2)**
21:24 22:2
**90 (2)**
261:14,15
**90067 (1)**
3:11
**98 (1)**
106:4
**99 (1)**

179:23