# EXHIBIT P



**ANSELL GRIMM & AARON** PC
COUNSELORS AT LAW

365 RIFLE CAMP ROAD
WOODLAND PARK, NEW JERSEY 07424
973-247-9000
973-247-9199 (FAX)

1500 LAWRENCE AVENUE
CN7807
OCEAN, NEW JERSEY 07712
732-922-1000
732-922-6161 (FAX)

214 CARNEGIE CENTER
SUITE 112
PRINCETON, NEW JERSEY 08540
609-751-5551

140 GRAND STREET
SUITE 501
WHITE PLAINS, NEW YORK 10601
800-569-3886

41 UNIVERSITY DRIVE
SUITE 400
NEWTOWN, PENNSYLVANIA 18940
267-757-8792

www.ansellgrimm.com

RICHARD B. ANSELL ‡
PETER S. FALVO, JR.
JAMES G. AARON
PETER B. GRIMM
MITCHELL J. ANSELL
BRIAN E. ANSELL ‡
ALLISON ANSELL ◆†
MICHAEL V. BENEDETTO
DAVID B. ZOLOTOROFE
DONNA L. MAUL ◆
RICK BRODSKY ◆
LAWRENCE H. SHAPIRO ◆□
ROBERT A. HONECKER, JR. □§
JENNIFER S. KRIMKO
FREDERICK C. RAFFETTO ~
JOSHUA S. BAUCHNER ◆
DAVID J. BYRNE □
ANDREA B. WHITE ◆●
EDWARD J. AHEARN □

JASON S. KLEIN ◆
MELANIE J. SCROBLE
BARRY M. CAPP ◆△
DOUGLAS A. DAVIE ◆
MARK M. WIECHNIK
ELYSA D. BERGENFELD
RICHARD B. LINDERMAN □
KRISTINE M. BERGMAN □
ROBERT I. AUFSEESER ◆
BREANNE M. DeRAPS *
JESSICA T. ZOLOTOROFE
MICHAEL H. ANSELL ◆
TARA K. WALSH ◆
ROBERT H. SIEGEL ▽
NICOLE D. MILLER □
ANTHONY J. D'ARTIGLIO ◆
ANDREAS D. MILLIARESSIS ◆

COUNSEL

HON. ANTHONY J. MELLACI, JR., J.S.C. (RET)
STACEY R. PATTERSON ◆
JAMES A. SYLVESTER
HON. RAYMOND A. HAYSER, J.T.C. (RET)
LISA GOLDWASSER ◆

RETIRED

DAVID K. ANSELL †
ROBERT I. ANSELL

IN MEMORIAM:

LEON ANSCHELEWITZ (1929-1986)
MAX M. BARR (1929-1993)
MILTON M. ABRAMOFF (1935-2004)

LICENSED ALSO IN:
△ D.C.   ◇ MA.   ◆ N.Y.   ★ WA.
□ PA.   ~ FL.   ▽ CA.

† FELLOW, AMERICAN ACADEMY
OF MATRIMONIAL LAWYERS

‡ CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A CIVIL TRIAL
ATTORNEY

§ CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A CRIMINAL
TRIAL ATTORNEY

● CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A MATRIMONIAL
LAW ATTORNEY

**Reply to: Woodland Park
Direct Dial:  (973) 925-7341
Fax:  (973) 247-9199
E-mail:  jb@ansellgrimm.com**

May 30, 2018

**Via Email:  *dssilverman@venable.com***
Daniel S. Silverman
Venable, LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067

Re:   <u>Hall v. Welch Foods, Inc., et al.</u> – 1:17-cv-05828-MKB-VMS

Dear Mr. Silverman:

Pursuant to the Court's Order of April 23, 2018, Plaintiff identifies the following additional proposed experts or reports:

1. Professor Thomas Joseph Maronick, DBA, JD – Consumer Survey
2. Professor Jean-Pierre H. Dube - Damages

Please do not hesitate to contact me to discuss this matter further.

Very truly yours,

Joshua S. Bauchner, Esq.
Member of the Firm

JSB/cs
cc:   Kim Richman, Esq.

088994.000000.52099711