

David R. King
Partner
Phone: 973.274.2002
Fax: 973.274.6407
dking@herrick.com

March 21, 2019

**BY ECF AND FACSIMILE**

Hon. Anne E. Thompson, U.S.D.J.
United States District Court for the
District of New Jersey
Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street, Court Room 4W
Trenton, New Jersey 07608

        Re:    **Lauren Hall v. Welch Foods, Inc., et al.
                  Civil Action No. 3:18-cv-10500-AET-LHG**

Your Honor:

      This firm represents Defendants Welch Foods Inc., A Cooperative and The Promotion In Motion Companies, Inc. ("Defendants") in the above-referenced matter. This afternoon, counsel for Plaintiff requested leave to file an oversize reply brief on her motions for summary judgment and class certification, and noted that Defendants had refused to consent to the relief. While we would normally consent to such a request as a matter of professional courtesy, we could not do so here. As Your Honor may recall, the Defendants requested leave to file a single oversize brief (their only brief) on the Plaintiff's motions, but the request was denied by the Court (ECF No. 95). We did not consent because it would be patently unfair to Defendants for the Plaintiff to be permitted to file an overlength reply when Defendants were refused the opportunity to do so with their opposition.

Respectfully submitted,

*/s/ David R. King*

David R. King

cc:    Joshua S. Bauchner, Esq. (by email)
        Michael H. Ansell, Esq. (by email)
        Kim E. Richman, Esq. (by email)
        Jaimie Mak, Esq. (by email)
        Daniel S. Silverman, Esq. (by email)
        Matthew W. Gurvitz, Esq. (by email)