UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**  6/14/2019
**JUDGE ANNE E. THOMPSON**
**COURT REPORTER: J. QUINN**

**TITLE OF CASE:**
LAUREN HALL                                CV18-10500(AET)

vs

WELCH FOODS, INC. et al

**APPEARANCES:**
Michael Ansell, Esq., Michael Mietlicki, Esq. & Kim Richman, Esq., for plaintiffs.
Dan Silverman, Esq. & David King, Esq., for defendants Welch Foods, Inc. et al & Ellen Horowitz Dale, Esq., for defendants Promotion in Motion.

**NATURE OF PROCEEDINGS: MOTION HEARING**
Oral argument re: [90] MOTION to Certify Class and for Summary Judgment.
Ordered decision reserved.

**TIME COMMENCED: 9:30 a.m.**
**TIME ADJOURNED: 11:15 a.m.**
**TOTAL TIME: 1 hour 45 minutes**

                                            <u>s/Ann Dello Iacono</u>
                                            **Deputy Clerk**