<u>NOT FOR PUBLICATION</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LAUREN HALL, on behalf of herself and others similarly situated, | Civ. No. 18-10500 |
| Plaintiff, | **ORDER** |
| v. | |
| WELCH FOODS, INC. and THE PROMOTION IN MOTION COMPANIES, INC., | |
| Defendants. | |

<u>THOMPSON, U.S.D.J.</u>

For the reasons stated in this Court's Opinion on this same day,

IT IS on this 9th day of July, 2019,

ORDERED that Plaintiff's Motion to Certify Class and for Summary Judgment (ECF No. 90) is DENIED; and it is further

ORDERED that, within 14 days of the date of this Order, the parties shall submit proposed redactions of the Court's Opinion so that the remainder may be unsealed.

/s/ Anne E. Thompson
ANNE E. THOMPSON, U.S.D.J.