

## ANSELL GRIMM & AARON PC
### COUNSELORS AT LAW

365 RIFLE CAMP ROAD
WOODLAND PARK, NEW JERSEY 07424
973-247-9000
973-247-9199 (FAX)

1500 LAWRENCE AVENUE
CN7807
OCEAN, NEW JERSEY 07712
732-922-1000
732-922-6161 (FAX)

214 CARNEGIE CENTER
SUITE 112
PRINCETON, NEW JERSEY 08540
609-751-5551

140 GRAND STREET
SUITE 501
WHITE PLAINS, NEW YORK 10601
800-569-3886

41 UNIVERSITY DRIVE
SUITE 400
NEWTOWN, PENNSYLVANIA 18940
267-757-8792

www.ansellgrimm.com

RICHARD B. ANSELL‡
PETER S. FALVO, JR.
JAMES G. AARON
PETER B. GRIMM
MITCHELL J. ANSELL
BRIAN E. ANSELL‡
ALLISON ANSELL♦†
MICHAEL V. BENEDETTO
DAVID B. ZOLOTOROFE
DONNA L. MAUL♦
RICK BRODSKY♦
LAWRENCE H. SHAPIRO♦□
ROBERT A. HONECKER, JR.□§
JENNIFER S. KRIMKO
FREDERICK C. RAFFETTO˜
JOSHUA S. BAUCHNER♦
DAVID J. BYRNE□
ANDREA B. WHITE♦•
EDWARD J. AHEARN□

JASON S. KLEIN♦
MELANIE J. SCROBLE
BARRY M. CAPP♦△
DOUGLAS A. DAVIE♦
MARK M. WIECHNIK
ELYSA D. BERGENFELD
RICHARD B. LINDERMAN□
KRISTINE M. BERGMAN□
ROBERT I. AUFSEESER♦
BREANNE M. DeRAPS*
JESSICA T. ZOLOTOROFE
MICHAEL H. ANSELL♦
TARA K. WALSH♦
ROBERT H. SIEGEL▽
NICOLE D. MILLER□
ANTHONY J. D'ARTIGLIO♦
ANDREAS D. MILLIARESSIS♦

COUNSEL

HON. ANTHONY J. MELLACI, JR., J.S.C. (RET)
STACEY R. PATTERSON♦
JAMES A. SYLVESTER
HON. RAYMOND A. HAYSER, J.T.C. (RET)
LISA GOLDWASSER♦

RETIRED

DAVID K. ANSELL†
ROBERT I. ANSELL

IN MEMORIAM:

LEON ANSCHELEWITZ (1929-1986)
MAX M. BARR (1929-1993)
MILTON M. ABRAMOFF (1935-2004)

LICENSED ALSO IN:
⌐ D.C.   ◇ MA   ♦ N.Y.   ＊ WA
□ PA   ‐ FL   ▽ CA

† FELLOW, AMERICAN ACADEMY
OF MATRIMONIAL LAWYERS

‡ CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A CIVIL TRIAL
ATTORNEY

§ CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A CRIMINAL
TRIAL ATTORNEY

● CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A MATRIMONIAL
LAW ATTORNEY

*As Ordered*
*Anne E. Thompson U.S.D.J.*
*9/20/19*

**Reply to: Woodland Park**
**Telephone: (973) 247-9000**
**Fax: (973) 247-9199**
**E-mail: smr@ansellgrimm.com**

September 19, 2019

**Via ECF and Facsimile:**
**(609) 989-2007**

Honorable Anne E. Thompson, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 4W
Trenton, New Jersey 08608

      Re:   *Hall v. Welch Foods, Inc., et al.*
                <u>Civil Action No. 18-cv-10500 (AET)(LHG)</u>

Dear Judge Thompson:

      As you know, we represent plaintiff Lauren Hall ("Plaintiff") in the above-captioned matter. Pursuant to L. Civ. R. 7.1(d)(5), we write to respectfully request that Defendants' Motion for Partial Summary Judgment (the "Motion") currently scheduled for the October 7, 2019 motion date be adjourned to October 21, 2019 – the next available motion date following the currently scheduled date. We note that Defendants' counsel has consented to this request.

088994.000000.63371591

Honorable Anne E. Thompson, U.S.D.J.
September 19, 2019
Page 2

     In accordance with the parties' agreement, and subject to the Court's permission, Plaintiff's deadline to file papers in opposition to the Motion will now be on or before October 3, 2019, and Defendants' reply papers in further support of the Motion, if any, will now be due on or before October 15, 2019.

     We appreciate the Court's attention to this matter, and are available to discuss this, or any other matter, at the Court's convenience.

Respectfully submitted,

Seth M. Rosenstein, Esq.

cc:    All Counsel of Record (via ECF)

088994.000000.63371591