David R. King, Esq.
dking@herrick.com
HERRICK, FEINSTEIN LLP
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 274-2000
Facsimile: (973) 274-2500
*Attorneys for Defendants,*
*Welch Foods Inc., A Cooperative*
*and The Promotion In Motion Companies, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAUREN HALL, on behalf of herself and and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELCH FOODS, INC., A COOPERATIVE and THE PROMOTION IN MOTION COMPANIES, INC,<br><br>Defendants. | Civil Action No. 3:18-cv-10500-AET-LHG<br><br>**CONSENT ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC . 41(a)(2)** |

This Consent Order of Dismissal with Prejudice is entered into by the parties through their undersigned counsel pursuant to Federal Rule of Civil Procedure 41(a)(2).

Whereas Plaintiff Lauren Hall ("Hall") and Defendants Welch Foods Inc., A Cooperative ("Welch") and The Promotion In Motion Companies, Inc. ("PIM") have entered into a settlement agreement, settling all claims asserted by Hall against Welch and PIM in this matter; and

Whereas in connection therewith, Hall seeks to voluntarily dismiss, with prejudice, all claims asserted by it against Welch and PIM in this matter;

IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned counsel, that all claims in this action asserted by Hall against Welch and PIM are dismissed with prejudice; and

IT IS FURTHER STIPULATED AND AGREED, in the event of a dispute arising from the settlement agreement referenced herein, this Court shall retain jurisdiction over any such disputes or claims.

**SO ORDERED:**

11/20/19

_____
Honorable Anne E. Thompson, U.S.D.J.

HF 12988963v.2 #18687/0002

Dated: November 19, 2019

| | |
|---|---|
| ANSELL GRIMM & AARON, P.C. | HERRICK, FEINSTEIN LLP |
| By: *s/ Seth M. Rosenstein* | By: *s/ David R. King* |
| Joshua S. Bauchner Esq. | David R. King, Esq. |
| Seth M. Rosenstein, Esq. | One Gateway Center |
| 365 Rifle Camp Road | Newark, New Jersey 07102 |
| Woodland Park, New Jersey 07424 | Tel: (973) 274-2001 |
| Tel: (973) 247-9000 | Fax: (973) 274-6404 |
| Fax: (973) 807-1835 | dking@herrick.com |
| | |
| RICHMAN LAW GROUP | VENABLE LLP |
| Kim E. Richman | Daniel S. Silverman, Esq. |
| krichman@richmanlawgroup.com | dsilverman@venable.com |
| Michael Mietlicki | Matthew W. Gurvitz, Esq. |
| Mmietlicki@richmanlawgroup.com | mgurvitz@venable.com |
| 8 W 126th Street | 2049 Century Park East, Suite 2300 |
| New York, New York 10027 | Los Angeles, California 90067 |
| Telephone: (718) 705-4579 | Telephone: (310) 229-9900 |
| Facsimile: (718) 228-8522 | Facsimile: (310) 229-9901 |
| | |
| *Attorneys for Plaintiff Lauren Hall* | *Attorneys for Defendants, Welch Foods Inc., A Cooperative and The Promotion In Motion Companies, Inc.* |

3